04 10180 RGS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 26 P 3:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

MYSTIC LANDING, LLC,

    Plaintiff,

v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY,

    Defendants.

CIVIL ACTION No.

MAGISTRATE JUDGE Bowler

RECEIPT # _____
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK _____
DATE 1-26-04

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441, defendants Monsanto Company ("Monsanto") and Pharmacia Corporation ("Pharmacia") file this Notice of Removal and state:

1. Monsanto and Pharmacia are defendants in an action commenced against them by the plaintiff pending in the Superior Court of the Commonwealth of Massachusetts for Middlesex County, captioned Mystic Landing, LLC v. Pharmacia Corporation, Solutia Inc. and Monsanto Company, Civil Action No. 03-4965 (the "state action"). True copies of all process, pleadings and orders served on Monsanto and Pharmacia in the state action are attached hereto as Exhibit A and specifically incorporated herein.

2. In its complaint, plaintiff alleges that it is a limited liability corporation with a usual place of business in Cambridge, Massachusetts, and that each of the defendants is a corporation organized under the laws of the State of Missouri with principal places of business in St. Louis, Missouri. Plaintiff's allegations as to the citizenship of the defendants are incorrect; however, complete diversity, as established by the allegations in the Complaint and established by the defendants' actual citizenship, still exists. Defendant Monsanto is a corporation organized under the laws of the State of Delaware with a principal place of business in St. Louis, Missouri;

defendant Pharmacia Corporation ("Pharmacia") is a corporation organized under the laws of the State of Delaware with a principal place of business in Peapack, New Jersey; and Solutia Inc. ("Solutia") is a corporation organized under the laws of the State of Delaware with a principal place of business in St. Louis, Missouri.

3. Plaintiff claims damages in excess of $6,000,000. Accordingly, the matter in controversy in the state action exceeds the sum or value of $75,000, exclusive of interest and costs.

4. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Monsanto and Pharmacia were each served with a summons and a copy of the complaint on December 31, 2003. Upon information and belief, defendant Solutia has not received service of process in this action. Consequently, this notice is timely under 28 U.S.C. §1446(b).

6. This action is one of which this Court has jurisdiction pursuant to 28 U.S.C. §1332 and which may be removed to this Court by Monsanto and/or Pharmacia.

Respectfully submitted,

_____
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Attorneys for Defendants Pharmacia Corporation
and Monsanto Company

Dated: January 26, 2004

### Certificate of Service

I certify that on January 26, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by mail to its counsel of record: Gerald J. Petros, Hinkley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

_____
Adam P. Kahn