UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MYSTIC LANDING, LLC,

    Plaintiff,

v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY,

    Defendants.

CIVIL ACTION No.

**04 10180 RGS**

### NOTICE OF APPEARANCE

Please enter the appearance of Adam P. Kahn as counsel for defendants Pharmacia Corporation and Monsanto Company in the above-captioned action.

Respectfully submitted,

_____
Adam P. Kahn (BBO # 561554)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Attorney for Defendants Pharmacia Corporation
and Monsanto Company

Dated: January 26, 2004

### Certificate of Service

I hereby certify that a true copy of the above document was served by mail on January 26, 2004 to the following counsel of record: Gerald J. Petros, Hinkley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

_____
Adam P. Kahn