UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE
2004 JAN 26  P 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS

MYSTIC LANDING, LLC,

    Plaintiff,

v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY,

    Defendants.

CIVIL ACTION No.

04 10180 RGS

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendants Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto") hereby disclose that Pharmacia is a wholly owned subsidiary of Pfizer Inc., and that more than 10 percent of Monsanto's stock is owned by subsidiaries of Barclays PLC, which is a publicly traded company.

Respectfully submitted,

John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Attorneys for Defendants Pharmacia
Corporation and Monsanto Company

Dated: January 26, 2004