UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>    Plaintiff,<br>v.<br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>    Defendants. | CIVIL ACTION No. 04-10180 RGS |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT RECORDS

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, defendants Monsanto Company and Pharmacia Corporation hereby file certified copies of all records and proceedings in the state court action (Middlesex Superior Court Civil Action No. 03-4965), including the list of docket entries.

MONSANTO COMPANY and
PHARMACIA CORPORATION

By their attorneys,

_____
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

### Certificate of Service

I certify that on February 6, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by mail to its counsel of record: Doreen M. Zankowski, Esq., Hinkley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

_____
Adam P. Kahn