UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC, )<br>)<br>Plaintiff, )<br>)<br>v, )<br>)<br>PHARMACIA CORPORATION, SOLUTIA, INC., )<br>and MONSANTO COMPANY, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION NO.**<br>**04-10180 RGS** |

### SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that, on December 17, 2003, Defendant Solutia, Inc. filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York. The case number for the bankruptcy petition is 03-17949.

Respectfully submitted,

**MYSTIC LANDING, LLC**

By its attorneys,

_____
Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Lauren Timoney Upton, Esq. (BBO #565122)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: February 17th, 2004.

#472008 v1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this __17th__ day of February 2004, I served a true and accurate copy of the foregoing Suggestion of Bankruptcy by first class mail, postage prepaid to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

_____

#472008 v1