UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v,<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.,<br>and MONSANTO COMPANY,<br><br>Defendants. | CIVIL ACTION NO.<br>04-10180 RGS |

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Mystic Landing, LLC ("Mystic") hereby discloses that Mystic is wholly owned by Modern Continental Companies, Inc., which is not a publicly held corporation.

Respectfully submitted,

**MYSTIC LANDING, LLC**

By its attorneys,

_____
Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Lauren Timoney Upton, Esq. (BBO #565122)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: February 17th, 2004.

#473915 v1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 17th day of February 2004, I served a true and accurate copy of the foregoing Corporate Disclosure Statement by first class mail, postage prepaid to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Richard M. Cieri, Esq.
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166

#473915 v1