UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MYSTIC LANDING, LLC,

              Plaintiff,

        v.

PHARMACIA CORPORATION, SOLUTIA INC.
  and MONSANTO COMPANY,

              Defendants.

PHARMACIA CORPORATION and
  MONSANTO CORPORATION,

       Third-Party Plaintiffs,

       v.

MODERN CONTINENTAL CONSTRUCTION
  CO., INC.,

       Third-Party Defendant.

CIVIL ACTION No. 04-10180 RGS

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher J. Spiro as counsel for defendants and third-party plaintiffs Pharmacia Corporation and Monsanto Company in the above-captioned action.

Respectfully submitted,

Christopher J. Spiro (BBO # 657568)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-3073

Attorney for Defendants Pharmacia Corporation
and Monsanto Company

Dated: February 25, 2004

## Certificate of Service

I hereby certify that a true copy of the above document was served by mail on February 25, 2004 to the following attorney of record:  Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

Christopher J. Spiro