UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC., and MONSANTO COMPANY,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | CIVIL ACTION NO.<br>04-10180 RGS |

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby discloses that the parent company of Modern is Modern Continental Construction Holdings, Inc. which is not a publicly held corporation.

#475240 v1

Respectfully submitted,

**MODERN CONTINENTAL CONSTRUCTION CO., INC.**

By its attorneys,

*/s/ Gerald J. Petros*

Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Lauren Timoney Upton, Esq. (BBO #565122)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: March 3rd, 2004.

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 3rd day of March 2004, I served a true and accurate copy of the foregoing Corporate Disclosure Statement by first class mail, postage prepaid to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Richard M. Cieri, Esq.
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166

*/s/ Doreen M. Zankowski*

#475240 v1