UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br><br>Defendants,<br><br>PHARMACIA CORPORATION and MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | **CIVIL ACTION NO. 04-10180 RGS** |

## JOINT STATEMENT OF THE PARTIES

Pursuant to Local Rule 16.1 and the Court's Notice of Scheduling Conference, Plaintiff Mystic Landing, LLC ("Mystic"), Defendants Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto"), and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") submit this joint statement as follows:

1

#481570 v4

## I. DISCOVERY PLAN

1. The parties[1] agree that the scope of discovery in this matter shall conform to the requirements of Fed. R. Civ. P. 26(b).

2. The parties agree to limit discovery to 270 days from the date of the initial scheduling conference. Discovery shall be conducted in three equal phases of ninety (90) days each.

3. Discovery shall be conducted in three phases. During <u>Phase I</u> of discovery, the parties shall exchange and respond to discovery requests under the applicable Rules and as follows:

- Initial Disclosures which shall be served within the thirty (30) days from the date of the initial scheduling conference;

- Initial Requests for Production of Documents on or before thirty (30) days preceding the close of Phase I of discovery; and

- Interrogatories, limited to twenty-five (25), shall be served on or before thirty (30) days preceding the close of Phase I discovery.

- A request to enter upon the premises at issue shall be served on or before thirty (30) days preceding the close of Phase I discovery.

Pharmacia will request that Solutia Inc. ("Solutia") produce documents in response to a Rule 34 request rather than subpoena. If Solutia does not agree to produce documents

---

[1] Defendants Pharamcia Corporation and Monsanto Company have requested that the following language be included in a footnote to this Joint Statement: "For purposes of the number of interrogatories to be propounded and the number of depositions to be conducted, the defendants shall be considered a single party, and the plaintiff and third-party defendant Modern Continental Construction Co., Inc. shall be considered a single party." However, Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc. object to the requested footnote. Presently, it is unclear whether their interests are and will remain similar so as to consider them a single party, thereby limiting their respective discovery.

2

#481570 v4

pursuant to a request, a party may serve upon Solutia's Keeper of Records a Notice of Subpoena Duces Tecum to obtain documents. In addition, during Phase I of discovery, the parties may serve upon the Keeper of Records of any non-party a Notice of Subpoena Duces Tecum. Further, the parties agree that each party may notice a deposition of any other party pursuant to Rule 30(b)(6) on or after thirty (30) days from the date of the initial scheduling conference to be conducted during Phase I of discovery.

4. The parties may notice additional discovery pursuant to the applicable Rules until the close of discovery, subject to the limits set forth above, but shall attempt to reduce repetitive discovery requests by informal cooperation.

5. During <u>Phase II</u> of discovery, each party to this case may notice and conduct depositions of no more than ten (10) fact witnesses, not including the parties' respective depositions of Keepers of Records. Each deposition of a fact witness shall not exceed one (1) day.

6. During <u>Phase III</u> of discovery, the parties shall engage in expert discovery, including:

- Exchanging expert disclosures and reports on or before forty-five (45) days from the close of discovery.
- Expert depositions shall be noticed so as to be completed on or before the close of discovery.

7. The parties shall exchange pretrial disclosures promptly after the Court renders its decision(s) on any outstanding dispositive motion(s).

8. The parties agree to the deadlines and/or discovery limitations set forth herein. In the event that there is a need for good cause shown to alter or amend these

deadlines and/or discovery limitations, the parties shall attempt in good faith to resolve the issue informally before seeking relief from the Court. If the parties are unable to resolve discovery issues informally, they reserve their rights to file the appropriate pleading with the Court seeking relief.

9. The failure of the parties to identify a particular form or method of discovery herein does not preclude the use of such discovery, for example, Requests to Admissions, within reasonable terms.

## II.   MOTIONS SCHEDULE

1. The parties shall file with the Court all motions pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 14 on or before thirty (30) days from the date of the initial scheduling conference.

2. All dispositive motions must be filed with the Court on or before thirty days (30) after the close of discovery.

## III.   ADDITIONAL MATTERS

Pursuant to the Court's Notice of Scheduling Conference, the parties have discussed the possibility of mediation, as well as trial by magistrate judge. Although the parties have not reached agreement on either subject, they will continue to confer regarding the same.

Respectfully submitted,

**MYSTIC LANDING, LLC and MODERN CONTINENTAL CONSTRUCTION CO., INC.**

By their attorneys,

*Doreen M. Zankowski /KLR/*
Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: April 15, 2004

**PHARMACIA CORP. and MONSANTO COMPANY**

By their attorneys,

*Adam Kahn /KLR/*
John Stevens, Esq. (BBO #480140)
Adam P. Kahn, Esq. (BBO #561554)
Christopher J. Spiro, Esq. (BBO #657568)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

#481570 v4