UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v,<br><br>PHARMACIA CORPORATION, SOLUTIA, INC., and MONSANTO COMPANY,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | **CIVIL ACTION NO. 04-10180 RGS** |

## CERTIFICATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Mystic Landing, LLC and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Mystic Landing, LLC has conferred with its undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

_____
Authorized Representative
of Mystic Landing, LLC

_____
Doreen M. Zankowski, Esq.

DATED: April 15, 2004.

#481556 v2