UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC. and MONSANTO COMPANY,<br><br>Defendants. | |
| PHARMACIA CORPORATION and MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | CIVIL ACTION No. 04-10180 RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF MONSANTO COMPANY AND PHARMACIA CORPORATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Monsanto Company, for itself and as attorney-in-fact for Pharmacia Corporation, and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Monsanto Company, for itself and as attorney-in-fact for Pharmacia Corporation, has conferred with its undersigned counsel to consider the resolution of the

#481556 v1

litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

| MONSANTO COMPANY (for itself and as Attorney-in-Fact for PHARMACIA CORPORATION) | FOLEY HOAG LLP |
|---|---|
| By: *(signature)* <br> Mary M. Shaffer, Esq. <br> Assistant General Counsel <br> Monsanto Company <br> 800 North Lindbergh Boulevard, Mailcode E2NK <br> Saint Louis, Missouri 63167 | By: *(signature)* <br> John M. Stevens (BBO # 480140) <br> Adam P. Kahn (BBO # 561554) <br> Christopher J. Spiro (BBO #657568) <br> Foley Hoag LLP <br> 155 Seaport Boulevard <br> Boston, Massachusetts 02210 |

DATED: April 15, 2004.

#481556 v1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC, <br><br> Plaintiff, <br><br> v, <br><br> PHARMACIA CORPORATION, SOLUTIA, INC., and MONSANTO COMPANY, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> MODERN CONTINENTAL CONSTRUCTION CO., INC., <br><br> Third-Party Defendant. | **CIVIL ACTION NO. 04-10180 RGS** |

## CERTIFICATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Modern Continental Construction Co., Inc. and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Modern Continental Construction Co., Inc. has conferred with its undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

_____          _____
Authorized Representative of                        Doreen M. Zankowski, Esq.
Modern Continental Construction Co., Inc.

DATED: April 15, 2004.

#481556 v2