UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MYSTIC LANDING, LLC,

        Plaintiff,

    v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY,

        Defendants.

PHARMACIA CORPORATION and
MONSANTO CORPORATION,

    Third-Party Plaintiffs,

    v.

MODERN CONTINENTAL CONSTRUCTION
CO., INC.,

    Third-Party Defendant.

CIVIL ACTION No. 04-10180 RGS

## DEFENDANT PHARMACIA CORPORATION'S
## MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT

Pursuant to Fed. R. Civ. P. 14(a), defendant Pharmacia Corporation ("Pharmacia")
hereby moves for leave to file a third-party complaint against Boston Edison Company. A copy
of the third-party complaint is attached hereto as Exhibit "A." As more particularly stated in the
memorandum filed herewith, the Court should grant the motion because the motion is timely

FHBoston/1043750.1

filed and because the third-party claim is meritorious, will further judicial efficiency and will not

prejudice the plaintiff or unduly delay or complicate the trial.

By its attorneys,

John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Christopher J. Spiro (BBO No. 657568)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
(617)  832-1000
Attorneys for Defendant/Third-Party
   Plaintiff Pharmacia Corporation

Dated:  April 29, 2004

## Certificate of Service

I hereby certify that I served the above document on May 14, 2004 by having a copy thereof delivered by hand to Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts  02109 and by first-class mail to Jeffrey N. Stevens, Esquire, Boston Edison Company, 800 Boylston Street, Boston, Massachusetts  02199.

John M. Stevens (BBO No. 480140)

## Certification Pursuant to Local Rule 7.1 (A)(2)

I hereby certify that I conferred with counsel for plaintiff Mystic Landing LLC and third-party defendant Modern Continental Construction Co., Inc. on April 13, 21 and 22, 2004 and attempted in good faith to resolve or narrow the issue presented by the motion.

John M. Stevens (BBO No. 480140)

Dated:          May 14, 2004

FHBoston/1043750.1

- 2 -