UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>   Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO CORPORATION,<br><br>   Third-Party Plaintiffs,<br><br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>   Third-Party Defendant. | CIVIL ACTION No. 04-10180 RGS |

## CERTIFICATE PURSUANT TO LOCAL RULE 15.1(B)

I hereby certify that, as required by Local Rule 15.1(B), I served Defendant Pharmacia Corporation's Motion for Leave to File a Third-Party Complaint joining Boston Edison Company as a party by having a copy thereof delivered to the proposed new party, Boston

FHBoston/1055373.1

Edison Company, on April 30, 2004, together with a separate document stating when the Motion was intended to be filed, a copy of which is attached as Exhibit "A."

By its attorneys,

John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Christopher J. Spiro (BBO No. 657568)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
Attorneys for Defendant/Third-Party
 Plaintiff Pharmacia Corporation

### Certificate of Service

I hereby certify that I served the above document by having a copy thereof delivered by hand to Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts  02109 and by first-class mail to Jeffrey N. Stevens, Esquire, Boston Edison Company, 800 Boylston Street, Boston, Massachusetts  02199.

John M. Stevens (BBO No. 480140)

Dated:     May 14, 2004

FHBoston/1043750.1