UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY 24  P 1: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>Defendants. | CIVIL ACTION No. 04-10180 RGS |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>Third-Party Defendant. | |

## MOTION FOR JUDGMENT ON THE PLEADINGS
## OF DEFENDANT MONSANTO COMPANY

Defendant Monsanto Company ("Monsanto") hereby moves pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings dismissing the action as against it for failure to state a claim on which relief can be granted. As more particularly set forth in the memorandum filed herewith, the Court should grant the motion because the allegations in the complaint with respect to Monsanto concern actions occurring in and before 1983, and Monsanto did not exist until 2000. In the event the Court cannot take judicial notice of the recent date of its

FHBoston/1056948.1

incorporation, Monsanto requests that, as provided in Rule 12(c), the motion be treated as a motion for summary judgment pursuant to Rule 56.

By its attorneys,

_____
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on May 24, 2004 by having a copy thereof delivered by hand to Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109. I also had a copy delivered by hand to Jeffrey N. Stevens, Esquire, Boston Edison Company, 800 Boylston Street, Boston, Massachusetts 02199

_____
John M. Stevens (BBO No. 480140)

## Certification Pursuant to Local Rule 7.1(A)(2)

I hereby certify that I conferred with counsel for plaintiff Mystic Landing LLC and third-party defendant Modern Continental Construction Co., Inc. on April 13, 21 and 22 and May 17, 2004 and attempted in good faith to resolve or narrow the issue presented by the motion.

_____
John M. Stevens (BBO No. 480140)

DATED: May 24, 2004.