UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>　　　　Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br><br>　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>　　　Third-Party Defendant. | CIVIL ACTION No. 04-10180 RGS |

## **AFFIDAVIT OF ADAM P. KAHN**

I, Adam P. Kahn, hereby swear and state:

1. I am an attorney in good standing at the law firm of Foley Hoag LLP, and I am co-counsel to defendant Monsanto Company ("Monsanto") in the above-captioned lawsuit.

2. In my role as counsel for Monsanto in the aboce-captioned lawsuit, I am familiar with the documents attached hereto.

3. Attached as **Exhibit A** is a true and correct copy of a certificate from the Delaware Secretary of State dated February 20, 2004 attaching a certificate of incorporation of Monsanto AG Company, filed in the Delaware Secretary of State's office on February 9, 2000.

FHBoston/1057022.1

4. Attached as **Exhibit B** is a true and correct copy of a certificate from the Delaware Secretary of State dated February 20, 2004 certifying that Monsanto Company filed a certificate of amendment changing its name to Pharmacia Corporation on March 31, 2000 at 2:15 pm.

5. Attached as **Exhibit C** is a true and correct copy of a certificate from the Delaware Secretary of State dated February 20, 2004 certifying the Monsanto AG Company filed a certificate of amendment changing its name to Monsanto Company on March 31, 2000 at 2:18 pm.

5. Attached as **Exhibit D** is a true and correct copy of a letter I received from Attorney Doreen Zankowski, counsel to Plaintiff in the above-captioned matter, dated March 23, 2004.

Signed under the penalties of perjury this 14th day of May, 2004.

_____
Adam P. Kahn

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 5/24/04