UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>    Third-Party Defendant. | CIVIL ACTION No. 04-10180 RGS |

**NOTICE OF APPEARANCE OF ELISABETH DELISLE**

Please enter my appearance in the above-captioned action as co-counsel for Pharmacia Corporation and Monsanto Company. My co-counsel, John M. Stevens and Adam P. Kahn of the law firm Foley Hoag LLP, will continue to represent Defendants in this matter.

Respectfully submitted,

*[signature]*

Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

FHBoston/1059324.1

(617) 832-1000

DATED: May 25, 2004.

### Certificate of Service

I, Elisabeth M. DeLisle, hereby certify that on May 25, 2004, I served a true copy of the foregoing document by hand to counsel of record: Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

_____
Elisabeth M. DeLisle