UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 MAY 25 P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

MYSTIC LANDING, LLC,

    Plaintiff,

v.

PHARMACIA CORPORATION, SOLUTIA INC. and MONSANTO COMPANY,

    Defendants.

PHARMACIA CORPORATION and MONSANTO COMPANY,

    Third-Party Plaintiffs,

v.

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

    Third-Party Defendant.

CIVIL ACTION No. 04-10180 RGS

## NOTICE OF WITHDRAWAL: CHRISTOPHER J. SPIRO

Pursuant to Local Rule 83.5.2(c), I, Christopher J. Spiro, hereby notify the Court that I have withdrawn as counsel for defendants Pharmacia Corporation and Monsanto Company (collectively "Defendants") in the above-captioned matter. My co-counsel, John M. Stevens and Adam P. Kahn of the law firm Foley Hoag LLP, will continue to represent Defendants in this matter. Additionally, concurrently with my withdrawal, Elisabeth M. DeLisle of the law firm Foley Hoag LLP is appearing as co-counsel for Defendants.

FHBoston/1058914.1

Respectfully submitted,

_____
Christopher J. Spiro (BBO #657568)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

DATED: May 25, 2004.

### Certificate of Service

I, Christopher J. Spiro, hereby certify that on May 25, 2004, I served a true copy of the foregoing document by hand to counsel of record: Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109-1775.

_____
Christopher J. Spiro