UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 04-10180 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF WILLIAM A. STAAR

Please enter the appearance of William A. Staar as an attorney representing proposed third-party defendant Boston Edison Company in this case.

                                                  BOSTON EDISON COMPANY

                                          By: /s/ *William A. Staar*
                                              Mark S. Granger, Esq. (BBO# : 206920)
                                              Douglas B. Otto, Esq. (BBO# : 555269)
                                              William A. Staar, Esq. (BBO# : 659425)
                                              MORRISON, MAHONEY & MILLER LLP
                                              250 Summer Street
                                              Boston, MA   02210
                                              Phone :  (617) 737-8870

Dated : June 1, 2004

1084285v1

## **CERTIFICATE OF SERVICE**

The undersigned represents that a copy of the foregoing was forwarded to the following counsel of record via first class mail on this 1st day of June 2004.

Gerald J. Petros
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

Lauren Timoney Upton
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

Adam P. Kahn
Elisabeth M. DeLisle
John M. Stevens, Jr.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
*Attorneys for Pharmacia Corporation, Monsanto Company, and Solutia, Inc. (Attorney Stevens only).*

/s/ William A. Staar
William A. Staar

1084285v1