UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>        Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>        Defendants.<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>        Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>        Third-Party Defendant. | CIVIL ACTION NO: 04-10180 RGS |

**NOTICE OF APPEARANCE OF MARK S. GRANGER**

Please enter the appearance of Mark S. Granger as an attorney representing proposed third-party defendant Boston Edison Company in this case.

BOSTON EDISON COMPANY

By: /s/ *Mark Granger*
Mark S. Granger, Esq. (BBO# : 206920)
Douglas B. Otto, Esq. (BBO# 555269)
William A. Staar, Esq. (BBO# 659425)
MORRISON, MAHONEY & MILLER LLP
250 Summer Street
Boston, MA  02210
Phone :  (617) 439-7518

Dated : June 1, 2004

1084282v1

## CERTIFICATE OF SERVICE

The undersigned represents that a copy of the foregoing was forwarded to the following counsel of record via first class mail on this 1st day of June 2004.

| | |
|---|---|
| Gerald J. Petros<br>HINCKLEY, ALLEN & SNYDER<br>1500 Fleet Center<br>Providence, RI 02903<br>***Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*** | Lauren Timoney Upton<br>HINCKLEY, ALLEN & SNYDER<br>28 State Street<br>Boston, MA 02109<br>***Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*** |

Adam P. Kahn
Elisabeth M. DeLisle
John M. Stevens, Jr.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
***Attorneys for Pharmacia Corporation, Monsanto Company, and Solutia, Inc. (Attorney Stevens only).***

/s/ William A. Staar
William A. Staar

Dated : June 1, 2004