UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>  Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>  Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO: 04-10180 RGS |
| PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>  Third-Party Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>  Third-Party Defendant. | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF DOUGLAS B. OTTO

Please enter the appearance of Douglas B. Otto as an attorney representing proposed third-party defendant Boston Edison Company in this case.

BOSTON EDISON COMPANY

By: /s/ *Douglas Otto*
Mark S. Granger, Esq. (BBO# : 206920)
Douglas B. Otto, Esq. (BBO# : 555269)
William A. Staar, Esq. (BBO# : 659425)
MORRISON, MAHONEY & MILLER LLP
250 Summer Street
Boston, MA  02210
Phone : (617) 737-8873

Dated : June 1, 2004

1084284v1

## CERTIFICATE OF SERVICE

The undersigned represents that a copy of the foregoing was forwarded to the following counsel of record via first class mail on this 1st day of June 2004.

Gerald J. Petros
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

Lauren Timoney Upton
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

Adam P. Kahn
Elisabeth M. DeLisle
John M. Stevens, Jr.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
*Attorneys for Pharmacia Corporation, Monsanto Company, and Solutia, Inc. (Attorney Stevens only).*

William A. Staar

Dated : June 1, 2004

- 2 -

1084284v1