UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10180-RGS

MYSTIC LANDING, LLC

v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY

_____

PHARMACIA CORPORATION and
MONSANTO CORPORATION

v.

MODERN CONTINENTAL CONSTRUCTION CO., INC.

ORDER ON DEFENDANT
PHARMACIA CORPORATION'S MOTION FOR LEAVE
TO FILE A THIRD-PARTY COMPLAINT

June 10, 2004

STEARNS, D.J.

The motion is ALLOWED. That the matters are complex and potentially burdensome to the court are insufficient reasons to deny the motion. Nonetheless, Boston Edison makes the sensible point, that because any liability it might incur stems from a duty to indemnify that is wholly separate from any duty to contribute to the remediation of the property, the claims brought by Mystic against the Pharmacia defendants should be resolved before the issue of indemnification is definitively decided. The court will therefore enter a bifurcation order treating contribution and indemnity as separate matters for

purposes of discovery and disposition. If, as Boston Edison speculates, it can be established that there is no evidence to support the claim that Mystic has or intends to violate the covenant, the appropriate remedy is a motion to dismiss.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE