UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br><br>Defendants,<br><br>PHARMACIA CORPORATION and MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | **CIVIL ACTION NO.**<br>**04-10180 RGS** |

### OPPOSITION OF PLAINTIFF MYSTIC LANDING, LLC TO DEFENDANT MONSANTO COMPANY'S MOTION FOR JUDGEMENT ON THE PLEADINGS

Plaintiff Mystic Landing, LLC ("Mystic") hereby opposes the Motion for Judgment on the Pleadings (the "Motion") filed by Defendant Monsanto Company ("New Monsanto") in which New Monsanto seeks its dismissal from this action. As grounds for this Opposition, Mystic relies upon Memorandum of Law in Support of its Opposition to New Monsanto's Motion for Judgment on the Pleadings which has been filed contemporaneously herewith.

488819.1                                                                 1

WHEREFORE, Plaintiff Mystic Landing, LLC respectfully requests that this Court deny Defendant Monsanto Company's Motion for Judgment on the Pleadings.

Respectfully submitted,

**MYSTIC LANDING, LLC**

By its attorneys,

_Gerald J. Petros/ksr/_
Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: June 10th, 2004

### CERTIFICATE OF SERVICE

I, Gerald J. Petros, hereby certify that on this 10th day of June 2004, I served a true and accurate copy of the foregoing document by first class mail, postage prepaid, to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Jeffrey N. Stevens, Esq.
Boston Edison Co.
800 Boylston Street
Boston, Massachusetts 02199

_Gerald J. Petros/ksr/_

488819.1                                2