UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>Defendants. | |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>Third-Party Defendant. | CIVIL ACTION No. 04-10180 RGS |
| PHARMACIA CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br><br>Third-Party Defendant. | |

**DEFENDANT MONSANTO COMPANY'S ASSENTED TO
MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
TO MYSTIC LANDING LLC'S OPPOSITION TO MONSANTO'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

FHBoston/1068306.1

Defendant Monsanto Company ("Monsanto") hereby requests leave pursuant to Local Rule 7.1(B)(3) to file a brief reply memorandum in support of its motion for judgment on the pleadings. The plaintiff attached to its motion only one side of the correspondence between counsel during the pendency of the motion, and Monsanto believes, if any of that correspondence is submitted, it should all be before the Court. Counsel for plaintiff Mystic Landing LLC has assented to this motion.

By its attorneys,

_____
John M. Stevens (BBO #480140)
Adam P. Kahn (BBO #561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: June 16, 2004

## CERTIFICATE OF SERVICE

I, Adam P. Kahn, hereby certify that on this 16th day of June, 2004, I served a true and accurate copy of the foregoing documents by first class mail, postage prepaid to:

Gerald J. Petros
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI  02903

Doreen Zankowski
Hinckley, Allen & Snyder
28 State Street
Boston, MA  02109

Douglas B. Otto
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with counsel for Plaintiff Mystic Landing LLC, and counsel has assented to the filing of this motion.

_____
Adam P. Kahn