UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15  P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| MYSTIC LANDING, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br><br>      Defendants. |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br><br>      Third-Party Plaintiffs,<br><br>      v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><br>      Third-Party Defendant. |
| PHARMACIA CORPORATION,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>BOSTON EDISON COMPANY,<br><br>      Third-Party Defendant. |

CIVIL ACTION No. 04-10180 RGS

**DEFENDANT MONSANTO COMPANY'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

FHBoston/1068308.1

Defendant Monsanto Company ("Monsanto") attaches hereto as Exhibits "A" and "B" its counsel's responses to the two letters written by counsel for plaintiff Mystic Landing LLC ("Mystic") that Mystic attached to its opposition to Monsanto's motion for judgment on the pleadings. However, the Court need not consider any of the correspondence in that the only allegations in the complaint that supposedly give rise to liability on the part of Monsanto allege actions taken in or before 1983, and in its opposition Mystic does not contest that Monsanto was not incorporated until many years after that date and, accordingly, could not have undertaken any of the actions alleged. Therefore, Monsanto is entitled to dismissal of the complaint against it as a matter of law on the admitted facts.

Respectfully submitted,

_____
John M. Stevens (BBO #480140)
Adam P. Kahn (BBO #561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000

Dated: June 16, 2004

## CERTIFICATE OF SERVICE

I, Adam P. Kahn, hereby certify that on this 16th day of June, 2004, I served a true and accurate copy of the foregoing documents by first class mail, postage prepaid to:

Gerald J. Petros
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI  02903

Doreen Zankowski
Hinckley, Allen & Snyder
28 State Street
Boston, MA  02109

Douglas B. Otto
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210