UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant. | CIVIL ACTION NO: 04-10180 RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO**
**ANSWER THIRD-PARTY COMPLAINT**

The Third-Party Defendant, Boston Edison Company ("Edison"), hereby moves this Court for an extension of time within which to file its response to the Third-Party Complaint of Pharmacia Corporation ("Pharmacia"). In support hereof, Edison states as follows:

- 2 -

1.   On June 18, 2004, Edison, by and through its undersigned counsel, agreed to accept service of process of the Third-Party Complaint of Pharmacia. Accordingly, Edison's response would ordinarily be due on or by July 8, 2004.

2.   Owing to the press of other business and vacation schedules surrounding the upcoming July 4, 2004 holiday, counsel for Edison has requested a brief extension of time within which to respond to Pharmacia's Third-Party Complaint. Pharmacia, in turn, through its counsel, has agreed to a 10-day extension of time and therefore assents to this Motion. Accordingly, Edison and Pharmacia have agreed that Edison shall respond to Pharmacia's Third-Party Complaint on or by July 19, 2004.

**WHEREFORE,** the Third-Party Defendant, Boston Edison Company, respectfully requests that this Court enter an order granting the 10-day enlargement of time to respond to Pharmacia's Third-Party Complaint, through July 19, 2004.

**BOSTON EDISON COMPANY,**

By its Attorneys,

/s/ Mark S. Granger

Mark S. Granger (BBO# 206920)
Douglas B. Otto (BBO# 555269)
William A. Staar (BBO# 659425)
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 737-8873

Assented-to by:

- 3 -

                                 PHARMACIA CORPORATION

                                 By its Attorneys,

                                 /s/ Adam Kahn / DBO

                                 John M. Stevens Jr. (BBO# 480140)
                                 Adam P. Kahn (BBO# 561554)
                                 Elisabeth M. DeLisle (BBO# 658067)
                                 FOLEY HOAG LLP
                                 155 Seaport Boulevard
                                 Boston, MA 02210-2600
                                 (617) 832-1000

Date: June 23, 2004

## CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that on this 23rd day of June, 2004, I have served the enclosed Corporate Disclosure Statement and Assented-to Motion for Enlargement of Time by mailing same, first class and postage prepaid, to counsel of record as follows:

Gerald J. Petros, Esq.
HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, RI 02903
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

John M. Stevens Jr., Esq.
Adam P. Kahn, Esq.
Elisabeth M. DeLisle, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
*Attorneys for Pharmacia Corporation, Monsanto Company, and Solutia, Inc..*

Doreen M. Zankowski, Esq.
Katherine L. Ruff, Esq.
HINCKLEY, ALLEN & SNYDER
28 State Street
Boston, MA 02109
*Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*

_____
Douglas B. Otto

1087857v1