UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 23 P 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>Third-Party Defendant. | CIVIL ACTION NO: 04-10180 RGS |

## CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT, BOSTON EDISON COMPANY

Pursuant to F.R.Civ.P. 7.1 and Local Rule 7.3, the Third-Party Defendant, Boston Edison Company, hereby discloses that it is a Massachusetts corporation and wholly owned subsidiary of BEC Energy, a Massachusetts business trust. BEC Energy is a wholly owned subsidiary of

1087854v1

- 2 -

NSTAR, a Massachusetts business trust. NSTAR is a publicly-traded, NYSE company.

                                    **BOSTON EDISON COMPANY,**

                                    By its Attorneys,

Mark S. Granger (BBO# 206920)
Douglas B. Otto (BBO# 555269)
William A. Staar (BBO# 659425)
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 737-8873

Date: June 22, 2004