UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>      Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>      Defendants.<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>      Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>      Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>      Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>      Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>      Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>      Fourth-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 04-10180 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LAW FIRM NAME CHANGE
## AND EMAIL ADDRESS CHANGE

To the Clerk of the above Court:

Please note that the name of our law firm, Morrison, Mahoney & Miller, LLP, has now been changed to Morrison Mahoney LLP. Please note that our email addresses have been changed from mgranger@mail.mm-m.com to mgranger@morrisonmahoney.com, dotto@mail.mm-m.com to dotto@morrisonmahoney.com and wstaar@mail.mm-m.com to wstaar@morrisonmahoney.com. This change is effective July 1, 2004. The street address, telephone and fax numbers will remain the same.

BOSTON EDISON COMPANY,

By its Attorneys

_____
Mark B. Granger (BBO# 206920)
Douglas B. Otto (BBO# 555269)
William A. Staar (BBO# 659425)
MORRISON MAHONEY
250 Summer Street
Boston, MA 02210
(617) 737-8873

Date: July 19, 2004

## CERTIFICATE OF SERVICE

I, Mark S. Granger, do hereby certify that I have served the foregoing document, by first class mail, this _19_ day of July 2004 upon the following counsel of record for the parties:

| | |
|---|---|
| Gerald J. Petros, Esq.<br>HINCKLEY, ALLEN & SNYDER<br>1500 Fleet Center<br>Providence, RI 02903<br>***Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*** | Doreen M. Zankowski, Esq.<br>Katherine L. Ruff, Esq.<br>HINCKLEY, ALLEN & SNYDER<br>28 State Street<br>Boston, MA 02109<br>***Attorney for Mystic Landing, LLC, and Modern Continental Company, Incorporated*** |

John M. Stevens Jr., Esq.
Adam P. Kahn, Esq.
Elisabeth M. DeLisle, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
***Attorneys for Pharmacia Corporation, Monsanto Company, and Solutia, Inc..***

_____
Mark S. Granger