UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants. | **CIVIL ACTION NO.<br>04-10180 RGS** |
| PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant. | |
| PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant. | |
| BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

1

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC. TO FILE ANSWERS TO THIRD-PARTY DEFENDANT BOSTON EDISON CO.'S CROSS-CLAIMS

NOW COMES Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") and move this Court pursuant to Fed. R. Civ. P. 6(b) for an order enlarging the time for Mystic and Modern to file their Answers to Third-Party Defendant Boston Edison Co.'s Cross-Claims until and including Monday, August 30, 2004. Mystic and Modern offer the following reasons in support of their Motion:

1. According to the Court's records, Boston Edison Co. served its Answer, Counterclaim, Cross-Claims and Fourth-Party Complaint upon Mystic and Modern on July 19, 2004.

2. Pursuant to Fed. R. Civ. P. 12(a), Mystic's and Modern's respective Answers to Boston Edison Co.'s Cross-Claims were due on or before August 11, 2004.

3. There has been no request to the Court by any party that an entry of default be filed against Mystic or Modern for their failure to timely answer Boston Edison Co.'s Cross-Claims.

4. Counsel for Mystic and Modern have conferred with counsel for Boston Edison Co. and Third-Party Plaintiffs Pharmacia Corporation and Monsanto Company, respectively, neither of whom oppose this Motion.

5. No party will suffer prejudice by the granting of this Motion.

6. Mystic and Modern have meritorious defenses against Boston Edison Co.'s claims. Given the countervailing equities of no substantial prejudice to any party

2

involved in this action, and the importance of granting all parties an opportunity to have their day in court, this Motion should be allowed.

**WHEREFORE**, Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc. respectfully requests that the Court enter an order enlarging the time in which Mystic and Modern must answer Third-Party Defendant Boston Edison Co.'s Cross-Claims until and including Monday, August 30, 2004 and granting such further relief as this Court deems necessary and just.

Respectfully submitted,

**MYSTIC LANDING, LLC and
MODERN CONTINENTAL
CONSTRUCTION CO., INC.**

By their attorneys,

Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: August 18, 2004

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 18th day of August 2004, I served a true and accurate copy of the foregoing document by facsimile and first class mail, postage prepaid, to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210