# United States District Court

DISTRICT OF Massachusetts

**PLAINTIFF**

Mystic Landing, LLC

**FOURTH PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

Pharmacia Corporation, Solutia, Inc.
and Monsanto Company

**V. THIRD PARTY DEFENDANT**

Modern Continental Construction Co., Inc.

**CASE NUMBER:** 04-10180RGS

**V. THIRD PARTY DEFENDANT**

Boston Edison Company

**V. FOURTH PARTY DEFENDANT**

O'Donnell Sand & Gravel, Inc. and Mary O'Donnell

**TO:** *(Name and address of Third Party defendant)* Mary O'Donnell

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** *(name and address)*

Doreen M. Zankowski
Hinkley, Allen & Snyder
28 State Street
Boston, MA 02109-1775

**THIRD-PARTY DEFENDANT and FOURTH-PARTY PLAINTIFFS**

Douglas B. Otto
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** *(name and address)*

Adam P. Kahn
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

an answer to the fourth-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the fourth-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the fourth-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the fourth-party plaintiff.

**CLERK** [signature]

**DATE** 7/21/04

(BY) DEPUTY CLERK [signature]

AO 441 (Rev. 5/85) ~~Third~~ Fourth Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | July 22, 2004 |
| NAME OF SERVER  Thomas C. Hyslop | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the ~~third~~ fourth-party defendant. Place where served: _____

☐ Left copies thereof at the ~~third~~ fourth-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By Leaving "Last & Usual" at Mary O'Donnell's Last & Usual Place of Abode, 128 West Cliff Drive, Plymouth, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 22, 2004         _Thomas C. Hyslop_
                Date                  Signature of Server

92 State Street, Boston, MA
Address of Server

Also mailed, via 1st Class, Copy of Summons to Ms O'Donnell at above Address.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.