UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants.<br><br>PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant.<br><br>BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 RGS** |

**WITHDRAWAL OF APPEARANCE OF COUNSEL**

I, Gerald J. Petros withdraw my appearance as counsel for Plaintiff. The appearance of attorneys Joel Lewin, Robert G. Flanders and Doreen M. Zankowski of this firm is not, however, withdrawn, and they remain as counsel for Plaintiff.

                                        Respectfully submitted,

                                        **MYSTIC LANDING, LLC**

                                        By its attorneys,

                                        _____
                                        Gerald J. Petros, Esq. (BBO # 47854)
                                        Doreen M. Zankowski, Esq. ( BBO #558381)
                                        Hinckley, Allen & Snyder LLP
                                        28 State Street
                                        Boston, MA  02109-1775
                                        (617) 345-9000

DATED: October 19, 2004

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 19th day of October 2004, I served a true and accurate copy of the foregoing document by first class mail, postage prepaid, to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

_____
Doreen M. Zankowski

#504113 v1