UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC., <br>     Plaintiff, <br><br> v. <br><br> PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY, <br>     Defendants. | |
| PHARMACIA CORPORATION and MONSANTO COMPANY, <br>     Third-Party Plaintiffs, <br><br> v. <br><br> MODERN CONTINENTAL CONSTRUCTION, CO., INC., <br>     Third-Party Defendant. | CIVIL ACTION <br> No. 04-10180-NMG |
| PHARMACIA CORPORATION, <br>     Third-Party Plaintiff, <br><br> v. <br><br> BOSTON EDISON COMPANY, <br>     Third-Party Defendant. | |
| BOSTON EDISON COMPANY, <br>     Fourth-Party Plaintiff, <br><br> v. <br><br> O'DONNELL SAND & GRAVEL, INC., and MARY O'DONNELL, <br>     Fourth-Party Defendants. | |

**JOINT MOTION FOR EXTENSION OF THE
PRE-TRIAL SCHEDULE AND A HEARING ON OPEN MATTERS**

Plaintiff Mystic Landing LLC ("Mystic"), defendants Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto"), third-party defendants Modern Continental Construction Company, Inc. ("Modern") and Boston Edison Company ("BECO"), and fourth-party defendants O'Donnell Sand & Gravel, Inc. ("OS&G") and Mary O'Donnell ("O'Donnell"), hereby request an extension of the discovery and pre-trial schedule and a hearing or conference on open matters. The parties request the extended schedule because the original schedule was set following a scheduling conference on April 22, 2004 **before** the joinder of Modern, BECO, OS&G and O'Donnell. The joinder of those parties requires additional time for discovery for several reasons. First, they were not added to the case until much of the time allowed for discovery had passed. Second, their addition to the case has raised new issues of law and fact that require additional discovery. Third, because of an order issued by the Judge originally assigned to the case indicating an intention to bifurcate the third-party claims against BECO, there has been some uncertainty as to what discovery is available against some of the parties. In addition to questions arising from the joinder of additional parties, a motion by Monsanto seeking dismissal from the case and opposition thereto, has been pending since May 24, 2004.

For the foregoing reasons, the parties request a hearing or conference with the Court on the following open matters:

1. Monsanto's Motion for Judgment on the Pleadings and opposition thereto.

2. Whether the third-party claims against BECO should be bifurcated. In the view of some parties, Judge Stearns' Order dated June 10, 2004 (docket #30) is unclear as to whether a separate bifurcation order was to issue or, alternatively, whether said order was the "bifurcation" order intended. It is the position of BECO that, as a matter of law based on the

claims pled by Pharmacia, bifurcation is and remains appropriate. It is the position of Pharmacia that factual information developed during discovery has demonstrated that bifurcation is inappropriate.

3. A proposed discovery schedule extending the deadlines previously established as follows: (1) all initial disclosures to be made by December 30, 2004, (2) fact discovery to be completed by May 27, 2005, with limits on numbers of interrogatories and depositions as previously ordered, (3) expert disclosures to be made by July 11, 2005, (4) expert depositions to be completed by August 25, 2005 and (5) dispositive motions to be filed on or before September 26, 2005.

4. Any other open matters that will advance the preparation and disposition of the case.

Attorneys for Mystic Landing, LLC and
Modern Continental Construction Co., Inc.

By their attorneys,

_____
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 345-9000

Attorneys for Pharmacia Corporation
and Monsanto Company

_____
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Attorneys for Boston Edison Co.

_____
Mark S. Granger (BBO No. 206920)
Douglas B. Otto (BBO No. 555269)
William A. Staar (BBO No. 659425)
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210
(617) 737-8873

Attorneys for O'Donnell Sand & Gravel,
Inc. and Mary O'Donnell

_____
Howard G. Guggenheim (BBO No. 214150)
P. O. Box 736
Scituate, Massachusetts 02066
(781) 264-3713

Dated: December 5th, 2004

#508891

- 4 -

## Certificate of Service

I hereby certify that I served a copy of the above document by having a copy thereof delivered by hand to:

    John Stevens, Esq.
    Adam Kahn, Esq.
    Elisabeth M. DeLisle, Esq.
    Foley Hoag
    155 Seaport Boulevard
    Boston, Massachusetts  02210

and by first-class mail to:

    Douglas B. Otto, Esq.
    Mark S. Granger, Esq.
    William A. Staar, Esq.
    Morrison Mahoney LLP
    250 Summer Street
    Boston, Massachusetts  02210

    Howard G. Guggenheim, Esquire
    P. O. Box 736
    Scituate, Massachusetts  02066

                                            Doreen M. Zankowski (BBO #558381)

Dated: December 3rd, 2004