





Exhibit D







Exhibit E



MYSTIC LANDING
EVERETT, MASSACHUSETTS

SOIL SAMPLING LOCATIONS
6/29/04 and 9/8/04

WOODARD & CURRAN
Engineering · Science · Operations

TABLE 1

ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil | | | S-1 (0 - 3") 29-Jun-04 | | S-2 (0 - 3") 29-Jun-04 | | S-3 (0 - 3") 29-Jun-04 | | S-4 (0 - 3") 29-Jun-04 | | S-5 (0 - 3") 29-Jun-04 | | S-6 (0 - 3") 29-Jun-04 | | S-7 (0 - 3") 29-Jun-04 | | S-8 (0 - 3") 29-Jun-04 | | S-9 (0 - 3") 29-Jun-04 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S-1 | S-2 | | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL |
| **Polycyclic Aromatic Hydrocarbons** | | | | | | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Acenaphthene | 20 | 2500 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Acenaphthylene | 100 | 1000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Anthracene | 1000 | 2500 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Benzo(a)anthracene | 0.7 | 1 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.462 | 0.397 | 0.552 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Benzo(a)pyrene | 0.7 | 0.7 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.433 | 0.397 | 0.512 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Benzo(b)fluoranthene | 0.7 | 1 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.418 | 0.397 | 0.509 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Benzo(ghi)perylene | 1000 | 2500 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | 0.482 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Benzo(k)fluoranthene | 7 | 10 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.408 | 0.397 | 0.482 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Chrysene | 7 | 10 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.575 | 0.397 | 0.735 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Fluoranthene | 1000 | 1000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.982 | 0.397 | 0.899 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Fluorene | 400 | 2000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Naphthalene | 4 | 1000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.857 | 0.397 | 0.488 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Phenanthrene | 100 | 100 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | 0.808 | 0.397 | 0.766 | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| Pyrene | 700 | 2000 | | ND | 0.794 | ND | 0.45 | ND | 2.41 | ND | 0.37 | ND | 0.397 | ND | 0.406 | ND | 0.379 | ND | 0.374 | ND | 0.366 |
| **Metals** | | | | | | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | | ND | 2.4 | ND | 2.7 | ND | 2.4 | ND | 2.2 | ND | 2.4 | ND | 2.4 | ND | 2.2 | ND | 2.2 | ND | 2.2 |
| Arsenic, Total | 30 | 30 | | 3.7 | 0.47 | 24 | 0.54 | 4.8 | 0.46 | 10 | 0.44 | 8.5 | 0.47 | 8.4 | 0.48 | 5 | 0.45 | 6.4 | 0.45 | 7.8 | 0.43 |
| Barium, Total | 1000 | 2500 | | 25 | 0.47 | 85 | 0.54 | 31 | 0.48 | 79 | 0.44 | 25 | 0.47 | 34 | 0.48 | 21 | 0.45 | 16 | 0.45 | 16 | 0.43 |
| Beryllium, Total | 0.7 | 0.8 | | ND | 0.24 | 0.4 | 0.27 | 0.27 | 0.24 | 0.78 | 0.22 | 0.26 | 0.24 | 0.33 | 0.24 | 0.22 | 0.22 | 0.23 | 0.22 | ND | 0.22 |
| Cadmium, Total | 30 | 80 | | ND | 0.47 | ND | 0.54 | ND | 0.48 | ND | 0.44 | ND | 0.47 | 0.53 | 0.48 | ND | 0.45 | ND | 0.45 | ND | 0.43 |
| Chromium, Total | 1000 | 2500 | | 11 | 2.4 | 42 | 2.7 | 17 | 2.4 | 41 | 2.2 | 27 | 2.4 | 23 | 2.4 | 16 | 2.2 | 18 | 2.2 | ND | 2.2 |
| Lead, Total | 300 | 600 | | 57 | 0.47 | 210 | 0.54 | 65 | 0.48 | 29 | 0.44 | 61 | 0.47 | 93 | 0.48 | 23 | 0.45 | 11 | 0.45 | 44 | 0.43 |
| Mercury, Total | 20 | 60 | | 8.7 | 0.1 | 0.14 | 0.11 | ND | 0.1 | 0.09 | 0.09 | 2.4 | 0.09 | 0.16 | 0.1 | ND | 0.09 | ND | 0.09 | 0.43 | 0.08 |
| Nickel, Total | 300 | 700 | | ND | 1.2 | 18 | 1.3 | 15 | 1.2 | 29 | 1.1 | 19 | 1.2 | 21 | 1.2 | 14 | 1.1 | 16 | 1.1 | 19 | 1.1 |
| Selenium, Total | 400 | 2500 | | ND | 2.4 | ND | 2.7 | ND | 2.4 | ND | 2.2 | ND | 2.4 | ND | 2.4 | ND | 2.2 | ND | 2.2 | 52 | 2.2 |
| Silver, Total | 100 | 200 | | ND | 0.47 | ND | 0.54 | ND | 0.48 | ND | 0.44 | ND | 0.47 | ND | 0.48 | ND | 0.45 | ND | 0.45 | ND | 0.43 |
| Thallium, Total | 8 | 30 | | 2.4 | 2.4 | 53 | 2.7 | 32 | 2.4 | 56 | 2.2 | 28 | 2.4 | 24 | 2.4 | 18 | 2.2 | 17 | 2.2 | 11 | 2.2 |
| Vanadium, Total | 400 | 2000 | | 28 | 0.47 | 53 | 0.54 | 32 | 0.48 | 56 | 0.44 | 28 | 0.47 | 24 | 0.48 | 18 | 0.45 | 17 | 0.45 | 30 | 0.43 |
| Zinc, Total | 2500 | 2500 | | 65 | 2.4 | 100 | 2.7 | 190 | 2.4 | 110 | 2.2 | 120 | 2.4 | 2100 | 2.4 | 50 | 2.2 | 48 | 2.2 | 82 | 2.2 |
| **Extractable Petroleum Hydrocarbons** | | | | | | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | | ND | 15.9 | ND | 9.01 | ND | 48.2 | ND | 7.41 | ND | 7.94 | ND | 8.13 | ND | 7.58 | ND | 7.49 | ND | 7.33 |
| C19-C36 Aliphatics | 2500 | 5000 | | 205 | 15.9 | ND | 9.01 | 1490 | 48.2 | 267 | 7.41 | 9.81 | 7.94 | 40.6 | 8.13 | 63.4 | 7.58 | 14.5 | 7.49 | 15.8 | 7.33 |
| C11-C22 Aromatics | 200 | 2000 | | 164 | 15.9 | ND | 9.01 | 676 | 48.2 | 51.4 | 7.41 | 21.5 | 7.94 | 40.7 | 8.13 | 21.8 | 7.58 | ND | 7.49 | ND | 7.33 |
| Asbestos (%) | NA | NA | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | |

All results except asbestos are in mg/kg

TABLE 1

ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil | | | S-10 (0-3") 29-Jun-04 | | S-11 (0-3") 29-Jun-04 | | S-12 (0-3") 29-Jun-04 | | S-13 (0-3") 29-Jun-04 | | S-14 (0-3") 29-Jun-04 | | S-15 (0-3") 29-Jun-04 | | S-16 (0-3") 29-Jun-04 | | S-17 (0-3") 29-Jun-04 | | S-18 (0-3") 29-Jun-04 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S-1 | S-2 | | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL |
| *Polycyclic Aromatic Hydrocarbons* | | | | | | | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Acenaphthene | 20 | 2500 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Acenaphthylene | 100 | 1000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Anthracene | 1000 | 2500 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Benzo(a)anthracene | 0.7 | 1 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Benzo(a)pyrene | 0.7 | 0.7 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Benzo(b)fluoranthene | 0.7 | 1 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Benzo(ghi)perylene | 1000 | 2500 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Benzo(k)fluoranthene | 7 | 10 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Chrysene | 7 | 10 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Fluoranthene | 1000 | 1000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | 0.438 | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Fluorene | 400 | 2000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | 0.548 | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Naphthalene | 4 | 1000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Phenanthrene | 100 | 100 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | ND | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| Pyrene | 700 | 2000 | | ND | 0.355 | ND | 0.374 | ND | 0.68 | ND | 0.794 | ND | 2.11 | 0.524 | 0.417 | ND | 0.758 | ND | 0.347 | ND | 0.758 |
| *Metals* | | | | | | | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | | ND | 2.1 | ND | 2.2 | ND | 2 | ND | 2.4 | ND | 2.5 | ND | 2.5 | ND | 2.3 | ND | 2.1 | ND | 2.2 |
| Arsenic, Total | 30 | 30 | | 6.6 | 0.42 | 2.8 | 0.45 | 3.5 | 0.41 | 4.2 | 0.47 | 3.9 | 0.5 | 3.6 | 0.5 | 4.8 | 0.45 | 2.3 | 0.42 | 3.3 | 0.44 |
| Barium, Total | 1000 | 2500 | | 18 | 0.42 | 21 | 0.45 | 26 | 0.41 | 24 | 0.47 | 18 | 0.5 | 33 | 0.5 | 33 | 0.45 | 30 | 0.42 | 19 | 0.44 |
| Beryllium, Total | 0.7 | 0.8 | | 0.22 | 0.21 | 0.24 | 0.22 | 0.31 | 0.2 | 0.26 | 0.24 | 0.26 | 0.25 | 0.26 | 0.25 | 0.23 | 0.23 | ND | 0.21 | 0.24 | 0.22 |
| Cadmium, Total | 30 | 80 | | ND | 0.42 | ND | 0.45 | ND | 0.41 | ND | 0.47 | ND | 0.5 | ND | 0.5 | ND | 0.45 | ND | 0.42 | ND | 0.44 |
| Chromium, Total | 1000 | 2500 | | 40 | 2.1 | 24 | 2.2 | 16 | 2 | 11 | 2.4 | 7.8 | 2.5 | 16 | 2.5 | 40 | 2.3 | 15 | 2.1 | 10 | 2.2 |
| Lead, Total | 300 | 600 | | 11 | 2.1 | 8.1 | 2.2 | 24 | 2 | 12 | 2.4 | 18 | 2.5 | 22 | 2.5 | 240 | 2.3 | 41 | 2.1 | 16 | 2.2 |
| Mercury, Total | 20 | 60 | | 0.09 | 0.09 | ND | 0.09 | 0.08 | 0.08 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 |
| Nickel, Total | 300 | 700 | | 1 | 2.1 | 25 | 2.2 | 14 | 2 | 7.9 | 2.4 | 7.1 | 2.5 | 14 | 2.5 | 26 | 2.3 | 10 | 2.1 | 9.7 | 2.2 |
| Selenium, Total | 400 | 2500 | | 2.1 | 2.1 | 1.1 | 2.2 | ND | 2 | ND | 2.4 | 1.2 | 2.5 | 1.2 | 2.5 | 1.1 | 2.3 | 1 | 2.1 | 1.1 | 2.2 |
| Silver, Total | 100 | 200 | | ND | 0.42 | ND | 0.45 | ND | 0.41 | ND | 0.47 | ND | 0.5 | ND | 0.5 | ND | 0.45 | ND | 0.42 | ND | 0.44 |
| Thallium, Total | 8 | 30 | | 2.1 | 2.1 | 2.2 | 2.2 | 2 | 2 | 2.4 | 2.4 | 2.5 | 2.5 | 2.5 | 2.5 | 2.3 | 2.3 | 2.1 | 2.1 | 2.2 | 2.2 |
| Vanadium, Total | 400 | 2000 | | ND | 0.42 | ND | 0.45 | ND | 0.41 | ND | 0.47 | ND | 0.5 | ND | 0.5 | ND | 0.45 | ND | 0.42 | ND | 0.44 |
| Zinc, Total | 2500 | 2500 | | 35 | 2.1 | 37 | 2.2 | 29 | 2 | 18 | 2.4 | 22 | 2.5 | 33 | 2.5 | 35 | 2.3 | 34 | 2.1 | 23 | 2.2 |
| | | | | 88 | | 55 | | 80 | | 30 | | 38 | | 94 | | 350 | | 67 | | 50 | |
| *Extractable Petroleum Hydrocarbons* | | | | | | | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | | ND | 7.09 | ND | 7.49 | ND | 13.6 | ND | 15.9 | 118 | 42.2 | ND | 8.33 | ND | 15.2 | ND | 6.94 | 15.4 | 15.2 |
| C19-C36 Aliphatics | 2500 | 5000 | | 17.5 | 7.09 | 18.5 | 7.49 | 34.8 | 13.6 | ND | 15.9 | 477 | 42.2 | 104 | 8.33 | 27.1 | 15.2 | 108 | 6.94 | 1670 | 15.2 |
| C11-C22 Aromatics | 200 | 2000 | | 10.7 | 7.09 | ND | 7.49 | 54.7 | 13.6 | 46.3 | 15.9 | 117 | 42.2 | 52.4 | 8.33 | 35 | 15.2 | 35.2 | 6.94 | 252 | 15.2 |
| Asbestos (%) | NA | NA | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | |

All results except asbestos are in mg/kg

\\DEDHAM\PROJECTS\206449 Foley Hoag-Monsanto vs Mystic Landing\wip\Data\Surface soil data table.xls\Soil_Data-Current    Page 2 of 6    File No. 206449.00    10/01/04

TABLE 1

ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil | | | S-19 (0 - 3") 29-Jun-04 | | S-20 (0 - 3") 29-Jun-04 | | S-21 (0 - 3") 29-Jun-04 | | S-22 (0 - 3") 29-Jun-04 | | S-23 (0 - 3") 29-Jun-04 | | S-24 (0 - 3") 29-Jun-04 | | S-25 (0 - 3") 29-Jun-04 | | S-26 (0 - 3") 29-Jun-04 | | S-26 DUP (0 - 3") 29-Jun-04 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S-1 | S-2 | | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL | Conc | MDL |
| **Polycyclic Aromatic Hydrocarbons** | | | | | | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Acenaphthene | 20 | 2500 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Acenaphthylene | 100 | 1000 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Anthracene | 1000 | 2500 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Benzo(a)anthracene | 0.7 | 1 | | 3.59 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Benzo(a)pyrene | 0.7 | 0.7 | | 1.35 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Benzo(b)fluoranthene | 0.7 | 1 | | 2.63 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Benzo(ghi)perylene | 1000 | 2500 | | 1.12 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Benzo(k)fluoranthene | 7 | 10 | | 2.61 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Chrysene | 7 | 10 | | 3.95 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | | 0.464 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Fluoranthene | 1000 | 1000 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Fluorene | 400 | 2000 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | | 1.18 | 0.366 | ND | 0.397 | ND | 0.412 | 2.89 | 2.64 | ND | 0.358 | 0.459 | 0.34 | 2.19 | 1.79 | ND | 0.694 | ND | 0.694 |
| Naphthalene | 4 | 1000 | | 3.27 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Phenanthrene | 100 | 100 | | 1.68 | 0.366 | ND | 0.397 | ND | 0.412 | ND | 2.64 | ND | 0.358 | ND | 0.34 | ND | 1.79 | ND | 0.694 | ND | 0.694 |
| Pyrene | 700 | 2000 | | ND | 0.366 | ND | 0.397 | ND | 0.412 | 2.88 | 2.64 | ND | 0.358 | 0.479 | 0.34 | 1.94 | 1.79 | ND | 0.694 | ND | 0.694 |
| **Metals** | | | | | | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | | 28 | 2.2 | ND | 2.3 | 5.2 | 2.4 | ND | 3.2 | ND | 2.1 | ND | 2 | 2.9 | 2.1 | ND | 2.1 | ND | 2.1 |
| Arsenic, Total | 30 | 30 | | 100 | 0.44 | 5.6 | 0.47 | 6.6 | 0.49 | 12 | 0.63 | 3.7 | 0.43 | 3.8 | 0.4 | 14 | 0.43 | 3.7 | 0.42 | 3.4 | 0.41 |
| Barium, Total | 1000 | 2500 | | 13 | 0.22 | 37 | 0.23 | 38 | 0.24 | 120 | 0.32 | 30 | 0.21 | 21 | 0.2 | 170 | 0.21 | 33 | 0.21 | 34 | 0.21 |
| Beryllium, Total | 0.7 | 0.8 | | ND | 0.44 | 0.45 | 0.47 | 0.28 | 0.49 | 0.94 | 0.63 | 0.36 | 0.43 | 0.28 | 0.4 | 0.4 | 0.43 | 0.26 | 0.42 | 0.25 | 0.41 |
| Cadmium, Total | 30 | 80 | | ND | 0.44 | ND | 0.47 | ND | 0.24 | ND | 0.63 | ND | 0.21 | ND | 0.2 | 6.2 | 0.21 | ND | 0.21 | ND | 0.21 |
| Chromium, Total | 1000 | 2500 | | 4.5 | 2.2 | 10 | 2.3 | 34 | 2.4 | 38 | 3.2 | 9.8 | 2.1 | 8.1 | 2 | 76 | 2.1 | 19 | 2.1 | 19 | 2.1 |
| Lead, Total | 300 | 600 | | 1000 | 2.2 | 16 | 2.3 | 25 | 2.4 | 100 | 3.2 | 12 | 2.1 | 19 | 2 | 590 | 2.1 | 15 | 2.1 | 17 | 2.1 |
| Mercury, Total | 20 | 60 | | 2.9 | 0.18 | ND | 0.09 | ND | 0.1 | 0.29 | 0.13 | ND | 0.09 | ND | 0.08 | 0.36 | 0.09 | ND | 0.08 | ND | 0.08 |
| Nickel, Total | 300 | 700 | | 3.1 | 1.1 | 8.3 | 1.2 | 28 | 1.2 | 33 | 1.6 | 17 | 1.1 | 6.5 | 1 | 61 | 1.1 | 16 | 1 | 15 | 1 |
| Selenium, Total | 400 | 2500 | | ND | 22 | 3.3 | 2.3 | ND | 2.4 | ND | 3.2 | ND | 2.1 | ND | 2 | ND | 2.1 | ND | 2.1 | ND | 2.1 |
| Silver, Total | 100 | 200 | | 3.6 | 0.44 | ND | 0.47 | ND | 0.49 | ND | 0.63 | ND | 0.43 | ND | 0.4 | 11 | 0.43 | ND | 0.42 | ND | 0.41 |
| Thallium, Total | 8 | 30 | | ND | 22 | 22 | 2.3 | 12 | 2.4 | 16 | 3.2 | 2.1 | 2.1 | ND | 2 | ND | 2.1 | ND | 2.1 | ND | 2.1 |
| Vanadium, Total | 400 | 2000 | | 7.7 | 0.44 | 22 | 0.47 | 37 | 0.49 | 66 | 0.63 | 22 | 0.43 | 18 | 0.4 | 44 | 0.43 | 39 | 0.42 | 37 | 0.41 |
| Zinc, Total | 2500 | 2500 | | 82 | 2.2 | 41 | 2.3 | 140 | 2.4 | 340 | 3.2 | 53 | 2.1 | 39 | 2 | 430 | 2.1 | 530 | 2.1 | 500 | 2.1 |
| **Extractable Petroleum Hydrocarbons** | | | | | | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | | 21.3 | 7.33 | ND | 7.94 | ND | 8.23 | ND | 52.9 | ND | 7.17 | ND | 6.8 | 313 | 35.8 | ND | 13.9 | ND | 13.9 |
| C19-C36 Aliphatics | 2500 | 5000 | | 128 | 7.33 | 78 | 7.94 | 50.1 | 8.23 | 826 | 52.9 | 54.9 | 7.17 | 81.6 | 6.8 | 1790 | 35.8 | 137 | 13.9 | 201 | 13.9 |
| C11-C22 Aromatics | 200 | 2000 | | 358 | 7.33 | 33.9 | 7.94 | 28.7 | 8.23 | 220 | 52.9 | 31.4 | 7.17 | 51.6 | 6.8 | 456 | 35.8 | ND | 13.9 | ND | 13.9 |
| Asbestos (%) | NA | NA | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | |

All results except asbestos are in mg/kg

TABLE 1
ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil S-1 | Reportable Concentrations in Soil S-2 | S-26 Average (0 - 3") 29-Jun-04 Conc | S-26 Average (0 - 3") 29-Jun-04 MDL | S-28 (0 - 3") 29-Jun-04 Conc | S-28 (0 - 3") 29-Jun-04 MDL | S-28 DUP (0 - 3") 29-Jun-04 Conc | S-28 DUP (0 - 3") 29-Jun-04 MDL | S-28 Average (0 - 3") 29-Jun-04 Conc | S-28 Average (0 - 3") 29-Jun-04 MDL | S-29 (0 - 3") 29-Jun-04 Conc | S-29 (0 - 3") 29-Jun-04 MDL | S-30 (0 - 3") 29-Jun-04 Conc | S-30 (0 - 3") 29-Jun-04 MDL | S-31 (0 - 3") 29-Jun-04 Conc | S-31 (0 - 3") 29-Jun-04 MDL | S-32 (0 - 3") 29-Jun-04 Conc | S-32 (0 - 3") 29-Jun-04 MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Polycyclic Aromatic Hydrocarbons** | | | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Acenaphthene | 20 | 2500 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Acenaphthylene | 100 | 1000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Anthracene | 1000 | 2500 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Benzo(a)anthracene | 0.7 | 1 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.409 | 0.347 | ND | 0.694 |
| Benzo(a)pyrene | 0.7 | 0.7 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.396 | 0.347 | ND | 0.694 |
| Benzo(b)fluoranthene | 0.7 | 1 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.409 | 0.347 | ND | 0.694 |
| Benzo(ghi)perylene | 1000 | 2500 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Benzo(k)fluoranthene | 7 | 10 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.382 | 0.347 | ND | 0.694 |
| Chrysene | 7 | 10 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.507 | 0.347 | ND | 0.694 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Fluoranthene | 1000 | 1000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.71 | 0.347 | ND | 0.694 |
| Fluorene | 400 | 2000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Naphthalene | 4 | 1000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | ND | 0.347 | ND | 0.694 |
| Phenanthrene | 100 | 100 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.416 | 0.347 | ND | 0.694 |
| Pyrene | 700 | 2000 | ND | 0.694 | ND | 0.733 | ND | 0.725 | ND | 0.729 | ND | 0.337 | ND | 6.8 | 0.68 | 0.347 | ND | 0.694 |
| **Metals** | | | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | ND | 2.1 | 2.2 | 2.2 | 3.3 | 2.1 | 2.75 | 2.15 | ND | 2 | 2.9 | 2 | 7.5 | 2.1 | ND | 2.1 |
| Arsenic, Total | 30 | 30 | 3.55 | 0.415 | 6.2 | 0.44 | 7.5 | 0.43 | 6.85 | 0.435 | 2.7 | 0.4 | 8.5 | 0.4 | 34 | 0.41 | 4.9 | 0.42 |
| Barium, Total | 1000 | 2500 | 33.5 | 0.415 | 21 | 0.44 | 27 | 0.43 | 24 | 0.435 | 21 | 0.4 | 25 | 0.4 | 65 | 0.41 | 35 | 0.42 |
| Beryllium, Total | 0.7 | 0.8 | 0.255 | 0.21 | ND | 0.22 | 0.55 | 0.21 | 0.385 | 0.215 | ND | 0.2 | ND | 0.2 | ND | 0.21 | 0.29 | 0.21 |
| Cadmium, Total | 30 | 80 | ND | 0.415 | ND | 0.44 | 65 | 0.43 | 52 | 0.435 | ND | 0.4 | 0.5 | 0.4 | ND | 0.41 | ND | 0.42 |
| Chromium, Total | 1000 | 2500 | 19 | 0.415 | 39 | 0.44 | 65 | 0.43 | 52 | 0.435 | 20 | 0.4 | 50 | 0.4 | 14 | 0.41 | 19 | 0.42 |
| Lead, Total | 300 | 600 | 16 | 2.1 | 2400 | 2.2 | 4900 | 2.1 | 3650 | 2.15 | 3100 | 2 | 810 | 2 | 1400 | 2.1 | 25 | 2.1 |
| Mercury, Total | 20 | 60 | ND | 0.08 | ND | 0.09 | ND | 0.08 | ND | 0.085 | ND | 0.08 | ND | 0.08 | 5.2 | 0.42 | ND | 0.08 |
| Nickel, Total | 300 | 700 | 15.5 | 1 | 38 | 1.1 | 56 | 1.1 | 47 | 1.1 | 11 | 1 | 52 | 1 | 14 | 1 | 15 | 1 |
| Selenium, Total | 400 | 2500 | ND | 2.1 | ND | 2.2 | ND | 21 | 21.5 | 21.5 | 2 | 2 | 20 | 20 | 25 | 21 | ND | 2.1 |
| Silver, Total | 100 | 200 | ND | 0.415 | ND | 0.44 | ND | 0.43 | 21.5 | 0.435 | ND | 0.4 | ND | 0.4 | 1.3 | 0.41 | ND | 0.42 |
| Thallium, Total | 8 | 30 | ND | 2.1 | ND | 22 | 22 | 21 | 21.5 | 21.5 | 2 | 2 | 20 | 20 | ND | 21 | ND | 2.1 |
| Vanadium, Total | 400 | 2000 | 38 | 0.415 | 21 | 0.44 | 22 | 0.43 | 21.5 | 0.435 | 28 | 0.4 | 31 | 0.4 | 26 | 0.41 | 35 | 0.42 |
| Zinc, Total | 2500 | 2500 | 515 | 2.1 | 120 | 2.2 | 390 | 2.1 | 255 | 2.15 | 210 | 2 | 76 | 2 | 110 | 2.1 | 150 | 2.1 |
| **Extractable Petroleum Hydrocarbons** | | | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | ND | 13.9 | 47.9 | 14.6 | 37.6 | 14.5 | 42.75 | 14.55 | ND | 6.73 | 520 | 136 | ND | 6.94 | ND | 13.9 |
| C19-C36 Aliphatics | 2500 | 5000 | 169 | 13.9 | 117 | 14.6 | 106 | 14.5 | 111.5 | 14.55 | 140 | 6.73 | 549 | 136 | 52.4 | 6.94 | 104 | 13.9 |
| C11-C22 Aromatics | 200 | 2000 | ND | 13.9 | 90 | 14.6 | 61.6 | 14.5 | 75.8 | 14.55 | 58.4 | 6.73 | 496 | 136 | 51.9 | 6.94 | 63 | 13.9 |
| Asbestos (%) | NA | NA | ND | | ND | | ND | | ND | | ND | | ND | | ND | | ND | |

All results except asbestos are in mg/kg



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

October 19, 2004

Adam P. Kahn
Boston Office
617.832.1206
akahn@foleyhoag.com

**By Facsimile**

Doreen M. Zankowski
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109-1775

Douglas B. Otto
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 763
Scituate, MA 02066

    Re:   Mystic Landing, LLC v. Pharmacia Corporation et al.,
             Civil Action No. 04-10180-NMG

            Proposed Meeting to Discuss Modification of Scheduling Order and Request for
            Conference Pursuant to Local Rule 37.1

Dear Counsel:

    I have Doreen's letter of October 15 in which she offered to draft a joint motion to extend discovery deadlines and suggested that the meeting planned for Monday October 25 at 10 am would not be necessary. Monsanto and Pharmacia still wish to meet. We propose keeping the meeting for the same date and time, but in light of stated time constraints for one of Mystic's attorneys, we are willing meet at Doreen's offices instead of ours.

    We have two fundamental items to discuss. First, we believe that the content of the joint motion is not entirely self-explanatory. Simply "pushing all dates out for a 6-8 month period" would not address many of the outstanding discovery coordination issues, particularly for the third- and fourth- party defendants.

    Second, we wish to confer with Modern Continental and Mystic Landing regarding their responses to our document requests. Collectively, Mystic and Modern have produced less than one box of materials in response to our requests, and some of what little was produced is non-responsive. This response is clearly inadequate and inconsistent with the obligations of Mystic and Modern under Federal Rule 26. Accordingly, this letter is a request pursuant to LR 37.1(A)

FHBOSTON/1120497.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Doreen Zankowski
Douglas Otto
Howard Guggenheim
October 19, 2004
Page 2

and LR 7(A)(2) to confer in good faith regarding the adequacy of the document production by Modern and Mystic. We have no objection to the other parties' participation in this conference.

Please advise me if you do not intend to participate in this meeting.

                Very truly yours,

                Adam P. Kahn

APK:lab

FHBOSTON/1120497.1

Exhibit F

TABLE 1
ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil S-1 | S-2 | S-33 08-Sep-04 Conc | MDL | S-34 08-Sep-04 Conc | MDL | S-35 08-Sep-04 Conc | MDL | S-36 08-Sep-04 Conc | MDL | S-37 08-Sep-04 Conc | MDL | S-38 08-Sep-04 Conc | MDL | S-39 08-Sep-04 Conc | MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Polycyclic Aromatic Hydrocarbons** | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | ND | 1.87 | ND | 22.2 | ND | 21.5 |
| Acenaphthene | 20 | 2500 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | ND | 1.87 | ND | 22.2 | ND | 21.5 |
| Acenaphthylene | 100 | 1000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | ND | 1.87 | ND | 22.2 | ND | 21.5 |
| Anthracene | 1000 | 2500 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 3.16 | 1.87 | ND | 22.2 | ND | 21.5 |
| Benzo(a)anthracene | 0.7 | 1 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 6.01 | 1.87 | ND | 22.2 | ND | 21.5 |
| Benzo(a)pyrene | 0.7 | 0.7 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 6.47 | 1.87 | ND | 22.2 | ND | 21.5 |
| Benzo(b)fluoranthene | 0.7 | 1 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 5.45 | 1.87 | ND | 22.2 | ND | 21.5 |
| Benzo(ghi)perylene | 1000 | 2500 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 2.89 | 1.87 | ND | 22.2 | ND | 21.5 |
| Benzo(k)fluoranthene | 7 | 1 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 4.05 | 1.87 | ND | 22.2 | ND | 21.5 |
| Chrysene | 7 | 10 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 4.57 | 1.87 | ND | 22.2 | ND | 21.5 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 6.91 | 1.87 | ND | 22.2 | ND | 21.5 |
| Fluoranthene | 1000 | 2000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 15.1 | 1.87 | ND | 22.2 | ND | 21.5 |
| Fluorene | 400 | 1000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 3.8 | 1.87 | ND | 22.2 | ND | 21.5 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 3.36 | 1.87 | ND | 22.2 | ND | 21.5 |
| Naphthalene | 4 | 1000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 3.8 | 1.87 | ND | 22.2 | ND | 21.5 |
| Phenanthrene | 100 | 100 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 19.9 | 1.87 | ND | 22.2 | ND | 21.5 |
| Pyrene | 700 | 2000 | ND | 0.358 | ND | 0.358 | ND | 2.25 | ND | 1.89 | 12.1 | 1.87 | ND | 22.2 | ND | 21.5 |
| **Metals** | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | ND | 2.1 | 2.1 | 2.1 | 2.7 | 2.25 | 2.2 | 1.89 | 2.2 | 1.87 | ND | 22.2 | ND | 21.5 |
| Arsenic, Total | 30 | 30 | 3.8 | 0.43 | 3.8 | 0.43 | 21 | 0.54 | 7.1 | 0.45 | 18 | 0.44 | 5.7 | 0.44 | 3.5 | 0.43 |
| Barium, Total | 1000 | 2500 | 12 | 0.43 | 11 | 0.43 | 97 | 0.54 | 32 | 0.45 | 56 | 0.44 | 43 | 0.44 | 22 | 0.43 |
| Beryllium, Total | 0.7 | 0.8 | ND | 0.21 | ND | 0.21 | ND | 0.27 | ND | 0.22 | ND | 0.22 | 0.51 | 0.22 | ND | 0.21 |
| Cadmium, Total | 30 | 80 | ND | 0.43 | ND | 0.43 | ND | 0.54 | ND | 0.45 | 1.2 | 0.44 | ND | 0.44 | ND | 0.43 |
| Chromium, Total | 1000 | 2500 | 16 | 0.43 | 16 | 0.43 | 41 | 0.54 | 18 | 0.45 | 20 | 0.44 | 22 | 0.44 | 12 | 0.43 |
| Lead, Total | 300 | 600 | 8.6 | 2.1 | 8.7 | 2.1 | 850 | 2.7 | 420 | 2.2 | 300 | 2.2 | 48 | 2.2 | 24 | 2.1 |
| Mercury, Total | 20 | 60 | 0.07 | 0.07 | 0.08 | 0.08 | 0.13 | 0.1 | 18 | 0.09 | 0.34 | 0.09 | 2.2 | 0.09 | 12 | 0.08 |
| Nickel, Total | 300 | 700 | 12 | 1.1 | 5.4 | 1.1 | 28 | 1.3 | 13 | 1.1 | 16 | 1.1 | 18 | 1.1 | 10 | 1.1 |
| Selenium, Total | 400 | 2500 | ND | 2.1 | ND | 2.1 | ND | 2.7 | ND | 2.2 | ND | 2.2 | ND | 2.2 | ND | 2.1 |
| Silver, Total | 100 | 200 | ND | 0.43 | ND | 0.43 | 0.56 | 0.54 | ND | 0.45 | ND | 0.44 | ND | 0.44 | ND | 0.43 |
| Thallium, Total | 8 | 30 | ND | 2.1 | ND | 2.1 | ND | 2.7 | ND | 2.2 | ND | 2.2 | ND | 2.2 | ND | 2.1 |
| Vanadium, Total | 400 | 2000 | 33 | 0.43 | 17 | 0.43 | 56 | 0.54 | 25 | 0.45 | 40 | 0.44 | 34 | 0.44 | 31 | 0.43 |
| Zinc, Total | 2500 | 2500 | 43 | 2.1 | 26 | 2.1 | 500 | 2.7 | 190 | 2.2 | 260 | 2.2 | 400 | 2.2 | 140 | 2.1 |
| **Extractable Petroleum Hydrocarbons** | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | 15.6 | 7.17 | 15.2 | 7.17 | 150 | 45 | 130 | 37.9 | 258 | 37.4 | 725 | 444 | 602 | 430 |
| C19-C36 Aliphatics | 2500 | 5000 | 31.2 | 7.17 | 15.3 | 7.17 | 43.8 | 45 | 156 | 37.9 | 112 | 37.4 | 2120 | 444 | 27500 | 430 |
| C11-C22 Aromatics | 200 | 2000 | 15.6 | 7.17 | 15.2 | 7.17 | 150 | 45 | 130 | 37.9 | 258 | 37.4 | ND | 444 | 2840 | 430 |
| Asbestos (%) | NA | NA | | | | | | | | | | | | | | |

All results except asbestos are in mg/kg

TABLE 1

ANALYTICAL DATA FOR SOIL SAMPLES COLLECTED IN 2004
Alford Street
Everett, MA

| Analyte | Reportable Concentrations in Soil S-1 | Reportable Concentrations in Soil S-2 | S-40 08-Sep-04 Conc | S-40 08-Sep-04 MDL | S-DUP 07-Sep-04 Conc | S-DUP 07-Sep-04 MDL | S-40 Average 08-Sep-04 Conc | S-40 Average 08-Sep-04 MDL | S-41 08-Sep-04 Conc | S-41 08-Sep-04 MDL | S-42 08-Sep-04 Conc | S-42 08-Sep-04 MDL | S-43 08-Sep-04 Conc | S-43 08-Sep-04 MDL | S-44 08-Sep-04 Conc | S-44 08-Sep-04 MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Polycyclic Aromatic Hydrocarbons** | | | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | 4 | 1000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Acenaphthene | 20 | 2500 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Acenaphthylene | 100 | 2500 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Anthracene | 1000 | 1000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Benzo(a)anthracene | 0.7 | 2500 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.805 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Benzo(a)pyrene | 0.7 | 1 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.477 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Benzo(b)fluoranthene | 0.7 | 0.7 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Benzo(ghi)perylene | 1000 | 2500 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.393 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Benzo(k)fluoranthene | 0.7 | 1 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.362 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Chrysene | 7 | 10 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.375 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Dibenzo(a,h)anthracene | 0.7 | 0.7 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Fluoranthene | 1000 | 1000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Fluorene | 400 | 2000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Indeno(1,2,3-cd)pyrene | 0.7 | 1 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Naphthalene | 4 | 1000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | ND | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Phenanthrene | 100 | 100 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.536 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| Pyrene | 700 | 2000 | ND | 7.25 | ND | 7.17 | ND | 7.21 | 0.721 | 0.362 | ND | 1.87 | ND | 1.85 | ND | 7.17 |
| **Metals** | | | | | | | | | | | | | | | | |
| Antimony, Total | 10 | 40 | ND | 2.1 | ND | 2.1 | ND | 2.1 | ND | 2.2 | ND | 2.2 | ND | 2.2 | ND | 2.1 |
| Arsenic, Total | 30 | 30 | 3.9 | 0.43 | 4.4 | 0.43 | 4.15 | 0.43 | 10 | 0.43 | ND | 0.45 | 9.4 | 0.44 | 4.5 | 0.43 |
| Barium, Total | 1000 | 2500 | 37 | 0.43 | 34 | 0.43 | 35.5 | 0.43 | 20 | 0.43 | ND | 0.45 | 50 | 0.44 | 32 | 0.43 |
| Beryllium, Total | 0.7 | 0.8 | 0.56 | 0.21 | 0.47 | 0.21 | 0.515 | 0.21 | 0.32 | 0.22 | 0.22 | 0.22 | 0.22 | 0.22 | 0.21 | 0.21 |
| Cadmium, Total | 30 | 80 | ND | 0.43 | ND | 0.43 | ND | 0.43 | ND | 0.43 | ND | 0.45 | 1.5 | 0.44 | ND | 0.43 |
| Chromium, Total | 1000 | 2500 | 21 | 2.1 | 18 | 2.1 | 19.5 | 2.1 | 66 | 2.2 | 2.4 | 2.2 | 84 | 2.2 | 27 | 2.1 |
| Lead, Total | 300 | 600 | 410 | 0.08 | 340 | 0.07 | 375 | 0.075 | 720 | 0.08 | 3300 | 0.09 | 510 | 0.09 | 0.48 | 0.43 |
| Mercury, Total | 20 | 60 | ND | 2.1 | ND | 2.1 | ND | 2.1 | 34 | 2.2 | 0.11 | 2.2 | 39 | 2.2 | 18 | 2.1 |
| Nickel, Total | 300 | 700 | 13 | 1.1 | 12 | 1.1 | 12.5 | 1.1 | 26 | 1.1 | 2.2 | 1.1 | 3300 | 1.1 | 2.1 | 1.1 |
| Selenium, Total | 400 | 2500 | ND | 0.08 | 0.08 | 0.07 | 0.08 | 0.075 | 0.08 | 0.08 | 0.09 | 0.09 | 0.11 | 0.09 | 0.07 | 0.07 |
| Silver, Total | 100 | 200 | ND | 2.1 | ND | 2.1 | ND | 2.1 | ND | 2.2 | ND | 2.2 | ND | 2.2 | ND | 2.1 |
| Thallium, Total | 8 | 30 | 2.1 | 0.43 | 2.1 | 0.43 | 2.1 | 0.43 | ND | 0.43 | 4.5 | 0.45 | ND | 0.44 | ND | 0.43 |
| Vanadium, Total | 400 | 2000 | 43 | 2.1 | ND | 2.1 | 39.5 | 2.1 | 26 | 2.2 | 4.5 | 2.2 | 2.2 | 2.2 | 45 | 2.1 |
| Zinc, Total | 2500 | 2500 | 180 | 2.1 | 250 | 2.1 | 215 | 2.1 | 150 | 2.2 | 370 | 2.2 | 370 | 2.2 | 170 | 2.1 |
| **Extractable Petroleum Hydrocarbons** | | | | | | | | | | | | | | | | |
| C9-C18 Aliphatics | 1000 | 2500 | ND | 145 | ND | 143 | ND | 144 | 27.4 | 7.25 | 37.4 | 1.87 | 37 | 1.85 | 143 | 143 |
| C19-C36 Aliphatics | 2500 | 5000 | 297 | 145 | 201 | 143 | 249 | 144 | 20.5 | 7.25 | 37.4 | 1.87 | 37 | 1.85 | 314 | 143 |
| C11-C22 Aromatics | 200 | 2000 | 284 | 145 | 238 | 143 | 261 | 144 | 47.5 | 7.25 | 37.4 | 1.87 | 891 | 1.85 | 276 | 143 |
| Asbestos (%) | NA | NA | | | | | | | | | | | | | | |

All results except asbestos are in mg/kg