# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -3 P 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant. | |
| PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant. | |
| BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

## NOTICE OF APPEARANCE

#504064 v1

1

Please enter the appearance of Doreen M. Zankowski, from the law firm of Hinckley Allen Snyder, LLP, 28 State Street, Boston, MA 02109 as attorneys of record for Mystic Landing, LLC

        Respectfully submitted,

        **MYSTIC LANDING, LLC**

        By its attorneys,

        _____
        Doreen M. Zankowski, Esq. (BBO #558381)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000

DATED: February 1, 2005

#504064 v1

## CERTIFICATE OF SERVICE

    I, Doreen M. Zankowski, hereby certify that on this 1st day of February 2005, I served a true and accurate copy of the foregoing document by first class mail, postage prepaid, to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

                                              _____
                                              Doreen M. Zankowski