UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants.<br><br>PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant.<br><br>BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | CIVIL ACTION NO.<br>04-10180 NMG |

## NOTICE OF APPEARANCE

1

#504064 v1

Please enter the appearance of Doreen M. Zankowski, from the law firm of Hinckley Allen Snyder, LLP, 28 State Street, Boston, MA 02109 as attorneys of record for Third-Party Defendant, Modern Continental Construction Company, Inc.

Respectfully submitted,

**MODERN CONTINENTAL CONSTRUCTION COMPANY, INC.**

By its attorneys,

/s/ Doreen M. Zankowski
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: February 25, 2005

#504064 v1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 25th day of February 2005, I served a true and accurate copy of the foregoing document electronically to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

                                              /s/ Doreen M. Zankowski
                                              Doreen M. Zankowski

#504064 v1