UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants.<br><br>PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant.<br><br>BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**NOTICE OF APPEARANCE**

1

522473

Please enter the appearance of Kevin M. Plante, from the law firm of Hinckley Allen Snyder, LLP, 28 State Street, Boston, MA 02109 as an attorney of record for Mystic Landing, LLC. I certify that I am admitted to practice before this Court.

Respectfully submitted,

**MYSTIC LANDING, LLC**

By its attorneys,

   /s/ Kevin M. Plante, Esq.
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: March 22, 2005

## CERTIFICATE OF SERVICE

     I, Kevin M. Plante, hereby certify that on this 22nd day of March, 2005, I served a true and accurate copy of the foregoing document electronically or by first class mail to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

                                                    /s/ Kevin M. Plante, Esq.
                                                    Kevin M. Plante, Esq.

522473