## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC, <br>     Plaintiff, <br><br> v. <br><br> PHARMACIA CORP., SOLUTIA INC., <br> and MONSANTO CO., <br>     Defendants. | CIVIL ACTION NO. <br> 04-10180 NMG |

PHARMACIA CORP. and MONSANTO CO.,
    Third-Party Plaintiffs,

v.

MODERN CONTINENTAL CONSTR. CO., INC.,
    Third-Party Defendant.

PHARMACIA CORP.,
    Third-Party Plaintiff,

v.

BOSTON EDISON CO.,
    Third-Party Defendant.

BOSTON EDISON CO.,
    Fourth-Party Plaintiff,

v.

O'DONNELL SAND & GRAVEL, INC. and
MARY O'DONNELL,
    Fourth-Party Defendants.

## RULE 30(b)(6) DESIGNATIONS OF MODERN CONTINENTAL CONSTRUCTION CO., INC.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and in response to the Notice of Deposition dated March 4, 2005 served upon Modern Continental Construction Co., Inc. by defendants Pharmacia Corporation and Monsanto Company, hereunder please find the Rule 30(b)(6) Designations of Modern Continental Construction Co., Inc. designating the following witnesses to testify on its behalf and providing information as required under the Rule.

1.  Peter Grela, Designee for Purchase Information of the Site.
    Modern Continental Construction Co., Inc.
    600 Memorial Drive
    Cambridge MA  02139
    (617) 864-6300

    Mr. Grela has knowledge, and documents, relating to the purchase and sale of the site located at Alford Street, Everett, MA (the "Site"). Documents in Mr. Grela's possession have been previously provided pursuant to the Defendant's First Request for Production of Documents.

2.  Robert Shepard, Designee for Development Plans Information.
    Modern Continental Construction Co., Inc.
    600 Memorial Drive
    Cambridge MA  02139
    (617) 864-6300

    Mr. Shepard has knowledge, and has provided documents, relating to the development plans, past present and future for the Site. Documents in Mr. Shepard's possession have been previously provided pursuant to the Defendant's First Request for Production of Documents.

3.  Mr. Max Marino and Mr. Joseph Rocha, Designees for Information Relating to Modern's Use of the Site.
    c/o Modern Continental Construction Co., Inc.
    600 Memorial Drive
    Cambridge, MA  02139
    (617) 864-6300

    Mssrs. Marino and Rocha have knowledge, and have provided documents, relating to the activities and use of the Site as a construction laydown and storage facility.

Respectfully submitted,

**Modern Continental Construction Co., Inc.**

By its attorneys,


___/s/ Doreen M. Zankowski_____
Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante (BBO#630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000



DATED: March 24, 2005

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 24th day of March, 2005, I served a true and accurate copy of the foregoing document electronically or first class mail to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

_____/s/ Doreen M. Zankowski_____
Doreen M. Zankowski