UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants. | CIVIL ACTION NO.<br>04-10180 NMG |
| PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant. | |
| PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant. | |
| BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

**RULE 30(b)(6) DESIGNATIONS OF MYSTIC LANDING, LLC**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and in response to the Notice of Deposition dated March 4, 2005 served upon Mystic Landing, LLC by defendants Pharmacia Corporation and Monsanto Company, hereunder please find the Rule 30(b)(6) Designations of Mystic Landing, LLC designating the following witnesses to testify on its behalf and providing information as required under the Rule.

1. Peter Grela, Designee for Purchase Information of the Site.
   Modern Continental Construction Co., Inc.
   600 Memorial Drive
   Cambridge MA  02139
   (617) 864-6300

   Mr. Grela has knowledge, and documents, relating to the purchase and sale of the site located at Alford Street, Everett, MA (the "Site"). Documents in Mr. Grela's possession have been previously provided pursuant to the Defendant's First Request for Production of Documents.

2. Robert Shepard, Designee for Development Plans Information.
   Modern Continental Construction Co., Inc.
   600 Memorial Drive
   Cambridge MA  02139
   (617) 864-6300

   Mr. Shepard has knowledge, and has provided documents, relating to the development plans, past present and future for the Site. Documents in Mr. Shepard's possession have been previously provided pursuant to the Defendant's First Request for Production of Documents.

3. Mr. Max Marino and Mr. Joseph Rocha, Designees for Information Relating to Modern's Use of the Site.
   c/o Modern Continental Construction Co., Inc.
   600 Memorial Drive
   Cambridge, MA  02139
   (617) 864-6300

   Mssrs. Marino and Rocha have knowledge, and have provided documents, relating to the activities and use of the Site as a construction laydown and storage facility.

Respectfully submitted,

**Mystic Landing, LLC**

By its attorneys,

   /s/ Doreen M. Zankowski
Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante (BBO#630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

DATED: March 24, 2005

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 24th day of March, 2005, I served a true and accurate copy of the foregoing document electronically or first class mail to:

Adam P. Kahn, Esq.
John M. Stevens, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

                                                  /s/ Doreen M. Zankowski
                                                  Doreen M. Zankowski