Page 95

[1]  **A:** No.
[2]  **Q:** Does Mystic have any reason to believe that
[3] fewer permits would be required for the development
[4] concept set forth in Exhibit 15 than would be
[5] required for the development concept set forth in
[6] Exhibit 13?
[7]  **MS. ZANKOWSKI:** Objection.
[8]  **A:** I don't have the knowledge base to answer
[9] that question.
[10]  **Q:** As you sit here today testifying on behalf
[11] of Mystic, can you say that you have any reason to
[12] believe that fewer permits would be required for the
[13] concept set forth in Exhibit 15 than would be
[14] required for the concept set forth in Exhibit 13?
[15]  **MS. ZANKOWSKI:** Objection. He's not a
[16] permit expert.
[17]  **MR. STEVENS:** You may say objection. He
[18] doesn't have to be an expert.
[19]  **Q:** Do you have any reason to believe ---
[20]  **A:** I'm not an expert. I couldn't tell you
[21] what the development laws are, development rules.
[22]  **Q:** Sir, I'm just asking, do you have any
[23] reason to believe that the permit requirements for
[24] the concept set forth in Exhibit 15 would be less

Page 96

[1] than those required for the concept set forth in
[2] Exhibit 13?
[3]  **MS. ZANKOWSKI:** Objection.
[4]  **A:** I've answered the question.
[5]  **Q:** No, you haven't, sir. Could you answer it,
[6] please.
[7]  **A:** I don't have a knowledge base to be able to
[8] answer that question.
[9]  **Q:** So you have no knowledge suggesting that
[10] the requirements for permits associated with the
[11] concept of Exhibit 15 would be less than the
[12] requirements for the concept set forth in Exhibit
[13] 13?
[14]  **MS. ZANKOWSKI:** Objection.
[15]  **A:** I couldn't tell you if the requirements for
[16] Exhibit 13 were correct, never mind how they apply
[17] to 15. I don't have that type of background. I'm a
[18] financial guy; I don't have a development
[19] background.
[20]  **Q:** So, sir, because you don't have that
[21] background, testifying for Mystic today, you have no
[22] reason to believe that the requirements would be
[23] less for the concept in Exhibit 15 than it would be
[24] for the concept in Exhibit 13?

Page 97

[1]  **MS. ZANKOWSKI:** Objection. Is there a
[2] question there?
[3]  **A:** Less or more, less or more.
[4]  **Q:** What is the regulatory status of the
[5] property under the Massachusetts Contingency Plan?
[6]  **A:** I do not know.
[7]  **Q:** Could you refer to Exhibit 14, sir.
[8]  **A:** (Witness reviews document)
[9]  **Q:** For whom was Exhibit 14 prepared?
[10]  **A:** Exhibit 14 says it was prepared for the
[11] Modern Continental Companies, Inc.
[12]  **Q:** And that is Mystic Landing's managing
[13] member, is it not?
[14]  **A:** I believe — I'd have to refer back to the
[15] documents, but I believe it was.
[16]  **Q:** I don't know that it's been marked as an
[17] exhibit. If you'd like to look at the operating
[18] agreement.
[19]  **A:** Yes, that's correct.
[20]  **Q:** So that the record is clear, this Exhibit
[21] 14 was prepared for Mystic's managing member; is
[22] that correct?
[23]  **A:** I'm not so sure it was prepared for
[24] Mystic's managing member as it's a coincidence

Page 98

[1] that's the name of the ultimate holding company.
[2]  **Q:** It was prepared for Modern Continental
[3] Companies, Inc., correct, sir?
[4]  **A:** Yes.
[5]  **Q:** And Modern Continental Companies, Inc., is
[6] Mystic's managing member, correct, sir?
[7]  **A:** Yes.
[8]  **Q:** So matters known to the managing member
[9] are, by definition, known to Mystic, correct, sir?
[10]  **MS. ZANKOWSKI:** Objection.
[11]  **A:** Would you repeat that question again.
[12]  **Q:** I said, matters known to its managing
[13] member are known to Mystic, correct?
[14]  **MS. ZANKOWSKI:** Objection.
[15]  **A:** I don't know what you mean by that.
[16]  **Q:** Now, would you turn to Page 9 of Exhibit
[17] 14, please.
[18]  **A:** (Witness reviews document)
[19]  **Q:** On that page begins a "Massachusetts
[20] Contingency Plan Status Update." Do you see that,
[21] Mr. Grela?
[22]  **A:** Oh, yes. 3.0.
[23]  **Q:** If you turn over to the next page, Page 10,
[24] of Exhibit 14, you see the statement that "A Phase

Page 99

[1] II Comprehensive Site Assessment Report and Phase
[2] III Remedial Action Plan were due to the
[3] Massachusetts Department of Environmental Protection
[4] on January 17, 1999"?
[5]    MS. ZANKOWSKI: Objection. The document
[6] speaks for itself.
[7]    A: I see that on the document.
[8]    Q: Was the statement made in this report by
[9] its consultant to Mystic's managing member correct?
[10]    A: I don't know.
[11]    Q: Has Mystic subsequently filed a Phase II
[12] Comprehensive Site Assessment Report and Phase III
[13] Remedial Action Plan?
[14]    A: I do not know.
[15]    Q: Do you see the statement in the next bullet
[16] that "A Phase III Remedy Implementation Plan was due
[17] to the Massachusetts Department of Environmental
[18] Protection on January 17, 2000"?
[19]    MS. ZANKOWSKI: Objection. I believe it
[20] says "Phase IV," and the document speaks for itself.
[21]    Q: Do you see the statement that "A Phase IV
[22] Remedy Implementation Plan was due to the Department
[23] of Environmental Protection on January 17, 2000"?
[24]    MS. ZANKOWSKI: Objection. The document

Page 100

[1] speaks for itself.
[2]    A: I see it right on the document, yes.
[3]    Q: Was that statement correct?
[4]    A: I do not know.
[5]    Q: Has Mystic since filed a Phase IV Remedy
[6] Implementation Plan?
[7]    A: I do not know.
[8]    Q: Do you know whether Mystic has had any
[9] communications with the Department of Environmental
[10] Protection since June 2001?
[11]    A: No, I do not.
[12]    Q: Have you made any effort in preparation for
[13] your deposition to acquaint yourself with the facts
[14] whether Mystic has had any such communications?
[15]    A: No, I did not.
[16]    Q: Do you see in the next bullet the statement
[17] that "A Response Outcome Statement was due to the
[18] Department of Environmental Protection on January
[19] 17, 2002"?
[20]    MS. ZANKOWSKI: Objection. The document
[21] speaks for itself.
[22]    A: I see the written words, yes.
[23]    Q: Was the statement correct in April 2002?
[24]    A: I do not know.

Page 101

[1]    Q: Has Mystic since filed a Response Action
[2] Outcome Statement?
[3]    A: I do not know.
[4]    Q: If you could turn over to Page 13. In the
[5] bullet on the bottom of the page, do you see the
[6] first statement that "Several 120-day reporting
[7] conditions identified at the Site have not been
[8] reported to the Department of Environmental
[9] Protection"?
[10]    MS. ZANKOWSKI: Objection. The document
[11] speaks for itself.
[12]    A: I see the written words.
[13]    Q: Do you see the beginning of the next
[14] sentence in Line 5 of the bullet, "The
[15] responsibility for reporting these 120-day reporting
[16] conditions falls upon the current Potentially
[17] Responsible Party, which typically is the Site
[18] owner"?
[19]    MS. ZANKOWSKI: Objection. The document
[20] speaks for itself.
[21]    A: I see the written words.
[22]    Q: Who was the site owner in 2002?
[23]    A: In 2002 it would be Mystic Landing.
[24]    Q: Did Mystic Landing in or after April of

Page 102

[1] 2002 report any conditions to the Department of
[2] Environmental Protection?
[3]    A: I do not believe so.
[4]    Q: If you'd turn over to the bullet on the
[5] next page. Do you see that Modern Continental
[6] Companies, Inc.'s consultant is recommending that it
[7] or the site owner complete the necessary MCP
[8] response actions?
[9]    MS. ZANKOWSKI: Objection. The document
[10] speaks for itself.
[11]    Q: Do you see that?
[12]    A: I can certainly see the words. I'm not
[13] sure of the context that this has been written in,
[14] but I see the words.
[15]    Q: Did either Modern or Mystic complete those
[16] response actions?
[17]    A: I do not know.
[18]    MR. STEVENS: I ask that a cover letter
[19] from Ms. Zankowski to Mr. Kahn, to which are
[20] attached — excuse me — from Mr. Kahn to Ms.
[21] Zankowski, to which a photograph and six sheets of
[22] data are attached, be marked collectively as Mystic
[23] Exhibit 16.
[24]

Mystic Landing 4 LL
Case 1:04-cv-10180-NMG    Document 65-3    Filed 04/01/2005    Page 3 of 23    Peter M. Grela
Pharmacia Corporation, et al., etc.

Vol. 1, March 14, 2005

Page 103

[1]      (Document marked as Mystic
[2] Exhibit 16 for identification)
[3]      **Q:** Directing your attention to Exhibit 16, Mr.
[4] Grela, has Mystic reported the conditions described
[5] in the exhibit to the Department of Environmental
[6] Protection?
[7]      **A:** I don't know. To clarify, you're asking me
[8] if we've reported the samples —
[9]      **Q:** If you've reported the conditions described
[10] in Exhibit 16 to the Department of Environmental
[11] Protection.
[12]      **A:** I don't know.
[13]      **Q:** Now, what, if any, action has Mystic taken
[14] to remove or treat contaminated soil or groundwater
[15] between June 21, 2001, and the present on the
[16] property?
[17]      **A:** I do not believe we've taken any actions.
[18]      **Q:** What is Mystic's current estimate of the
[19] cost of removing or treating contamination in soil
[20] and groundwater on the site?
[21]      **A:** There's been numbers thrown around, but I
[22] don't know.
[23]      **Q:** Have you made any effort to ascertain the
[24] current estimate of the cost for removing and

Page 104

[1] treating soil and groundwater at the site in
[2] preparation for your deposition?
[3]      **A:** Yes. I talked to one other person in my
[4] office —
[5]      **MR. OTTO:** Can you speak up? I can't hear
[6] you.
[7]      **THE WITNESS:** I'm sorry.
[8]      **A:** I talked to one other person in my office
[9] to ask what their recollection of the cost that was
[10] discussed a few years back was, and I recall $10
[11] million or $16 million. But again, these are just
[12] recollections.
[13]      **Q:** When did you have this conversation?
[14]      **A:** Friday afternoon.
[15]      **Q:** With whom did you have the conversation?
[16]      **A:** Robert Shepard.
[17]      **Q:** Did you attempt to obtain any other
[18] knowledge from Mr. Shepard in preparation for your
[19] deposition?
[20]      **A:** Nothing specific.
[21]      (A telephone interruption)
[22]      (A pause)
[23] **MS. ZANKOWSKI:** Peter has a meeting at
[24] three o'clock, which I don't think he's going to

Page 105

[1] make, correct?
[2]      **MR. STEVENS:** He might; he might. There's
[3] a chance.
[4]      (A pause)
[5]           **BY MR. STEVENS:**
[6]      **Q:** Could you go back to Exhibit 7, please, Mr.
[7] Grela. Now, as a point of reference, Mr. Grela, the
[8] date on this document is June 19, 2001. If you
[9] could just keep that in mind. And if you could turn
[10] to Page 16, numbered Page 16 of Exhibit 7, please.
[11] Do you see a heading there "8.2, Exposure
[12] Potential"?
[13]      **A:** Yes, I do.
[14]      **Q:** Drawing your attention, sir, to the
[15] statement — since June 19, 2001, has there been any
[16] other analysis of the exposure potential at the
[17] property?
[18]      **A:** Not that I'm aware of.
[19]      **Q:** So to the best of Mystic's knowledge, its
[20] position is still that potential exposure to the
[21] contaminants of concern is anticipated to be low or
[22] minimal given the current uses of the site?
[23]      **A:** It's what the report says.
[24]      **Q:** Now, going over to the next page, do you

Page 106

[1] see "8.3, Future Uses and Remedial Requirements"?
[2]      **A:** I see that.
[3]      **Q:** Do you see that in — who is Mystic's
[4] consultant to the site today?
[5]      **A:** I'm not sure that we have one today.
[6]      **Q:** Is it Rizzo Associates?
[7]      **A:** I believe they certainly were the last one
[8] that was engaged.
[9]      **Q:** To your knowledge, Rizzo hasn't done any
[10] analysis of future uses and remedial requirements
[11] since this study; is that correct, sir?
[12]      **A:** I'm not sure. Not that I'm aware of.
[13]      **Q:** You see in this study it says "either
[14] containment or treatment" — in 8.3, under
[15] "Groundwater" it says, "Either containment or
[16] treatment of the groundwater at the site would be
[17] required to fill the requirements of the MCP,
[18] regardless of the proposed future uses of the Site
[19] property"? Do you see that, sir?
[20]      **MS. ZANKOWSKI:** Objection. The document
[21] speaks for itself.
[22]      **A:** I see the wording in the document.
[23]      **Q:** Such a statement does not appear under
[24] "Soil," does it?

Page 107

[1]  MS. ZANKOWSKI: Objection. The document
[2] speaks for itself.
[3]  A: If you say so.
[4]  Q: Well, you can read, too, can't you, sir?
[5]  A: Yeah, I agree.
[6]  Q: There hasn't been any subsequent analysis
[7] of future uses and remedial requirements to Mystic's
[8] knowledge, has there?
[9]  MS. ZANKOWSKI: Objection.
[10]  A: To my knowledge, no.
[11]  MR. STEVENS: I ask that a transmittal
[12] letter dated August 27, 2002, from Ms. Zankowski to
[13] Mr. Kahn, to which are attached a number of pages of
[14] cost estimates, be marked for identification as
[15] Mystic Exhibit 17.
[16]    (Document marked as Mystic
[17] Exhibit 17 for identification)
[18]  A: (Witness reviews document)
[19]  Q: If you can turn over to Page 2 of the
[20] transmittal letter, do you see Ms. Zankowski is
[21] telling Mr. Kahn in the third sentence of the first
[22] paragraph that begins on Page 2 that "The enclosed
[23] estimates are for: A, remediation for development
[24] of a major league baseball park; and B, remediation

Page 108

[1] for development of a mixed-use project"? Do you see
[2] that statement?
[3]  MS. ZANKOWSKI: Objection. The document
[4] speaks for itself.
[5]  A: I see it.
[6]  Q: In fact, if you look over to the cost
[7] estimates, you see two scenarios for development of
[8] a major league baseball park, Scenario A and
[9] Scenario B. Do you see that?
[10]  MS. ZANKOWSKI: Objection. The documents
[11] speak for themselves.
[12]  MR. STEVENS: Ms. Zankowski, I have to draw
[13] his attention to these matters in order to...
[14]  A: I see that.
[15]  Q: And it's correct, is it not, that Mystic is
[16] not actively pursuing those plans at the current
[17] moment?
[18]  A: No, not a baseball ballpark.
[19]  Q: The current —
[20]  A: There have been discussions about another
[21] sporting facility, however.
[22]  Q: The current or most recent plan is a
[23] mixed-use development, correct?
[24]  A: Whose current plan?

Page 109

[1]  Q: Who is making plans for development of the
[2] property?
[3]  A: A lot of people, I guess.
[4]  Q: Who?
[5]  A: There are numerous outside buyers that are
[6] looking.
[7]  Q: Who?
[8]  A: Well — can I consult with my attorney for
[9] a second?
[10]  MS. ZANKOWSKI: Answer. Try to answer
[11] first.
[12]    Can you read back the question.
[13]  Q: Which outside developers are looking to
[14] acquire the property?
[15]  A: Discussions, I know that Steve Karp has
[16] looked at the site. That O'Donnell has looked at
[17] the site. I've received phone calls from Steve
[18] Belkin. I've received numerous inquiries. I know
[19] other people have received numerous inquiries over
[20] the property. Responding to your question about
[21] what the current development plan is, I'm not sure
[22] that Modern or Mystic currently has a development
[23] plan —
[24]  MR. OTTO: I'm sorry, I have this blower in

Page 110

[1] my ear. Can I hear that last part? Can you speak
[2] up a little bit?
[3]  A: I'm not sure we're actively working on a
[4] development plan today.
[5]  Q: When did Mr. Karp last —
[6]  A: These are all conversations that I've heard
[7] over the last 30 days or so, 30 or 60 days.
[8]  Q: You haven't had any role with Mystic since
[9] 2002; is that correct?
[10]  A: Well, no, I don't want to say I haven't had
[11] any role.
[12]  Q: What have your duties and responsibilities
[13] been since 2002 relating to Mystic?
[14]  A: To respond to any questions that may or may
[15] not have come up in the past in various venues. I
[16] haven't been involved with the development, nor am I
[17] an officer of that company, nor do I have authority
[18] over that company.
[19]  Q: So is it correct that a mixed-use plan is
[20] not currently under consideration for development by
[21] Modern?
[22]  MS. ZANKOWSKI: Objection.
[23]  Q: Or Mystic?
[24]  MS. ZANKOWSKI: Objection.

**Page 111**

[1] **A:** It's hard to answer that question. But I
[2] guess I would answer it, it's still being looked at,
[3] but it would be probably sold with the site.
[4] **Q:** Has anybody else — is anybody else
[5] considering carrying out either a concept similar to
[6] that set forth in Exhibits 13 or 15?
[7] **A:** I can't speak for anybody else.
[8] **Q:** Does Mystic know whether — has anyone
[9] advised Mystic that it would consider carrying out
[10] such a development plan?
[11] **A:** I don't — well, I don't know.
[12] **Q:** Do you have any reason to believe that
[13] anyone has so advised Mystic?
[14] **A:** Just discussion. Discussion, comments
[15] people have made.
[16] **Q:** What comments have they made as to whether
[17] they would carry out a mixed-use development?
[18] **A:** I have heard numerous discussions about
[19] numerous groups looking at the property. The
[20] property is about to be marketed, it's not a secret,
[21] and it has generated a tremendous amount of
[22] interest.
[23] **Q:** Is Mystic planning to incur any costs for
[24] remediation of contaminants on the property?

**Page 112**

[1] **A:** In what regard?
[2] **Q:** Are you planning to spend any money on
[3] cleaning up the property?
[4] **A:** Not currently. To the extent certain
[5] remediation needs to be done on the sale to enhance
[6] the value — to maintain the value of the property,
[7] then maybe we will, but I'm not speaking for Mystic
[8] as of today.
[9] **Q:** You're not speaking for Mystic?
[10] **A:** Well, no, I shouldn't say it that way. I
[11] am not currently employed, as of today, by Modern
[12] Continental/ —
[13] **Q:** Is it —
[14] **A:** — Mystic. Or Mystic.
[15] **Q:** You're testifying on behalf of Mystic as to
[16] proposals, plans and preparations for development of
[17] the site. Does Mystic have any intention of
[18] developing the site itself at the present time?
[19] **MS. ZANKOWSKI:** Objection. Asked and
[20] answered.
[21] **A:** Present time being today, as I was saying,
[22] I'm here to provide historical perspective and
[23] testimony. I am no longer employed by that company
[24] today.

**Page 113**

[1] **Q:** Sir, you've been designated to testify on
[2] their behalf on a number of subjects, including
[3] their proposals, plans and preparations for
[4] development of the site.
[5] **A:** I terminated my employment with the company
[6] a couple of days ago. I'm just saying, I'm not
[7] their spokesman today.
[8] **Q:** Yes, you are. You have been so designated.
[9] **A:** I'm the spokesman today for prior, for
[10] historical items.
[11] **MR. STEVENS:** So have you designated nobody
[12] to testify to this subject matter?
[13] **MS. ZANKOWSKI:** Mr. Grela is here as the
[14] 30(b)(6) deponent of Mystic Landing, LLC. He is
[15] here to testify as to what he knows, what he has
[16] inquired about, to the best of his knowledge and
[17] belief. I think all he's trying to say — and I
[18] don't want to put words in his mouth —
[19] **MR. STEVENS:** Well, don't say that. You
[20] may say objection.
[21] **MS. ZANKOWSKI:** He's not employed; it's a
[22] fact. He's just saying he is not employed as of
[23] today.
[24] **THE WITNESS:** I'm trying to say it; he

**Page 114**

[1] won't let me say it.
[2] **MR. STEVENS:** You are entitled, you are
[3] obliged, to appoint someone to testify who acquaints
[4] himself with knowledge available to the corporation,
[5] whether it's Mr. Grela or Charlton Heston, neither
[6] of whom is an employee of the company.
[7] **MS. ZANKOWSKI:** I don't think Charlton is.
[8] **A:** On the date that you sent out your
[9] deposition, I was employed by the company.
[10] **Q:** You were employed by Mystic?
[11] **A:** I was — no, not by Mystic, employed by
[12] Modern Continental.
[13] **Q:** You were not employed then; you're not
[14] employed now.
[15] **A:** Mystic has no employees.
[16] **Q:** So it had to appoint a nonemployee to
[17] testify on its behalf.
[18] **A:** And I was that designee.
[19] **Q:** Good. So does Mystic currently have any
[20] proposals, plans or preparation to develop the site?
[21] **MS. ZANKOWSKI:** Objection. Asked and
[22] answered.
[23] **A:** As of today?
[24] **Q:** Yes.

Page 115

[1] **A:** I'm not sure.
[2] **Q:** It's correct, is it not, sir, that every
[3] estimate of cost for remediation of the site that
[4] has been prepared relates to a specific development
[5] plan?
[6] **A:** Well, clearly logic would dictate that a
[7] remediation estimate would be specific to a
[8] proposal, a proposal of the site.
[9] **Q:** In fact, that has been the case, has it
[10] been?
[11] **A:** I cannot say that a remediation cost has
[12] been prepared for every proposal. I can't say that.
[13] There may have been other proposals or remediation
[14] costs that had not been prepared for.
[15] **Q:** But you're not aware of any remediation
[16] cost estimate that was not linked to a particular
[17] development option, are you?
[18] **MS. ZANKOWSKI:** Objection.
[19] **A:** I'm not sure.
[20] **Q:** You're not aware of one, are you?
[21] **A:** I'm not aware of one, yeah, I can answer
[22] that.
[23] **MR. STEVENS:** I have no further questions
[24] at this time. We believe that Mystic has not

Page 116

[1] complied, and I will say this, because I think we
[2] should have this conference, that Mystic has not
[3] complied with its obligations to educate someone as
[4] to information reasonably known or reasonably
[5] available to it. It was evident from the testimony
[6] that Mystic has not done that. So we will seek —
[7] **THE WITNESS:** I will —
[8] **MS. ZANKOWSKI:** Let him have his speech on
[9] the record.
[10] **MR. STEVENS:** We will seek appropriate
[11] consequences as a result of Mystic's failure to do
[12] so.
[13] **MS. ZANKOWSKI:** If there are specific
[14] questions that you do not believe you have a
[15] satisfactory answer to, and Mystic has an employee
[16] or a designee, because they do not have employees,
[17] we are certainly within our rights, Mr. Stevens, to
[18] have one or more people designated. At this point
[19] in time Mr. Grela has been the designated
[20] individual. In the event there are specific
[21] questions that you require further information and
[22] answers to, we can certainly look for a second
[23] deponent to fill those issues for you.
[24] **MR. STEVENS:** You were entitled to bring

Page 117

[1] more people today if the one person you brought was
[2] not going to speak to all of the issues.
[3] **MS. ZANKOWSKI:** Not knowing all of your
[4] direct questions, sir, respectfully, we did the best
[5] we could. And if there are specific issues, again,
[6] we are certainly willing to bring in another
[7] 30(b)(6) deponent. One person cannot be expected to
[8] answer every single question that they don't have
[9] knowledge of prior to sitting here.
[10] **MR. OTTO:** Let me assert something. I have
[11] some questions. I don't know if this is the end
[12] speech or not, but let me just say something on a
[13] 30(b)(6). Everybody knows the areas of examination
[14] are designed to give you a road map to bring in 16
[15] people or one person. It's your choice: Either the
[16] one person has knowledge over every category or you
[17] bring in 16 to cover four categories. I mean,
[18] that's a basic —
[19] **MS. ZANKOWSKI:** You're absolutely right,
[20] but you're making an assumption this entity that has
[21] no employees has such a person. So you're making
[22] some assumption that you have no knowledge to make
[23] that assumption. This is a single-purpose entity.
[24] It owns a piece of land.

Page 118

[1] **MR. OTTO:** And is a plaintiff in a lawsuit.
[2] **MS. ZANKOWSKI:** That is correct.
[3] **MR. OTTO:** It has the authority to bring
[4] lawsuits, and it has authority to go after other
[5] people's assets.
[6] **MS. ZANKOWSKI:** That is correct.
[7] **MR. OTTO:** Okay.
[8] **MS. ZANKOWSKI:** To the extent we could
[9] identify someone for today, we didn't have that long
[10] a notice on this — and we did comply with the date
[11] requested, we did not seek an extension — we
[12] brought Mr. Grela forward.
[13] **MR. OTTO:** Can I ask a few questions?
[14] **MS. ZANKOWSKI:** Sure.
[15] **CROSS EXAMINATION**
[16] **BY MR. OTTO:**
[17] **Q:** Mr. Grela, I represent Boston Edison. I
[18] have some follow-up, and I'm going to jump around a
[19] little bit, based on what I think I've heard today.
[20] You stopped acting in any sort of
[21] supervisory role with respect to Mystic in 2002 when
[22] your obligations as CFO stopped with Modern; is that
[23] correct?
[24] **A:** I guess when I make that statement, what I

Page 119

[1] mean is, I wasn't signatory on bank accounts
[2] anymore, but because I had been involved with the
[3] history of the property since 1996, I was still
[4] involved in other depositions or providing
[5] historical information on the property. But I
[6] wasn't the designated officer on the company.
[7]    Q: We talked earlier about Modern's planned
[8] exit, a company in wind-down, completing the balance
[9] of the projects; you discussed your role as a
[10] comptroller, CFO; and then more or less oversight of
[11] various troubled projects from 2002 onward?
[12]    A: Yes.
[13]    Q: Were any of those troubled projects the
[14] Mystic Landing site?
[15]    A: No.
[16]    Q: So —
[17]    A: Construction.
[18]    Q: Construction-related projects?
[19]    A: Terminal E, a couple of water system
[20] tunnels, power plants. All active construction
[21] projects.
[22]    Q: When you stopped acting in Mystic's behalf
[23] in 2002, who stepped in?
[24]    A: I don't know.

Page 120

[1]    Q: Did anyone step in?
[2]    A: Somebody else would have been probably
[3] authorized. I don't mean to be vague; it's not like
[4] there was somebody specifically assigned to handle
[5] it. All I'm saying is, certain items of authority,
[6] like signatures on checks and bank accounts and
[7] clerk certificates that I had previously handled
[8] because I was in the office, I was no longer doing.
[9] So a lot of things were physically assigned to
[10] somebody else. I'm sure that happened on Mystic
[11] Landing; I just don't know who their person was.
[12]    Q: Can you name everybody at Modern who had
[13] any supervisory or authoritative role with respect
[14] to Mystic since Mystic acquired the property?
[15]    A: When you say "supervisory," are you talking
[16] about onsite supervisory?
[17]    Q: Let me try it again. Can you name everyone
[18] at Modern who had any role whatsoever with the
[19] Mystic Landing site?
[20]    A: I could not name everybody. I could give
[21] you a pretty expensive list.
[22]    Q: Go ahead.
[23]    A: Robert Shepard, Max — currently at Modern?
[24]    Q: Currently or former.

Page 121

[1]    A: Or former. I said Robert Shepard. I said
[2] Max Marino. John Foster, Frank Trubiano, Joe
[3] Toffoloni, Joe Rocha. Then you start getting down
[4] to field personnel, superintendents, foremen.
[5]    Q: Describe for me, if you would, what Mr.
[6] Shepard's role has been with Mystic.
[7]    A: Bob has been more involved in the future
[8] development plans, what the development plans at the
[9] time might have been.
[10]    Q: Mr. Marino?
[11]    A: Mr. Marino has passed away.
[12]    Q: What about Les Marino; was he involved?
[13]    A: Les passed away.
[14]    Q: How about Max Marino? I'm sorry, did you
[15] say Max or Les Marino?
[16]    A: I said Max. Les was the president of
[17] Modern Continental Companies and the owner. He
[18] passed away on November 12, 2004. Max Marino, his
[19] nephew, has taken on a lot of the things that Les
[20] had previously done.
[21]    Q: And his role with the Mystic site is what?
[22]    A: Historically the project that was using —
[23] whether by coincidence or not, but the project that
[24] was using the site as a laydown area was being run

Page 122

[1] by Max Marino as a vice president of the company.
[2] Coincidentally he happened to be involved as the
[3] vice president. So he would have been responsible
[4] for the projects that were using the site,
[5] essentially from 1996 really to the current date.
[6] He now has also taken on a different capacity of CEO
[7] of Modern Continental Companies, is involved in
[8] disposition of assets, future planning.
[9]    Q: So did Mr. Marino — and I refer to Max —
[10] has he had any involvement with the development
[11] plans for the site?
[12]    A: Very little.
[13]    Q: How about Mr. Foster?
[14]    A: Mr. Foster, very little. Future
[15] development plans, it's really more Robert Shepard.
[16]    Q: Is it only Mr. Shepard?
[17]    A: Actually, another name is a gentleman by
[18] the name of Don Kovitz, K-o-v-i-t-z.
[19]    Q: What's his role with the development of
[20] plans for the Mystic site?
[21]    A: Don is a vice president under Bob Shepard.
[22]    Q: Just to close the loop on this, Mr. Foster
[23] and Mr. — is it Traviani?
[24]    A: Toffoloni.

Page 123

[1]    Q: Mr. Toffoloni and Mr. Rocha, what have been
[2] their roles with respect to development of the site?
[3]    A: None.
[4]    MS. ZANKOWSKI: Objection. Who's the last
[5] one?
[6]    MR. OTTO: Rocha.
[7]    THE WITNESS: Joe Rocha.
[8]    A: None with respect to development; they're
[9] on the project. I guess if you're asking me a
[10] question of, did this piece of steel arrive on the
[11] job site, those would be the guys: the project
[12] manager, project superintendent, foremen.
[13]    Q: As of Friday, your last day, who on behalf
[14] of Mystic was charged with making decisions
[15] concerning the planned use of the property? Mr.
[16] Shepard?
[17]    A: Well, when you say "making decisions," as I
[18] said, I don't believe we're actively involved in
[19] making decisions to develop that property as Modern
[20] Continental or Mystic. Modern Continental,
[21] obviously, is involved with a financial problem; it
[22] is involved with a wind-down. We currently have
[23] financial problems and are not doing future
[24] development. To the extent there have been any

Page 124

[1] proposals or anything, that's going to be part of
[2] somebody else's future development, not ours.
[3]    Q: I'm focusing on the lawsuit, so that's why
[4] I asked the question. As of Friday, your last day,
[5] March 11th, had Mystic abandoned its intention to
[6] develop the property for mixed-use residential?
[7]    MS. ZANKOWSKI: Objection.
[8]    A: I guess I can't say abandoned.
[9]    Q: How would you characterize its intention
[10] with respect to the site?
[11]    A: The property would probably be marketed for
[12] sale — either for sale or you'll have to have some
[13] other outside investor come in to facilitate that
[14] project going forward.
[15]    Q: Who at Modern or Mystic is involved, at
[16] least as of Friday, with respect to marketing the
[17] property for sale?
[18]    A: Robert Shepard has, Max Marino has.
[19]    Q: Anyone else?
[20]    A: There are third-party consultants.
[21]    Q: Who are they?
[22]    A: I haven't spoken to them directly on this
[23] but — I guess you'd have to list all our creditors
[24] to an extent, major creditors.

Page 125

[1]    Q: Let me try it this way: Have you engaged a
[2] real estate professional to market the property for
[3] sale?
[4]    A: We have not; however, I believe our
[5] creditors have. I don't know the financial
[6] arrangement between them —
[7]    Q: Has Modern given an assignment for the
[8] benefit of creditors?
[9]    MS. ZANKOWSKI: Objection. Can you let him
[10] finish answering.
[11]    MR. OTTO: He —
[12]    MS. ZANKOWSKI: He wasn't done. You ran
[13] over him.
[14]    Q: Were you done?
[15]    A: There was a little more to it. I don't
[16] know what the financial arrangement is between the
[17] creditors and who I believe is going to be marketing
[18] the property; however, that entity is a company
[19] called Argus, A-r-g-u-s something. The last name of
[20] the principal is Ferrari.
[21]    Q: Mr. Stevens asked you, Is a mixed-use plan
[22] still under consideration? Your response was, It's
[23] being looked at and would be sold with the site.
[24] What does that mean to you?

Page 126

[1]    A: Well, what it means —
[2]    MS. ZANKOWSKI: Objection. I think his
[3] testimony speaks for itself.
[4]    MR. OTTO: I'm not asking him to restate
[5] the testimony; I'm asking him what that means to
[6] him.
[7]    MS. ZANKOWSKI: You're asking him to assume
[8] what you say is absolutely what he said earlier.
[9] All I'm doing is objecting to that.
[10]    MR. OTTO: Let me back up.
[11]    Q: Do you recall that testimony?
[12]    A: Not the specific words, but I recall the
[13] general statement, yes. And what I meant by that
[14] was that a number of the people that have been
[15] approached on the property, lining up for the
[16] potential purchase or potential sale or potential
[17] purchase of it, everybody is trying to get their
[18] foot in the door a little bit early, so people are
[19] coming in and looking at what the development plans
[20] were.
[21]    I can't name every single one of them; I
[22] can just tell you, there's a significant amount of
[23] interest in that property. It's a large tract,
[24] partially in Boston. It's been a former ballpark

Page 127

[1] site. I know the Celtics are looking for a new
[2] site; there have been a few inquiries from them, by
[3] some significant people. People aren't looking at
[4] that as mixed use; everybody is looking at that as
[5] residential, commercial. I'm not a development guy;
[6] this is just discussion, people calling. I'm sure
[7] for your case you can probably hire some
[8] professional development company and verify those
[9] types of facts.
[10]    **Q:** Well, it's your case. But let me ask you
[11] this: I'm interested in what the words, "and it
[12] would be sold with the site" —
[13]    **A:** I say sold with the concept. Somebody
[14] might come in —
[15]    **Q:** Let me be certain about my question. I
[16] know you're answering something; I just want to make
[17] sure this isn't simply semantics.
[18]    Are you saying that you would be selling
[19] some sort of — would you be selling the mixed-use
[20] plan, the marina, residential housing plan with the
[21] site?
[22]    **A:** No.
[23]    **Q:** Can you do that?
[24]    **A:** No.

Page 128

[1]    **MS. ZANKOWSKI:** Objection.
[2]    **A:** The only thing I meant by that was, anybody
[3] coming in, the question was asked, are you working,
[4] currently working on any of the specific proposals,
[5] and all I'm saying is, to the extent somebody is
[6] going to buy this site, we would probably turn over
[7] any work that we had done on the site, that specific
[8] plan: Here are the architects; here is whatever
[9] they might have done on it. And you turn that over
[10] with the site.
[11]    **Q:** All right. When have you last spoken to
[12] Mary O'Donnell?
[13]    **A:** I obviously can't give you an exact date,
[14] but I'd say within the last four months.
[15]    **Q:** Have you spoken to her about this case?
[16]    **A:** About this specific litigation?
[17]    **Q:** This case.
[18]    **A:** No, no, not this case.
[19]    **Q:** How about Mr. Guggenheim; have you spoken
[20] to him?
[21]    **A:** No.
[22]    **Q:** This is the case (indicating).
[23]    **A:** Yeah. No.
[24]    **MS. ZANKOWSKI:** Objection.

Page 129

[1]    **A:** No, I have not spoken to him, not about
[2] this specific case.
[3]    **Q:** How about the property; have you spoken to
[4] her about the property?
[5]    **A:** The only thing I spoke to her about was I
[6] happened to run into her at another trial pertaining
[7] to the property but not with us.
[8]    **Q:** That would be the Rosen case?
[9]    **A:** Rosen versus Mintz Levin. I happened to
[10] run into her, somebody might have said something,
[11] but there wasn't really a discussion. Prior to that
[12] I seen her at a funeral, no significant discussion.
[13]    **Q:** I'm sorry, Mr. Guggenheim, do you know him?
[14]    **A:** I know who he is. It's been quite some
[15] time since I've spoken to Howard, years.
[16]    **Q:** And you discussed — you testified earlier
[17] about an agreement concerning the use of the
[18] property, and I think you were referring back to the
[19] 2001 time frame?
[20]    **MS. ZANKOWSKI:** Objection.
[21]    **Q:** You said further —
[22]    **A:** Go ahead.
[23]    **Q:** Just to jog your memory, you said Mystic
[24] Landing would be paid for the use of the property.

Page 130

[1] Do you remember that?
[2]    **MS. ZANKOWSKI:** Objection.
[3]    **A:** Yeah. What I was referring to was at — 1
[4] know as part of our closing with Banknorth on a $10
[5] million loan, I believe, and I'm pretty sure, that
[6] there was a requirement for some formal lease
[7] agreement.
[8]    **Q:** What interaction have you had with Gator
[9] Development Company concerning Mystic's planned use
[10] for the property?
[11]    **A:** Going back how far?
[12]    **Q:** At any point in time.
[13]    **A:** That's a significant amount of discussions.
[14]    **Q:** Since Mystic acquired the property in June
[15] of 2001.
[16]    **MS. ZANKOWSKI:** Objection.
[17]    **A:** I really have not had any substantial
[18] discussions since that time. Prior to that time I
[19] did.
[20]    **Q:** Would you characterize the discussions
[21] before that point in time with Gator over possible
[22] planned use for the site?
[23]    **A:** Yeah. Gator brought numerous proposals,
[24] verbal proposals, brought some companies. They had

Peter M. Grela
Vol. 1, March 14, 2005

Case 1:04-cv-10180-NMG    Document 65-3    Filed 04/01/2005    Page 10 of 23

Mass. Landing, LLC    v.
Pharmacia Corporation, et al., etc.

Page 131

[1] brought in some big box users, a Costco, or they had
[2] brought in residential users. They originally came
[3] up with the concept of the ballpark and brought in a
[4] couple of the actual bidders when the actual Red Sox
[5] were being sold, a couple of bidders for the Sox
[6] were looking at teaming up for our parcel as part of
[7] their package. So over time they brought in
[8] numerous proposals, but since 2001 — yeah — since
[9] 2001 I don't believe I've talked to them.
[10]    **Q:** In response to questions over what
[11] discussions you've been having concerning use of the
[12] property and you referred to discussions with others
[13] concerning a sporting facility, you then mentioned
[14] Steve Karp, Steve Belkin and O'Donnell. Was that
[15] Mary O'Donnell?
[16]    **A:** No. Joe O'Donnell.
[17]    **Q:** Joe O'Donnell?
[18]    **A:** I haven't had discussion with Joe
[19] O'Donnell. I know that — well, I had a discussion
[20] with Steve Belkin and Bob Shepard dealing with Karp.
[21] When I say "dealing with," we were supposed to tour
[22] the site with him. And I was not mentioning Karp on
[23] a specific proposal for the Celtics.
[24]    **Q:** When Mr. Stevens asked you about documents

Page 132

[1] which might exist in Mystic's files, he asked you,
[2] Have any been destroyed, and you said, I'm sure some
[3] have been destroyed. What does that mean? How are
[4] you sure about that?
[5]    **A:** A lot of the questions that were being
[6] asked really weren't being asked of Mystic itself;
[7] they were being asked of material that's been
[8] brought to the site, for instance.
[9]    **Q:** This question referred to files, paper
[10] files.
[11]    **A:** That's what I'm getting to.
[12]    **Q:** Okay.
[13]    **A:** So to the extent that 100 manholes were
[14] shipped to the site, there would be a document, an
[15] invoice or a packing slip from that particular
[16] construction project. If those items showed up
[17] onsite, there's a very good chance those have been
[18] destroyed, because the office — I believe it was 88
[19] Broad Street, which had been running it, was used to
[20] run that project, or the multiple projects that have
[21] been running out of that site — was flooded a
[22] little while ago, and all those types of
[23] documents — I don't want to say all, but a lot of
[24] those types of documents have been destroyed.

Page 133

[1]    So it's the Modern Continental,
[2] Modern Continental/Obayashi project office for the
[3] projects that were utilizing that site that had
[4] significant water damage and lost water documents.
[5]    **Q:** Preparing for today you testified that you
[6] had a conversation, at least one conversation with
[7] Bob Shepard on Friday. Do you recall that?
[8]    **A:** Yes.
[9]    **Q:** What did you say to him and what did he say
[10] to you, if you remember?
[11]    **A:** Well, I don't remember every specific
[12] thing. That's when I received notice of the
[13] deposition, talked to Bob, just kind of quick
[14] comments: What's going on with the site? Anything
[15] active on the site? Looking at the site. Do you
[16] remember what the cost estimates to clean the site
[17] up were? It was not a lot; it was a quick
[18] conversation because we just received notices.
[19]    **Q:** Did you speak to him today or over the
[20] weekend?
[21]    **A:** No.
[22]    **MR. OTTO:** That's all I have. Thank you.
[23]    **MR. STEVENS:** Just a couple. Do you have
[24] questions?

Page 134

[1]    **MS. ZANKOWSKI:** I was just going to make a
[2] statement on the record that to the extent that Mr.
[3] Grela was unable to answer certain questions here
[4] today that you asked, that I would go back and make
[5] inquiries and get back to you by this Thursday as to
[6] who in the organization could fill in some of those
[7] gaps. And I believe it will probably be Mr.
[8] Shepard. So I wanted to state on the record that as
[9] a continuation of this 30(b)(6), that there would
[10] most likely be another deponent.
[11]    **REDIRECT EXAMINATION**
[12]    **BY MR. STEVENS:**
[13]    **Q:** Mr. Grela, are any of the prospective
[14] purchasers of the property interested in developing
[15] it for industrial uses?
[16]    **A:** I don't know.
[17]    **Q:** You don't know of any that are?
[18]    **A:** Well —
[19]    **MS. ZANKOWSKI:** Objection to the extent I
[20] believe it's been asked and answered.
[21]    **A:** No, I'd say I don't know any that are.
[22]    **Q:** They're all looking, as far as you know, at
[23] residential/commercial mixes or sports venues?
[24]    **A:** We're a little premature right now, because

Mystic Landing 4 LLC Case 1:04-cv-10180-NMG   Document 65-3   Filed 04/01/2005   Page 11 of 23 Peter M. Grela
Pharmacia Corporation, et al., etc.
Vol. 1, March 14, 2005

Page 135

[1] the property I don't believe has been listed yet.
[2] So you're asking me to kind of hypothesize.
[3] Probably officially it hasn't been listed yet, but
[4] if you were going to start selling your house next
[5] week, some other people know, they call you up and
[6] they say, "Hey, what are you listing it for?"
[7]     It's the same thing. The property hasn't
[8] been marketed yet, it's about to be marketed, and a
[9] lot of people are making calls.
[10]     MR. STEVENS: Nothing more.
[11]     (Deposition concluded at 2:03 p.m.)
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]

Page 136

[1]                    CERTIFICATE
[2] I, Peter M. Grela, do hereby certify that I have
[3] read the foregoing transcript of my testimony, and
[4] further certify under the pains and penalties of
[5] perjury that said transcript (with/without)
[6] suggested corrections is a true and accurate record
[7] of said testimony.
[8]     Dated at ___, this day of ,
[9] 2005.
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]

Page 137

[1]         COMMONWEALTH OF MASSACHUSETTS)
[2] SUFFOLK, SS. )
[3]     I, Anne H. Bohan, Registered Diplomate Reporter
[4] and Notary Public in and for the Commonwealth of
[5] Massachusetts, do hereby certify that there came
[6] before me on the 14th day of March, 2005, at 10:42
[7] a.m., the person hereinbefore named, who was by me
[8] duly sworn to testify to the truth and nothing but
[9] the truth of his knowledge touching and concerning
[10] the matters in controversy in this cause; that he
[11] was thereupon examined upon his oath, and his
[12] examination reduced to typewriting under my
[13] direction; and that the deposition is a true record
[14] of the testimony given by the witness.
[15]     I further certify that I am neither attorney or
[16] counsel for, nor related to or employed by, any
[17] attorney or counsel employed by the parties hereto
[18] or financially interested in the action.
[19]     In witness whereof, I have hereunto set my hand
[20] and affixed my notarial seal this 23rd day of March,
[21] 2005.
[22]
[23]     Notary Public
[24] My commission expires 12/25/09

**Lawyer's Notes**

## $

**$10 million** 24:20, 23; 25:16, 17; 26:5, 13; 57:17; 104:10; 130:4
**$12** 20:22; 22:5
**$16 million** 104:11
**$20 million** 24:3; 26:13
**$300,000** 14:24; 17:12; 18:4; 20:7

## 0

**02493** 6:20

## 1

**1** 10:1, 3, 6, 15; 18:12; 19:3, 19; 32:14, 15, 20; 80:4
**1.1** 52:18
**1/2** 20:22; 22:5
**10** 59:20, 22; 80:8, 16; 85:8; 93:11; 98:23
**10-gallon** 58:22
**100** 28:3; 85:22; 132:13
**10:42** 137:6
**11** 7:6; 64:12, 14, 17; 65:17
**11th** 124:5
**12** 69:21, 23; 70:1, 5; 79:12; 121:18
**12/25/09** 137:24
**120-day** 101:6, 15
**12:43** 77:3
**12th** 78:6
**13** 76:10, 12, 13; 78:2, 22; 79:2, 10, 13, 22; 81:15; 85:16; 86:5; 87:5; 92:24; 93:15, 21; 94:2; 95:6, 14; 96:2, 13, 16, 24; 101:4; 111:6
**14** 78:8, 10, 13; 79:1, 11, 16, 22; 80:4; 81:15; 97:7, 9, 10, 21; 98:17, 24
**14th** 137:6
**15** 18:13; 43:20; 85:9, 11, 14; 86:5; 87:5; 92:24; 93:15, 21; 94:2; 95:4, 13, 24; 96:11, 17, 23; 111:6
**16** 102:23; 103:2, 3, 10; 105:10, 10; 117:14, 17
**17** 7:13, 15; 99:4, 18, 23; 100:19; 107:15, 17
**18** 32:15
**1899** 80:9
**19** 23:13; 32:1; 33:4; 105:8, 15
**1992** 7:20, 20
**1995** 39:12, 18
**1996** 18:12; 19:3, 19; 40:1; 42:11, 24; 50:8;

**119:3; 122:5**
**1997** 42:5; 43:1; 50:4
**1998** 10:23
**1999** 99:4
**1:38** 77:4

## 2

**2** 12:18, 20, 22; 32:12; 107:19, 22
**2.1.1** 80:5
**2000** 99:18, 23
**2001** 12:24; 13:7, 18; 15:3; 19:1, 4, 19; 20:2, 7; 23:13; 27:9, 15, 20; 28:8; 32:1; 33:5, 17; 34:6, 12, 23; 35:5, 20; 36:4; 37:1, 13; 38:21; 40:9; 41:19, 22; 43:15; 44:17, 23; 45:10; 46:17, 20; 48:17; 49:9, 14; 50:12; 53:4, 7, 21; 58:10; 66:9; 72:2, 5; 73:6, 17; 93:18; 94:17; 100:10; 103:15; 105:8, 15; 129:19; 130:15; 131:8, 9
**2002** 7:21, 24; 9:15; 68:17; 78:7; 79:12; 80:15; 83:1, 10, 14, 18, 22; 84:3, 15, 20; 85:1; 100:19, 23; 101:22, 23; 102:1; 107:12; 110:9, 13; 118:21; 119:11, 23
**2003** 68:17; 85:8; 93:11
**2004** 68:17; 121:18
**2005** 7:6; 9:24; 53:4, 7, 21; 58:10; 136:9; 137:6, 21
**21** 13:6, 18; 15:3; 19:1, 4, 19; 20:2, 7; 37:1, 13; 38:21; 40:9; 41:19, 22; 43:15; 58:10; 72:2; 103:15
**21st** 17:23; 18:3; 30:15
**22** 42:4, 11
**23** 42:5; 43:1; 76:23
**23-story** 76:22
**23rd** 137:20
**27** 107:12
**2:03** 135:11

## 3

**3** 13:8, 10, 13; 39:7, 8, 16
**3.0** 19:11, 16; 98:22
**30** 54:10; 110:7, 7
**30(b)(6** 113:14; 117:7, 13; 134:9
**30-acre** 58:23

## 4

**4** 18:14, 16, 18; 19:1, 18; 20:1, 4
**4/26/02** 79:19
**40** 27:23; 28:2; 84:22

**401** 83:10
**450** 94:6
**4th** 9:24

## 5

**5** 19:10, 12, 15; 20:1, 4; 101:14
**54A** 84:22
**55-gallon** 54:22
**550** 94:7

## 6

**6** 23:14, 16, 19; 24:2; 31:10; 32:19
**60** 27:23; 110:7
**60/40** 27:22
**66** 6:19

## 7

**7** 32:3, 5, 7, 13, 22, 23, 24; 33:4; 36:17, 20, 22; 37:1, 12; 38:2, 21; 39:7; 40:9; 105:6, 10
**700-unit** 74:7
**750** 94:5
**7th** 12:24

## 8

**8** 42:6, 8, 17, 20, 24; 43:14; 44:12, 13; 50:3; 63:19
**8.2** 105:11
**8.3** 106:1, 14
**88** 132:18

## 9

**9** 42:11, 12, 14, 17, 19, 23, 24; 50:7; 98:16
**91** 83:14
**96** 27:24

## A

**A-r-g-u-s** 125:19
**a.m** 137:7
**abandoned** 75:12, 13, 15; 124:5, 8
**able** 16:1, 5; 17:11; 18:19; 19:21; 34:17; 75:2; 96:7
**absolutely** 59:2; 81:13; 117:19; 126:8
**access** 84:16
**account** 21:14, 16, 22
**accounting** 7:18
**accounts** 21:12; 22:2;

**26:8; 119:1; 120:6
**accurate** 136:6
**accurately** 43:14
**acquaint** 100:13
**acquainted** 82:15
**acquaints** 114:3
**acquire** 13:2, 20; 14:16, 23; 25:2, 4, 18; 37:4; 81:11; 83:10, 18; 84:3; 109:14
**acquired** 13:15, 24; 14:18, 19; 23:23; 25:16; 37:22; 38:2; 41:21; 120:14; 130:14
**acquires** 51:9
**acquisition** 13:18; 23:9; 28:15; 40:11, 16
**acres** 54:10
**across** 41:6
**act** 9:4, 9, 17, 20; 80:8, 17; 83:2, 7, 11, 15, 24; 84:4, 8, 12
**acted** 29:1, 4; 40:12; 46:4, 5
**acting** 24:13; 31:16; 118:20; 119:22
**Action** 99:2, 13; 101:1; 103:13; 137:18
**actions** 68:3; 102:8, 16; 103:17
**active** 81:4; 119:20; 133:15
**actively** 75:14; 76:3; 108:16; 110:3; 123:18
**activities** 62:4; 69:12
**activity** 63:8; 65:5, 11, 17; 66:5
**actual** 50:3, 7, 12; 71:16; 131:4, 4
**actually** 11:1; 64:24; 68:20; 122:17
**additional** 94:21
**address** 6:18
**adjacent** 41:6
**administrative** 30:24
**advised** 80:6; 111:9, 13
**affairs** 7:24
**affect** 51:22
**affiliated** 67:15; 87:10
**affiliation** 9:1, 3
**affixed** 137:20
**AFTERNOON** 78:1; 104:14
**again** 46:7; 92:21; 98:11; 104:11; 117:5; 120:17
**agent** 33:23
**ago** 60:9; 88:5; 113:6; 132:22
**agree** 65:3; 107:5
**Agreed** 39:23
**agreement** 17:10, 16, 17, 18. 18:7, 12, 20, 23, 24; 19:9, 18; 20:2; 28:22; 29:1; 34:14; 57:10, 16, 19, 23;

**69:17; 71:4, 10, 16; 92:9; 97:18; 129:17; 130:7
**ahead** 120:22; 129:22
**Alford** 12:4; 64:7
**allegation** 47:14
**allegations** 47:14
**Allen** 30:16, 18, 20; 33:13; 35:22; 36:2
**alongside** 72:1
**Alternate** 76:9
**although** 79:13
**always** 41:2, 15
**amended** 19:3, 19
**Amendment** 19:8, 22
**among** 14:6; 35:22; 36:2; 59:16
**amount** 21:5, 5; 22:7, 22; 24:4, 9, 22; 25:18; 30:2, 5, 7, 11; 54:22; 58:24; 111:21; 126:22; 130:13
**analysis** 105:16; 106:10; 107:6
**Anne** 137:3
**annual** 82:20
**answered** 26:19; 28:18; 38:5, 24; 48:20; 49:11, 16; 54:20; 55:4; 74:4, 5; 90:10, 17, 20; 91:10; 96:4; 112:20; 114:22; 134:20
**anticipated** 105:21
**anymore** 119:2
**anyplace** 63:16
**appear** 14:2; 33:3; 106:23
**appeared** 10:9
**appears** 18:22; 32:15; 69:19
**applicable** 69:11
**apply** 96:16
**appoint** 114:3, 16
**approached** 126:15
**appropriate** 18:23; 116:10
**approval** 83:14, 22
**approvals** 79:21; 84:3
**approximate** 15:2
**approximately** 7:20; 13:4; 15:2; 20:22; 24:20
**April** 78:6; 79:12; 80:15; 83:10, 14, 18, 22; 84:3, 15, 20; 85:1, 8; 93:11; 100:23; 101:24
**architects** 128:8
**area** 8:10; 41:13; 42:1; 43:19; 61:12, 22; 64:5, 6; 71:22; 121:24
**areas** 63:8; 66:6; 117:13
**Argus** 125:19
**arise** 21:14
**arm's-length** 29:16, 19
**arms-length** 29:21
**Army** 80:7, 16; 81:19; 82:9
**around** 73:24; 103:21;

118:18
**arrange**ment 125:6, 16
**arrive** 123:10
**Artery** 62:8; 68:9, 12;
69:1
**ascertain** 45:23; 50:15;
103:23
**aspect** 52:20
**asphalt** 62:1
**assert** 117:10
**Assessment** 78:6, 16,
21; 81:2; 99:1, 12
**assets** 8:18, 21; 118:5;
122:8
**assign** 20:17
**assigned** 40:23; 120:4, 9
**Assignment** 23:12, 22;
28:24; 31:1; 125:7
**associated** 96:10
**Associates** 106:6
**assume** 61:11; 126:7
**assuming** 65:1
**Assumption** 23:12; 31:2;
117:20, 22, 23
**attached** 56:3; 74:8;
102:20, 22; 107:13
**attempt** 50:15; 104:17
**attention** 12:21; 13:11;
44:22; 59:21; 76:13;
81:18; 85:13; 103:3;
105:14; 108:13
**attorney** 109:8; 137:15,
17
**Attorney-client** 17:19
**attorneys** 36:1
**August** 107:12
**authoritative** 120:13
**authority** 110:17; 118:3,
4; 120:5
**authorized** 9:4, 9, 13, 17;
120:3
**available** 10:18; 11:10;
37:13, 17; 38:14, 16; 56:9;
75:4; 78:2; 81:7, 10; 86:15;
87:18; 114:4; 116:5
**aware** 28:23; 36:24;
38:20; 39:2; 58:11; 59:3;
64:20; 72:22; 73:3; 74:17;
105:18; 106:12; 115:15,
20, 21
**away** 121:11, 13, 18

## B

**B** 107:24; 108:9
**back** 10:22; 15:13; 64:7;
75:18; 97:14; 104:10;
105:6; 109:12; 126:10;
129:18; 130:11; 134:4, 5
**background** 38:12;
96:17, 19, 21
**bags** 69:19
**balance** 15:24; 24:21;
119:8

**balances** 24:12
**ballpark** 86:4; 108:18;
126:24; 131:3
**bank** 16:9, 17; 119:1;
120:6
**banking** 7:23
**Banknorth** 24:20; 57:18;
130:4
**bargained** 29:6
**barrel** 70:19
**barriers** 63:15
**base** 95:8; 96:7
**baseball** 107:24; 108:8,
18
**Based** 13:22; 14:2; 31:13;
42:23; 78:18; 118:19
**basic** 117:18
**bear** 79:9, 13; 86:11
**bearing** 76:7
**bears** 33:4
**begin** 6:2; 43:3
**beginning** 32:19; 101:13
**begins** 98:19; 107:22
**behalf** 9:5, 10, 20; 10:13;
15:23; 29:1, 4; 31:16;
34:18; 40:12; 46:4, 5;
89:20; 95:10; 112:15;
113:2; 114:17; 119:22;
123:13
**behind** 34:10; 64:22
**belief** 113:17
**believes** 47:17
**belittle** 81:24
**Belkin** 109:18; 131:14, 20
**benefit** 125:8
**best** 62:21; 72:18; 82:12,
18; 92:3; 94:14, 19;
105:19; 113:16; 117:4
**bid** 52:18
**bidders** 131:4, 5
**big** 63:16; 131:1
**bill** 35:2; 51:11, 16, 17;
52:15
**billing** 52:19
**bit** 66:2; 110:2; 118:19;
126:18
**Blackburnian** 6:19
**blower** 109:24
**blue** 59:16; 60:11
**boat** 79:7
**boats** 74:13, 13
**Bob** 87:22; 121:7; 122:21;
131:20; 133:7, 13
**Bohan** 137:3
**bond** 28:6
**borrowed** 24:23; 25:16
**borrowing** 25:7
**Boston** 42:2; 118:17;
126:24
**both** 79:5
**bothered** 80:22; 81:1
**bottom** 41:11; 101:5
**bought** 27:17; 36:18

**box** 131:1
**break** 49:23; 77:2
**breaking** 62:7, 9, 9
**briefly** 10:21
**bring** 116:24; 117:6, 14,
17; 118:3
**Broad** 132:19
**Broadway** 12:5
**brought** 70:19; 117:1;
118:12; 130:23, 24; 131:1,
2, 3, 7; 132:8
**brown** 59:16; 60:16
**buildings** 78:24
**bullet** 99:15; 100:16;
101:5, 14; 102:4
**business** 7:24
**buy** 128:6
**buyer** 30:4, 7
**buyers** 109:5

## C

**C** 76:9
**call** 135:5
**called** 6:10; 125:19
**calling** 127:6
**calls** 109:17; 135:9
**came** 11:2; 131:2; 137:5
**Can** 7:14; 9:3; 11:24;
13:13; 17:13; 23:22; 24:1;
27:13; 29:20; 30:2; 32:10,
13; 35:1; 38:18; 40:10;
43:17; 48:24; 54:4, 5; 59:5,
23; 64:17; 67:10; 70:1;
73:13; 76:14; 78:15, 19;
81:3; 85:15; 86:2, 20; 89:6;
92:20; 95:11; 102:12;
104:5; 107:4, 19; 109:8,
12; 110:1, 1; 115:21;
116:22; 118:13; 120:12,
17; 125:9; 126:22; 127:7,
23
**cancelled** 16:18
**capacity** 7:7; 122:6
**care** 34:15; 45:2, 4, 13,
18, 19
**carried** 10:22
**carry** 111:17
**carrying** 42:4; 111:5, 9
**case** 27:4; 53:14; 88:9;
89:16, 19, 19; 90:1, 1, 4;
91:5; 115:9; 127:7, 10;
128:15, 17, 18, 22; 129:2,
8
**cases** 35:24; 52:4, 5, 6
**cash** 15:6; 21:3, 4; 22:9,
10
**cashier's** 15:8
**categories** 117:17
**category** 117:16
**cause** 45:22; 137:10
**caused** 41:3, 10
**ceased** 9:17
**Celtics** 127:1; 131:23

**center** 73:24
**Central** 62:8; 68:8, 12;
69:1
**CEO** 122:6
**certain** 37:18; 47:9;
54:21; 59:16; 62:2; 63:7,
10; 71:5; 112:4; 120:5;
127:15; 134:3
**certainly** 12:12; 47:17;
49:17; 54:14; 57:8; 62:16;
63:5; 65:19; 69:17; 70:16;
74:22; 75:18; 86:14; 87:6;
88:12; 102:12; 106:7;
116:17; 121:17; 117:6
**certainty** 87:12
**CERTIFICATE** 136:1
**certificates** 120:7
**Certification** 83:11
**certify** 136:2, 4; 137:5, 15
**CFO** 8:1; 9:19; 24:13;
118:22; 119:10
**chance** 105:3; 132:17
**change** 21:3; 43:8, 10, 23
**changed** 22:9; 45:7;
58:4, 5, 6
**Chapter** 83:14; 84:22
**characterize** 124:9;
130:20
**chargeable** 49:4
**charged** 123:14
**Charlton** 114:5, 7
**check** 15:8; 16:9, 9, 18;
22:11, 13, 15, 21
**checks** 120:6
**Chemical** 42:5, 11; 44:4,
7
**chief** 7:20
**choice** 117:15
**chronological** 7:16
**circumstances** 8:5; 9:16
**civil** 53:8
**claim** 8:3; 48:1
**clarified** 40:24
**clarify** 30:21; 74:6; 76:2;
103:7
**Clean** 83:11; 133:16
**cleaning** 112:3
**cleanup** 41:14
**clear** 7:2; 73:2; 97:20
**clearly** 41:10; 65:10;
67:23; 76:23, 24; 115:6
**clerk** 120:7
**close** 122:22
**closing** 130:4
**Co** 20:15; 35:9, 19; 36:4;
69:4
**Coastal** 83:19
**coffee** 58:22
**coincidence** 97:24;
121:23
**Coincidentally** 122:2
**collectively** 102:22
**coming** 66:17, 19;

126:19; 128:3
**comings** 50:19
**commented** 85:18
**comments** 111:14, 16;
133:14
**commercial** 75:6, 20;
76:19; 79:5; 127:5
**Commission** 83:23;
137:24
**common** 29:20
**Commonwealth** 51:11,
16; 52:16; 137:1, 4
**communications** 100:9,
14
**commuter** 79:7
**companies** 26:21; 34:8,
11, 20, 21, 22; 35:5; 36:9;
38:18; 68:3; 80:3; 97:11;
98:3, 5; 102:6; 121:17;
122:7; 130:24
**company** 7:19; 8:7;
25:23; 29:15; 33:21, 22;
34:24; 36:7, 23; 37:3; 46:2;
49:5; 98:1; 110:17, 18;
112:23; 113:5; 114:6, 9;
119:6, 8; 122:1; 125:18;
127:8; 130:9
**company's** 8:17
**complete** 102:7, 15
**completing** 119:8
**completion** 8:15
**complied** 116:1, 3
**comply** 71:14; 118:10
**component** 73:22
**Comprehensive** 99:1,
12
**comprised** 55:20
**comptroller** 119:10
**concept** 73:9; 76:4;
79:22; 95:4, 5, 13, 14, 24;
96:1, 11, 12, 23, 24; 111:5;
127:13; 131:3
**concepts** 94:15, 21
**conceptual** 75:7; 76:24;
77:1; 85:19, 20, 21, 24;
86:3, 17; 87:2, 11; 92:22;
93:10, 13, 16, 19
**concern** 105:21
**concerned** 38:10
**concerning** 10:14, 19;
11:17; 28:13; 37:18;
123:15; 129:17; 130:9;
131:11, 13; 137:9
**conclude** 40:13
**concluded** 8:4; 135:11
**conditions** 71:10; 101:7,
16; 102:1; 103:4, 9
**conference** 17:19; 116:2
**confidence** 88:18
**confident** 88:15
**configuration** 43:24
**confusing** 36:12
**connection** 28:14;
30:15; 31:4; 85:2
**consent** 84:20

consequences 116:11
Conservation 83:23
consider 43:22; 74:21; 79:20; 111:9
consideration 15:19; 21:15; 22:4; 28:21; 110:20; 125:22
considered 76:15; 94:16, 22
considering 111:5
consistency 83:18
consistent 61:6
constitute 73:11
Construction 7:10, 12; 20:15; 27:18; 35:9, 19; 36:3, 7; 42:1, 4, 10; 43:19; 45:7, 17; 53:8; 54:5, 7; 55:11, 18; 58:13; 61:18, 22; 62:3; 63:17; 64:11; 66:13, 15, 18, 19; 67:11; 69:4; 71:20; 84:21; 119:17, 20; 132:16
Construction-related 119:18
consult 109:8
consultant 99:9; 102:6; 106:4
consultants 124:20
contained 38:2
containing 18:13
containment 106:14, 15
contaminants 105:21; 111:24
contaminated 40:15; 41:18; 49:14, 18; 103:14
contamination 37:22; 39:19; 40:1, 22; 41:1, 3, 20; 46:18; 103:19
contemplated 86:12
context 102:13
Continental 7:9, 12; 8:13; 11:10, 14; 14:21; 18:8; 20:15; 21:12; 26:24; 27:18; 28:8; 29:2; 30:19; 31:17; 33:11, 23; 34:5, 9, 11, 19, 22; 35:4, 9, 19; 36:3, 7, 8; 46:6; 48:13; 51:8; 69:13, 14; 76:8; 80:3; 86:18; 97:11; 98:2, 5; 102:5; 112:12; 114:12; 121:17; 122:7; 123:20, 20; 133:1
Continental's 43:10
Continental/Obayashi 33:11; 43:7; 45:11; 69:15; 133:2
Contingency 97:5; 98:20
continuation 134:9
contract 68:19, 20; 69:2, 5
contractor 51:17
contracts 51:12
contractual 18:1
control 57:6; 85:4
controller 7:18

controversy 137:10
conversation 73:11; 104:13, 15; 133:6, 6, 18
conversations 110:6
conveyed 14:3
copies 59:8; 92:7
copy 13:14; 16:17, 18, 18; 59:5
corner 79:15
corporate 48:12
Corporation 67:12; 114:4
Corps 80:7, 16; 81:19; 82:9
corrections 136:6
correctly 6:6
cost 41:14; 103:19, 24; 104:9; 107:14; 108:6; 115:3, 11, 16; 133:16
Costco 131:1
costs 111:23; 115:14
counsel 6:2, 10; 11:20; 12:1; 35:1; 90:13; 91:3, 8, 13, 17; 137:16, 17
couple 43:21; 113:6; 119:19; 131:4, 5; 133:23
course 57:9; 58:20
cover 32:13; 78:14, 18, 19; 102:18; 117:17
created 39:2; 94:12
creation 22:2; 94:9
creditors 124:23, 24; 125:5, 8, 17
CROSS 118:15
cup 58:21
current 58:7; 71:23; 101:16; 103:18, 24; 105:22; 108:16, 19, 22, 24; 109:21; 122:5
currently 8:8; 68:23; 71:19, 21; 75:12, 16; 81:4; 83:4; 109:22; 110:20; 112:4, 11; 114:19; 120:23, 24; 123:22; 128:4
Customarily 26:20
cutting 66:4

## D

clamage 133:4
data 102:22
date 12:10, 11; 13:18; 22:12; 33:4; 38:6, 7; 42:23; 46:20; 79:11, 14; 89:21; 93:17; 105:8; 114:8; 118:10; 122:5; 128:13
dated 9:24; 13:6; 18:12; 23:13; 31:24; 42:5, 11, 24; 43:1; 78:6; 79:12; 85:8; 107:12; 136:8
dates 79:9
dating 10:22
day 123:13; 124:4; 136:8; 137:6, 20

days 110:7, 7; 113:6
deal 29:10, 12, 18; 63:16
dealing 131:20, 21
deals 29:23
dealt 72:21
debatable 37:7
debris 66:10, 20, 22
debtors 27:2
December 46:20
deceptive 14:13
decision 63:12
decisions 123:14, 17, 19
Deed 13:6, 14; 17:23; 18:5
deem 74:14
Defendants 6:11
define 62:9; 66:22
definition 98:9
delivered 52:24
deliveries 51:5; 56:3, 4
Department 84:16; 85:2; 99:3, 17, 22; 100:9, 18; 101:8; 102:1; 103:5, 10
depends 53:13
deponent 48:14; 113:14; 116:23; 117:7; 134:10
depose 89:7
deposition 6:4; 9:23, 23; 10:20, 21; 11:2; 12:3; 15:16, 20; 50:17; 59:10; 72:13; 82:5, 10; 88:4, 8, 13; 89:18; 94:22, 23; 100:13; 104:2, 19; 114:9; 133:13; 135:11; 137:13
depositions 119:4
describe 7:14; 94:1; 121:5
described 103:4, 9
designated 10:12; 37:16, 18; 72:8; 81:6; 82:2; 89:20; 113:1, 8, 11; 116:18, 19; 119:6
designed 117:14
designee 114:18; 116:16
destroyed 93:8; 132:2, 3, 18, 24
detail 43:17
determined 29:13
detrimental 45:19, 21, 23
develop 72:3; 73:3; 75:5, 9; 114:20; 123:19; 124:6
developed 93:10
developer 76:4; 94:8
developers 109:13
developing 75:14; 112:18; 134:14
development 72:9, 16; 73:1; 74:2, 8; 75:20, 24; 76:3, 15, 18; 78:17, 20, 21; 79:5, 21; 84:7, 17; 85:16; 86:11; 87:3; 92:23; 93:20; 94:11, 15; 95:3, 5, 21, 21; 96:18; 107:23; 108:1, 7, 23; 109:1, 21, 22; 110:4,

16, 20; 111:10, 17; 112:16; 113:4; 115:4, 17; 121:8, 8; 122:10, 15, 19; 123:2, 8, 24; 124:2; 126:19; 127:5, 8; 130:9
dictate 115:6
differ 87:4; 94:1
difference 16:10
different 16:5; 35:12; 66:3; 68:23; 72:3, 15; 91:12; 93:23; 122:6
difficult 28:17; 36:12, 16; 48:10; 56:14
Diplomate 137:3
DIRECT 6:15; 117:4
Directing 12:21; 13:11; 59:21; 76:13; 85:13; 103:3
direction 43:20, 22; 137:13
directly 41:5; 56:6; 124:22
discussed 75:21; 94:10; 104:10; 119:9; 129:16
discusses 76:5, 5
Discussion 31:19; 59:14; 73:7; 111:14, 14; 127:6; 129:11, 12; 131:18, 19
discussions 108:20; 109:15; 111:18; 130:13, 18, 20; 131:11, 12
disposal 70:13
disposition 8:20, 23; 122:8
distinctive 64:21
Division 85:3
Document 10:2, 4; 12:19, 21; 13:6, 9, 11, 22; 14:2; 18:11, 15, 17, 22; 19:8, 11, 13, 15, 21; 23:12, 15, 17, 19; 31:2, 5, 14, 24; 32:4, 11, 14, 16; 36:23; 40:3, 9; 42:7, 13, 15; 59:21; 64:15, 16; 69:24; 76:11; 78:5, 9, 11; 80:10, 13; 81:17, 18; 82:21, 22, 24; 85:10, 12, 13; 86:10; 88:17; 97:8; 98:18; 99:5, 7, 20, 24; 100:2, 20; 101:10, 19; 102:9; 103:1; 105:8; 106:20, 22; 107:1, 16, 18; 108:3; 132:14
documentation 86:13
documents 10:24; 11:4, 13; 16:20, 22; 17:4, 6; 20:9; 23:5; 25:6, 11, 13; 26:10; 33:2, 13, 14; 42:15; 50:11, 16, 24; 51:2, 5; 56:18; 57:21; 69:8; 81:14, 16; 86:3, 15, 22, 23; 87:2, 13, 14; 90:4, 13; 91:3, 8, 13, 16; 92:1, 4, 9; 97:15; 108:10; 131:24; 132:23, 24; 133:4
dollars 41:3; 47:2, 5
Don 122:18, 21
done 10:17; 33:15; 39:12;

40:1; 45:2, 24; 48:11; 57:17; 63:4; 72:14; 78:16; 80:3, 19; 81:20; 82:24; 83:9, 13, 17, 21; 84:2, 14, 19, 24; 86:1, 14; 87:17; 88:18; 90:16, 22; 91:19; 106:9; 112:5; 116:6; 121:20; 125:12, 14; 128:7, 9
door 126:18
down 68:12; 121:3
downtown 42:2
draw 81:18; 108:12
drawing 42:23; 85:19, 20, 21; 105:14
driven 60:5
drum 54:22
drums 59:17; 60:10, 11, 15, 16
due 21:5, 5, 12, 19, 23; 22:7; 24:17, 17; 26:14; 81:14; 99:2, 16, 22; 100:17
duly 6:13; 137:8
dumpster 70:10, 20
During 9:12; 59:9; 60:24; 67:15, 19; 68:3, 6, 15; 91:7, 19
duties 110:12

## E

E 119:19
ear 110:1
earlier 40:24; 42:19, 20; 119:7; 126:8; 129:16
early 126:18
Edison 118:17
educate 82:4; 116:3
effect 19:1; 20:2
effort 89:14; 100:12; 103:23
eight 45:8
either 31:9, 11; 66:17; 82:21; 102:15; 106:13, 15; 111:5; 117:15; 124:12
electrical 64:22
elements 55:19
elevated 62:8; 68:12
elevators 53:16
else 40:23; 94:20; 111:4, 4, 7; 120:2, 10; 124:19
else's 124:2
embodied 79:22
employed 7:3, 5, 7; 112:11, 23; 113:21, 22; 114:9, 10, 11, 13, 14; 137:16, 17
employee 114:6; 116:15
employees 33:22; 46:3, 3; 49:12, 19; 57:4, 5; 114:15; 116:16; 117:21
employment 8:6; 113:5
enclosed 107:22
end 41:15; 117:11

ends 44:7
engaged 73:5; 106:8; 125:1
engineer 40:5
Engineers 80:7, 16; 81:19; 82:10
enhance 112:5
enough 54:4
entire 61:20; 64:2, 2; 66:14
entities 24:11, 12, 13; 47:4; 87:9
entitled 13:6; 18:12; 19:8; 23:12; 32:1, 11; 42:3, 10; 78:6; 85:6; 114:2; 116:24
entity 22:17; 29:20; 37:5; 38:16; 46:12; 47:1, 8; 48:1; 49:2, 3; 67:14; 117:20, 23; 125:18
entry 21:2; 24:5, 6, 9
environmental 37:22; 38:11; 40:5; 83:2, 5, 6; 85:3; 99:3, 17, 23; 100:9, 18; 101:8; 102:2; 103:5, 10
equipment 53:9; 61:15; 64:11
escalators 53:17; 55:15
essence 22:5
essentially 7:22; 14:20; 28:3; 29:8; 38:18; 57:3, 5; 61:2; 122:5
estate 29:23; 125:2
estimate 103:18, 24; 115:3, 7, 16
estimates 107:14, 23; 108:7; 133:16
even 81:15
event 116:20
Everett 12:5; 42:4, 10; 70:19; 76:8; 83:22; 85:7; 93:4
Everybody 117:13; 120:12, 20; 126:17; 127:4
everyone 49:2; 120:17
evidencing 25:6; 26:16
evident 116:5
exact 12:10, 11; 15:14; 78:23; 89:21; 92:2; 128:13
examination 6:10, 15; 117:13; 118:15; 134:11; 137:12
examined 6:13; 137:11
excavation 71:24
except 6:22
Excuse 49:22; 102:20
Executive 84:21
exercise 22:6
Exhibit 10:1, 3, 6, 14; 12:18, 20; 13:7, 10, 13; 18:14, 16, 18; 19:1, 10, 12, 15, 18, 24; 20:1, 4, 4; 23:14, 16, 19; 24:2; 31:10; 32:3, 5, 7, 13, 19, 22, 23, 24; 33:4; 36:17, 20, 22; 37:1, 12; 38:2, 21; 39:7,
21; 40:8, 9; 42:6, 8, 12, 14, 19, 20, 23, 24; 43:14; 44:12, 13; 50:3, 7; 59:17, 20, 22; 63:19, 22; 64:12, 14, 17; 65:17; 69:21, 23; 70:1, 4; 76:12, 13; 78:2, 7, 10, 13, 22; 79:1, 1, 10, 11, 13, 16; 80:4; 85:9, 11, 14, 16; 95:4, 6, 13, 14, 24; 96:2, 11, 12, 16, 23, 24; 97:7, 9, 10, 17, 20; 98:16, 24; 102:23; 103:2, 3, 5, 10; 105:6, 10; 107:15, 17
Exhibits 42:17; 59:6; 79:22; 81:15; 86:5; 87:5; 92:24; 93:15, 21; 94:2; 111:6
exist 11:11; 50:24; 56:5; 87:13; 93:6; 132:1
existed 38:7
exists 86:13
exit 8:7; 119:8
expect 53:10; 54:9, 21, 23
expected 26:1; 117:7
expensive 120:21
experienced 54:4
expert 95:16, 18, 20
expires 137:24
explain 9:3; 36:14
Exposure 105:11, 16, 20
extend 34:17
extension 85:1; 118:11
extent 11:11; 24:11; 26:7; 28:19; 29:20; 33:12; 45:16, 18; 46:19; 47:10; 48:11; 51:10; 52:16, 23; 54:21; 56:1; 57:5; 63:14; 68:13; 69:13; 70:18; 71:2; 72:21; 74:6; 81:3; 82:17; 86:13, 14; 94:8; 112:4; 118:8; 123:24; 124:24; 128:5; 132:13; 134:2, 19

**F**

facilitate 124:13
facility 45:6, 17; 53:11; 61:4, 7, 22; 68:13; 108:21; 131:13
fact 19:17; 108:6; 113:22; 115:9
facts 100:13; 127:9
factual 47:5, 10
failure 116:11
fair 29:12, 18
falls 46:18
familiar 38:8; 43:24; 76:17, 17
familiarize 10:17
far 94:11; 130:11; 134:22
federal 83:11
feet 43:20, 21
felt 41:2, 15
Ferrari 125:20
few 104:10; 118:13; 127:2
fewer 95:3, 12
Field 32:1, 12, 20; 33:1; 121:4
Figure 32:14, 15, 20
file 89:4, 9
filed 83:6; 99:11; 100:5; 101:1
files 11:4, 7, 9, 13; 87:22; 88:2, 7, 10; 89:16, 22, 24; 90:3; 92:6, 22; 93:1; 132:1, 9, 10
filings 12:16
fill 106:17; 116:23; 134:6
final 70:13
financed 24:19, 19
financial 7:18, 21, 24; 28:2, 4, 5, 9; 96:18; 123:21, 23; 125:5, 16
financially 137:18
financing 57:18
find 53:11; 54:24; 55:10; 72:14; 80:22; 81:2; 82:8
finding 39:19
fine 86:2
finish 125:10
finished 55:17
firm 30:14, 17, 21, 23; 31:5, 8, 10; 33:8, 9; 35:18
firms 35:21; 36:2
first 6:12; 7:17; 16:21; 17:3; 19:8; 23:4; 25:10; 32:13, 13; 56:17; 57:20; 63:13; 69:7; 87:14; 89:1; 101:6; 107:21; 109:11
five 91:11; 92:16
five-page 13:5
fix 74:13
flooded 132:21
focusing 124:3
Foley 82:20
follow-up 118:18
follows 6:14
foot 126:18
foregoing 136:3
foremen 121:4; 123:12
form 6:22; 7:14; 8:22; 18:24; 58:21; 74:15; 83:5
formal 130:6
formation 9:14
formed 12:9, 13; 27:24; 28:1
former 120:24; 121:1; 126:24
formerly 62:7
forth 10:14; 93:21; 95:4, 5, 13, 14, 24; 96:1, 12; 111:6
forward 86:15; 118:12; 124:14
Foster 121:2; 122:13, 14, 22
found 56:13
four 60:24; 117:17; 128:14
frame 13:4; 15:3; 129:19
Frank 121:2
free 59:9
Friday 7:6, 8; 8:4; 88:1, 3; 104:14; 123:13; 124:4, 16; 133:7
front 36:21
fuel 54:22
fueled 61:15
fuels 54:12; 58:9, 15
full 6:17; 32:7
functions 7:19
Funds 21:19, 23
funeral 129:12
further 39:24; 115:23; 116:21; 129:21; 136:4; 137:15
Future 106:1, 10, 18; 107:7; 121:7; 122:8, 14; 123:23; 124:2

**G**

gained 94:12
gaps 134:7
garbage 69:20
Gator 130:8, 21, 23
gave 20:5; 22:15; 88:17
general 43:18, 18; 63:24; 84:22; 126:13
Generally 30:1
generated 111:21
gentleman 122:17
gets 52:24
given 22:11, 13; 23:8; 56:22; 94:14, 19; 105:22; 125:7; 137:14
gives 87:12
giving 22:4; 28:3; 92:6
goings 50:20
good 29:10; 114:19; 132:17
grates 55:14
gravel 43:20; 53:9, 15
greater 13:17
GRELA 6:9, 19; 7:3; 10:4; 12:22; 13:13; 15:16; 18:19; 23:20; 24:7; 29:23; 38:15, 17; 39:8; 42:17; 44:1; 46:11, 24; 48:9; 50:3; 53:12; 59:22; 65:24; 70:1; 73:2; 75:3; 78:12; 80:12; 85:14; 98:21; 103:4; 105:7, 7; 113:13; 114:5; 116:19; 118:12, 17; 134:3, 13; 136:2
ground 70:20
groundwater 103:14, 20; 104:1; 106:15, 16
group 26:22, 23; 68:24
groups 111:19
guard 63:11
guess 26:8; 40:10; 56:12; 62:16; 74:10; 109:3; 111:2; 118:24; 123:9; 124:8, 23
Guggenheim 128:19; 129:13
guy 70:18; 96:18; 127:5
guys 123:11

**H**

H 137:3
half-hour 73:10
hall 31:21
hand 137:19
handle 120:4
handled 120:7
hands 21:3; 22:9
happen 8:17; 62:13
happened 46:17, 19; 62:17; 70:21; 120:10; 122:2; 129:6, 9
happening 48:16
happens 69:15
happy 36:15; 46:10
Harbors 80:8, 14
hard 35:2; 63:24; 111:1
heading 105:11
hear 104:5; 110:1
heard 110:6; 111:18; 118:19
held 7:15
help 73:13; 75:2
hereby 136:2; 137:5
hereinbefore 137:7
hereto 137:17
hereunto 137:19
hesitated 54:1
Heston 114:5
Hey 86:19; 135:6
high 64:21
high-rise 79:6
highest 30:5, 10
Highway 84:15
himself 82:15; 114:4
Hinckley 30:16, 18, 20; 33:12; 35:22; 36:2
hire 127:7
historical 112:22; 113:10; 119:5
Historically 121:22
history 119:3
Hoag's 82:20
hold 83:4
holder 20:11
holding 33:21, 22; 34:24; 36:23; 37:3; 46:2; 98:1
home 75:10
honest 37:15; 81:16; 85:17
house 135:4

housing 127:20
Howard 129:15
human 37:2
hundred 43:21
hypothesize 135:2

# I

idea 53:5
identification 10:1, 3, 5;
12:18, 20; 13:7, 10, 12;
18:14, 16, 18; 19:9, 12;
23:14, 16; 32:2, 5; 42:6, 8,
12, 14; 59:17, 20; 64:11,
14; 69:21, 23; 76:9, 12;
78:7, 10; 85:8, 11; 103:2;
107:14, 17
identified 6:11; 76:24;
101:7
identify 13:13; 18:19;
19:21; 23:22; 32:13;
59:23; 64:17; 67:10; 70:1;
76:14; 78:15; 85:15;
87:21; 118:9
II 32:1, 20; 33:1; 99:1, 11
III 99:2, 12, 16
immediately 32:15
Implementation 99:16,
22; 100:6
important 41:11
impossible 52:10, 12
in-house 33:15
Inc 20:15; 34:11, 20, 21,
22; 35:5, 9, 20; 36:4, 9;
69:4; 97:11; 98:3, 5
Inc.'s 102:6
inches 62:1
include 92:9
including 7:22; 113:2
incorporated 66:17
incumbent 55:11
incur 111:23
indebtedness 26:16
indicating 128:22
individual 38:15; 49:3;
116:20
individuals 29:15; 48:22;
49:1; 72:20
industrial 72:4, 12, 15,
22; 73:4, 9, 15, 22; 74:2, 9,
15, 21; 134:15
industry 71:20
infers 57:6
inform 12:23; 13:17;
19:17
information 10:13, 18;
14:5; 36:6, 24; 37:12, 17;
38:1, 8, 14, 15, 21; 39:3, 3;
81:6; 116:4, 21; 119:5
initial 32:24
initiate 83:1
inquired 113:16
inquiries 109:18, 19;
127:2; 134:5

inquiry 15:18
instance 56:1; 132:8
insufficient 82:14
intention 8:10; 112:17;
124:5, 9
interaction 130:8
interest 27:5, 8, 14, 17;
28:2, 4, 5, 9; 111:22;
126:23
interested 53:18, 19;
55:16; 72:23; 86:24;
127:11; 134:14; 137:18
interrelated 24:11
interruption 104:21
intimate 86:21
into 36:15; 37:10; 52:15;
53:15; 55:17; 129:6, 10
inventory 53:3
Investigation 32:2, 12,
20; 33:1; 39:18
investigations 39:20
investor 124:13
invoice 56:3; 132:15
involve 71:23; 93:13
involved 30:22, 23;
38:10, 10; 53:8; 67:21, 24;
68:22; 76:18, 22; 110:16;
119:2, 4; 121:7, 12; 122:2,
7; 123:18, 21, 22; 124:15
involvement 122:10
involves 12:4
involving 93:19
iron 55:19
irrelevant 41:2
issue 40:22
issues 38:11; 89:23;
116:23; 117:2, 5
item 52:19; 54:10
items 16:19; 39:4; 51:18,
19; 52:2; 53:2, 2, 8, 23;
54:1, 2, 3; 55:10, 12, 22;
56:12; 61:15; 73:23;
113:10; 120:5; 132:16
iterations 75:23
IV 99:20, 21; 100:5

# J

January 42:5; 43:1; 99:4,
18, 23; 100:18
jar 75:1
job 123:11
Joe 121:2, 3; 123:7;
131:16, 17, 18
jog 129:23
John 6:21; 121:2
Joint 20:16, 17, 22; 21:1,
13, 17, 19, 23; 23:8, 23;
24:22; 25:20, 21; 26:14;
27:3, 6, 9, 14, 16, 19, 21,
22, 23; 28:1, 4, 7, 9, 14;
45:11; 51:9; 56:7, 22; 57:1,
13, 24; 61:3; 68:19, 21, 21
journal 21:2; 24:5, 6, 9

judge 29:19
jump 118:18
June 12:23; 13:6, 18;
15:3; 17:23; 18:3; 19:1, 4,
19; 20:2, 7; 23:13; 27:9,
15; 28:8; 30:15; 32:1; 33:4,
16; 34:6, 12, 23; 35:5, 20;
36:4; 37:1, 13; 38:21; 40:9;
41:19, 22; 43:15; 44:17;
45:10; 48:16; 49:8, 14;
50:12; 58:10; 66:9; 72:2;
93:18; 94:16; 100:10;
103:15; 105:8, 15; 130:14

# K

K-o-v-i-t-z 122:18
Kahn 102:19, 20; 107:13,
21
Karp 109:15; 110:5;
131:14, 20, 22
keep 50:19; 51:8; 52:7,
13, 21; 105:9
kept 55:22, 24
kind 133:13; 135:2
kinds 73:23
knew 36:17; 41:18, 20;
46:21; 61:2, 8
knowing 82:1; 117:3
knowledge 8:21; 22:19;
37:6, 21; 47:9; 49:3; 53:20;
57:6; 62:15, 22; 63:1;
72:18; 82:12, 16, 19;
94:12, 15, 21; 95:8; 96:7,
9; 104:18; 105:19; 106:9;
107:8, 10; 113:16; 114:4;
117:9, 16, 22; 137:9
knowledgeable 11:17
known 10:13, 18; 11:17;
14:5; 36:6, 8; 75:1, 4; 82:3;
98:8, 9, 12, 13; 116:4
knows 12:12; 13:23;
14:9; 15:10; 22:15; 26:2;
27:12; 38:20; 44:19;
47:14; 60:23; 62:17;
65:11; 72:14; 79:24;
80:19; 113:15; 117:13
Kovitz 122:18

# L

labeled 61:14
land 117:24
Landing 9:2, 5, 10, 18,
21; 10:12, 13, 19; 11:5, 7,
10, 18; 12:8, 9, 12, 16;
13:2, 14, 20, 23; 14:5, 9,
16, 18, 22; 15:10; 16:1,
7, 16, 20; 17:11, 14, 24;
18:3, 5, 9; 20:5, 11, 18;
24:15; 30:14; 31:6, 17;
33:7, 12, 16, 24; 34:12;
36:17, 23, 24; 37:2, 3, 5,
18, 23; 38:16, 19, 20; 39:2;
40:8, 23; 41:21; 46:12;
47:1, 14; 56:1, 6, 10, 12,

21, 21; 57:4, 7, 13, 23;
67:16, 17, 22; 69:17; 72:2;
85:7; 101:23, 24; 113:14;
119:14; 120:11, 19;
129:24
Landing's 56:11; 67:20;
68:7; 97:12
Lane 12:1, 11; 44:4, 7
large 32:11; 58:24; 59:2;
64:10; 126:23
larger 32:14, 16; 44:13
largest 68:11
last 7:8; 60:5; 88:1, 2;
106:7; 110:1, 5, 7; 123:4,
13; 124:4; 125:19; 128:11,
14
latest 85:18
law 30:14, 17, 21, 23;
31:5, 8, 10; 33:8, 9; 35:18,
21; 36:2
laws 71:15; 84:22; 95:21
lawsuit 12:3; 88:5; 118:1;
124:3
lawsuits 118:4
lawyer 33:16, 18, 20
lawyers 33:21; 79:15
laydown 41:13, 24; 42:4,
10, 21; 43:19; 45:6, 17;
52:22; 53:11; 58:13; 61:4,
7, 11, 19, 22; 62:3; 68:13;
71:22; 121:24
league 107:24; 108:8
lease 130:6
leasing 61:3
least 40:24; 124:16;
133:6
leave 59:11
leaving 59:8
left 8:1
legal 35:2
legend 76:8
Les 121:12, 13, 15, 16, 19
less 94:4; 95:24; 96:11,
23; 97:3, 3; 119:10
letter 91:1; 102:18;
107:12, 20
Levin 129:9
liability 49:5
likely 21:11; 67:1; 134:10
limited 39:17; 49:5
line 36:11; 39:16; 46:7;
51:17, 19; 52:2; 64:6; 86:1;
101:14
lining 126:15
linked 115:16
liquid 58:21, 24
liquids 58:8, 13, 14
list 120:21; 124:23
listed 135:1, 3
listing 135:6
litigation 35:24; 46:23;
128:16
little 66:2; 86:24; 110:2;
118:19; 122:12, 14;

125:15; 126:18; 132:22;
134:24
LLC 12:8; 56:1, 6; 57:4, 7;
113:14
loan 130:5
located 12:4
logic 115:6
long 7:11; 88:5; 118:9
long-term 46:17
longer 27:19; 112:23;
120:8
look 10:24; 11:4, 13;
42:16; 48:14; 78:13;
82:23; 86:19; 90:2; 97:17;
108:6; 116:22
looked 11:3; 26:7; 72:10,
11; 75:8; 89:10, 13, 22;
109:16, 16; 111:2; 125:23
looking 34:14; 46:9;
60:10, 15; 109:6, 13;
111:19; 126:19; 127:1, 3,
4; 131:6; 133:15; 134:22
looks 66:3; 76:17, 17
loop 122:22
lost 133:4
lot 88:23; 109:3; 120:9;
121:19; 132:5, 23; 133:17;
135:9
low 105:21
lower 79:14
lowest 30:2, 6
lubricants 54:12; 58:9,
17; 61:9
lump 52:19
Luncheon 77:3

# M

M 6:9, 19; 136:2
magical 46:20
maintain 11:7; 24:12;
112:6
maintained 11:9
major 64:6; 107:24;
108:8; 124:24
makeup 55:16
making 47:5, 10, 13;
62:10; 109:1; 117:20, 21;
123:14, 17, 19; 135:9
Management 83:19
manager 123:12
managing 33:23; 34:5,
12, 18; 65:18, 21, 23; 66:1;
67:24; 97:12, 21, 24; 98:6,
8, 12; 99:9
manholes 43:21; 53:9;
132:13
manner 16:5; 20:24
many 34:8; 35:21; 72:23;
91:12, 16; 93:23; 94:11
map 117:14
March 7:6; 9:24; 124:5;
137:6, 20
marina 74:8, 11, 12, 18;

Peter M. Greia
Vol. 1, March 14, 2005
Case 1:04-cv-10180-NMG    Document 65-3    Filed 04/01/2005    Page 18 of 23
Monsanto, LLC v.
Pharmacia Corporation, et al., etc.

**79**:6; **127**:20

**marine** 74:9

**Marino** 87:23; 121:2, 10, 11, 12, 14, 15, 18; 122:1, 9; 124:18

**marked** 9:24; 10:2, 5; 12:17, 19, 22; 13:7, 9, 12; 18:13, 15, 18; 19:9, 11, 15, 18; 23:14, 15, 19; 32:2, 4; 40:9; 42:5, 7, 12, 13; 59:17, 19, 22; 64:11, 13, 16; 69:20, 22, 24; 76:9, 11; 78:7, 9; 85:8, 10, 14; 97:16; 102:22; 103:1; 107:14, 16

**market** 125:2

**marketed** 111:20; 124:11; 135:8, 8

**marketing** 124:16; 125:17

**marshaling** 63:6; 66:2, 2

**Mary** 14:3, 19, 22; 17:15, 24; 18:4; 20:6; 28:13; 33:8; 67:11, 14; 128:12; 129:23

**Massachusetts** 6:20; 12:5, 17; 52:16; 76:8; 83:2, 6; 84:15; 85:7; 97:5; 98:19; 99:3, 17; 137:1, 5

**material** 52:24; 66:10; 70:22; 132:7

**materials** 51:3, 6, 12, 17, 20, 22; 52:3, 7, 14; 53:6, 15; 55:6, 16, 20; 66:13, 16, 17, 19; 69:20; 70:4, 11; 72:1

**matter** 8:15; 10:14, 22; 17:8; 113:12

**matters** 10:19; 11:17; 14:5; 75:4; 82:3, 4; 98:8, 12; 108:13; 137:10

**Max** 87:23; 120:23; 121:2, 14, 15, 16, 18; 122:1, 9; 124:18

**May** 18:12; 19:3, 19; 25:21; 26:4, 15; 37:15; 39:5; 47:20, 20; 51:1, 4, 7; 54:14, 16, 18; 72:12; 81:4; 87:6, 10; 95:17; 110:14, 14; 113:20; 115:13

**Maybe** 26:3; 56:13; 60:9; 73:10, 13, 22; 79:11; 85:17, 22; 88:4; 112:7

**MCP** 102:7; 106:17

**mean** 33:18; 44:15; 58:21, 24; 65:23; 66:15; 87:22; 98:15; 117:17; 119:1; 120:3; 125:24; 132:3

**means** 15:4, 11; 16:7, 13; 126:1, 5

**meant** 126:13; 128:2

**meeting** 104:23

**member** 34:5, 12, 18; 97:13, 21, 24; 98:6, 8, 13; 99:9

**memory** 75:2; 94:5; 129:23

**mentioned** 131:13

**mentioning** 131:22

**metal** 55:6, 22; 65:18, 21, 23

**metallic** 55:19

**metals** 55:8, 9, 14

**mid-1996** 43:4

**might** 14:13; 16:5; 35:12; 53:14, 14, 15, 18; 66:1; 74:21; 75:2; 86:24; 94:20; 105:2, 2; 121:9; 127:14; 128:9; 129:10; 132:1

**million** 20:22; 22:5; 52:17, 18

**millions** 46:13; 47:2, 4

**mind** 37:7, 8; 40:24; 86:11; 96:16; 105:9

**mine** 88:1

**minimal** 105:22

**Mintz** 129:9

**minute** 31:21

**miscellaneous** 55:8, 14

**missing** 79:3, 4

**mixed** 75:19; 127:4

**mixed-use** 73:1; 108:1, 23; 110:19; 111:17; 124:6; 125:21; 127:19

**mixes** 134:23

**Modern** 7:9, 11; 8:13; 11:9, 14; 14:20; 18:7; 20:15; 21:12; 26:24; 27:17, 22; 28:1, 3, 8; 29:1; 30:19; 31:17; 33:11, 11, 23; 34:5, 8, 11, 19, 22; 35:4, 9, 19; 36:3, 6, 8; 43:7, 10; 45:11; 46:5; 48:13; 51:8; 56:13; 69:3, 3, 6, 14, 15; 71:4, 14; 76:8; 80:2, 5, 14; 86:6, 7, 18; 87:4, 9, 10; 92:10; 97:11; 98:2, 5; 102:5, 15; 109:22; 110:21; 112:11; 114:12; 118:22; 120:12, 18, 23; 121:17; 122:7; 123:6, 20; 124:15; 125:7; 133:1, 2

**Modern's** 71:11; 90:3; 119:7

**Modern/Obayashi** 22:6, 8; 56:2, 22; 57:8; 61:3; 66:23; 67:18, 20

**modified** 20:1, 4

**moment** 49:23; 108:17

**money** 21:8, 9; 24:15, 24; 52:3, 6; 112:2

**Monsanto** 23:6; 41:3, 4, 5, 10, 15; 46:18; 56:19; 69:6

**Monsanto's** 16:21

**month** 60:5; 79:16

**months** 128:14

**more** 17:13; 34:7; 46:9; 52:2, 3, 6; 55:16; 78:24; 94:3; 97:3, 3; 116:18; 117:1; 119:10; 121:7; 122:15; 125:15; 135:10

**morning** 48:8

**most** 7:5; 21:11; 43:13; 44:2; 50:6, 10; 60:4; 67:1; 73:24; 89:15; 108:22; 134:10

**mouth** 113:18

**Move** 41:17

**moved** 43:20, 21

**much** 14:22; 38:11; 39:3; 52:7

**multiple** 42:1; 132:20

**Mystic** 9:1, 5, 10, 18, 21; 10:1, 2, 5, 12, 13, 18; 11:5, 7, 10, 17; 12:8, 9, 12, 16, 18, 19, 22, 23; 13:2, 7, 9, 12, 14, 20, 23; 14:5, 9, 16, 18, 22; 15:10, 24; 16:1, 7, 16, 20, 23; 17:11, 14, 24; 18:3, 5, 8, 14, 15, 18; 19:1, 9, 11, 17; 20:5, 11, 18, 24; 21:8, 9, 11, 16, 20; 22:1, 4, 5, 15, 17, 24; 23:5, 14, 15, 23; 24:15, 23; 25:11, 13; 26:2, 4, 8, 11; 27:11, 12; 28:22; 29:4; 30:14; 31:6, 17; 32:3, 4; 33:7, 12, 16, 21, 24; 34:6, 12, 18; 36:17, 23, 24; 37:2, 3, 5, 13, 17, 22; 38:1, 16, 19, 20; 39:2; 40:8, 23; 41:18, 21; 42:6, 7, 12, 13; 44:19, 21, 22; 45:2, 9, 13, 16, 17, 19, 20, 22; 46:1, 1, 5, 11; 47:1, 14, 20, 24; 48:1, 9, 16, 22, 24; 49:2, 3, 7, 12, 13, 17; 56:1, 6, 9, 11, 12, 21, 21; 57:4, 7, 13, 23; 59:17, 19; 60:23; 61:8; 62:2, 17; 63:3, 7, 12; 64:12, 13; 65:11; 66:5; 67:2, 16, 17, 19, 22; 68:2, 5, 7; 69:17, 21, 22; 71:5; 72:2, 14, 14; 73:3; 74:23; 75:4, 5, 9, 12, 19; 76:2, 6, 9, 11, 15; 78:7, 9; 79:20, 24; 80:3, 14, 19; 81:7, 10, 15, 20; 82:2, 8, 21, 22, 24; 83:9, 13, 17, 21; 84:2, 6, 10, 14, 19, 24; 85:7, 9, 10, 14; 86:6, 7; 87:4; 89:20; 90:3; 92:10; 95:2, 11; 96:21; 97:12; 98:9, 13; 99:11; 100:5, 8, 14; 101:1, 23, 24; 102:15, 22; 103:1, 4, 13; 107:15, 16; 108:15; 109:22; 110:8, 13, 23; 111:8, 9, 13, 23; 112:7, 9, 14, 14, 15, 17; 113:14; 114:10, 11, 15, 19; 115:24; 116:2, 6, 15; 118:21; 119:14; 120:10, 14, 14, 19; 121:6, 21; 122:20; 123:14, 20; 124:5, 15; 129:23; 130:14; 132:6

**Mystic's** 12:3; 17:3; 19:24; 22:19; 28:13; 40:16; 63:1; 72:8; 82:16; 94:14; 97:21, 24; 98:6; 99:9; 103:18; 105:19; 106:3; 107:7; 116:11; 119:22; 130:9; 132:1

**N**

**name** 6:17; 17:17; 54:9; 98:1; 120:12, 17, 20; 122:17, 18; 125:19; 126:21

**named** 137:7

**narrative** 7:14

**near** 79:14

**necessarily** 39:5; 52:4

**necessary** 79:21; 102:7

**need** 53:10

**needs** 53:10

**negotiating** 28:24

**negotiation** 30:22

**negotiations** 33:15

**neither** 114:5; 137:15

**nephew** 121:19

**new** 127:1

**next** 98:23; 99:15; 100:16; 101:13; 102:5; 105:24; 135:4

**nobody** 113:11

**None** 15:22; 123:3, 8

**nonemployee** 114:16

**nor** 110:16, 17; 137:16

**notarial** 137:20

**notarization** 6:5

**Notary** 6:13; 137:4, 23

**notation** 79:15

**note** 23:8; 26:16

**notes** 26:21

**Notice** 9:22, 23; 10:8; 11:2; 15:20; 118:10; 133:12

**notices** 133:18

**notification** 83:5

**November** 121:18

**number** 29:22; 58:4, 7; 107:13; 113:2; 126:14

**numbered** 18:13; 32:15; 39:8; 105:10

**numbers** 103:21

**numerous** 35:23, 24, 24; 54:6; 67:12, 13; 76:1; 87:20; 89:22; 91:4, 8, 15; 109:5, 18, 19; 111:18, 19; 130:23; 131:8

**O**

**o'clock** 104:24

**O'Donnell** 14:3, 19, 23; 17:15, 24; 18:4; 20:6; 28:13; 33:8; 67:11, 14; 109:16; 128:12; 131:14, 15, 16, 17. 19

**oath** 137:11

**Obayashi** 20:16; 21:13; 26:23; 27:1, 5, 8, 15, 16, 23; 28:5; 46:6; 56:13

**Obayashi's** 28:2

**objecting** 126:9

**Objection** 14:1, 11; 15:12, 17; 16:3; 20:9; 26:6, 18; 27:10; 28:16; 29:9, 11, 14; 30:3, 8, 13; 31:7, 12; 32:21; 34:1; 35:6, 16; 36:10, 19; 38:4, 23; 39:21; 40:3, 19; 42:22; 43:9, 16; 44:6, 20, 24; 45:15; 47:16, 22; 48:19; 49:10, 15, 20; 50:5, 9, 21; 51:14, 24; 52:9; 53:22; 54:20; 55:3; 60:13, 17; 62:19; 63:21; 65:13; 66:12, 21; 70:14; 71:1, 7; 73:6; 74:3, 19; 80:10, 24; 81:12; 82:7; 87:16; 88:20, 24; 89:5; 90:9, 17; 91:9; 92:11, 18; 94:18; 95:7, 15, 17; 96:3, 14; 97:1; 98:10, 14; 99:5, 19, 24; 100:20; 101:10, 19; 102:9; 106:20; 107:1, 9; 108:3, 10; 110:22, 24; 112:19; 113:20; 114:21; 115:18; 123:4; 124:7; 125:9; 126:2; 128:1, 24; 129:20; 130:2, 16; 134:19

**objections** 6:22

**obligation** 18:5; 20:6; 28:6; 82:4

**Obligations** 23:13; 27:16; 31:2; 116:3; 118:22

**obliged** 114:3

**obtain** 80:15; 81:20; 83:14, 22; 84:15, 20; 85:1; 104:17

**obviously** 123:21; 128:13

**occasions** 91:4, 8, 12

**occurring** 43:15

**Ocean** 84:3, 7, 11

**October** 42:11, 24

**Off** 31:18, 19; 49:23; 59:13, 14; 64:7; 66:17, 19; 81:3; 94:5

**office** 44:15; 76:19; 78:24; 79:6, 16; 84:21; 94:3, 10; 104:4, 8; 120:8; 132:18; 133:2

**officer** 7:21; 38:17; 110:17; 119:6

**officers** 35:4, 7, 8, 14; 36:8

**offices** 93:3

**officially** 135:3

**offset** 21:5

**oils** 61:8

**one** 11:2; 16:12, 19; 17:1; 27:2, 3; 37:21; 39:1; 42:19; 43:20; 44:14; 61:13; 62:12; 63:22; 68:2, 8, 22; 72:7, 21; 75:9; 76:14; 79:15; 94:7; 104:3, 8; 106:5, 7; 115:20, 21; 116:18; 117:1, 7, 15, 16; 123:5; 126:21; 133:6

**one-page** 12:15



onerous 87:1
ones 67:10
only 40:10; 48:24; 63:8;
66:6; 122:16; 128:2; 129:5
onsite 60:6; 120:16;
132:17
onto 51:3
onward 119:11
operating 34:14; 97:17
operation 63:17
opinion 58:23
opportunity 6:3; 19:14;
23:18; 42:16; 78:12
option 14:19; 17:15, 17,
18; 18:7, 12, 19, 23, 24;
19:8, 18; 20:1, 12, 18;
21:15; 22:4, 7; 23:9, 24;
25:5; 28:22, 24; 115:17
order 7:16; 108:13
organization 49:5; 57:6;
134:6
organizations 72:20
organized 12:23
origin 70:12
original 20:11
originally 27:22; 68:21;
131:2
originals 59:9
others 67:12, 13; 131:12
otherwise 20:17; 22:21
OTTO 6:8; 104:5; 109:24;
117:10; 118:1, 3, 7, 13, 16;
123:6; 125:11; 126:4, 10;
133:22
ours 124:2
out 10:22; 27:17; 28:2;
55:15; 63:4, 6; 66:4; 70:19;
72:14; 80:22; 81:2; 82:8;
111:5, 9, 17; 114:8; 132:21
Outcome 100:17; 101:2
outside 109:5, 13; 124:13
over 7:15, 20; 8:1, 2, 2;
43:8, 10, 20; 56:14; 58:6;
86:22, 22; 87:18; 88:12,
23; 89:22; 91:11; 92:8;
98:23; 101:4; 102:4;
105:24; 107:19; 108:6;
109:19; 110:7, 18; 117:16;
125:13; 128:6, 9; 130:21;
131:7, 10; 133:19
overall 46:22
overlap 35:14; 36:8
oversight 119:10
owed 26:15, 17
owned 26:21, 23; 28:9;
60:24; 65:12
owner 57:2; 101:18, 22;
102:7; 121:17
ownership 67:16, 20;
68:4, 7
owning 63:12
owns 12:7; 117:24

P

p.m 77:3, 4; 135:11
package 59:12; 131:7
packing 132:15
Page 32:15; 39:7, 8, 12,
16, 24; 80:4; 82:23; 98:16,
19, 23, 23; 101:4, 5; 102:5;
105:10, 10, 24; 107:19, 22
pages 18:13; 32:14;
107:13
paid 20:21; 22:5; 24:4, 10,
21; 26:5; 35:2; 41:5; 44:22;
57:24; 129:24
pains 136:4
paint 48:15
paper 39:9; 132:9
paperwork 30:24
paragraph 107:22
parcel 58:23; 131:6
parent 25:22
park 74:13; 107:24; 108:8
part 43:13; 44:2; 50:6, 10;
62:8; 68:14; 110:1; 124:1;
130:4; 131:6
partially 126:24
participated 29:22
particular 38:7; 53:14;
81:11; 91:5; 93:17; 94:13;
115:16; 132:15
parties 21:6; 29:12; 47:2;
86:23, 23; 137:17
Party 101:17
passed 121:11, 13, 18
Passport 6:12
past 8:4; 91:11, 17, 20;
110:15
pause 31:23; 104:22;
105:4
pave 63:14, 17
paved 61:17, 20, 23;
62:3; 63:8, 20; 64:3, 4, 5,
8; 66:6
pay 14:22; 22:21; 24:16;
25:4, 5; 30:1
payable 24:17, 17, 22;
25:19; 26:8
payables 25:22
paying 41:15
payment 15:1, 4, 11, 18,
24; 16:2, 8, 15; 20:24;
23:1; 24:6; 26:11, 12;
28:13
PE 40:5
penalties 136:4
people 46:4, 12; 63:11;
72:23; 86:16, 19; 87:10,
20; 88:19; 94:11; 109:3,
19; 111:15; 116:18; 117:1,
15; 126:14, 18; 127:3, 3, 6;
135:5, 9
people's 93:3; 118:5
per 35:1

percent 28:2, 3
performed 39:17; 70:23;
71:6
performing 68:18; 69:1,
12
period 9:12; 34:20;
67:16, 19; 68:4, 7, 15; 91:7
perjury 136:5
permission 56:22; 57:2
permit 80:7, 15; 81:11,
19, 21; 82:9; 84:16; 85:2;
95:16, 23
permits 79:20; 95:3, 12;
96:10
person 9:4, 9, 17; 104:3,
8; 117:1, 7, 15, 16, 21;
120:11; 137:7
personal 62:15
personnel 50:22, 22;
121:4
perspective 24:13;
112:22
pertaining 11:23; 129:6
PETER 6:9, 19; 38:15, 17;
104:23; 136:2
Pharmacia 16:21; 23:5;
56:18
Pharmacia's 69:7
Phase 32:1, 12, 20; 33:1;
98:24; 99:1, 11, 12, 16, 20,
21; 100:5
phone 109:17
photograph 59:15, 19;
60:11; 64:9, 13; 65:6;
69:18, 22; 70:2; 102:21
Physical 22:10
physically 56:4; 60:6, 8;
63:4; 65:14; 120:9
pick 75:18
picked 70:18; 89:24
picture 61:5, 6; 65:1, 2,
15
piece 37:4; 64:10; 79:3;
117:24; 123:10
pieces 62:10, 11
pile 64:10
place 63:8; 65:6, 12; 66:6;
70:11; 71:10
placed 70:8, 9, 12, 23
plaintiff 118:1
plan 42:3, 9; 44:4; 73:3, 7,
11; 75:9, 12, 19, 24; 76:7,
24, 24; 77:1; 83:19; 85:6,
24; 86:4; 87:11; 97:5;
98:20; 99:2, 13, 16, 22;
100:6; 108:22, 24; 109:21,
23; 110:4, 19; 111:10;
115:5; 125:21; 127:20, 20;
128:8
planned 8:7, 20, 23;
72:15; 74:11; 84:16;
119:7; 123:15; 130:9, 22
planning 111:23; 112:2;
122:8
plans 42:20; 72:3, 9, 11,

12, 24; 75:5, 7; 76:4, 14;
84:7, 11; 86:4, 17, 18;
87:3; 92:22; 93:4, 10, 13,
16, 19, 24; 108:16; 109:1;
112:16; 113:3; 114:20;
121:8, 8; 122:11, 15, 20;
126:19
plants 119:20
plastic 69:19
please 6:17; 39:8; 80:5;
96:6; 98:17; 105:6, 10
plenty 73:21; 86:8
point 41:11, 13; 55:2, 5;
105:7; 116:18; 130:12, 21
Policy 83:2, 6
Pollution 85:3
portion 24:18, 18, 19;
27:6; 28:21; 32:19, 24;
44:3, 9, 13; 48:17; 49:8;
59:23; 61:21; 62:2, 6;
63:15; 64:18; 70:2
portions 63:19
position 8:1; 9:19, 20;
105:20
positions 7:15
possession 25:14; 86:5;
87:4
possible 130:21
post 63:10
potential 28:6; 105:12,
16, 20; 126:16, 16, 16
potentially 76:5; 101:16
power 119:20
precision 13:17
prefer 40:6; 47:11; 51:15
prefix 34:9
Preliminary 78:6, 15, 20;
81:2
premature 134:24
preparation 10:20; 31:1,
4; 50:16; 82:5, 10; 94:22,
23; 100:12; 104:2, 18;
114:20
preparations 112:16;
113:3
prepare 17:5, 7; 31:14;
33:13
prepared 31:10, 13;
33:13; 79:17; 80:2; 97:9,
10, 21, 23; 98:2; 115:4, 12,
14
Preparing 133:5
present 50:13; 52:21;
53:6; 55:23; 66:10;
103:15; 112:18, 21
president 7:9; 8:2; 35:10;
121:16; 122:1, 3, 21
presidents 35:12
pretty 120:21; 130:5
previous 10:22; 85:19;
88:4
previously 120:7; 121:20
price 24:2; 26:5; 29:7
principal 125:20
printed 79:14

printout 12:16
prior 18:20; 61:18; 63:12;
67:23; 88:12; 113:9;
117:9; 129:11; 130:18
privy 8:23
probably 9:15; 23:10;
29:20; 38:9; 57:17; 62:12;
66:4, 7; 68:17; 74:13; 92:5;
111:3; 120:2; 124:11;
127:7; 128:6; 134:7; 135:3
problem 123:21
problems 123:23
PROCEEDINGS 6:1
process 40:1; 83:4
produced 16:20; 23:3;
25:9; 56:17; 57:19; 69:6;
86:9; 87:13; 88:16
product 55:17
production 6:12; 16:22;
17:4, 6; 23:4; 25:10; 56:18;
57:20; 69:7; 87:14; 90:4,
14
professional 125:2;
127:8
Program 83:19
project 45:7; 50:22, 22;
53:11, 13, 16; 54:24; 55:1,
11; 56:2, 7; 63:11; 66:18,
19; 67:24; 68:23; 69:15;
80:6; 83:1; 94:13; 108:1;
121:22, 23; 123:9, 11, 12,
124:14; 132:16, 20; 133:2
projects 8:3, 3, 16; 42:1;
68:9, 24; 119:9, 11, 13, 18,
21; 122:4; 132:20; 133:3
proper 48:11
properties 87:3
property 12:4, 7; 13:3,
15, 21, 24; 14:3, 7, 10, 17,
18, 20, 23; 15:24; 17:12,
14; 18:1, 6; 20:6; 23:24;
25:3; 28:15; 36:18; 37:4,
23; 38:3, 12; 40:12, 15, 17;
41:6, 18, 22, 24; 42:21;
43:2, 15; 44:1, 3, 10, 13,
23; 45:3, 10, 14, 19, 21,
22; 46:2, 18; 48:18; 49:8,
13, 17; 52:22; 53:19, 20,
24; 54:10; 56:23; 57:9, 11,
24; 59:1; 60:8, 24; 61:3, 9,
16, 18, 19, 20, 21; 62:6,
14, 18; 63:9, 13, 13, 14,
20; 64:6, 18; 65:3, 6, 10,
12, 15; 66:11, 14, 24; 67:3,
5, 7, 9, 15, 22, 23; 68:3, 6,
16, 22; 69:12; 70:2, 5, 8,
12, 24; 71:5, 11, 15, 19;
72:3; 73:4, 10, 15; 74:2;
75:5, 10; 76:16, 18; 78:17;
86:17; 89:23; 92:10, 23;
93:20; 94:8, 10, 16; 97:5;
103:16; 105:17; 106:19;
109:2, 14, 20; 111:19, 20,
24; 112:3, 6; 119:3, 5;
120:14; 123:15, 19; 124:6,
11, 17; 125:2, 18; 126:15,
23; 129:3, 4, 7, 18, 24;
130:10, 14; 131:12;

134:14; 135:1, 7
**proposal** 74:1; 85:15, 20; 115:8, 8, 12; 131:23
**proposals** 72:19; 76:1; 86:11; 112:16; 113:3; 114:20; 115:13; 124:1; 128:4; 130:23, 24; 131:8
**proposed** 78:16; 80:6; 84:7, 11; 106:18
**proposes** 73:15
**prospective** 134:13
**Protection** 83:24; 85:3; 99:3, 18, 23; 100:10, 18; 101:9; 102:2; 103:6, 11
**provide** 112:22
**provides** 6:24
**providing** 119:4
**Public** 6:13; 83:15; 137:4, 23
**purchase** 14:6, 20; 15:19; 17:11, 14; 18:1; 20:5; 23:24; 25:2, 4; 26:5; 30:15, 22; 33:8, 10; 126:16, 17
**purchased** 14:10; 28:1; 67:23
**purchaser** 30:1
**purchasers** 134:14
**purports** 32:7
**purpose** 68:16; 72:13; 90:3
**pursuant** 10:9; 17:10, 15; 68:18; 69:2; 80:8
**pursuing** 108:16
**put** 32:9; 52:17; 86:20; 87:10; 113:18

## Q

**Quality** 83:10
**quantities** 52:13
**quantity** 51:22
**quick** 133:13, 17
**quickly** 81:22
**Quitclaim** 13:6
**quite** 75:21; 129:14
**quiz** 85:21

## R

**ran** 125:12
**rate** 58:3
**read** 6:4; 82:20; 107:4; 109:12; 136:3
**readily** 87:18
**real** 29:22; 125:2
**really** 8:14; 33:9; 38:10; 52:10; 66:8; 93:7; 122:5, 15; 129:11; 130:17; 132:6
**reason** 40:7; 45:5, 5, 8, 20; 66:8; 95:2, 11, 19, 23; 96:22; 111:12
**reasonably** 75:4; 81:6, 9;

116:4, 4
**recall** 13:23; 15:5; 35:7; 58:4; 71:12; 73:18, 19, 21; 74:1, 6; 89:2, 24; 90:5, 16, 19, 24; 91:2, 6, 23; 92:2, 5, 12, 13, 15, 19, 20; 104:10; 126:11, 12; 133:7
**receivable** 21:12, 14, 17, 22; 22:3
**receivables** 25:22
**receive** 30:5
**received** 17:23; 22:7; 79:16, 18; 109:17, 18, 19; 133:12, 18
**receiving** 15:20
**recent** 108:22
**recently** 7:5; 60:4; 89:15
**Recess** 50:1; 77:3
**recollection** 92:3; 104:9
**recollections** 104:12
**recommending** 102:6
**record** 16:15; 31:18, 19; 32:6, 10, 18; 34:17; 49:23; 59:13, 14; 73:2; 88:21; 97:20; 116:9; 134:2, 8; 136:6; 137:13
**records** 22:24; 50:19; 52:7, 13, 21, 24; 55:22, 24; 56:5, 9, 11, 16
**recreational** 74:11; 75:20
**rectangular** 64:6
**Red** 75:10, 14, 17; 86:4; 93:14, 19; 131:4
**REDIRECT** 134:11
**reduced** 73:8; 137:12
**refer** 74:9; 97:7, 14; 122:9
**reference** 63:19; 64:21; 105:7
**referred** 18:20; 65:18; 131:12; 132:9
**referring** 129:18; 130:3
**refers** 39:11, 12, 19, 24
**reflecting** 26:10
**refunded** 28:22
**regard** 112:1
**regardless** 106:18
**Registered** 73:3
**regulatory** 97:4
**reimbursed** 51:20
**reimbursement** 51:23
**related** 137:16
**relates** 115:4
**relating** 110:13
**relationships** 7:23, 23
**relevant** 16:11; 39:4, 5; 40:11, 13, 14, 16; 41:8, 9; 46:22; 52:19; 58:23
**relinquished** 9:19, 20
**relocate** 75:17
**remaining** 8:18
**Remedial** 99:2, 13; 106:1, 10; 107:7
**remediated** 41:4

**remediation** 41:4; 107:23, 24; 111:24; 112:5; 115:3, 7, 11, 13, 15
**Remedy** 99:16, 22; 100:5
**remember** 39:4; 74:22; 92:6; 130:1; 133:10, 11, 16
**remembers** 90:21
**remove** 103:14
**removing** 103:19, 24
**repeat** 27:13; 98:11
**Report** 32:2, 7, 12, 20; 33:1; 38:6, 7, 8; 82:21; 99:1, 8, 12; 102:1; 105:23
**reported** 101:8; 103:4, 8, 9
**Reporter** 137:3
**reporting** 101:6, 15, 15
**represent** 24:6; 33:14; 118:17
**representative** 63:3
**represented** 30:14, 17; 31:5, 8; 33:7, 10, 10, 20; 34:22; 35:18, 19; 36:3; 38:19; 48:22; 49:1
**representing** 31:11; 57:7
**request** 16:22; 17:3, 5; 23:4; 25:10; 31:13, 15; 54:11; 56:17; 57:20; 69:7; 86:10, 12; 87:14; 88:17
**requested** 56:12; 118:11
**require** 71:5, 14; 80:6; 116:21
**required** 95:3, 5, 12, 14; 96:1; 106:17
**requirement** 130:6
**requirements** 71:12; 95:23; 96:10, 12, 15, 22; 106:1, 10, 17; 107:7
**research** 15:13; 48:11
**reserve** 6:22
**residential** 6:18; 72:11; 73:1, 21, 24; 74:7, 7; 75:6, 19; 76:19, 22; 79:6; 94:4, 5, 6, 7; 124:6; 127:5, 20; 131:2
**residential/commercial** 134:23
**resolution** 8:3
**respect** 78:16; 81:14; 88:8, 9, 13; 89:23; 91:5; 118:21; 120:13; 123:2, 8; 124:10, 16
**respectfully** 117:4
**respond** 32:10; 36:16; 40:6; 110:14
**Responding** 109:20
**response** 16:21; 17:3; 23:4; 25:10; 56:17; 57:20; 69:6; 81:24; 86:9; 87:13; 88:16; 100:17; 101:1; 102:8, 16; 125:22; 131:10
**responsibilities** 110:12
**responsibility** 101:15
**responsible** 7:18, 21; 101:17; 122:3

**restate** 126:4
**restaurant** 76:19
**result** 22:3; 116:11
**return** 26:7
**review** 19:14; 23:18; 31:5; 83:1, 3; 88:14; 89:1, 16
**reviewed** 10:21; 88:2, 10; 89:3, 8
**reviews** 18:22; 19:13; 23:17; 33:2; 36:22; 42:15; 64:15; 78:11; 85:12; 97:8; 98:18; 107:18
**reword** 48:21
**ridiculous** 54:11
**right** 7:1; 20:5, 23; 22:6; 25:2, 4; 27:11; 36:21; 39:15; 44:4; 75:17; 100:2; 117:19; 128:11; 134:24
**right-hand** 79:14
**rights** 18:1; 23:13; 31:2; 116:17
**River** 85:7
**Rivers** 80:8, 17
**Rizzo** 106:6, 9
**Road** 6:19; 117:14
**Robert** 104:16; 120:23; 121:1; 122:15; 124:18
**Rocha** 121:3; 123:1, 6, 7
**role** 110:8, 11; 118:21; 119:9; 120:13, 18; 121:6, 21; 122:19
**roles** 123:2
**Rosen** 129:8, 9
**round** 85:18
**rule** 6:23
**rules** 95:21
**ruling** 83:18
**run** 121:24; 129:6, 10; 132:20
**running** 45:16; 61:6; 63:16; 132:19, 21

## S

**sale** 30:23; 112:5; 124:12, 12, 17; 125:3; 126:16
**salvage** 66:4
**same** 7:22; 13:4; 26:21, 23; 30:4; 35:8, 11, 11; 39:24; 46:4; 79:16; 135:7
**samples** 103:8
**Sanctuaries** 84:4, 8, 12
**sand** 53:9, 14
**satisfactorily** 6:11
**satisfactory** 116:15
**saw** 26:8
**saying** 26:4; 47:8, 14, 24; 48:4, 5; 52:12; 72:10; 82:1; 112:21; 113:6, 22; 120:5; 127:18; 128:5
**Scenario** 108:8, 9
**scenarios** 108:7

**schedule** 8:12, 14
**scheduled** 8:8
**scheme** 78:20, 21
**Scope** 68:8, 10, 11
**scopes** 68:11
**se** 35:1
**seal** 137:20
**search** 86:14; 87:17, 19; 88:18
**searched** 88:19
**second** 11:2; 26:13; 109:9; 116:22
**secret** 111:20
**Secretary** 12:17; 92:6
**Section** 39:11; 80:5, 8, 16; 84:22
**security** 63:11
**seeing** 71:16; 74:1
**seek** 116:6, 10; 118:11
**sell** 20:6
**seller** 30:11
**selling** 127:18, 19; 135:4
**semantics** 127:17
**send** 91:7, 12, 16, 22; 92:8
**sending** 91:2
**sent** 86:15; 91:23; 92:4; 114:8
**sentence** 101:14; 107:21
**served** 16:22; 23:5; 25:11; 56:18
**services** 68:8, 10
**serving** 41:24
**SESSION** 78:1
**set** 10:14; 29:6; 37:3; 93:21; 95:4, 5, 13, 14, 24; 96:1, 12; 111:6; 137:19
**seven** 45:8
**Several** 101:6
**sewer** 85:1
**sheet** 39:9; 78:14, 18, 19
**sheets** 102:21
**Shepard** 87:23; 89:3, 6, 7, 13; 104:16, 18; 120:23; 121:1; 122:15, 16, 21; 123:16; 124:18; 131:20; 133:7; 134:8
**Shepard's** 121:6
**ship** 66:4
**shipped** 132:14
**short** 70:9
**show** 32:6, 18; 43:14; 50:3, 7, 11; 51:2, 5; 75:16; 79:5
**showed** 132:16
**showing** 10:4; 18:17; 32:11; 42:20; 59:16, 23; 64:10, 16, 17; 69:19, 24; 86:3; 87:2
**shown** 24:2, 3; 44:12; 60:11; 65:5, 17; 70:4; 78:22, 24; 85:16; 86:5; 92:23; 93:14

**shows** 40:1; 79:1

**side** 31:9, 11

**sign** 6:4

**signatory** 119:1

**signature** 6:5

**signatures** 120:6

**signed** 57:16

**significant** 126:22; 127:3; 129:12; 130:13; 133:4

**similar** 35:10, 13; 41:5; 78:21, 23, 23; 79:9; 111:5

**simple** 36:14; 37:7, 8

**simply** 33:21; 127:17

**single** 117:8; 126:21

**single-purpose** 117:23

**sit** 95:10

**site** 39:18; 41:5; 50:4, 8, 12, 20, 23; 51:3, 6; 53:6; 54:6; 55:7, 20, 23; 56:5; 58:9; 59:24; 60:4, 12, 16; 69:16; 72:24; 75:14, 20; 86:1; 93:4; 99:1, 12; 101:7, 17, 22; 102:7; 103:20; 104:1; 105:22; 106:4, 16, 18; 109:16, 17; 111:3; 112:17, 18; 113:4; 114:20; 115:3, 8; 119:14; 120:19; 121:21, 24; 122:4, 11, 20; 123:2, 11; 124:10; 125:23; 127:1, 2, 12, 21; 128:6, 7, 10; 130:22; 131:22; 132:8, 14, 21; 133:3, 14, 15, 15, 16

**sitting** 117:9

**six** 45:7; 62:1; 91:11; 102:21

**six-page** 19:7

**slightly** 16:5

**slip** 132:15

**small** 73:22; 74:8

**smaller** 42:9; 62:10

**Snyder** 30:18, 20

**soil** 103:14, 19; 104:1; 106:24

**sold** 111:3; 125:23; 127:12, 13; 131:5

**somebody** 39:17; 46:16; 54:9; 63:14; 65:1; 72:11; 75:16; 120:2, 4, 10; 124:2; 127:13; 128:5; 129:10

**somebody's** 94:10

**someone** 69:2; 114:3; 116:3; 118:9

**Sometime** 27:23, 24

**somewhere** 9:14, 15; 43:4

**Sorry** 32:23; 36:22; 59:7; 104:7; 109:24; 121:14; 129:13

**sort** 118:20; 127:19

**sought** 82:9

**Sox** 75:10, 14, 17; 86:4; 93:14, 19; 131:4, 5

**space** 79:1; 94:3, 4

**speak** 11:16, 20; 20:10; 37:2; 43:17; 89:6; 104:5; 108:11; 110:1; 111:7; 117:2; 133:19

**speaking** 44:8; 112:7, 9

**speaks** 39:22; 40:4; 80:11; 99:6, 20; 100:1, 21; 101:11, 20; 102:10; 106:21; 107:2; 108:4; 126:3

**specific** 17:13; 34:7; 43:17; 51:16, 17; 55:24; 56:12; 68:23; 69:13; 71:8, 12; 76:3; 93:1; 104:20; 115:4, 7; 116:13, 20; 117:5; 126:12; 128:4, 7, 16; 129:2; 131:23; 133:11

**specifically** 50:18; 54:9; 55:15; 62:20; 90:19, 24; 91:2; 120:4

**specifics** 8:24; 93:22

**speculate** 94:11

**speech** 116:8; 117:12

**spend** 112:2

**spoke** 12:1; 129:5

**spoken** 124:22; 128:11, 15, 19; 129:1, 3, 15

**spokesman** 113:7, 9

**sporting** 108:21; 131:13

**sports** 134:23

**SS** 137:2

**stacked** 63:15

**staging** 42:1, 4, 10

**stand** 63:4

**start** 34:8; 121:3; 135:4

**started** 7:17; 63:13; 83:3

**state** 6:17; 117:17; 134:8

**stated** 6:6

**statement** 16:17, 19; 81:13; 98:24; 99:8, 15, 21; 100:3, 16, 17, 23; 101:2, 6; 105:15; 106:23; 108:2; 118:24; 126:13; 134:2

**status** 97:4; 98:20

**stay** 8:10

**steel** 52:17, 18; 53:16; 55:8, 9, 13; 62:7; 63:6; 64:10; 66:2, 4; 123:10

**step** 120:1

**stepped** 119:23

**Steve** 109:15, 17; 131:14, 14, 20

**STEVENS** 6:2, 16, 23; 9:22; 12:15; 13:5; 18:11; 19:7; 23:11; 31:18, 22, 24; 32:9, 23; 41:17; 42:3, 9; 47:24; 49:24; 50:2; 59:4, 7, 13, 15; 62:23; 63:1; 64:9; 69:18; 76:7; 77:2; 78:2, 5; 82:14; 85:6; 88:22; 90:20; 91:9; 92:14, 18; 95:17; 102:18; 105:2, 5; 107:11; 108:12; 113:11, 19; 114:2; 115:23; 116:10, 17, 24; 125:21; 131:24; 133:23; 134:12; 135:10

**still** 26:15, 17; 27:21; 28:5; 46:2; 67:21; 93:6; 105:20; 111:2; 119:3; 125:22

**stipulated** 6:3

**stipulations** 6:6

**stockpile** 64:7

**stopped** 118:20, 22; 119:22

**storage** 43:19; 45:6; 68:13

**store** 58:12

**stored** 53:19, 20, 24; 54:13, 19, 23; 55:1, 6, 20; 58:9; 60:11, 16; 61:9; 66:10, 13; 70:5, 6, 7

**stories** 76:23

**storing** 59:1

**Street** 12:4; 64:7; 132:19

**strike** 41:17; 63:23

**structural** 52:17, 18; 53:16; 55:8, 13

**structure** 48:12; 62:7; 64:22, 23

**stuck** 70:19

**study** 106:11, 13

**subcontract** 69:16

**subcontractor** 69:14

**subcontractors** 66:23; 67:3, 5, 7, 8; 69:11

**subcontracts** 69:10

**subject** 10:14, 19; 17:8; 84:7, 11; 113:12

**subjects** 17:2; 37:18, 21; 113:2

**subsequent** 22:13; 85:15, 16; 107:6

**subsequently** 93:11; 99:11

**substantial** 130:17

**subsurface** 39:17

**successive** 75:23

**SUFFOLK** 137:2

**suggested** 136:6

**suggesting** 96:9

**suing** 46:12, 16, 17; 47:2, 4

**sum** 52:19

**summarizes** 12:16

**superintendent** 123:12

**superintendents** 121:4

**supervisory** 118:21; 120:13, 15, 16

**supplies** 51:12

**supply** 52:2

**supplying** 52:8

**supposed** 15:15; 82:15; 131:21

**sure** 7:2; 8:19; 22:14; 25:8; 26:15, 20; 34:4; 39:2; 44:7, 18, 21; 49:24; 50:14; 51:21; 52:4, 23; 54:23; 55:5; 57:7; 61:17; 62:12, 16; 65:7; 66:6; 67:11;

**still** 70:10, 21; 86:7, 12; 90:7, 7, 8, 10, 11, 12, 15, 18, 20; 91:21; 93:9; 97:23; 102:13; 106:5, 12; 109:21; 110:3; 115:1, 19; 118:14; 120:10; 127:6, 17; 130:5; 132:2, 4

**surely** 13:23; 14:9; 15:10

**surety** 7:23; 28:6

**surprise** 63:5

**surprised** 60:21

**swapped** 25:22

**sworn** 6:13; 137:8

**system** 59:2; 119:19


## T

**talk** 94:20

**talked** 73:9; 89:12; 104:3, 8; 119:7; 131:9; 133:13

**talking** 58:21, 22; 73:23; 120:15

**tank** 59:2

**task** 56:15

**tax** 26:7

**teaming** 131:6

**telephone** 104:21

**telling** 65:9; 107:21

**ten** 59:18

**tendered** 18:3

**term** 65:24

**Terminal** 119:19

**terminated** 113:5

**termination** 8:6, 9

**terms** 20:20, 21; 36:14

**Testa** 67:12; 68:6, 15, 18, 20; 69:1

**testified** 6:14; 57:3; 63:21; 74:20; 82:13; 129:16; 133:5

**testify** 10:12; 14:4; 15:23; 16:1; 17:2, 7; 22:18; 34:18; 37:16; 38:14; 47:19; 49:4; 62:23; 72:8; 75:3; 81:6; 82:3; 89:20; 113:1, 12, 15; 114:3, 17; 137:8

**testifying** 62:21; 82:11, 18; 95:10; 96:21; 112:15

**testimony** 88:20, 22; 112:23; 116:5; 126:3, 5, 11; 136:3, 7; 137:14

**testing** 39:11, 12; 40:1; 61:11; 70:22; 71:5

**thereby** 28:3

**thereupon** 137:11

**third** 39:9, 16; 86:23; 107:21

**third-party** 124:20

**thoughts** 94:19

**three** 16:13; 104:24

**three-page** 9:23; 23:11

**threw** 70:20

**throughout** 66:14

**thrown** 70:10; 103:21

**Thursday** 134:5

**times** 54:6; 66:9; 91:16; 92:17

**Today** 9:6; 10:9; 15:23; 53:1; 68:17; 95:10; 96:21; 106:4, 5; 110:4; 112:8, 11, 21, 24; 113:7, 9, 23; 114:23; 117:1; 118:9, 19; 133:5, 19; 134:4

**Toffoloni** 121:3; 122:24; 123:1

**together** 87:11

**token** 30:4

**told** 28:12; 84:6, 10; 89:13; 92:6

**tons** 52:17, 18

**took** 7:20; 8:1, 2, 2; 63:8; 65:1, 2, 11, 15; 66:6

**topics** 14:6; 72:7

**touching** 137:9

**tour** 131:21

**track** 51:8

**tracks** 41:6

**tract** 126:15

**trailer** 44:15

**transaction** 21:7; 29:16, 19, 21; 31:11

**transactions** 7:24

**transcript** 6:4; 136:3, 5

**transfer** 16:10; 20:18

**transferred** 18:8; 70:13

**transmit** 90:13

**transmittal** 91:1; 107:11, 20

**Transportation** 84:21

**trap** 36:15; 46:8

**trash** 70:18

**Traviani** 122:23

**treasurer** 35:11

**treat** 103:14

**treated** 70:22

**treating** 103:19; 104:1

**treatment** 106:14, 16

**tremendous** 111:21

**trestle** 64:21

**trial** 129:6

**triangle** 44:8, 9, 17; 48:17; 49:8; 64:3, 4, 5; 79:3

**trick** 37:10

**troubled** 8:2, 3; 119:11, 13

**Trubiano** 121:2

**truck** 58:22

**true** 47:15, 17; 136:6; 137:13

**truncated** 44:9, 16; 48:17; 49:8; 64:2

**truth** 137:8, 9

**try** 37:10; 48:13; 109:10; 120:17; 125:1

**trying** 30:6, 10; 36:15;

46:8; 48:1, 10, 15; 113:17,
24; 126:17
**tunnels** 119:20
**turn** 39:7; 80:4; 82:23;
86:22; 98:16, 23; 101:4;
102:4; 105:9; 107:19;
128:6, 9
**turned** 56:14; 86:22;
87:18
**two** 27:2, 3; 78:24; 81:14;
91:17, 20; 108:7
**tying** 52:15
**type** 58:14; 59:1; 61:18;
65:5; 66:5; 71:2; 96:17
**types** 53:23; 54:1, 2, 3;
56:5; 93:23; 127:9;
132:22, 24
**typewriting** 137:12
**typical** 21:6; 54:6; 58:12
**typically** 51:16; 53:10;
55:10; 101:17

## U

**U.S** 6:12; 80:7, 16; 81:19
**ultimate** 98:1
**unable** 134:3
**Under** 18:7; 20:21; 28:6;
39:11; 56:6; 57:23; 80:16;
83:1, 11, 14, 23; 84:3, 22;
86:12; 97:5; 106:14, 23;
110:20; 122:21; 125:22;
136:4; 137:12
**unfair** 81:13
**unit** 83:7
**units** 76:22; 94:6, 6, 7
**unpaved** 63:15
**unwilling** 48:14
**up** 37:3; 41:15; 62:7, 9, 9;
66:4; 70:18; 75:17, 18;
86:16; 89:24; 104:5;
110:2, 15; 112:3; 126:10,
15; 131:3, 6; 132:16;
133:17; 135:5
**Update** 98:20
**upon** 16:22; 23:5; 101:16;
137:11
**use** 41:22; 42:21; 43:2, 4,
5, 8, 10, 14, 23; 44:12, 16,
22; 45:7; 49:1; 50:4, 7, 12;
52:22; 56:7, 23; 57:10, 24;
61:4, 19; 71:4, 11, 15, 23;
72:4; 73:4, 5, 15; 74:9, 9,
15, 21; 76:20; 79:6; 92:10;
123:15; 127:4; 129:17, 24;
130:9, 22; 131:11
**used** 43:19; 45:6; 51:13;
61:22; 62:3, 6; 66:24; 67:3,
5, 7, 8; 68:13; 71:19, 21;
81:18; 132:19
**users** 131:1, 2
**uses** 75:6; 105:22; 106:1,
10, 18; 107:7; 134:15
**using** 41:12; 45:10; 49:2;
56:2; 57:1, 9, 14; 63:13;

65:24; 68:15, 17; 121:22,
24; 122:4
**usually** 76:4
**utilizing** 50:23; 68:24;
133:3

## V

**vacant** 79:1
**vague** 120:3
**value** 112:6, 6
**various** 7:15; 29:15;
38:18; 47:19; 68:11;
69:19, 20; 72:20; 110:15;
119:11
**vehicles** 54:12; 61:15
**vehicular** 58:8, 15; 61:8
**Venture** 20:16, 17, 22;
21:1, 13, 17, 19, 24; 23:8,
23; 24:22; 25:20, 21;
26:14; 27:6, 9, 14, 17, 20,
21, 22, 24; 28:1, 4, 7, 10,
14; 45:12; 51:9; 56:23;
57:1, 13; 58:1; 61:4; 68:19,
21, 21
**Venturers** 27:3
**ventures** 56:7
**venues** 110:15; 134:23
**verbal** 130:24
**verify** 34:15; 127:8
**verifying** 39:14, 14
**version** 42:20
**versions** 93:23
**versus** 129:9
**vice** 7:9; 8:2; 35:12;
122:1, 3, 21
**view** 65:14
**viewed** 45:22
**volume** 92:1, 2, 3

## W

**waived** 6:5
**walked** 94:9
**Walking** 93:3
**wants** 30:1, 4
**waste** 66:10, 20, 22;
69:20
**Water** 58:16, 18, 22;
61:14; 83:10, 11; 85:3;
119:19; 133:4, 4
**Waterfront** 83:15
**way** 14:13; 70:23; 73:13;
76:1; 112:10; 125:1
**week** 135:5
**weekend** 133:20
**weren't** 41:12; 60:21;
132:6
**Weston** 6:20
**Wetlands** 83:23
**what's** 52:21; 53:1; 92:3,
7; 122:19; 133:14
**whatsoever** 120:18

**whereof** 137:19
**Who's** 123:4
**whose** 49:3; 108:24
**willing** 117:6
**wind-down** 8:8, 12;
119:8; 123:22
**wire** 16:10, 18
**with/without** 136:5
**within** 25:13; 29:15; 60:5;
91:17; 116:17; 128:14
**without** 57:1; 71:16
**witness** 6:3, 10; 18:22;
19:13; 23:17; 32:10; 33:2;
34:3; 36:22; 42:15; 48:5;
64:15; 78:3, 11; 85:12;
97:8; 98:18; 104:7;
107:18; 113:24; 116:7;
123:7; 137:14, 19
**word** 16:4; 49:2
**worded** 14:13
**wording** 106:22
**words** 34:10; 80:13;
100:22; 101:12, 21;
102:12, 14; 113:18;
126:12; 127:11
**work** 7:11; 33:15; 55:18;
68:18; 69:1, 11; 128:7
**worked** 72:24
**working** 65:2; 69:14;
75:14, 16; 76:3; 110:3;
128:3, 4
**writing** 73:8, 14; 90:24
**written** 57:10, 19; 68:19;
69:2, 10; 80:13; 100:22;
101:12, 21; 102:13
**wrong** 63:22
**wrongful** 37:11

## Y

**Yard** 42:4, 11, 21; 43:2;
51:13; 52:22; 54:5, 7, 24;
55:1; 56:7; 58:13; 67:24;
68:24
**year** 60:9
**years** 7:13, 15; 45:8;
60:24; 91:11, 17, 20;
104:10; 129:15

## Z

**ZANKOWSKI** 6:7, 21;
7:1; 11:22, 24; 14:1, 11;
15:12, 17; 16:3; 17:20;
20:9; 26:6, 18; 27:10;
28:16; 29:9, 11, 14; 30:3,
8, 13; 31:7, 12, 20; 32:6,
21; 34:1; 35:6, 16; 36:10,
19; 38:4, 23; 39:21; 40:3,
19, 21; 42:22; 43:6, 9, 16;
44:6, 20, 24; 45:15; 47:16,
22; 48:3, 7, 19; 49:10, 15,
20, 22; 50:5, 9, 21; 51:14,
24; 52:9; 53:22; 54:20;
55:3; 57:12; 59:5, 11;

60:13, 17; 62:19, 21, 24;
63:2, 21; 65:4, 13; 66:12,
21; 70:14; 71:1, 7; 72:17;
73:6; 74:3, 19; 78:4; 80:10,
24; 81:12; 82:7, 11, 17;
87:16; 88:20, 24; 89:5, 17;
90:9; 92:11, 16, 19;
94:18; 95:7, 15; 96:3, 14;
97:1; 98:10, 14; 99:5, 19,
24; 100:20; 101:10, 19;
102:9, 19, 21; 104:23;
106:20; 107:1, 9, 12, 20;
108:3, 10, 12; 109:10;
110:22, 24; 112:9, 12;
113:13, 21; 114:7, 21;
115:18; 116:8, 13; 117:3,
19; 118:2, 6, 8, 14; 123:4;
124:7; 125:9, 12; 126:2, 7;
128:1, 24; 129:20; 130:2,
16; 134:1, 19
**Zone** 83:19

**Lawyer's Notes**