UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC., and MONSANTO COMPANY,<br><br>Defendants,<br><br>PHARMACIA CORPORATION and MONSANTO COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>Third-Party Defendant. | CIVIL ACTION NO.<br>04-10180 RGS |

## INITIAL DISCLOSURES OF THIRD-PARTY DEFENDANT MODERN CONTINENTAL CO., INC.

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2 of the United States District Court for the District of Massachusetts, Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") makes the following disclosures:

(A)  Individuals who may have discoverable information relevant to the allegations contained in the Complaint pursuant to Fed. R. Civ. P. 26 (a)(1)(A):

- Current and former employee(s) of Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA 02139, 617-864-6300, who are familiar with the Property may have knowledge regarding the acquisition of the Property,

the planned development of the Property, the required environmental clean-up of the Property, and the allegations set forth in the pleadings, among other things.

- Charles Madden, Jr., Gator Development Company, Inc., 781-662-4349, may have knowledge regarding the planned development of the Property.

- Current and former employee(s) of O'Donnell Sand & Gravel, Inc., P.O. Box 243, Marion Drive, Kingston, MA 02364, 781-585-6531, who are familiar with the Property may have knowledge of the conditions on the Property prior to Mystic Landing, LLC's ("Mystic") and Modern's acquisition thereof.

- Mary O'Donnell, c/o O'Donnell Sand & Gravel, Inc., P.O. Box 243, Marion Drive, Kingston, MA 02364, may have knowledge regarding the conditions on the Property prior to Mystic's and Modern's acquisition thereof, and Mystic's and Modern's acquisition of the Property, among other things.

(B) **Listing of Relevant Documents by Category pursuant to Fed. R. Civ. P. 26(a)(1)(B):**

The following documents are currently at the Cambridge offices of Mystic and will be made available at the offices of its attorneys on a mutually agreeable date upon Defendants' request:

- Certain documents related to the purchase and sale of the property which is the subject of this lawsuit (the "Property");

- Modern's correspondence file related to the Property and the allegations raised in the Complaint;

- Certain documents related to the proposed clean-up and remediation costs of the Property; and

- Certain documents related to the planned development of the Property.

(C) **Computation of Damages**

Modern currently claims no damages against any party in this lawsuit.

(D) **Insurance Agreements**

Modern is unaware of any insurance available to satisfy the claims asserted in this action.

The foregoing disclosures are based upon Modern's good faith inquiry, and Modern's efforts to identify relevant witnesses and documents are ongoing. Accordingly, Modern expressly reserves its right to supplement, amend, and/or correct these disclosures if and when any additional information becomes available.

Respectfully submitted,

MODERN CONTINENTAL
CONSTRUCTION CO., INC.

By its attorneys,

Gerald J. Petros, Esq. (BBO #558437)
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: May 24, 2004