United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:04-cv-10180-NMG

Mystic Landing, LLC v. Pharmacia Corporation, et al
Assigned to: Judge Nathaniel M. Gorton
Case in other court: Middlesex Superior Court, 03-04965
Cause: 28:1441 Notice of Removal

Date Filed: 01/26/2004
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

**Plaintiff**

**Mystic Landing, LLC**     represented by     **Doreen M. Zankowski**
Hinckley, Allen and Snyder, LLP
28 State Street
29th Fl.
Boston, MA 02109-1775
617-345-9000
Fax: 617-345-9020
Email: dzankowski@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald J. Petros**
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903
401-274-2000
Fax: 401-277-9600
Email: gpetros@haslaw.com
*TERMINATED: 10/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Timoney Upton**
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
617-345-9000
Fax: 617-345-9020
Email: lupton@haslaw.com
*TERMINATED: 10/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Flanders, Jr.**
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-457-5184

Fax: 401-277-9600
Email: rflanders@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M. Plante**
Hinckley, Allen and Snyder, LLP
28 State Street
29th Floor
Boston, MA 02109
617-378-4250
Fax: 617-378-4251
Email: kplante@haslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pharmacia Corporation,** represented by **Adam P Kahn**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: akahn@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Spiro**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-3073
Fax: 617-832-7000
Email: cspiro@foleyhoag.com
*TERMINATED: 05/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth M. DeLisle**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-3056
Fax: 617-832-7000
Email: edelisle@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                John M. Stevens, Jr.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1159
Fax: 617-832-7000
Email: jstevens@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Solutia, Incorporated            represented by  **John M. Stevens, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Monsanto Company            represented by  **Christopher J. Spiro**
(See above for address)
*TERMINATED: 05/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Elisabeth M. DeLisle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Adam P Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                **John M. Stevens, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

O'Donnell Sand & Gravel Inc.     represented by  **Howard Guggenheim**
Howard G. Guggenhein, Esq.
P.O. Box 736, MA
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

Boston Edison Company         represented by  **Douglas B. Otto**
*Proposed third-party defendant*                    Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
617-737-8873

Fax: 617-342-4970
Email: dotto@mail.mm-m.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Granger**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7518
Fax: 617-342-4908
Email: mgranger@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**William A. Staar**
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210-1181
617-737-8870
Fax: 617-342-4836
Email: wstaar@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Fourth Party Defendant**

**Mary O'Donnell**     represented by **Howard Guggenheim**
Howard G. Guggenheim, Esq.
P.O. Box 736
Scituate, MA 02066
781-264-3717
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Modern Continental Construction Company, Incorporated**     represented by **Doreen M. Zankowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald J. Petros**
(See above for address)
*TERMINATED: 10/27/2004*
*ATTORNEY TO BE NOTICED*

**Lauren Timoney Upton**
(See above for address)
*TERMINATED: 10/27/2004*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Pharmacia Corporation,     represented by **Christopher J. Spiro**
(See above for address)
*TERMINATED: 05/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

Monsanto Company     represented by **Christopher J. Spiro**
(See above for address)
*TERMINATED: 05/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

Mystic Landing, LLC     represented by **Gerald J. Petros**
(See above for address)
*TERMINATED: 10/27/2004*
*ATTORNEY TO BE NOTICED*

                                                                 **Lauren Timoney Upton**
(See above for address)
*TERMINATED: 10/27/2004*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

Pharmacia Corporation,

V.

**ThirdParty Defendant**

Boston Edison Company     represented by **Mark S. Granger**
*Proposed third-party defendant*                     (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

Monsanto Company

**Counter Claimant**

Boston Edison Company
*Proposed third-party defendant*

V.

**Counter Defendant**

Pharmacia Corporation,

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2004 | 1 | NOTICE OF REMOVAL by Monsanto Company, Pharmacia Corporation,, Solutia, Incorporated from Middlesex Superior, case number 03-4965. $ 150, receipt number 53408, filed by Monsanto Company, Pharmacia Corporation,, Solutia, Incorporated.(Flaherty, Elaine) (Entered: 01/29/2004) |
| 01/26/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 01/29/2004) |
| 01/26/2004 | 2 | NOTICE of Appearance by Adam P Kahn on behalf of Pharmacia Corporation, (Flaherty, Elaine) (Entered: 01/29/2004) |
| 01/26/2004 | 3 | CORPORATE DISCLOSURE STATEMENT by Monsanto Company, Pharmacia Corporation,. (Flaherty, Elaine) (Entered: 01/29/2004) |
| 01/26/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 01/29/2004) |
| 02/06/2004 | 4 | STATE COURT Record Monsanto Company served on 2/9/2004, answer due 3/1/2004; Pharmacia Corporation, served on 2/9/2004, answer due 3/1/2004; Solutia, Incorporated served on 2/9/2004, answer due 3/1/2004.. (Flaherty, Elaine) (Entered: 02/10/2004) |
| 02/09/2004 | 5 | ANSWER to Complaint, THIRD PARTY COMPLAINT against Modern Continental Construction Company, Incorporated, COUNTERCLAIM against Monsanto Company, Mystic Landing, LLC by Pharmacia Corporation,.(Flaherty, Elaine) (Entered: 02/12/2004) |
| 02/13/2004 | | Summons Issued as to Modern Continental Construction Company, Incorporated. (Flaherty, Elaine) (Entered: 02/13/2004) |
| 02/17/2004 | 6 | SUGGESTION OF BANKRUPTCY Upon the Record as to Solutia, Inc. by Solutia, Incorporated. (Flaherty, Elaine) (Entered: 02/23/2004) |
| 02/17/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Mystic Landing, LLC. (Flaherty, Elaine) (Entered: 02/23/2004) |
| 02/25/2004 | 9 | NOTICE of Appearance by Christopher J. Spiro on behalf of Monsanto Company, Pharmacia Corporation, (Flaherty, Elaine) (Entered: 03/02/2004) |
| 02/27/2004 | 8 | SUMMONS Returned Executed Modern Continental Construction Company, Incorporated served on 2/19/2004, answer due 3/10/2004. (Flaherty, Elaine) (Entered: 02/27/2004) |
| 03/03/2004 | 10 | ANSWER to Counterclaim and third party complaint by Modern Continental Construction Company, Incorporated, Mystic Landing, LLC. (Flaherty, Elaine) (Entered: 03/09/2004) |
| 03/03/2004 | 11 | Document disclosure by Modern Continental Construction Company, Incorporated.(Flaherty, Elaine) (Entered: 03/09/2004) |

| | | |
|---|---|---|
| 03/11/2004 | 12 | NOTICE of Scheduling Conference. Scheduling Conference set for 4/22/2004 04:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/23/2004) |
| 04/15/2004 | 13 | JOINT STATEMENT re scheduling conference. (Flaherty, Elaine) (Entered: 04/20/2004) |
| 04/15/2004 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Mystic Landing, LLC. (Flaherty, Elaine) (Entered: 04/20/2004) |
| 04/15/2004 | 15 | CERTIFICATION pursuant to Local Rule 16.1 by Monsanto Company. (Flaherty, Elaine) (Entered: 04/20/2004) |
| 04/22/2004 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 4/22/2004. Atty. Zankowski present for the pltf. Attys. Stevens, Kahn and Spiro present for the defts. The Court adopts the Joint Schedule filed by parties as follows: the parties agree to limit discovery to 270 days from the date of the initial scheduling conf., and conduct discovery in three phases of 90 days each. Any dispositive motions shall be filed within 30 days after the close of all discovery. The Court limits depositions to 10 for each side. If further depositions are needed, counsel shall file a Motion with the Court seeking approval. (Court Reporter None.) (Johnson, Mary) Modified on 4/27/2004 (Johnson, Mary). (Entered: 04/27/2004) |
| 04/26/2004 | 16 | MOTION for Leave to File third party complaint against Boston Edison Company by Pharmacia Corporation,.(Flaherty, Elaine) (Entered: 04/28/2004) |
| 04/27/2004 | 17 | MEMORANDUM in Support re 16 MOTION for Leave to File filed by Pharmacia Corporation,. (Flaherty, Elaine) (Entered: 04/28/2004) |
| 05/14/2004 | 18 | MOTION for Leave to File third party complaint against Boston Edison Co., by Pharmacia Corporation,.(Flaherty, Elaine) (Entered: 05/20/2004) |
| 05/14/2004 | 19 | MEMORANDUM in Support re 18 MOTION for Leave to File filed by Pharmacia Corporation,. (Flaherty, Elaine) (Entered: 05/20/2004) |
| 05/14/2004 | 20 | AFFIDAVIT OF SERVICE Executed in accordance with Local rule 15.1 (B) by Pharmacia Corporation,. (Flaherty, Elaine) (Entered: 05/20/2004) |
| 05/24/2004 | 21 | MOTION for Judgment on the Pleadings by Monsanto Company. (Flaherty, Elaine) (Entered: 05/25/2004) |
| 05/24/2004 | 22 | MEMORANDUM in Support re 21 MOTION for Judgment on the Pleadings filed by Monsanto Company. (Flaherty, Elaine) (Entered: 05/25/2004) |
| 05/24/2004 | 23 | AFFIDAVIT of Adam Kahn in Support re 21 MOTION for Judgment on the Pleadings. (Flaherty, Elaine) (Entered: 05/25/2004) |
| 05/25/2004 | 24 | NOTICE of Appearance by Elisabeth M. DeLisle on behalf of Monsanto Company, Pharmacia Corporation, (Flaherty, Elaine) (Entered: 05/27/2004) |

| | | |
|---|---|---|
| 05/25/2004 | 25 | NOTICE of Withdrawal of Appearance Attorney Christopher J. Spiro terminated. (Flaherty, Elaine) (Entered: 05/27/2004) |
| 05/28/2004 | 28 | MEMORANDUM in Opposition re 18 MOTION for Leave to File, 16 MOTION for Leave to File third party complaint; or, in the alternative, for its severance and separate trial filed by Boston Edison Company. (Flaherty, Elaine) (Entered: 06/01/2004) |
| 06/01/2004 | 26 | NOTICE of Appearance by William A. Staar on behalf of Boston Edison Company (Staar, William) (Entered: 06/01/2004) |
| 06/01/2004 | 27 | NOTICE of Appearance by Mark S. Granger on behalf of Boston Edison Company (Granger, Mark) (Entered: 06/01/2004) |
| 06/01/2004 | 29 | NOTICE of Appearance by Douglas B. Otto on behalf of Boston Edison Company (Flaherty, Elaine) (Entered: 06/03/2004) |
| 06/10/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion for Leave to File (Perry, Diane) (Entered: 06/10/2004) |
| 06/10/2004 | 30 | Judge Richard G. Stearns : ORDER on Defendant Pharmacia Corporation's Motion for Leave to File a Third Amended Complaint, entered "Allowed."(Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/10/2004 | 31 | MEMORANDUM in Opposition re 21 MOTION for Judgment on the Pleadings filed by Mystic Landing, LLC. (Flaherty, Elaine) Additional attachment(s) added on 1/21/2005 (Barrette, Mark). (Entered: 06/14/2004) |
| 06/10/2004 | 32 | Opposition re 21 MOTION for Judgment on the Pleadings filed by Mystic Landing, LLC. (Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/15/2004 | 33 | THIRD PARTY COMPLAINT against Boston Edison Company , filed by Pharmacia Corporation,.(Flaherty, Elaine) (Entered: 06/18/2004) |
| 06/16/2004 | 34 | MOTION for Leave to File reply memo to Mystic Landing's opposition to Monsanto's Motion for Judgment on the Pleadings filed by Monsanto Company.(Flaherty, Elaine) (Entered: 06/18/2004) |
| 06/16/2004 | 35 | REPLY to Response to Motion re 21 MOTION for Judgment on the Pleadings filed by Monsanto Company. (Flaherty, Elaine) (Entered: 06/18/2004) |
| 06/23/2004 | 36 | MOTION for Extension of Time to 7/19/04 to respond to third party complaint by Boston Edison Company.(Flaherty, Elaine) (Entered: 06/24/2004) |
| 06/23/2004 | 37 | CORPORATE DISCLOSURE STATEMENT by Boston Edison Company. (Flaherty, Elaine) (Entered: 06/24/2004) |
| 06/29/2004 | 38 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge Richard G. Stearns no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Flaherty, Elaine) (Entered: 06/29/2004) |

| Date | # | Entry |
|---|---|---|
| 06/29/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 34 Motion for Leave to File, granting 36 Motion for Extension of Time, by the court. (Nicewicz, Craig) (Entered: 06/29/2004) |
| 07/19/2004 | 39 | NOTICE of Change of Address by Mark S. Granger, Douglas B. Otto, William A. Staar (Nicewicz, Craig) (Entered: 07/30/2004) |
| 07/19/2004 | 40 | ANSWER to Third Party Complaint, CROSSCLAIM against Monsanto Company, COUNTERCLAIM against Pharmacia Corporation, and 4th party complaint by Boston Edison Company.(Smith3, Dianne) (Entered: 08/03/2004) |
| 08/09/2004 | 41 | ANSWERS to Third Party Def.'s counterclaims and cross-claims (Notice of Removal) by Monsanto Company, Pharmacia Corporation,. (Smith3, Dianne) (Entered: 08/10/2004) |
| 08/17/2004 | 44 | SUMMONS Returned Executed O'Donnell Sand & Gravel Inc. served on 7/22/2004, answer due 8/11/2004. (Smith3, Dianne) (Entered: 08/31/2004) |
| 08/17/2004 | 45 | SUMMONS Returned Executed Mary O'Donnell served on 7/22/2004, answer due 8/11/2004. (Smith3, Dianne) (Entered: 08/31/2004) |
| 08/18/2004 | 42 | UNOPPOSED MOTION for Extension of Time to 8/30/04 to File answers to third-party defendant's cross-claims by Modern Continental Construction Company, Incorporated, Mystic Landing, LLC.(Smith3, Dianne) (Entered: 08/24/2004) |
| 08/27/2004 | 43 | ANSWER of the fourth-party defendant to the fourth-party Complaint by Mary O'Donnell, O'Donnell Sand & Gravel Inc..(Smith3, Dianne) Additional attachment(s) added on 8/27/2004 (Smith3, Dianne). (Entered: 08/27/2004) |
| 08/31/2004 | 46 | ANSWER to Crossclaims of third party def. Boston Edison by Modern Continental Construction Company, Incorporated.(Smith3, Dianne) Additional attachment(s) added on 9/8/2004 (Smith3, Dianne). (Entered: 09/08/2004) |
| 08/31/2004 | 47 | ANSWER to Crossclaims of Boston Edison Co. by Mystic Landing, LLC.(Smith3, Dianne) (Entered: 09/08/2004) |
| 09/08/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 42 Motion for Extension of Time (Nicewicz, Craig) (Entered: 09/08/2004) |
| 09/16/2004 | 48 | NOTICE of Scheduling Conference Scheduling Conference set for 11/10/2004 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/16/2004) |
| 10/27/2004 | 49 | NOTICE of Withdrawal of Appearance Attorney Lauren Timoney Upton terminated. (Flaherty, Elaine) (Entered: 11/08/2004) |
| 10/27/2004 | 50 | NOTICE of Withdrawal of Appearance Attorney Gerald J. Petros terminated. (Flaherty, Elaine) (Entered: 11/08/2004) |
| 12/09/2004 | 51 | Joint MOTION for Extension of Time to Extend Pre-Trial Schedule and a |

| | | |
|---|---|---|
| | | Hearing on Open Matters by Boston Edison Company, Modern Continental Construction Company, Incorporated, Monsanto Company, Mystic Landing, LLC, Mary O'Donnell, O'Donnell Sand & Gravel Inc., Pharmacia Corporation,.(Barrette, Mark) (Entered: 12/16/2004) |
| 12/27/2004 | 52 | MOTION to Compel by Monsanto Company, Pharmacia Corporation,. (Nicewicz, Craig) (Entered: 12/28/2004) |
| 12/27/2004 | 53 | MEMORANDUM in Support re 52 MOTION to Compel filed by Monsanto Company, Pharmacia Corporation,. (Nicewicz, Craig) (Entered: 12/28/2004) |
| 12/27/2004 | 54 | AFFIDAVIT of Adam Kahn in Support re 52 MOTION to Compel filed by Monsanto Company, Pharmacia Corporation,. (Attachments: # 1 Exhibit A-F)(Nicewicz, Craig) (Entered: 12/28/2004) |
| 01/03/2005 | 55 | AFFIDAVIT of Adam Kahn by Monsanto Company, Pharmacia Corporation,. (Barrette, Mark) (Entered: 01/07/2005) |
| 02/03/2005 | 56 | NOTICE of Appearance by Doreen M. Zankowski on behalf of Mystic Landing, LLC (Barrette, Mark) (Entered: 02/07/2005) |
| 02/25/2005 | 57 | NOTICE of Appearance by Doreen M. Zankowski on behalf of Modern Continental Construction Company, Incorporated (Zankowski, Doreen) (Entered: 02/25/2005) |
| 02/25/2005 | 58 | NOTICE of Appearance by Doreen M. Zankowski on behalf of Mystic Landing, LLC (Zankowski, Doreen) (Entered: 02/25/2005) |
| 02/25/2005 | 59 | **Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM & ORDERgranting 51 Motion for Extension of Time, granting in part and denying in part 52 Motion to Compel, denying 21 Motion for Judgment on the Pleadings (Barrette, Mark) (Entered: 02/28/2005)** |
| 02/25/2005 | | Set Deadlines/Hearings: Status Conference set for 4/4/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Barrette, Mark) (Entered: 02/28/2005) |
| 03/22/2005 | 60 | NOTICE of Appearance by Kevin M. Plante on behalf of Mystic Landing, LLC (Plante, Kevin) (Entered: 03/22/2005) |
| 03/22/2005 | 61 | Document disclosure by Mystic Landing, LLC.(Zankowski, Doreen) (Entered: 03/22/2005) |
| 03/22/2005 | 62 | Document disclosure by Modern Continental Construction Company, Incorporated.(Zankowski, Doreen) (Entered: 03/22/2005) |
| 03/24/2005 | 63 | Document disclosure by Mystic Landing, LLC.(Zankowski, Doreen) (Entered: 03/24/2005) |
| 03/24/2005 | 64 | Document disclosure by Modern Continental Construction Company, Incorporated.(Zankowski, Doreen) (Entered: 03/24/2005) |
| 04/01/2005 | 65 | Statement to the Court in Support of Sanctions by Monsanto Company, Pharmacia Corporation,. (Attachments: # 1 Exhibit A-Part 1# 2 Exhibit |

| | | A-Part 2# 3 Exhibit B)(Bell, Marie) (Entered: 04/01/2005) | |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/01/2005 15:48:47 ||||
| PACER Login: | ha0006 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10180-NMG |
| Billable Pages: | 5 | Cost: | 0.40 |