UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MYSTIC LANDING, LLC,
    Plaintiff,
v.

PHARMACIA CORPORATION, SOLUTIA INC.
and MONSANTO COMPANY,
    Defendants.

PHARMACIA CORPORATION and
MONSANTO COMPANY,
    Third-Party Plaintiffs,
v.

MODERN CONTINENTAL CONSTRUCTION
CO., INC.,
    Third-Party Defendant.

PHARMACIA CORPORATION,
    Third-Party Plaintiff,
v.

BOSTON EDISON COMPANY,
    Third-Party Defendant.

BOSTON EDISON COMPANY,
    Fourth-Party Plaintiff,
v.

O'DONNELL SAND & GRAVEL, INC.
and MARY O'DONNELL,
    Fourth-Party Defendant.

CIVIL ACTION No. 04-10180 NMG

### DEFENDANTS MOTION TO COMPEL DISCLOSURE
### AND PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civil P. 37(a)(2)-(4) and Local Rule 37.1, defendants Pharmacia

Corporation ("Pharmacia") and Monsanto Company ("Monsanto") hereby move for an order (a)

FHBOSTON/1127865.4

compelling plaintiff Mystic Landing, LLC ("Mystic") and third-party defendant Modern Continental Construction Co., Inc. ("Modern") to make disclosures required by Rule 26(a) and to produce for inspection and copying documents responsive to the requests for production contained in the First Requests for Production of Documents Propounded by Pharmacia and Monsanto to Mystic and Modern and (b) awarding Pharmacia and Monsanto their reasonable expenses, including attorneys' fees, incurred in making the motion. As more particularly set forth in the memorandum filed herewith, the Court should grant the Motion because Mystic's and Modern's Rule 26(a) disclosures and their Rule 34 document production are demonstrably incomplete and in violation of the Rules and, despite having undertaken to supplement the disclosures and production at the Rule 37.1 discovery conference, they have not done so.

## REQUEST FOR ORAL ARGUMENT

The Defendants hereby request that there be oral argument of the Motion.

By their attorneys,

John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
Attorneys for Defendants/Third-Party Plaintiffs
  Pharmacia Corporation and Monsanto Company

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) AND 37.1

I, John M. Stevens, hereby certify that on October 25, 2004, counsel for the defendants conferred with counsel for Mystic and Modern and attempted in good faith to resolve or narrow the issues raised in the Motion.

_____
John M. Stevens

## CERTIFICATE OF SERVICE

I, John M. Stevens, hereby certify that I served the foregoing document by having a copy thereof delivered to counsel for Mystic Landing, LLC and Modern Continental Construction Co., Inc., and by having copies mailed to counsel for Boston Edison Company and counsel for Mary O'Donnell and O'Donnell Sand & Gravel, Inc., this 23rd day of December, 2004.

_____
John M. Stevens

FHBOSTON/1127865.4

3