

# FOLEY HOAG LLP
ATTORNEYS AT LAW

# Fax

| | | | |
|---|---|---|---|
| Date: | March 24, 2005 | | |
| To: | Doreen Zankowski, Esq.  Fax #: 617-345-9020 | Confirm#: | 617-345-9000 |
| Client Matter#: | 25261-2 | | |
| From: | Elisabeth M. Delisle  Sender's Number: 3056 | User #: | 8537 |
| Total Pages Sent (Including Cover Sheet): | 2 | Office: | Boston |

Message

IMPORTANT – PLEASE READ
THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION PLEASE TELEPHONE THE SENDER.

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP       BOSTON              WASHINGTON, DC              www.foleyhoag.com

# FOLEY HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
Boston Office
617.832.1159
jstevens@foleyhoag.com

March 24, 2005

*VIA FACSIMILE AND U.S. MAIL*
*(617) 345-9020*

Doreen M. Zankowski, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Re: Mystic Landing, LLC v. Pharmacia Corporation: Postponement of Deposition of Modern Continental Construction Co., Inc.; Continuation of Deposition of Mystic Landing, LLC

Dear Doreen:

As I advised you at the deposition of Mystic Landing, LLC ("Mystic"), by its designee Peter Grela, on March 14, 2005, a recently scheduled hearing prevents me from conducting the deposition of Modern Continental Construction Co., Inc. on March 29, 2005.

As your letter of March 18, 2005 seems to suggest, it seems more sensible to complete the deposition of Mystic before we conduct the deposition of Modern. Therefore, please let me know if Mystic's designee or designees can be made available to continue the deposition on March 30, 2005. If not, is March 31 possible?

I look forward to your prompt response so that I can make necessary arrangements.

Sincerely,

John M. Stevens

cc: Douglas Otto, Esq.
Howard Guggenheim
Adam P. Kahn, Esq.

B3009858.1