**HinckleyAllenSnyder** LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

Doreen M. Zankowski, Esq.
dzankowski@haslaw.com

March 18, 2005

VIA FACSIMILE – (617) 439-7590
& REGULAR MAIL

Douglas Otto, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02110

Re: Mystic Landing, LLC v. Pharmacia Corporation, Solutia Inc., and Monsanto Company; (C.A. No.: 04-10180 NMG)

Dear Doug:

In response to your March 4, 2005 letter and pursuant to our subsequent conversations about the Initial Disclosures from Mystic and Modern regarding Boston Edison's fourth party claims and respective defenses, please be advised that we will be providing Mystic's and Modern's Disclosure on or before March 24, 2005.

Thank you for your courtesy in extending the additional time to us to finalize the Disclosures.

Please let me know if you have any questions.

Very truly yours,
HINCKLEY, ALLEN & SNYDER, LLP

Doreen M. Zankowski

DMZ/mle
cc: Robert G. Flanders, Esq.
John Stevens, Esq.
Kevin Plante, Esq.

#521998

1500 Fleet Center, Providence, RI 02903-2393 TEL: 401.274.2000 FAX: 401.277.9600
43 North Main Street, Concord, NH 03301-4934 TEL: 603.225.4334 FAX: 603.224.8350