UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants. | CIVIL ACTION NO.<br>04-10180 NMG |
| PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant. | |
| PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant. | |
| BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

## AFFIDAVIT OF ROBERT SHEPARD

1. I, Robert Shepard, a duly authorized officer of Modern Continental Construction Co., Inc. ("Modern") and being of legal age, do hereby swear, on behalf of Modern and Mystic Landing, LLC ("Mystic"), the following to be true and accurate, and based upon my personal knowledge.

2. I hold the position of Senior Vice President at Modern.

3. Modern has a principal place of business at Six Hundred Memorial Drive, Cambridge, MA 02139.

4. Mystic has a principal place of business at Six Hundred Memorial Drive, Cambridge, MA 02139.

5. Modern is the general partner of Mystic, a limited liability corporation.

6. On or about June 25, 2004, in connection with the above-captioned lawsuit, the Defendants Pharmacia Corp. and Solutia Inc. served Mystic with a First Request For Production of Documents.

7. On or about June 25, 2004, in connection with the above-captioned lawsuit, the Defendants Pharmacia Corp. and Solutia Inc. served Modern with a First Request for Production of Documents.

8. In response to both of Defendants' First Request For Production of Documents, I personally, and with the assistance of individuals known to me, including, but not limited to, Donald Kovitz, Peter Grela and Max Marino, conducted a reasonable and extensive search in all relevant locations for documents responsive to the document requests contained in both of the Defendants' First Request for the Production of Documents.

9. To my knowledge, there are no existing documents within the possession, custody or control of Mystic or Modern that have not been produced to the Defendants in response to both of the Defendants' First Request For Production of Documents.

10. The types of documents searched for, and subsequently produced, included, but were not limited to, documents regarding development plans for the former Monsanto, Everett site, located at Alford Street, Everett, MA (the "Site"), and documents relating to the acquisition of the Site.

11. In addition, the type of documents searched for included, but were not limited to, documents relating to the historical use of the Site, including Modern's use of the Site. However, documents in storage, some of which may have been responsive to the Defendants' First Request For Production of Documents, were destroyed by severe water damage as the result of a burst pipe at Modern's Broad Street, Boston, MA project office.

12. Further, certain documents that may be relevant to the historical use of the Site may be publicly available to the Defendants from third parties, such as, but not limited to, the Massachusetts Highway Department, Central Artery/Tunnel Project.

SIGNED UNDER THE PENALTIES OF PERJURY this 22 day of March 2005.

ROBERT SHEPARD

Respectfully submitted,

**Modern Continental Construction Co., Inc. and Mystic Landing, LLC**

By its attorneys,

___/s/ Doreen M. Zankowski_____
Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

DATED: April 4, 2005

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 4th day of April, 2005, I served a true and accurate copy of the foregoing document electronically or first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

      /s/ Doreen M. Zankowski
      Doreen M. Zankowski