# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -4  A 9: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) **CIVIL ACTION NO.**<br>) **04-10180 NMG** |
| PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants. | )<br>)<br>)<br>) |
| PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs, | )<br>)<br>) |
| v. | ) |
| MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant. | )<br>) |
| PHARMACIA CORP.,<br>    Third-Party Plaintiff, | )<br>)<br>) |
| v. | ) |
| BOSTON EDISON CO.,<br>    Third-Party Defendant. | )<br>) |
| BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff, | )<br>)<br>) |
| v. | ) |
| O'DONNEL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | )<br>)<br>)<br>) |

## AFFIDAVIT OF ROBERT SHEPARD

1. I, Robert Shepard, a duly authorized officer of Modern Continental Construction Co., Inc. ("Modern") and being of legal age, do hereby swear, on behalf of Modern and Mystic Landing, LLC ("Mystic"), the following to be true and accurate, and based upon my personal knowledge.

2. I hold the position of Senior Vice President at Modern.

3. Modern has a principal place of business at Six Hundred Memorial Drive, Cambridge, MA 02139.

4. Mystic has a principal place of business at Six Hundred Memorial Drive, Cambridge, MA 02139.

5. Modern is the general partner of Mystic, a limited liability corporation.

6. On or about June 25, 2004, in connection with the above-captioned lawsuit, the Defendants Pharmacia Corp. and Solutia Inc. served Mystic with a First Request For Production of Documents.

7. On or about June 25, 2004, in connection with the above-captioned lawsuit, the Defendants Pharmacia Corp. and Solutia Inc. served Modern with a First Request for Production of Documents.

8. In response to both of Defendants' First Request For Production of Documents, I personally, and with the assistance of individuals known to me, including, but not limited to, Donald Kovitz, Peter Grela and Max Marino, conducted a reasonable and extensive search in all relevant locations for documents responsive to the document requests contained in both of the Defendants' First Request for the Production of Documents.

        Respectfully submitted,

        **Modern Continental Construction Co., Inc. and Mystic Landing, LLC**

        By its attorneys,


        /s/ Doreen M. Zankowski
        Robert G. Flanders, Esq. (BBO #170820)
        Doreen M. Zankowski, Esq. (BBO #558381)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA  02109-1775
        (617) 345-9000


DATED: April 4, 2005

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 4th day of April, 2005, I served a true and accurate copy of the foregoing document electronically or first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger
Douglas B. Otto
William A. Staar
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

                                                                             /s/ Doreen M. Zankowski
                                                                             Doreen M. Zankowski