UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>        Plaintiff,<br>   v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br>        Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>        Third-Party Plaintiffs,<br>   v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>        Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>        Third-Party Plaintiff,<br>   v.<br><br>BOSTON EDISON COMPANY,<br>        Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>   v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>    Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**JOINT MOTION FOR EXTENSION OF THE PRETRIAL SCHEDULE**

*Joint Motion allowed.*  *NMGorton, USDJ 5/12/05*

Plaintiff Mystic Landing LLC ("Mystic"), defendants Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto"), and third-party defendants Modern Continental Construction Company, Inc. ("Modern") hereby request a short extension of the pretrial schedule established by the Court by its Order of February 25, 2005 (Exhibit A). The Parties do not request an extension to the pretrial submission schedule set forth in the Court's April 5, 2005 Order (Exhibit B). The purpose of the request is to allow the parties to engage in settlement discussions.[1]

The Parties propose the following changes to the pretrial schedule established by Court's February 25 Order:

>Fact Discovery Completed: extend from May 27, 2005 until June 27, 2005
>
>Expert Disclosures Completed: extend from July 11, 2005 until August 8, 2005
>
>Expert Depositions Completed: extend from August 25, 2005 until September 15, 2005
>
>Dispositive Motions Due: extend from September 26, 2005 until October 11, 2005

---

[1] Although the Parties understand that claims against third party defendant Boston Edison have been bifurcated by the Court's April 5 Order, the Parties have conferred with counsel for Boston Edison and confirmed that Boston Edison does not object to this motion.

B3034686.1/529259v2

By their attorneys,

*/s/ Doreen M. Zankowski*

Robert G. Flanders (BBO No. 170820)
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 345-9000
   Attorneys for Mystic Landing, LLC and
   Modern Continental Construction Co., Inc.

*/s/ Adam P. Kahn*

John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
   Attorneys for Pharmacia Corporation
   and Monsanto Company

Dated: May 12, 2005

### CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that I served the foregoing document by having a copy thereof delivered to counsel for Pharmacia Corporation and Monsanto Company and by having copies mailed to counsel for Boston Edison Company and counsel for Mary O'Donnell and O'Donnell Sand & Gravel, Inc., this 12th day of May, 2005.

*/s/ Doreen M. Zankowski*

Doreen M. Zankowski

B3034686.1/529259v2

3