UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br> v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br> and MONSANTO COMPANY,<br>    Defendants. | |
| PHARMACIA CORPORATION and<br> MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>    Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br> v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>  Fourth-Party Plaintiff,<br> v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br> and MARY O'DONNELL,<br>  Fourth-Party Defendant. | |

**JOINT MOTION FOR EXTENSION OF THE PRETRIAL SCHEDULE**

534402v1

Plaintiff Mystic Landing LLC ("Mystic"), defendants Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto"), and third-party defendant Modern Continental Construction Company, Inc. ("Modern") (collectively, the "Parties") hereby request a further extension of the pretrial schedule established by the Court by its Order of February 25, 2005, as amended by its Electronic Order filed on May 12, 2005. At this time, the Parties do not request an extension to the pretrial submission schedule set forth in the Court's April 5, 2005 Order.

Since the Court granted the May 12, 2005 Joint Motion for Extension of the Pretrial Schedule, the Parties have been actively engaged in discussions regarding settlement opportunities. The purpose of the current request is to allow the Parties additional time to further discuss and possibly reach agreement regarding certain details of a proposed settlement.[1]

The Parties propose the following changes to the pretrial schedule established by the Court's February 25 Order, as amended by its Electronic Order filed on May 12, 2005:

- Fact Discovery Completed: extend from June 27, 2005 until August 1, 2005
- Expert Disclosures Completed: extend from August 8, 2005 until August 24, 2005
- Expert Depositions Completed: extend from September 15, 2005 until September 26, 2005
- Dispositive Motions Due: extend from October 11, 2005 until October 24, 2005

---

[1] Although the Parties understand that claims against third party defendant Boston Edison have been bifurcated by the Court's April 5 Order, the Parties have conferred with counsel for Boston Edison and confirmed that Boston Edison does not object to this Motion.

534402v1

Mystic Landing, LLC and Modern
Continental Construction Co., Inc.

By their attorneys,

_____
Robert G. Flanders (BBO No. 170820)
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 345-9000


**Pharmacia Corporation
and Monsanto Company**

By their attorneys,

_____
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000

Dated: June 22, 2005

### CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that I served the foregoing document by having a copy thereof delivered to counsel for Pharmacia Corporation and Monsanto Company, and by having copies mailed to counsel for Boston Edison Company and counsel for Mary O'Donnell and O'Donnell Sand & Gravel, Inc., this 22nd day of June, 2005.

_____
Doreen M. Zankowski

534402v1