UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Pharmacia,<br><br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>_____<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>_____<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>_____<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>    Fourth-Party Defendants.<br>_____ | CIVIL ACTION NO: 04-10180 NMG |

961995v1

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Third-Party Defendant, Boston Edison Company, in the above-captioned case.

**BOSTON EDISON COMPANY,**

By its Attorneys,

Dated: September 7, 2005

Jill K. Hauff (BBO# 653886)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 737-8839

961995v1

## CERTIFICATE OF SERVICE

    I, Jill K. Hauff, do hereby certify that on this ___7th___ day of September, 2005, I have served the foregoing pleading by mailing same, first class and postage prepaid, to counsel of record as follows:

Doreen M. Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Howard G. Guggenheim, Esquire
P.O. Box 736
Scituate, MA 02066

Adam Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

                                                                                      _____
                                                                                      Jill K. Hauff

961995v1