UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYSTIC LANDING, LLC,<br>   Pharmacia,<br><br>   v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) CIVIL ACTION NO: 04-10180 NMG |
| PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>   Third-Party Plaintiffs,<br><br>   v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>   Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PHARMACIA CORPORATION,<br>   Third-Party Plaintiff,<br><br>   v.<br><br>BOSTON EDISON COMPANY,<br>   Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BOSTON EDISON COMPANY,<br>   Fourth-Party Plaintiff,<br><br>   v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>   Fourth-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1157972v1

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

The Third-Party Defendant, Boston Edison Company, hereby notifies this Court of its substitution of counsel; namely, the withdrawal of Mark S. Granger of the law firm Morrison Mahoney LLP, together with the appearance of Jill K. Hauff of the law firm Morrison Mahoney LLP. Enclosed herewith is a Notice of Withdrawal accompanied by the Notice of Appearance of successor counsel. The substitution of counsel does not affect the appearance of Douglas B. Otto of the law firm Morrison Mahoney LLP, as he will remain as counsel for the Third-Party Plaintiff, Boston Edison Company.

BOSTON EDISON COMPANY,

By its Attorneys,

Dated: September 7, 2005

Douglas B. Otto (BBO# 555269)
Jill K. Hauff (BBO# 653886)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8873

1157972v1

## CERTIFICATE OF SERVICE

I, Jill K. Hauff, do hereby certify that on this __7th__ day of September, 2005, I have served the foregoing pleading by mailing same, first class and postage prepaid, to counsel of record as follows:

Doreen M. Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Howard G. Guggenheim, Esquire
P.O. Box 736
Scituate, MA 02066

Adam Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Jill K. Hauff

1157972v1