UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORP., SOLUTIA INC.,<br>and MONSANTO CO.,<br>    Defendants,<br><br><br>PHARMACIA CORP. and MONSANTO CO.,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTR. CO., INC.,<br>    Third-Party Defendant,<br><br>PHARMACIA CORP.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON CO.,<br>    Third-Party Defendant.<br><br><br>BOSTON EDISON CO.,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC. and<br>MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC'S AND THIRD PARTY DEFENDANT,
MODERN CONTINENTAL CONSTRUCTION COMPANY'S SUPPLEMENTAL
RULE 26 EXPERT DISCLOSURES**

Plaintiff Mystic Landing, LLC ("Mystic") and Third Party Defendant (Plaintiff in Counter-Claim) Modern Continental Construction Co., Inc. ("Modern"), hereby designates the following expert witnesses whose testimony may be offered at trial:

**Contamination Sources, Fate and Transport of Contaminants, Remediation Issues and Estimate of Damages**

1. **Richard J. Hughto, Ph.D., P.E.**

   c/o Rizzo Associates, Inc., a Tetra-Tech Company
   One Grant Street
   Framingham, MA 01701-9005

   Dr. Hughto is an environmental consultant/engineer and has been involved in the study of contaminant impacts on and remediation of surface water, groundwater, and soil systems since the early 1970s.

   Based upon Dr. Hughto's training, knowledge, and experience, his review of the documents listed in Exhibit 1 attached hereto, and the testimony presented at trial, Dr. Hughto is expected to testify, if asked to do so, in confirmation with his report, a copy of which is attached hereto as Exhibit 1.  Dr. Hughto may also testify with respect to unanticipated evidence introduced, and/or unexpected issues which are raised, at trial in this action, and/or in rebuttal to opinions offered by other parties' witnesses.

   Dr. Hughto has served as an expert witness on contamination and remediation issues in those cases set forth in Exhibit 1.

   Dr. Hughto is being compensated at the rate of $200.00 per hour.

543592

**Market Value Estimate and Estimate of Damages**
   2.    **Donald P. Bouchard, MAI**

        **Steven R. Foster, MAI**

        Lincoln Property Company
        101 Arch Street, 18th Floor
        Boston, MA 02110

Mr. Bouchard is a senior vice president at Lincoln Property Company and a certified Massachusetts real estate appraiser. Mr. Bouchard has over 25 years of experience in the real estate appraisal area.

Based on Mr. Bouchard's training, knowledge, and experience, his review of the documents listed in Exhibit 2, and the testimony presented at trail, Mr. Bouchard is expected to testify, if asked to do so, in conformance with his report, a copy of which is attached hereto as Exhibit 2. Mr. Bouchard also may testify with respect to unanticipated evidence introduced, and/or unexpected issues which are raised, at trial of this action, and/or in rebuttal to opinions offered by other parties' witnesses.

Mr. Bouchard has served as an expert witness on real estate matters in those cases set forth in Exhibit 2 attached hereto.

Mr. Bouchard is being compensated at the rate of $300.00 per hour.

Mr. Foster is a senior vice president at Lincoln Property Company and a certified Massachusetts real estate appraiser. Mr. Foster has over 25 years of experience in the real estate appraisal area.

Based on Mr. Foster's training, knowledge, and experience, his review of the documents set forth in Exhibit 2 attached hereto, and the testimony presented at trial, Mr. Foster is expected to testify, if asked to do so, in conformance with his report, a copy of

543592

which is attached hereto as Exhibit 2. Mr. Foster also may testify with respect to unanticipated evidence introduced, and/or unexpected issues which are raised, at trial of this action, and/or in rebuttal to opinions offered by other parties' witnesses.

Mr. Foster has served as an expert witness on real estate matters in those cases set forth in Exhibit 2 attached hereto.

Mr. Foster is being compensated at the rate of $300.00 per hour.

**Land Use and Development Analysis**

3.   **Carole Schlessinger**

    Principal
    Crosby Schlessinger Smallridge, LLC
    Russia Wharf
    270 Congress Street
    Boston, MA 02210

Ms. Schlessinger is a principal at Crosby Schlessinger and Smallridge, LLC, a site development and permitting consulting firm. She has over 20 years of experience as a site development consultant.

Based on Ms. Schlessinger's training, knowledge and experience, her review of the documentation identified in Exhibit 3 attached hereto, and the testimony presented at trial, Ms. Schlessinger is expected to testify, if asked to do so, in conformance with her report and supporting materials, copies of which are attached hereto as Exhibit 3. Ms. Schlessinger also may testify with respect to unanticipated evidence introduced, and/or unexpected issues which are raised, at trial of this action, and/or in rebuttal to opinions offered by other parties' witnesses.

Ms. Schlessinger is being compensated at the rate of $165.00 per hour for consulting and trial preparation and $330.00 per hour for trial testimony.

543592

**Fact Witnesses Who May Offer Opinion Testimony at Trial**

In addition to the expert designations herein, Mystic and/or Modern may call Robert Shepard, Donald Kovitz, and Maximo Marino, all employees or former employees of Modern Continental Construction Co., Inc. or Modern Continental Enterprises. Based upon their education, years of experience in the real estate development and/or construction industry and involvement with this matter, these individuals may offer testimony generally regarding the development of the Mystic property, and the use of the Mystic property by Modern as a construction lay down area and the environmental impacts resulting therefrom.

**Other Experts**

Mystic and Modern reserve the right to supplement its expert designations as it becomes aware of additional facts and opinions expressed by the defendants' or third-party defendant's experts, or as facts and opinions develop in this case. Finally, Mystic and Modern reserve the right to call other expert witnesses for the purpose of rebuttal or impeachment.

        Respectfully submitted,

        **MYSTIC LANDING, LLC and**
        **MODERN CONTINTENTAL**
        **CONSTRUCTION CO., INC.**
        By its attorneys,

        __/s/ Doreen M. Zankowski_____
        Robert G. Flanders, Jr., Esq. (BBO #170820)
        Doreen Zankowski, Esq. (BBO #558381)
        HINCKLEY, ALLEN & SNYDER, LLP
        28 State Street
        Boston, MA 02109-1775
        617-345-9000 (Tel)
        617-345-9020 (Fax)

Dated: September 12, 2005

543592

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, Esq. hereby certify that a true copy of the above documents was served upon the attorney of record for each party via electronically, hand delivery and first class mail on the date set forth above.

                                          /s/ Doreen M. Zankowski
                                        Doreen M. Zankowski, Esq.

543592