UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>　　　　Pharmacia,<br><br>　　　　v.<br><br>PHARMACIA CORPORATION, SOLUTIA, INC.<br>and MONSANTO COMPANY,<br>　　　　Defendants.<br>_____<br><br>PHARMACIA CORPORATION and MONSANTO<br>CORPORATION,<br>　　　　Third-Party Plaintiffs,<br><br>　　　　v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>　　　　Third-Party Defendant.<br>_____<br><br>PHARMACIA CORPORATION,<br>　　　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>BOSTON EDISON COMPANY,<br>　　　　Third-Party Defendant.<br>_____<br><br>BOSTON EDISON COMPANY,<br>　　　　Fourth-Party Plaintiff,<br><br>　　　　v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>　　　　Fourth-Party Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 04-10180 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

962930v1

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as attorney for the Third-Party Defendant, Boston Edison Company, in the above-captioned case.

BOSTON EDISON COMPANY,

By its Attorneys,

Dated: 9/13/05

William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 737-8870

962930v1

3

## CERTIFICATE OF SERVICE

I, Jill K. Hauff, do hereby certify that on this __13th__ day of September, 2005, I have served the foregoing pleading by mailing same, first class and postage prepaid, to counsel of record as follows:

Doreen M. Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Howard G. Guggenheim, Esquire
P.O. Box 736
Scituate, MA 02066

Adam Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

/s/ Jill K. Hauff