UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants. | |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>    Fourth-Party Defendant. | |

FILED IN CLERK'S OFFICE
2005 OCT 24 P 4: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Monsanto Company ("New Monsanto") hereby moves for summary judgment pursuant to F.R.C.P. 56 and Local Rule 56.1. Plaintiff Mystic Landing LLC ("Mystic") seeks

B3114071.1

damages and a declaratory judgment pertaining to future damages against Monsanto and Pharmacia Corporation ("Pharmacia") by reason of environmental contamination present on property owned now by Mystic and formerly by Pharmacia and alleged by Mystic to have been present on the property when it was last owned by Pharmacia in 1983.  As more particularly stated in the memorandum filed herewith, the Court should grant the motion because New Monsanto was not formed until the year 200 and simply could not have engaged in any of the activities from which liability is alleged to arise.  Although New Monsanto has certain contingent indemnity obligations to Pharmacia under an agreement between them, these obligations do not confer upon Mystic any right of direct action against New Monsanto.

## REQUEST FOR ORAL ARGUMENT

Monsanto believes that oral argument would assist the Court in resolving the issues raised in this Motion.  Accordingly, in accordance with Local Rule 7.1(D), Monsanto requests a

B3114071.1

hearing at such time as the Court determines is appropriate. The final pre-trial conference on this matter is scheduled for December 9, 2005, and trial is scheduled for January 23, 2006.

By their attorneys,

_____
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
Attorneys for Monsanto Company

Dated: October 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on October 24, 2005 by having a copy thereof delivered by hand to Doreen M. Zankowski, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts 02109 and by mail to Douglas B. Otto, Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210, and a copy by first class mail to Howard G. Guggenheim, P. O. Box 736, Scituate, Massachusetts 02066.

_____

B3114071.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Adam P. Kahn, hereby certify that on October 21, 2005, I conferred with Doreen M. Zankowski, counsel for Mystic Landing LLC, regarding this Motion pursuant to Local Rule 7.1(A)(2), and we have been unable to narrow the issues presented in this Motion.

_____

Adam P. Kahn

B3114071.1

4