UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 24  P 4: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

MYSTIC LANDING, LLC,
        Plaintiff,
v.

PHARMACIA CORPORATION
and MONSANTO COMPANY,
        Defendants.

PHARMACIA CORPORATION and
MONSANTO COMPANY,
        Third-Party Plaintiffs,
v.

MODERN CONTINENTAL CONSTRUCTION
CO., INC.,
        Third-Party Defendant.

PHARMACIA CORPORATION,
        Third-Party Plaintiff,
v.

BOSTON EDISON COMPANY,
        Third-Party Defendant.

BOSTON EDISON COMPANY,
        Fourth-Party Plaintiff,
v.

O'DONNELL SAND & GRAVEL, INC.
and MARY O'DONNELL,
        Fourth-Party Defendant.

CIVIL ACTION No. 04-10180 NMG

## STIPULATION OF PARTIAL DISMISSAL

It is hereby stipulated, consented and agreed by and among the parties pursuant to

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that Plaintiff's Counts III (Negligence),

B3113987.1

IV (Continuing Nuisance), and V (Trespass) in this action are dismissed with prejudice, with all rights of appeal waived and with each party to bear her or its own costs and attorneys' fees.

| | |
|---|---|
| *Doreen Zankowski APK* | By their attorneys, *[signature]* |
| Robert G. Flanders (BBO No. 170820) | John M. Stevens (BBO No. 480140) |
| Doreen M. Zankowski (BBO No. 558381) | Adam P. Kahn (BBO No. 561554) |
| Hinckley, Allen & Snyder LLP | Elisabeth M. DeLisle (BBO No. 658067) |
| 28 State Street | Foley Hoag LLP |
| Boston, Massachusetts 02109-1775 | 155 Seaport Boulevard |
| (617) 345-9000 | Boston, Massachusetts 02210 |
| Attorneys for Mystic Landing, LLC | (617) 832-1000 |
| | Attorneys for Monsanto Company |
| *Doreen Zankowski APK* | *[signature]* |
| Robert G. Flanders (BBO No. 170820) | John M. Stevens (BBO No. 480140) |
| Doreen M. Zankowski (BBO No. 558381) | Adam P. Kahn (BBO No. 561554) |
| Hinckley, Allen & Snyder LLP | Elisabeth M. DeLisle (BBO No. 658067) |
| 28 State Street | Foley Hoag LLP |
| Boston, Massachusetts 02109-1775 | 155 Seaport Boulevard |
| (617) 345-9000 | Boston, Massachusetts 02210 |
| Attorneys for Modern Continental Construction Co., Inc. | (617) 832-1000 |
| | Attorneys for Pharmacia Corporation |
| *Douglas B. Otto APK* | *Howard G. Guggenheim APK* |
| Douglas B. Otto (BBO No. 555269) | Howard G. Guggenheim (BBO No. 214150) |
| Jill K. Hauff (BBO No. 653886) | P. O. Box 736 |
| Morrison Mahoney LLP | Scituate, Massachusetts 02066 |
| 250 Summer Street | (781) 264-3717 |
| Boston, Massachusetts 02210 | Attorney for O'Donnell Sand & Gravel, Inc. |
| (617) 737-8873 | |
| Attorneys for Boston Edison Company | |

*Howard G. Guggenheim APK*
Howard G. Guggenheim (BBO No. 214150)
P. O. Box 736
Scituate, Massachusetts 02066
(781) 264-3717
  Attorney for Mary O'Donnell

Dated:   October 24, 2005