UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>        Plaintiff,<br>  v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>  and MONSANTO COMPANY,<br>        Defendants.| CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION and<br>  MONSANTO COMPANY,<br>        Third-Party Plaintiffs,<br>  v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>  CO., INC.,<br>        Third-Party Defendant. | |
| PHARMACIA CORPORATION,<br>        Third-Party Plaintiff,<br>  v.<br><br>BOSTON EDISON COMPANY,<br>        Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>  v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>  and MARY O'DONNELL,<br>    Fourth-Party Defendant. | |

**AFFADAVIT OF ELISABETH M. DELISLE IN SUPPORT OF PHARMACIA CORPORATION AND MONSANTO COMPANY'S OPPOSITION TO MOTION FOR <u>SUMMARY JUDGMENT ON LIABILITY</u>**

I, Elisabeth M. DeLisle, depose and state as follows:

B3119866.1

1. I am admitted to the bars of the Supreme Judicial Court of Massachusetts, the United States District Court for the District Court of Massachusetts and the United States Court of Appeals for the First Circuit. I am an associate in the law firm of Foley Hoag LLP and am counsel for Pharmacia Corporation ("Pharmacia") and Monsanto Company ("Monsanto").

2. In my role as counsel for Pharmacia and Monsanto in the above-captioned lawsuit, I am familiar with the documents attached hereto.

3. Attached as Exhibit 1 is a true and accurate copy of an Affidavit of R. Duff Collins, dated November 4, 2005. Mr. Collins' affidavit attaches the following documents:

    (a) Attached as Exhibit 1.A. is a true and accurate copy of a document entitled "Expert Opinion of R. Duff Collins, P.G., LSP" ("Expert Opinion"), dated September 12, 2005.

    (b) Attached as Exhibit 1.B. is a true and accurate copy of an Administrative Consent Order with Penalty and Notice of Noncompliance entered into by the Massachusetts Department of Environmental Protection ("DEP") and Modern Continental Construction Co., Inc. on August 8, 2005. This document was produced by counsel for Mystic Landing, LLC and Modern Continental Construction Co., Inc. on October 6, 2005.

    (c) Attached as Exhibit 1.C. is a true and accurate copy of a February 11, 2003 letter from Steven Lipman, P.E. of DEP to Michael Lewis and Max Marino which attaches, among other things, analytical data on soils stockpiled at the Property. This document was provided to counsel for Pharmacia and Monsanto on November 3, 2005 by the DEP in response to a request for documents related to the above-referenced consent decree.

(d) Attached as Exhibit 1.D. is a true and accurate document entitled "Rebuttal Report of R. Duff Collins, P.G., LSP", dated September 20, 2005.

4. Attached as Exhibit 2 is a true and accurate copy of portions of a document entitled, "A Self-Contained Report of a Complete Appraisal of Land," dated May 1, 2001 ("2001 Appraisal").

5. Attached as Exhibit 3 is a true and accurate copy of a document entitled, "Preliminary Assessment" dated April 12, 2002 ("ESS Report").

6. Attached as Exhibit 4 is a true and accurate copy of the Answer, Counterclaims and Third-Party Complaint of Defendants Pharmacia Corporation and Monsanto Company dated February 9, 2004 ("Pharmacia Answer and Counterclaim").

7. Attached as Exhibit 5 is a true and accurate copy of Plaintiff Mystic Landing, LLC's and Third-Party Defendant Modern Continental Construction Co., Inc.'s Answer to Defendants' Counterclaim and Third-Party Complaint dated March 3, 2004 ("Mystic and Modern Answer").

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Elisabeth M. DeLisle
Elisabeth M. DeLisle

Dated: November 7, 2005