# EXHIBIT 1.A.

## (2 of 2)

# Appendix A



## R. Duff Collins, P.G., L.S.P.
### Senior Vice President

**Professional Profile**

Mr. Collins has over 20 years of environmental consulting experience in managing and conducting field investigations, feasibility studies, and remediation at a variety of hazardous waste sites. He specializes in overseeing complex site cleanup actions under state and federal regulatory orders. His expertise encompasses regulatory compliance audits and compliance support services for industrial clients, and multi-site due diligence liability assessment supporting major financial, insurance, and asset management clients. Mr. Collins focuses his practice to identifying and applying risk management tools and criteria to hazardous waste site investigations, cleanups, and liability evaluations.

Mr. Collins has been a Licensed Site Professional (LSP) in Massachusetts since inception of the privatized state LSP cleanup program. He has extensive experience pursuant to and a thorough knowledge of Massachusetts General Law c. 21E and the Massachusetts Contingency Plan (MCP), which together make-up the Massachusetts state Superfund regulations. He has managed and provided senior technical guidance and regulatory support for a variety of projects ranging from complex site investigations of LNAPL and DNAPL releases to remedial feasibility studies, tank closure programs and facility environmental compliance.

Mr. Collins is Past President and Director and current Chair of the Strategic Planning and Steering Committee of the LSP Association which represents the professional interest of the more than 500 Licensed Site Professionals in Massachusetts. He is an active member and past Chairman of both the LSPA Loss Prevention and LSPA Technical Practice Committees. He has been an active member of the MA DEP BWSC External Audit Workgroup since its inception where he has been extensively involved in the evaluation and documentation of the Standard of Practice for LSPs.

**Education**

M.S., Geology, Boston College
B.S., Geology, Denison University

**Registrations**

Certified Geologist, WY, 1758
Licensed Site Professional, MA, 6314

**Professional Associations**

American Chemical Society
American Council of Engineering Companies of Massachusetts
Associated Industries of Massachusetts
Environmental Professionals' Organization of Connecticut
Geologic Society of America
Licensed Site Professional Association



National Association of Industrial and Office Properties
National Brownfield Association
Rhode Island Society of Environmental Professionals

**Related Experience**

- Confidential Real Estate Investors, Cambridge, Massachusetts. On behalf of potential buyers of this vacant industrial property, Mr. Collins managed a due diligence environmental investigation that discovered a DNAPL release of chlorinated VOCs beneath a manufacturing building. Subsequent investigation included installation of borings and wells adjacent to and within the building and collection of soil vapor samples beneath the building. The extent of the contamination and potential liabilities were described, remedial alternatives developed and costed, and property redevelopment plans established. The client investors determined that it made financial sense to complete the acquisition and redevelop the property, in part based on the due diligence and remedial alternatives prepared by Woodard & Curran, and the risk management options available under the MCP. The property was acquired and a Release Abatement Measure (RAM) Plan was prepared and implemented to complete remedial actions. The RAM included in-situ peroxide oxidation of local hotspots of solvent contamination to lower concentrations to site-specific health-risk-based cleanup targets established pursuant to MCP risk characterization requirements. A Class A3 RAO was achieved at the property.

- Confidential Client, South Boston, Massachusetts. Mr. Collins submitted a Release Abatement Measure (RAM) Plan to facilitate the closure of an underground wood tank. Due to the structure's size (10 feet in height by 28 feet in diameter) and location, which was adjacent to a building and underneath a road, sidewalk, and buried utility lines, it was decided to close the structure in place. The structure, constructed of wood preserved with tar, held water and approximately one foot of tar-like sludge at the bottom. Mr. Collins directed the in-place cleaning and closure approach, the use of the mobile steam boiler that heated the contents of the tank (approximately 23,000 gallons of water and 2,500 gallons of coal tar), and the apparatus necessary to pump the heated coal tar from the tank. On-site remediation of the tank water was then initiated, and the contents were discharged into the storm drain. The tank was then backfilled with flowable fill so that the tank structure would remain stable. Over the course of the project, a Phase II CSA Report, Release Abatement Measure (RAM) Plan and Completion Reports, a Class A-3 Response Action Outcome (RAO) Statement, and an Activity and Use Limitation (AUL) were generated.

- Confidential Realty Trust, Dedham, MA. Mr. Collins has managed the investigation and providing assistance with MCP regulatory compliance at this site where a release of petroleum hydrocarbons to groundwater was identified. The activities completed to assist the client in achieving compliance fulfilling the requirements set by MADEP and the MCP include assisting the client with MADEP Negotiations, performing site investigation background research, installing groundwater monitoring wells and collecting groundwater samples from selected Site monitoring wells, analysis of chromatographic fingerprints for several different soil samples with respect to the type of petroleum product contained, groundwater elevation and contour mapping,



and preparation and submittal to DEP of the Phase I Initial Site Investigation Report and Downgradient Property Status Submittal.

- Confidential Client, Worcester, MA. Woodard & Curran developed a cost-effective, "end game" approach to achieve a Permanent Solution for a site that has a long history of industrial activity. Assessments conducted to date at and in the vicinity of the site indicate that petroleum residuals observed in soils at the subject property (and adjacent properties) likely originated from decades of manufacturing operations conducted by former operators whose operations covered several tracts of land. Residual levels of petroleum and metals in soil and groundwater do not actually pose a significant risk to human health when assessed via Method 3 on a site-specific current activity and land use basis.

- Mansfield Municipal Electric Department, Mansfield, MA. The approximately 1.4-acre property had historically been used by an electric company for the storage of vehicles, equipment and materials. Impacted soil was encountered during the excavation for a catch basin on the property. Massachusetts Department of Environmental Protection (MADEP) was notified of a release of oil or hazardous material (OHM), including petroleum hydrocarbons to the subsurface soils at the property. The client requested assistance from Woodard & Curran to expedite the response action process and to facilitate obtaining a Permanent Solution for the property. A significant level of field investigation and assessment response action activities had previously been performed for this property including completion of a Phase I Initial Site Investigation and a Tier Classification. W&C has prepared a Supplemental Phase II Comprehensive Site Assessment Report that incorporates the additional subsurface data obtained and includes a Method 3 Risk Characterization to evaluate the current and foreseeable risks posed by site contamination. W&C is presently finalizing the "end game" strategy to achieve closure via implementation of an Activity and Use Limitation and the filing of a Class A3 RAO

- Confidential Client, Rowley, MA. Woodard & Curran, Inc. (W&C) is providing consulting and remediation services utilizing in-situ chemical oxidation (ISCO) to address residual petroleum located at the property. W&C initially provided peer review of completed site actions and recommended a more aggressive remedial approach. W&C identified and evaluated remedial action alternatives which are reasonably likely to achieve a level of No Significant Risk considering the oil and/or hazardous materials present, the media contaminated, and site characteristics. The remedial action alternative that was selected as a result of this evaluation was in-situ chemical oxidation (ISCO). Chemical oxidation is a relatively quick and effective remediation technique that is well suited to address residual petroleum located in and nearby residual source areas. The chemical oxidation process is an in-situ process utilizing the injection of proprietary liquid chemical formulations through injection wells into the source area. The MCP consulting services included preparation of a Major Permit Modification with Tier 1 Permit extension, a Phase IV Remedy Implementation Plan for the purpose of notifying the Massachusetts Department of Environmental Protection (MADEP) of W&C's intent and plan to perform ISCO at the Project Site, and Response Action Outcome (RAO) upon successful cleanup of the site.



- Confidential Laundry Co., Massachusetts.  Mr. Collins has managed Phase II Comprehensive Site Assessment, Phase III Remedial Action Plan, Phase IV Remedial Implementation Plan, and Phase V OM&M plan development for this Tier 1 Disposal Site under the MCP. Three areas of release were identified at the site: an area of No. 6 fuel oil LNAPL; an area of disposal of dry cleaning still bottom spoils to the ground surface; and an area of direct discharge of dry cleaning solvent, PCE. The site conditions have resulted in two identifiable but overlapping plumes of VOCs. One plume contains elevated levels of 1,2-DCE and vinyl chloride and results from anaerobic degradation of the PCE-containing still bottoms in the presence of the No. 6 fuel oil. The other plume contains levels in excess of 50 mg/l PCE. The depth of the VOC contamination was characterized using a Cone Penetrometer which established the presence of a confining unit 50 feet below ground surface. The extent of the plume has been mapped and indicates that VOCs are discharging into a nearby salt water estuary. Surface water and sediment sampling indicates levels that are below applicable risk-based criteria. A human health risk characterization including the implementation of risk management tools was completed. Remedial alternatives were developed and screened based on MCP-required criteria to achieve a Permanent Solution. LNAPL recovery and groundwater sparging/soil vapor extraction have been implemented and are underway. In addition an injection of Hydrogen Release Compound was completed within one of the chlorinated solvent source areas. Bench scale testing has also been conducted to assess other insitu chemical oxidation approaches. This site presently is in Remedy Operation Status.

- Confidential Drycleaners, Sudbury, Massachusetts. Mr. Collins conducted focused assessment actions and used risk management tools to delineate and address residual Site contaminant issues. He managed the Phase II Comprehensive Site Assessment, Phase III Remedial Action Plan, and Phase IV Remedial Implementation Plan, bringing the client back into compliance for this Tier 1 Disposal Site under the MCP. A focused effort was conducted to reduce residual concentrations of chlorinated VOCs in soil and groundwater. Enhanced in-situ anaerobic biodegradation, utilizing Regenesis' Hydrogen Release Compound (HRC), was implemented to further stimulate and accelerate natural attenuation to break down chlorinated VOCs in-situ to meet the GW-1 standard across the Site.

- Confidential Client, Acton, Massachusetts. Mr. Collins managed Phase III Remedial Action Plan, Phase IV Remedy Implementation Plan, and Phase V Operation, Maintenance and Monitoring activities for this Tier 1B Disposal Site. A historic release of paraffinic process oil from an underground storage tank (UST) impacted soil and groundwater, and oil recovery efforts were completed for more than 15 years by others prior to the client requesting Mr. Collins take over LSP-of-Record services for the Site. Additional assessment activities at the Site directed by Mr. Collins have evaluated the nature and extent of residual separate phase oil in the subsurface. Comprehensive efforts have been completed to assess the physical properties of the oil and subsurface materials to evaluate the recoverability of the residual oil. A conceptual site model was refined and remedial action alternatives were thoroughly evaluated to address the highly viscous residual oil remaining in the subsurface. Significant interaction with state regulators has resulted in the development of a remedial approach that is feasible, protective of human health and the environment, and cost effective. An insitu chemical oxidation pilot test was conducted at the site



to evaluate whether fenton's reagent would destruct residual oil remaining in soil and groundwater. As needed, separate phase oil gauging and removal is conducted. Response actions are ongoing.

- Confidential Client, Wilmington, Massachusetts. Mr. Collins managed Removal Action activities under USEPA approval and direction consisting of the removal of contaminated soil, excavation and removal of over 700 buried 55-gallon drums, product, and other debris containing petroleum and chlorinated VOCs and metals from this abandoned waste disposal area. A Tier Classification Submittal, which included a Tier 1 Permit Application and a Phase I Initial Site Investigation (ISI) Report was submitted to the DEP for this Site; and the property, located near the town's water supply, was permitted and classified as a Tier 1B site. Concentrations of compounds in soil and groundwater remaining at the Site as tested immediately after the removal action indicated that additional response actions were necessary. Bedrock was impacted by VOCs. Subsequent site investigation to evaluate the complex hydrogeology of the aquifer and the nature and extent of contamination and evaluate potential risk of harm as a result of compounds at the Site was performed under MCP Phase II. The Site was designated as a Public Involvement Plan (PIP) site at the request of Wilmington residents. The response action planning process is designed to address their concerns about the nature and extent of contamination; potential risks of harm posed by the Site to health, safety, public welfare, and the environment; and the adequacy of proposed cleanup measures. The initial Phase III Remedial Action Plan (RAP) and Phase IV Remedy Implementation Plan (RIP) recommended a program of MNA as the selected remedy. Monitoring is ongoing, and a modified Phase IV plan to include a focused insitu chemical oxidation program using both permanganate and fenton's reagent is planned to address contaminant source areas.

- Confidential Industrial Client, Holbrook, Massachusetts. Mr. Collins is the LSP-of-record for this property with over 100-years of industrial history and two RTNs. Comprehensive Response Actions and a Class C RAO have been completed for a portion of the site comprised by a waste rubber land disposal area. A Release Abatement Measure (RAM) was conducted at the site to address the former 10,000 gallon process oil underground storage tank (UST). Approximately 100 cubic yards of petroleum-impacted soil and shoe soils were removed from the former UST area, 3,500 gallons of groundwater were dewatered from the excavation area, treated onsite using GAC, and discharged to the onsite non-contact cooling water pond via a NPDES exclusion permit. Contaminated soils, shoe soles, and spent carbon were disposed offsite. Post remedial groundwater concentrations were below MCP Method 1 GW-1 standards. Phase II and Phase III Comprehensive Response Actions to assess the site an Activity and Use Limitation (AUL) was implemented to restrict future site use. The need for and feasibility of further remediation are underway.

- Confidential Industrial Client, Holbrook, Massachusetts. Mr. Collins provided expert LSP testimony in Norfolk County Superior Court regarding the extent of response actions and the standard of LSP practice performed at this over 100 year old industrial disposal site. The testimony was provided in support of a dispute over various terms of a purchase and sale agreement between the current and former owners of the property.



- Massachusetts Port Authority, MCP Services.   Mr. Collins is the program manager for this multi-site MCP services contract. Activities completed include initial site investigations, development of risk management strategies, preparation of Method 3 site-specific risk characterizations and preparation of response action outcomes. Assessments have been conducted at sites in South Boston and East Boston where re-development or re-use activities have encountered impacted subsurface materials. Contaminants have included petroleum and urban fill related materials such as PAHs and metals.

- Massachusetts Clean State Audit Program.   Mr. Collins is project manager for the Woodard & Curran audit team under the Clean State Audit contract. Mr. Collins has provided overall project technical direction, support and project management and preformed day-to-day and deliverable technical review for the audit and compliance projects completed at UMASS Lowell, UMASS Boston, and Salem State University.

- Confidential Chemical Co., Southeastern, Massachusetts.   Mr. Collins has managed an Immediate Response Action (IRA) at a Tier IA site involving interdisciplinary field investigation to evaluate the presence or absence or a release of petroleum to the environment from an abandoned 11.5 mile pipeline. Mr. Collins is project manager and LSP-of-record for a project team that includes technical, legal, and management staff for the Client, a prime subcontractor providing pipeline expertise, and field construction subcontractors. Project activities have included geophysical investigation and survey to confirm the location of the line, pipeline integrity evaluation including subsurface excavation, visual pipeline inspection, pipe pressure testing, and pipe pigging operations, characterization of soil and groundwater quality, and management of investigation derived wastes. Permitting of investigation activities under the Wetlands Protection Act has been required and performed. The activities have been conducted as an IRA under direct supervision of the MADEP, with oversight by local and federal officials including substantial public involvement activities such as meetings.

- Town of Concord, Massachusetts.   Mr. Collins has managed a comprehensive fuel system upgrade program. The project has involved the removal of three existing USTs and replacement with a keyless, cardless automated AST fueling system. A pre-removal field investigation was performed using GeoProbe techniques and onsite GC testing to confirm and delineate the extent of petroleum contamination resulting from a former UST system. Based on these results, a reportable condition was identified and a RAM plan prepared prior to commencement of the fueling system upgrade construction sequence. Contaminated soils were removed and the new fueling system installed without disruption to the construction schedule. Mr. Collins also managed the design and construction of the AST system. The new fuel system is up and running and monitoring of the levels of petroleum residuals present in soil and groundwater is currently underway to establish the rate of in-situ biodegradation and other natural attenuation processes necessary to demonstrate and/or achieve a RAO. Since release detection and RAM implementation, the site has been classified as Tier II and concentrations have been observed to decrease naturally by an order of magnitude.

- Confidential Client, Salem, Massachusetts.   Mr. Collins managed MCP compliance investigation activities at a large chemical manufacturing and storage terminal in



Salem, MA. His responsibilities included overall program management, management of field operations for a multi-media sampling effort, and technical and regulatory policy support. Field investigation activities included comprehensive evaluation of groundwater flow and transport and interactions between contaminated groundwater and nearby tidal wetland marsh. Contaminants include hexavalent and trivalent chromium in sediment, surface water and groundwater, and various inorganic and chlorinated organic compounds (including chlorinated ethenes and ethanes, pentachlorophenol, PAHs, acidic groundwater, and others) in soil, sediment, groundwater and surface water media. A focused/screening risk characterization and remedial alternatives analysis in accordance with MCP protocols was performed to provide the client with "big-picture" planning and decision making tools.

- Confidential Client, Chicago, Illinois.    Mr. Collins managed MADEP Phase II Comprehensive Site Assessment, Phase III Final Remedial Response Plan activities, and Phase IV Remedial Response Implementation for a subsurface petroleum release beneath a building at a commercial facility in Cambridge, MA. Phase II activities involved the delineation of the extent of free phase petroleum and petroleum contaminated soils beneath and adjacent to the building, in-situ testing of volume and recoverability of free-phase petroleum, and the characterization of risk to human health and the environment posed by the release. Based on Phase II results, there was no unacceptable risk posed by subsurface petroleum contaminated soils. Phase III identified, screened, and recommended technologies appropriate for the removal of free-phase petroleum. During Phase IV, an enhanced passive petroleum recovery trench was installed to accelerate withdrawal of petroleum from the water table. Petroleum levels were reduced below Upper Concentration Levels. A Class A3 RAO was completed.



**Publications and Presentations**

Burgess, P. Douglas and Collins, R.D., 2004. The Use of Polarized Light Microscopy/Scanning Electron Microscopy to Detect Coal, Coal Ash, Wood Ash, Asphalt. LSPA News, October 2004, V. 11, No. 4, pg. 11.

Collins, R. D., 2004. The Importance of Obtaining Site Access at MCP Sites. LSPA News, October 2004, V. 11, No. 4, pg. 8.

Kmetzo, Denise and Collins, R.D., 2004. Data Usability: It's Much More Than QA/QC. LSPA News, October 2004, V. 11 No. 4, pg. 3.

Collins, R. D., 2003. Primer on Asbestos and Asbestos Methods. LSPA News, June 2003, V.10, No. 4, pg. 5.

Collins, R.D., 2003. Learn From One Another, Tech Practices Promotes "MCP Help List." LSPA News, March 2003, V.10, No. 2, pg. 6.

Collins, R.D., 2003. Background PAH and Metal concentrations in Soil. LSPA News, January 2003, V.10, No. 1, pg. 5.

Stimpson, Wesley E. and Collins, R.D., 2002. LSPA Provides New Communication Help Tools. LSPA News, December 2002, V.9, No. 11, pg. 5.

Halliwell, Kris and Collins R.D. 2002. Interesting Things You Might Want to Know (or Not!). LSPA News, September 2002, V.9, No. 9, pg. 6.

Collins, R.D. 2002. LSPA Summer Intern May Be Calling You. LSPA News, July/August 2002, V.9, No. 7, pg 11.

Collins, R. D. 2002. Introducing the "Orange Sheet" Member Alert. LSPA News, March 2002, V.9, No. 3, pg. 10.

Bois, C., Collins, R.D., Moran, B. and Menoyo, D. 2001. Privatized, Risk-Based Decision-Making in Massachusetts Hazardous Waste Site Cleanups. Presentation at Amherst Soils Conference, October 2001.

Collins, R.D., 2001. The "Orange Sheet" - a Risk Management Tool for Use with Your Clients. Presentation to LSP Association April 2001 meeting.

Collins, R.D., and Bethiaume, S. 2000. Waste Site Cleanup Program Performance: Progress Report on Review of Available Program Data. Presentation to LSP Association December 2000 meeting.

Collins, R.D. LSPA *News*, President's Message Column, prepared monthly from July 2000 to June 2001.



Collins, R.D. and Antonaides, S., 1999. Transforming Environmentally Impaired Sites to productive New Uses: Managing the Transition. New England Environmental Expo Paper at Brownfields Symposium, May, 1999.

Collins, R.D., and Colby, H.W., 1993, Weather to Sample or Not: A Statistical Evaluation of the Success Rates for Stormwater Sampling for a Large Group NPDES Stormwater Permit Application, N.E. Envir. Expo, May 1993.

Collins, R.D., Hill, M., and Hepburn J.C., 1988, The Andover Granite: Evidence for Heterogeneous Anatectic Magmatism, Nashoba Zone, Eastern, Massachusetts, Geological Society of America Abstracts with Programs, V.20, No. 1, pg. 13.

Collins, R.D., Hill M., Hepburn, J.C., and Hon, R., 1985, Petrographic and Geochemical Subdivision of the Andover Granite, Eastern Massachusetts, Geological Society of America Abstracts with Programs, V.17, No. 1, pg. 12.

Hill, M.D., Hepburn, J.C., Collins, R.D., and Hon, R., 1984, Igneous Rocks of the Nashoba Zone, Eastern Massachusetts, In: Hanson L. (ed.), Geology of the Coastal Lowlands: Boston to Kennebunk, Maine, New England Intercollegiate Geologic Conference, Department of Geological Sciences, Salem State College, Salem, MA, pgs. 61-80.

**Previous Testimony & Deposition**

Case:  Grace Energy Corporation vs. Kaneb Pipeline Operating Partnership; Trial Date:  May 8, 2000 to May 19, 2000; Court, Docket No.: 191st Judicial District Court of Dallas County, Texas; Case # 97005135-J.

Case:  Avon Custom Mixing vs. Chase Corporation; Trial Date:  July 31, 2000 to August 1, 2000; Court, Docket No.:  Superior Court, Norfolk County, MA; Civil Action No. 99-00507.

**Appendix B**



WOODARD & CURRAN
Engineering · Science · Operations

SITE PLAN

MYSTIC LANDING
EVERETT, MASSACHUSETTS

FIGURE 1

AERIAL PHOTO WAS TAKEN ON JULY 3, 2004



WOODARD & CURRAN
Engineering · Science · Operations

SITE LOCUS

DESIGNED BY: DAK
CHECKED BY: RDC/DAK
DRAWN BY: EVR
Figure 2.dwg

MYSTIC LANDING
EVERETT, MASSACHUSETTS

JOB NO: 206449
DATE: SEPT. 2005
SCALE: N.T.S
FIGURE 2

SITE

NORTH

# Appendix C

SOLID WASTE STOCKPILES



PHOTOGRAPH 1



PHOTOGRAPH 2

SOLID WASTE PILES



PHOTOGRAPH 3



PHOTOGRAPH 4



PHOTOGRAPH 5



PHOTOGRAPH 6

ASBESTOS CONTAINING SOIL STOCKPILES



PHOTOGRAPH 7



PHOTOGRAPH 8

STOCKPILES OF ASBESTOS CONTAINING SOIL



PHOTOGRAPH 9



PHOTOGRAPH 10



PHOTOGRAPH 11



PHOTOGRAPH 12

SOIL SAMPLES S-29 & S-30
STRUCTURAL STEEL STOCKPILE AREA



SOIL SAMPLE S-29
NORTH OF
STRUCTURAL
STEEL STOCKPILE

PHOTOGRAPH 13



SOIL SAMPLE S-29
NORTH OF
STRUCTURAL
STEEL STOCKPILE
(CLOSE-UP OF
SAMPLE LOCATION)

PHOTOGRAPH 14



SOIL SAMPLE S-30
EAST OF STRUCTURAL STEEL STOCKPILE

PHOTOGRAPH 15

SOIL SAMPLE S-39
PETROLEUM STORAGE AREA



PHOTOGRAPH 16



PHOTOGRAPH 17

SOIL SAMPLE S-42
REINFORCING STEEL STOCKPILE AREA



PHOTOGRAPH 18



PHOTOGRAPH 19

**Appendix D**



STOCKPILED STRUCTURAL STEEL
S-28 LEAD = 2,400 TO 4,500 mg/kg
S-29 LEAD = 3,100 mg/kg
S-30 LEAD = 810 mg/kg

STOCKPILED REINFORCING STEEL
S-42
LEAD = 720 mg/kg

PETROLEUM STORAGE AREA
S-38
C09-C36 ALIPHATICS = 27,500 mg/kg
C11-C22 AROMATICS = 2,940 mg/kg

AERIAL PHOTO WAS TAKEN ON JULY 5, 1996.
SAMPLE LOCATIONS ARE APPROXIMATE.

REPORTABLE RELEASES
ASSOCIATED WITH
SITE OPERATIONS

MYSTIC LANDING
EVERETT, MASSACHUSETTS

WOODARD & CURRAN
Engineering · Science · Operations

FIGURE 3

JOB NO. 209444
DATE: JULY 2005
SCALE: NOT TO SCALE

DESIGNED BY: DAK
DRAWN BY: RBG/DAK
CHECKED BY: DAK
CHECKED BY: JTD
Figure 1 & 3.dwg

**Appendix E**



**Mystic Landing LLC**
**Alford Street/Broadway**
**MCP Deadline Timeline**

**MCP Cleanup Timeline[1]**

| Report Spill/Site | Phase I Initial Site Assessment Site Tier Classification | Phase II Site Assessment Phase III Remedial Action Plan | Phase IV Remedial Implementation Plan | Response Action Outcome Permanent Solution Achieved |

| YEAR 0 | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |

Phase I Initial Site Investigation Submitted to DEP Classified as Tier II Disposal Site

RNF Submitted to DEP

☑ No Phase II CSA Submitted
☑ No Phase III RAP Submitted
☑ No Phase IV RIP Prepared

☑ No RAO or other Compliant Filing

**Mystic Landing LLC Property Alford Street/Broadway MCP Compliance Timeline**

[1] Adopted from DEP 2004