# EXHIBIT 1.C.



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108  617-292-5500

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

LAUREN A. LISS
Commissioner

February 11, 2003

Michael Lewis, Director
Massachusetts Turnpike Authority
CA/T Project
185 Kneeland Street
Boston, MA   02111

and

Max Marino
Modern Continental Company
101 Broad Street
Boston, MA   02210

Re:    CA/T, C17A6
Incident #145
Contaminated Soils at Modern
Continental Everett Yard

**Asbestos Abatement, Emergency
Waiver #0301855**

Dear Mr. Lewis and Mr. Marino:

The Department of Environmental Protection (DEP) acknowledges receipt of December 30, 2002, correspondence (attachment No. 1) from Paul Stakutis (MTA) which provided details of, and corrective actions for, Incident #145 which occurred October 12, 2002, on CA/T Contract C17A6 where the contractor, Modern Continental Company ("Modern Continental") shipped asbestos containing material (ACM) in utility ductbank debris to Subaru Pier and also to its off-alignment storage yard in Everett.  In addition to the ductbank debris, Modern Continental shipped various other ACM debris to the Everett Yard.  Upon finding the utility ductbank debris at Subaru Pier and learning of the shipments to the Everett Yard, CA/T staff notified DEP of the situation.  Attachment No. 2 is a chronology of events prepared for MTA by CDM for the weekend of October 14, 2002, relative to Incident #145.

On January 30, 2003, DEP received a Construction Document Transmittal from John Wright (CA/T Project) which forwarded to DEP a January 30, 2003, Asbestos Abatement Workplan (attachment No. 3) prepared for Modern Continental by Hygienetics Environmental Services, Inc. ("Hygienetics") for ACM material at the Everett Yard.  DEP subsequently received from Hygienetics a February 6, 2003, Amendment #1 (attachment No. 4) to the January 30th Workplan.  This Amendment was prepared based upon discussions which occurred at a February 6, 2003, site inspection among staff from the CA/T Project, Hygienetics and DEP.

This information is available in alternate format. Call Aprel McCabe, ADA Coordinator at 1-617-556-1171. TDD Service - 1-800-298-2207.

DEP on the World Wide Web:  http://www.mass.gov/dep
♲ Printed on Recycled Paper

In addition to the above-described documents, DEP is in receipt of December 3, 2002, correspondence (attachment No. 5) from CDM to Ken Chin (CA/T Project) and October 25, 2002, correspondence (attachment No. 6) from Hygienetics to CDM.

Based on DEP's review of the above referenced documents, and the discussions which took place at the February 6th site inspection, DEP herewith approves the implementation of the Amended Asbestos Abatement Workplan subject to the following conditions and caveats.

(1)   Any of the 21 stockpiles currently located on unpaved portions of Modern Continental's Everett Yard that require soil removal procedures shall include excavation/removal of not less than six (6) inches of pre-existing soils to ensure that the soils brought to the site soils are fully removed.

(2)   If ACM material is found during inspection, culling, or loading operations, soil around the ACM material shall also be removed and managed as ACM-contaminated material; the surrounding soil to be at least 6 inches below and 12-inches around the ACM material.

As requested by Chris Barnett and Richard Mansfield (CA/T Project), DEP will allow the soil in stockpiles 1,2, 5 and 8 that are determined by the procedures described in the above documents to be non-ACM contaminated, to be trucked by IMTR to Subaru Pier for management by the CA/T Project as Non-Clearance Soil.

Notwithstanding this approval and authorization, the Department reserves the right to exercise the full extent of its legal authority with regard to Incident #145 in order to obtain full compliance with all applicable requirements, including but not limited to criminal prosecution, civil action including court-imposed civil penalties, or administrative penalties assessed by the Department.

Feel free to contact me at (617) 292-5698 if you have any questions regarding this correspondence.

MTA #2002—1969K
And 2003-127K

Very truly yours,

Steven G. Lipman, P.E.
Special Projects Coordinator

SGL/wp
7B: lewis21

cc: Chris Barnett, Richard Mansfield, Ken Chin, Ashan Lari (CA/T)

Paul Orr, Modern Continental, 101 Broad Street, Boston, MA
    02210
Mark Mongon, Hygienetics Environmental Services, Inc., 180 Portland Street,
    Boston, MA 02114
Dick Christian and Bruce Conklin (CDM)
Richard Ganty, GZA Remediation Inc., One Edgewater Drive, Norwood, MA 02062
Iris Davis, James Jordan, Joe Dorant, John Carrigan, Eric Worrall (DEP)



**Massachusetts Turnpike Authority**
Central Artery/Tunnel Project

December 30, 2002

Mr. Steven G. Lipman, P.E.
Special Projects Coordinator
Massachusetts Department of Environmental Protection
One Winter Street
Boston, MA 02108

Subject:    Central Artery(I-93)/Tunnel (I-90) Project
            Contract No. C17A6
            Asbestos Containing Debris Incident

Dear Mr. Lipman:

We are writing you to provide details and propose corrective actions for an incident we reported to you which occurred October 12, 2002, on Central Artery/Tunnel (CA/T) Project Contract C17A6, where the Contractor, Modern Continental Construction Co. (MCC), inadvertently shipped utility ductbank debris to Subaru Pier, and also shipped the same material to MCC's storage yard in Everett, MA. As you are aware, some of the debris at the Everett facility has been found to contain asbestos.

Enclosed for your review and use are field reports and a chronology from the Project's Right of Way Assessment and Remediation Services (ROWARS) consultants, Camp Dresser and McKee (CDM) and Hygienetics Environmental Services, Inc. (HES) documenting this event. We also are forwarding a site investigation summary with photographs of the Everett site, which includes an Asbestos Sampling Report and a site locus plan.

According to representatives from MCC, all soil stored on the Everett site was removed from CA/T excavation work on Contract C17A6 in non-Clearance areas. With your concurrence, CA/T has chemically tested the soil presently stockpiled in Everett in accordance with the Tier I Sampling Protocol established for non-Clearance soils. Once the stockpiles are approved as chemically suitable, they will be transferred to Subaru Pier under CA/T internal material tracking record. During loading of the stockpiles, HES will be on site to identify and cull any suspect asbestos-containing materials that may be discovered during dismantling of the stockpiles.



**Massachusetts Turnpike Authority**

Central Artery/Tunnel Project

Mr. Steven G. Lipman, P.E.
Page 2 of 2

I would like to take this opportunity to express my appreciation for your assistance and cooperation in resolving this matter. If you require any further details or wish to discuss this matter, please do not hesitate to call. My point of contact for this issue is Mr. Richard Mansfield at (617) 951-6301.

Sincerely,

MASSACHUSETTS TURNPIKE AUTHORITY

Paul A. Stakutis
Director of Environmental Affairs

PAS/RDM/fba

2002-1969K
EN-9.3.87

Enclosures:   (1)   CDM Letter LO-CAT-02-26G-0397
                    Contract C17A6 Tier I Data for Everett Stockpiles

              (2)   ACM Data with Site Sketch

              (3)   CDM Choronology

              (4)   CDM Field Engineer's Daily Report - 10/12/02

              (5)   Photographs

**C17A6 Kneeland to Charles River; Viaduct Demolition and Surface Restoration**

**Purchase St. Traffic Decking Operation**

*Weekend of October 14th, 2002*
*Chronology of Events*

Friday, October 11th, 2002

- 10:00 P.M.: Set up Purchase St. traffic closure, begin excavation for installation of traffic decking girders.

Saturday, October 13th, 2002

- 12:00 A.M. – 5:00 A.M.: Excavate and haul non-clearance material to Subaru Pier. Non-clearance material riddled with old demolished building debris ( Concrete, brick, granite block )
- 5:30 A.M.: Subaru Pier directs MCC to cease hauling to Subaru due to discovery of an oversized piece of concrete duct bank mixed with the material previously shipped from C17A6 earlier in the morning.
- 5:45 A.M.: MCC Superintendents Carl Bucknell and David Arruda drive to Subaru to investigate and explain that the concrete duct bank and debris was mistakenly taken to Subaru.
- 6:00 A.M.: MCC Senior Project Manager, Joe Toffoloni, notifies B/PB Resident Engineer, Larry O'Brien, of Subaru shut down and asks for assistance in reopening Subaru to accept Purchase St. material. MCC Superintendent, Carl Bucknell continues excavation and directs the trucks to transport the material to Everett Yard, where the material would be temporarily stockpiled until the Subaru Pier was reopened.
- 6:15 A.M.: MCC's Safety Manager Ed LaValle and CDM's Asahn Lowrie, discover abandoned concrete duct bank containing orangeburg conduit within the excavation. Broken orangeburg conduit debris was scattered on the ground around the duct bank. CDM directs MCC to establish poly-lined stockpile area adjacent to excavation and transfer all duct bank and orangeburg debris from excavation to stockpile area. CDM notifies John Ryan, Hygienetics, about discovery of orangeburg duct bank and requests response to scene.
- 6:30 A.M.: B/PB Resident Engineer, Larry O' Brien, discusses problem with Subaru Pier in attempt to re-open for C17A6 material.
- 9:00 A.M.: B/PB is notified that Subaru Pier has been re-opened to accept C17A6 material form Purchase St. MCC is not informed of this development, and continues to haul material and stockpile it at Everett Yard.

- 10:00 A.M.: John Ryan, Hygienetics, arrives on scene and assumes control of the handling of the uncharted material within the excavation. MCC discovers a second duct bank. Under the supervision of CDM, MCC removes a 10 foot-long section of the duct bank. It appeared to contain transite conduit. John Ryan directs MCC to place the 10' section of transite duct bank on a poly stockpile and directs MCC to cease excavation operations.
- 10:15 A.M.: Ed LaVallee receives call from Rich Mansfield of CA/T, who confirms that MCC is to follow instructions of Hygienetics for the containment of orangeburg and transite material. John Ryan instructs MCC to excavate one foot below the elevation of the transite duct bank and place the excavated material in a scale pan at the site. John Ryan collects samples from both the orangeburg and transite duct bank. He instructs MCC to resume excavation with care and to segregate all duct bank material and transfer to stockpile on the site.
- 10:30 A.M.: John Ryan drives to Subaru to investigate presence of orangeburg and collect samples.
- 12:00 P.M.: John Ryan informs Ed LaVallee that the C17A6 material at Subaru includes orangeburg debris.
- 1:30 P.M.: MCC continues excavation and discovers abandoned 12" steam pipe wrapped in insulation, suspected to be ACM. John Ryan halts excavation and notifies Ed LaVallee of situation. He requests BATG to contact the C17A6 Emergency Response Contractor for asbestos abatement.
- 3:00 P.M.: Ed LaVallee talks with Rich Mansfield and both agree to contact either LVI or Aulson for emergency asbestos response.
- 4:00 P.M.: Ed LaVallee successfully contacts LVI and arranges for emergency response.
- 6:00 P.M.: LVI arrives on scene and removes pipe under full containment.
- 9:00 P.M.: MCC resumes excavation and completes excavation by 11:00 P.M.



**Massachusetts Turnpike Authority**
Central Artery/Tunnel
185 Kneeland Street
Boston, Massachusetts 02111

| DATE: | 1/30/03 | NO: | 2003-127K |
|---|---|---|---|
| FILE NOS: | EN-9.3.87, CO-8.26G.06.01 |
| | CO-8.26G.60.17A6 |

## CONSTRUCTION DOCUMENT TRANSMITTAL

TO:  Steve Lipman
     MDEP
     One Winter Street
     Boston, MA  02108

CONTRACT NAME:  ROWARS
CONTRACT NUMBER:  97159-M026G
CONTRACTOR NAME:  Camp Dresser & McKee, Inc.

DOCUMENT DESCRIPTION:

| NUMBER OF COPIES | DATE | REVISION NUMBER | DESCRIPTION/TITLE |
|---|---|---|---|
| 1 each | 1/30/03 | | Asbestos Abatement - Modern Continental Yard |
| | | | Rte. 99 Boston/Everett Line |
| | | | Clean Up and Disposal of Asbestos Contaminated Soil Piles |
| | | | C25A4 - incident #145 |

THIS DOCUMENT IS BEING SUBMITTED IN COMPLIANCE WITH THE FOLLOWING PERMITS:

| PERMIT TITLE | SECTION | PAGE NUMBER |
|---|---|---|
| N.A. | | |

THE DOCUMENT IS BEING REVIEWED SIMULTANEOUSLY BY THE FOLLOWING AGENCIES/ORGANIZATIONS:

COMMENTS/APPROVAL REQUESTED BY: ☐    CRITICAL PATH DOCUMENT

DATE ☐    APPROVAL REQUIRED TO START
PLEASE RETURN ALL COMMENTS/APPROVAL TO:    CONTRACTOR ACTIVITY

REMARKS:

COPIES TO:

John J. Wright
Area Construction Manager

THIS FORM TO BE USED FOR SUBMITTAL TO REGULATORY AGENCIES ONLY

If enclosure(s) are not as noted, kindly notify us immediately.

AD098 (8/93)

Richard McGanty
Project Manager
GZA Remediation, Inc.                                   January 30, 2003
One Edgewater Drive
Norwood, MA 02062
781-278-3700
781-278-5701

Re:    Asbestos Abatement – Modern Continental Yard – Rte 99 Boston/Everett Line
       Clean Up and Disposal of Asbestos Contaminated Soil Piles
       C25A4 - Incident # 145

Dear Mr. McGanty:

      LVI conducted a cursory site visit at the above referenced project to determine the intent and scope of work. As requested, please find LVI's interpretation of the project and our plan of action to abate the asbestos containing materials.

*Site Specific Plan of Action*

   o   A situation in which various quantities of asbestos containing materials (orangeburg pipe, transite pipe, rope caulking and mastic on corrugated pipe) has recently been discovered within 4 of the 21 storage areas located within the Modern Continental Yard, located off of Route 99 at the Boston / Everett town line. Testing and a site sketch have been performed by the Owner's Representative, Hygienetics. Copies of the test results, locations of confirmed ACM and a site sketch are provided as attachments to this plan.   In effort to allow the contractor to proceed, the ACM must be removed from the storage areas and properly packaged, or the soil in its entirety must be packaged and removed from the site for final disposal.

   •   In General, the site contains 21 various sized storage areas containing different materials. The storage areas are denoted with numbers ranging from 1 through 21 and are further identified below:

| Stockpile# # | Estimated C.Y. | Composition of Stockpile | Stockpile # | Estimated C.Y. | Composition of Stockpile |
|---|---|---|---|---|---|
| 1* | 1000 C.Y. | Soil | 2* | 200 C.Y | Soil |
| 3 | 75 C.Y | Soil | 4 | 100 C.Y | Const. Debris |
| 5 | 300 C.Y | Soil | 6 | 1000 C.Y | Concrete |
| 7 | 1000 C.Y | Asphalt | 8* | 1000 C.Y | Soil |
| 9 | 3600 C.Y | Concrete | 10 | NA | Gravel |
| 11 | NA | Structural Steel | 12 | NA | Structural Steel |
| 13 | NA | Equip. Storage | 14 | NA | Pipe Storage |
| 15 | NA | Concrete | 16 | NA | Wood |
| 17 | NA | Steel/Concrete | 18 | NA | Steel |
| 19 | NA | Const Material | 20* | NA | Trailer Storage |
| 21 | NA | Const Material | | | |

   ▲   Hygienetics Sampling has confirmed asbestos containing materials are present within these storage areas. Storage areas that may contain suspect ACM include areas # 3,4,5,6,7,and 9.

01-30-03   13:18   FROM-HYGIENETICS ENVIRONMENTAL          +617-3671386          T-666   P.03/04   F-970

- Asbestos Abatement work performed under this work plan will require a pre site MADEP Inspection prior to official implementation of the proposed work.

- Hygienetics Environmental Services will be on site at all times during asbestos inspection and abatement activities. No asbestos work can be conducted without the presence of Hygienetics on site.

*Work Area Procedures – Asbestos Abatement*

- Stockpiles containing soil (#1, #2, #3, #5, and #8) will have their soil tested for asbestos content, via PLM, prior to implementation of this work plan. The soil sampling will be performed in a uniform manner, 9 bulk samples per stockpile, at varying depths throughout each pile. Soil that tests positive for asbestos content will be disposed of as ACM in accordance with the provisions of this work plan. All ACM will be packaged and disposed of as ACM waste and be placed into a 30 yard container lined with two, 10-mil liners. Labels shall be affixed to each package / bag noting the generator and proper shipping requirements. 40 mil rubber membrane will be placed directly under all containers that will hold ACM. The membrane will extend 10 feet out from all sides of the container. The membrane will be cleaned of all ACM debris upon completion of the container being filled.

- Confirmed ACM is currently contained within stockpiles #1, #2, # 8 and # 20. Suspect ACM may be contained within storage areas #3, #4, #5, #6, #7 and #9. Stockpiles #1, #2, #3, #4, #5, #6, #7, #8, #9 and # 20 will be visually inspected for ACM material in accordance with the provisions of this work plan.

- Modern Continental will provide heavy equipment (tire mounted) and an operator to move the soil / debris as necessary to facilitate the work.

- Containment of the work area will be done by cordoning off the immediate area around each individual work zone with caution tape.

- A three-stage plywood remote decontamination facility will be erected in the work area. Hot water and soap will be supplied for decontamination purposes, in addition to hooks, benches and separate containers for storage of employee clothing.

- An equipment decontamination area will be constructed adjacent to the work zone, consisting of a 40 mil rubber membrane **mechanically graded** to a collection point. Water collected will be filtered through a multi stage 5-micron filtration system. Debris collected will be packaged and disposed of as ACM. **Note:** an equipment decontamination area will be constructed adjacent to each individual stockpile that is visually inspected.

o  Water shall be provided to the work area by garden hoses. Workers shall double suit and don 1/2 face respirators protection in accordance with 29 CFR 1926.1011.

o  Power and lighting will be provided by LVI. If adequate power is not available at the project, LVI will provide a generator for power supply.

o    The stockpile will be excavated in three (3) foot deep increments, with Hygienetics visually inspecting the process.

•    The general contractor will load, transport and dump each pile onto 6 mil polyethylene drops cloth placed adjacent to the work area. These loads will be visually inspected by Hygienetics, with LVI on site to cull the soil with rakes and shovels to remove any visible and / or suspect ACM. **Confirmed ACM and associated soil** will be disposed of as per the requirements of this work plan. **Suspect ACM and associated soil** will be segregated, placed on and be covered by 6-mil polyethylene sheeting, and tested by PLM for asbestos content.

•    Continuous misting of the soil stockpile will be performed by LVI during the all excavation activities.

o    Hygienetics will perform perimeter air monitoring (PCM) during all excavation activities. If air levels exceed 0.01 f/cc, work will stop, MADEP notified and additional engineering controls implemented.

o    Hygienetics Environmental will be on site and monitor LVI's activities. Hygienetics will perform a final visual inspection of all work areas where asbestos was found. Upon passing final visual clearance, Hygienetics will perform soil sampling of native soil in the designated work area. The work are will not be considered clean until all soil samples test negative for asbestos content. In work areas that test positive for asbestos content, LVI will re-clean the surface area, taking a minimum of 6 inches of soil and disposing of it as ACM. This process will continue until all soil samples test negative for asbestos content. Any and all testing to confirm that the asbestos has been sufficiently removed shall be directed by and provided by the Owner.

•    All ACM will be packaged and disposed of as ACM waste and be placed into a 30 yard dumpster lined with two, 10-mil liners. Labels shall be affixed to each package / bag noting the generator and proper shipping requirements. These materials shall be provided by LVI. 40 mil rubber membrane will be placed directly under all containers that will hold ACM. The membrane will extend 10 feet out from all sides of the container. The membrane will be cleaned of all ACM debris upon completion of the container being filled. Containers will be properly placarded with four 2212 DOT signs, one for each side of the containers.

*Waste Disposal Facility - Asbestos Abatement*

All waste will be disposed of at: Waste Management of Rochester, NH,
PO Box 7065
Gonic, NH 03839

## Contingency Plan - Asbestos Abatement

Should it be determined in the field that the removal of the visible ACM is not effective in decontaminating the existing pile of soil. LVI and GZA will excavate all soil and place into a lined (2, 10 mil polyethylene bladder bags) dumpsite or drums and transport all soil as asbestos waste.

Schedule and pricing will be impacted and will require adjustment should this contingency plan be utilized.

February 6th, 2003

Re:    MADEP Emergency Waiver # 0301855
       Amendment # 1 -Asbestos Abatement - MADEP Approved Work Plan –
       Modern Continental Yard –   Rte 99 Boston/Everett Line
       Clean Up and Disposal of Asbestos Contaminated Soil Piles
       C25A4 – Incident #  145

       Attn: Mr. Jim Jordan

*Amendment # 1- Soil Sampling*

- Stockpiles containing soil (#1, #2, #3, #5, and #8) will have their soil tested for asbestos content, via PLM, prior to implementation of this work plan. The soil sampling will be performed in a uniform manner, 4 bulk samples per quadrant, not to exceed 250 cubic yards per quadrant, at varying depths throughout each quadrant. The following are the projected number of quadrants and samples for each stockpile containing soil.

| Stockpile# | Estimated | Number of Quadrants | Total Number Samples |
|---|---|---|---|
| 1 | 1000 C.Y. | 4 | 16 |
| 2 | 200 C.Y | 1 | 4 |
| 3 | 75 C.Y | 1 | 4 |
| 5 | 300 C.Y | 2 | 8 |
| 8 | 1000 C.Y | 4 | 16 |

- Quadrants where soil tests positive for asbestos content will be disposed of as ACM in accordance with the provisions of the approved work plan. All ACM will be packaged and disposed of as ACM waste and be placed into a 30 yard container lined with two, 10-mil liners. Labels shall be affixed to each package / bag noting the generator and proper shipping requirements. 40 mil rubber membrane will be placed directly under all containers that will hold ACM. The membrane will extend 10 feet out from all sides of the container  The membrane will be cleaned of all ACM debris upon completion of the container being filled.



One Cambridge Place, 50 Hampshire Street
Cambridge, Massachusetts 02139
tel: 617 452-6000
fax: 617 452-8000

LO-CAT-02-26G-0397

December 3, 2002

Mr. Ken Chin                                    DEC 0 3 2002
Authorized Representative
CA/T Project
Bechtel/Parsons Brinckerhoff
185 Kneeland Street
Boston, MA 02111

Subject:    Central Artery (I-93)/Tunnel (I-90) Project
            Contract 97159-M026G
            Construction Contract C17A6 – Tier I Data for Everett Stockpiles

Dear Mr. Chin:

On November 20, 2002, CDM collected samples from five stockpiles of material currently
stored at the Modern Continental yard in Everett Massachusetts. The stockpiles sampled are
labeled 1, 2, 3, 5, and 8 on the attached sketch. According to representatives of Modern
Continental, the materials in stockpiles 1, 2, 5, and 8 were excavated from non-clearance areas
on the CA/T Project, and the material in stockpile 3 consists of street sweepings. Two
samples were collected from each stockpile according to Tier I sampling protocols, and
submitted to Alpha Analytical Laboratory for Tier I test parameters. A copy of the laboratory
report is enclosed, and the results are summarized in the attached table and discussed below.

### Soil Stockpiles 1, 2, 5, and 8

As indicated by the data, the material in stockpiles 1,2,5, and 8 is now characterized as Non
Clearance material.

The Tier I data for stockpiles 1,2,5, and 8 should be provided to the C21S3 Contractor to allow
for receipt of this soil as pre-tested material at Subaru Pier.

Culling of stockpiles 1, 2, 5, and 8 for possible ACM will also be required for final disposition
of the material.

### Street Sweepings Stockpile 3

It is our understanding that street sweepings are not acceptable for delivery to Subaru Pier,
and arrangement for final disposal is the C17A6 Contractor's responsibility. Based on the test

\\Camsvr03\prv\CAT\Letters\Tier 1 Data C17A6.doc

consulting · engineering · construction · operations



Mr. Ken Chin
December 3, 2002
Page 2

results for stockpile 3, the street sweepings appear to be chemically suitable for disposal
characterization as non-RCRA material, and should be disposed of by the Contractor
accordingly.  The Project may want to provide the data for stockpile 3 to the Contractor for
use in arranging for final disposal of the material.

If you have any questions or want to discuss this matter further, please call.

Very truly yours,

Bruce R. Conklin, P.E.
Vice President
Camp Dresser & McKee Inc.

Enclosure

cc:  D. Murphy
     E. Dahlgren

Comparison of C17A6 Analytical Data to Project Clearance Criteria

Central Artery/Tunnel Project
Boston, Massachusetts

| Chemical | CA/T Project Clearance Criteria [1] (mg/kg) | SAMPLE IDENTIFICATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Everett-SS1-01 (mg/kg) | Everett-SS1-02 (mg/kg) | Everett-SS2-01 (mg/kg) | Everett-SS2-02 (mg/kg) | Everett-SS3-01 (mg/kg) | Everett-SS3-02 (mg/kg) | Everett-SS5-01 (mg/kg) | Everett-SS5-02 (mg/kg) | Everett-SS8-01 (mg/kg) | Everett-SS8-02 (mg/kg) |
| TPH | 3,000 | 120 | 120 | 150 | 190 | 980 | 990 | 360 | 570 | 420 | ND |
| PAHs - Total | 300 | 1.7 | 2.2 | 11 | 20 | ND | 6.7 | ND | ND | 5.6 | ND |
| PCBs - Total | 10 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| VOCs - Total | NL | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| METALS | | | | | | | | | | | |
| Arsenic - Total | 100 | 4.5 | 5.5 | 7.0 | 7.4 | 3.7 | 5.9 | 4.8 | 3.9 | 2.5 | 3.3 |
| Cadmium - Total | 20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chromium - Total | 100 | 6.8 | 9.6 | 11 | 9.2 | 12 | 14 | 12 | 11 | 4.2 | 7.2 |
| Lead - Total | 250 | 16 | 53 | 17 | 19 | 34 | 50 | 22 | 36 | 20 | 26 |
| Mercury - Total | 4 | ND | 0.13 | ND | 0.14 | ND | ND | 0.09 | 0.13 | 0.14 | ND |

Notes:
(1): Metals criteria are trigger values for conducting the toxicity characteristic leaching procedure (TCLP).
    Clearance criteria are based on TCLP results.
ND = Chemical Not detected
NL = No limit available

## ALPHA ANALYTICAL LABORATORIES

**Eight Walkup Drive**
Westborough, Massachusetts  01581-1019
(508) 898-9220          www.alphalab.com

MA:M-MA086 NH:200301-A CT:PH-0574 ME:MA086 RI:65 NY:11148 NJ:MA935 Army:USACE

### CERTIFICATE OF ANALYSIS

Client:  Camp Dresser & McKee, Inc.              Laboratory Job Number: L0211882

Address: 1 Cambridge Place
         50 Hampshire Street
         Cambridge, MA  02139                    Date Received:  20-NOV-2002

Attn:    Mr. Dick Christian                       Date Reported:  27-NOV-2002

Project Number: C17A6                             Delivery Method: Alpha

Site:    CA/T-MHD

| ALPHA SAMPLE NUMBER | CLIENT IDENTIFICATION | SAMPLE LOCATION |
|---|---|---|
| L0211882-01 | EVERETT-SS1-01 | EVERETT, MA |
| L0211882-02 | EVERETT-SS1-02 | EVERETT, MA |
| L0211882-03 | EVERETT-SS2-01 | EVERETT, MA |
| L0211882-04 | EVERETT-SS2-02 | EVERETT, MA |
| L0211882-05 | EVERETT-SS3-01 | EVERETT, MA |
| L0211882-06 | EVERETT-SS3-02 | EVERETT, MA |
| L0211882-07 | EVERETT-SS5-01 | EVERETT, MA |
| L0211882-08 | EVERETT-SS5-02 | EVERETT, MA |
| L0211882-09 | EVERETT-SS8-01 | EVERETT, MA |
| L0211882-10 | EVERETT-SS8-02 | EVERETT, MA |

I, the undersigned, attest under the pains and penalties of perjury that, based upon
my personal inquiry of those responsible for obtaining the information, the material
contained in this report is, to the best of my knowledge and belief, accurate and
complete.  This certificate of analysis is not complete unless this page accompanies
any and all pages of this report.

Authorized by:Scott McLean

          Scott McLean - Technical Director
          This document electronically signed



Hygienetics Environmental Services, Inc.

180 Portland Street
Boston, MA  02114

Phone: (617) 723-4664
Fax: (617) 367-1386

October 25, 2002

Mr. Bruce Conklin
Camp Dresser & McKee, Inc.
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

RE:     Asbestos Containing Material Summary – Modern Continental Yard –
        Route 99 Boston/Everett Line

Dear Mr. Conklin:

Hygienetics Environmental Services, Inc. (HES) has been requested by the Massachusetts Department of Environmental Protection (MADEP) to provide a summary of asbestos containing material found during an inspection of the Modern Continenetal Yard, Route 99 at the Boston/Everett Line. The inspection, in areas defined by Modern Continental as containing CA/T construction debris, was performed by HES October 21st through October 22nd, 2002. Bulk samples were taken of suspect asbestos containing material and analyzed via Polarized Light Microscopy (PLM) at Hygienetics Laboratory Services. The following materials tested positive for asbestos (greater than 1 %):

| MATERIAL TYPE | ASBESTOS CONTENT | LOCATION | ESTIMATED AMOUNT |
|---|---|---|---|
| ORANGEBURG PIPE | 2.69 % CHRYSOTILE | AREA 2 | 10 LINEAR FEET |
| TRANSITE PIPE | 35 % CHRYSOTILE | AREA 1 | 1 LINEAR FOOT |
| TRANSITE PIPE | 30 % CHRYSOTILE 5 % AMOSITE | AREA 8 | 2 LINEAR FEET |
| ROPE CAULKING | 5 % CHRYSOTILE | AREA 8 | 20 LINEAR FEET |
| MASTIC ON CORRUGATED | 10 % CHRYSOTILE | AREA 8 | 200 LINEAR FEET |
| MASTIC ON CORRUGATED | 10% CHRYSOTILE | AREA 20 | 100 LINEAR FEET |

Laboratory results for all bulk sample analysis have been included with this summary.

Areas where confirmed or suspect asbestos containing materials were found have been demarcated with caution tape to restrict contractor access, pending approval of a MADEP reviewed remediation work plan. If there are any questions concerning this subject, feel free to contact HES.

Sincerely,
Hygienetics Environmental Services, Inc.

Mark S. Mongon
Senior Project Manager
\\BOSTON1\Boston\IH\1001\1.44\MCC Yard\mcc yard summary



10-25-02  08:58   FROM-HYGIENETICS ENVIRONMENTAL        +617-3671386    T-626  P.04/10  F-304

# Hygienetics Environmental

## HYGIENETICS ENVIRONMENTAL SERVICES, INC.

### ASBESTOS BULK SAMPLE DATA FORM

**ACCOUNTABILITY RECORD** | **PAGE 1 OF 2**

REQUESTED COMPLETION DATE: 10-23-02

JOB NO.: 1001 Z 3P   BATCH B 2269

CLIENT NAME: C D M

SAMPLER'S NAME:

SIGNATURE:

METHOD OF SHIPMENT: HAND

DATE 10-24-02 TIME: 11:30

LAB NAME: HES

ADDRESS: Needham HES Boston

RECEIVED BY:

DATE: 10-24-02

ANALYST:

LAB QC APPROVAL:    DATE 10-23-02

ANALYST'S SIGNATURE:

☐ PRINTED REPORT REQUIRED
☐ ANALYZE TO FIRST POSITIVE BY GROUP
☐ ANALYZE TO FIRST POSITIVE
☐ FAX REPORT
☐ E-MAIL REPORT

**PROJECT:** CDM - Mcc Yard

NO. OF SAMPLES SUBMITTED: 12

RATE: 30.00

**PLM ANALYTICAL LABORATORY RESULTS**

| SAMPLE ID NO. | TYPE | FLOOR # | DESCRIPTION OF SAMPLING LOCATION & COMMENTS | GROUP | ANALYSIS COMMENTS |
|---|---|---|---|---|---|
| 102102-1001-1 | B | Pipe | Orange bug Pipe - Concrete Pipe - West Side | 1 | Granulometric Reduction |
| 2 | | | | 1 | |
| 3 | | | | 2 | |
| 4 | | | | 2 | |
| 5 | | | Center | 2 | |
| 6 | | | | 2 | |
| 7 | | | End Side | 2 | |
| 8 | | | Black Asphalt Material - Concrete Pipe - West Side | 3 | |
| 9 | | | | 3 | |
| 10 | | | Center | 4 | Observed in SEM |
| 11 | | | | 4 | |
| 12 | | | End Side | 4 | |

**ASBESTOS CONCENTRATIONS** / **CONCENTRATIONS OF OTHER COMPONENTS**

| LAB ID NO. | CH | AM | CR | AC | AN | TR | FG | MW | CL | SY | HA | NF | OT | SAMPLE COLOR | PC CONC | NV-PC CONC | CLA-PC CONC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010(43-02) | .02B | | | | | | | | 20 | | | 80 | | BLACK | ✓ | | |
| | .02B | | | | | | | | 20 | | | 79.97 | | BLACK | ✓ | | |
| 003 | .03b | | | | | | | | 20 | | | 79.97 | | BLACK | ✓ | | |
| 004 | .04g | | | | | | | | 10 | | | 89.96 | | BLACK | ✓ | | |
| 005 | .41 | | | | | | 5 | | 10 | | | 84.59 | | BLACK | ✓ | | |
| 006 | 0.29 | | | | | | | | 20 | | | 79.71 | | BLACK | ✓ | | |
| 007 | 0.29 | | | | | | | | 20 | | | 79.71 | | BLACK | ✓ | | |
| 008 | 0.94 | | | | | | | | 20 | | | 79.96 | | BLACK | ✓ | | |
| 009 | 0.34 | | | | | | | | 10 | | | 89.66 | | BLACK | ✓ | | |
| 010 | 0.09 | | | | | | | | 2.0 | | | 97.91 | | BLACK | ✓ | | |
| 011 | 0.27 | | | | | | | | 2.0 | | | 97.73 | | BLACK | ✓ | | |
| 012-043 | .04g | | | | | | | | 2.0 | | | 97.96 | | BLACK | ✓ | | |

**SAMPLE TYPE CODES**

**ASBESTOS TYPE CODES**

**ABBREVIATIONS FOR OTHER COMPONENTS**

ADDITIONAL COMMENTS:

**Hygienetics Environmental**

# HYGIENETICS ENVIRONMENTAL SERVICES, INC.

## ASBESTOS BULK SAMPLE DATA FORM

### PLM ANALYTICAL LABORATORY RESULTS

PROJECT: McC Yard

| LAB ID NO. | SAMPLED NO. | TYPE | DESCRIPTION OF SAMPLING LOCATION & COMMENTS |
|---|---|---|---|
| 0102030301 | 101282-1017-20 | B S | Organic burs |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | 24 | | Organic burs Pipe |
| | 25 | | |
| | 26 | | |
| | 27 | | |
| | 28 | | Black Mastic on Pipe |
| | 29 | | |
| | 30 | | Concrete |
| | 31 | | |

ACCOUNTABILITY RECORD    PAGE 1 OF 4

JOB NO: 001330    BATCH B-21273

CLIENT NAME: CDM

CONFIRMATION NO: 12

10-25-02   09:57   FROM-HYGIENETICS ENVIRONMENTAL   +617-3671386   T-626   P.07/10   F-304

**Hygienetics Environmental**

# HYGIENETICS ENVIRONMENTAL SERVICES, INC.

## ASBESTOS BULK SAMPLE DATA FORM

ACCOUNTABILITY RECORD     PAGE 2 OF 4

REQUESTED COMPLETION DATE: 10-24-02   BATCH B-2122

JOB NO. 7001-330

PROJECT: McC YARD

| SAMPLE ID NO. | TYPE | DESCRIPTION OF SAMPLING LOCATION & COMMENTS |
|---|---|---|
| 10330-1017-32 B | | |
| 32 | 7 | O.Range Pipe |
| 33 | 8 | Burg Pipe |
| 34 | | |
| 35 | | Roof Coating - 1000 cold shk - No 8 - 20 |
| 36 | | |
| 37 | | |
| 38 | | Mastic on Corrugated Pipe - 1000 cold - |
| 39 | | |
| 40 | | |
| 41 | 21 | Pipe Interior |
| 43 | | |

PLM ANALYTICAL LABORATORY RESULTS

HYGIENETICS LAB

OCT-24-2002   10:26

617 742 4285   P.02/04

ANALYSIS COMMENTS

GRAN RED ANALYZED BY

NO. OF SAMPLES SUBMITTED: 30   RATE: 30

CONFIRMATION NO.: 12

10-25-02  09:57    FROM-HYGIENETICS ENVIRONMENTAL    +617-3671386    T-626  P.08/10  F-304

## Hygienetics Environmental

# HYGIENETICS ENVIRONMENTAL SERVICES, INC.

## ASBESTOS BULK SAMPLE DATA FORM

### ACCOUNTABILITY RECORD    PAGE 3 OF 4

PROJECT: Mec

SAMPLED BY: Mec    TYPE: YARD

REQUESTED COMPLETION DATE: 10-24-02    BATCH B-2012

JOB NO: 001.330

CLIENT NAME: CDM

SAMPLER'S NAME: John Ryan

| SAMPLE NO. | TYPE/FRACTION | CH | AM | CR | AC | AN | TR | FG | MW | CL | SY | NA | NF | OT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-330-NM-41 | B | yard area | | | | | | | | | | | | | |
| 45 | | 2 | | | white siding material | | | | | | | | | | |
| 44 | | 2 | | | fire brick | | | | | 100 | | | | | |
| 47 | | 17 | | | fire brick | | | | | 100 | | | | | |
| 48 | | 30 | | mastic on corrugated pieces | | | | | 10 | | 80 | | | | |
| 49 | | | | | mastic on corrugated pieces | | | | 10 | | 80 | | | | |
| 50 | | | | | Reg. Ceiling | | | | 100 | | | | | | |
| 51 | 5 | | sheet rock | | | | | 10 | | 80 | | | | | |
| 52 | 21 | | sheet rock | | | | | 10 | | 80 | | | | | |
| 53 | | | | | Press wood | | | | | | | 100 | | | |
| 54 | | 21 | | | Press wood | | | | | | | | <1 | | |

ADDITIONAL COMMENTS:

"SAMPLE TYPE CODES"

ABBREVIATIONS FOR OTHER COMPONENTS

NO. OF SAMPLES SUBMITTED: 12    RATE 30.00

CONFIRMATION NO:

10-23-02  09:40  FROM-HYGENETICS ENVIRONMENTAL    +617-3671386    T-626  P.09/10  F-304

hygienetics
environmental

# HYGENETICS ENVIRONMENTAL SERVICES, INC.

## ASBESTOS BULK SAMPLE DATA FORM

### ACCOUNTABILITY RECORD

REQUESTED COMPLETION DATE: 10.24.02  PAGE 4 OF 4

JOB NO: 1001-330  BATCH: B-2472

PROJECT: MCC

| SAMPLE ID NO. | TYPE / FORM | DESCRIPTION OF SAMPLING LOCATION & COMMENTS |
|---|---|---|
| 1001-330-1M1-56.D | YARD | DIRT |

CLIENT NAME: CDM

SAMPLER'S NAME: John Ryu

SIGNATURE:

DATE: 10-23  TIME: 1200

METHOD OF SHIPMENT: HAND

LAB NAME: HES

ADDRESS: N. Wahob Jr. Box A

RECEIVED BY:

DATE: 10-23  SIGNATURE:

ANALYST:

LAB QC/APPROVAL:  DATE: 10-23-02

☐ ANALYZE TO FAST POSITIVE BY GROUP
☐ PRINTED REPORT REQUIRED
☐ FAX REPORT
☐ E-MAIL REPORT

NO. OF SAMPLES SUBMITTED: 5

RATE: 30.00

CONFIRMATION NO: 30.00

### PLM ANALYTICAL LABORATORY RESULTS

| LAB ID NO. | ASBESTOS CONCENTRATIONS* CH | AM | CR | AC | AN | TR | FG | CL | SY | HA | NF | QT | SAMPLE COLOR | PC CONC. | HY-PC CONC. | CA-PC CONC. | ANALYSIS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01012-59 | | | | | PAPER | | | 100 | | | | | | | | | |
| | | | | | | | 100 | | | | | | | | | |
| | | | | | | | 100 | | | | | | | | | |
| | | | | | ROPE | | 100 | | | | | | | | | |

ADDITIONAL COMMENTS:

**SAMPLE TYPE CODES**

**ASBESTOS TYPE CODES**

**ABBREVIATIONS FOR OTHER COMPONENTS**

**Hygienetics Environmental**

# HYGIENETICS ENVIRONMENTAL SERVICES, INC.

## ASBESTOS BULK SAMPLE DATA FORM

**PROJECT:** C17AG

**ACCOUNTABILITY RECORD**    **PAGE 1 OF 1**

**REQUESTED COMPLETION DATE:** 10-14-02

| JOB NO: 1001288 | BATCH 13-21554 |

**CLIENT NAME:** CDM
**SAMPLER'S NAME:** CDM
**SIGNATURE:** Qu Ryan
**DATE:** 10-10-02  **TIME:** 1000
**METHOD OF SHIPMENT:** Hand
**LAB NAME:** HCI
**ADDRESS:** N. Washington St. Boston
**RECEIVED BY:** BC Jack
**DATE:** 10-14-02  **TIME:** ____
**ANALYST:**
**LAB QC APPROVAL:**  **DATE:** 10/14/02

☐ ANALYZE TO FIRST POSITIVE BY GROUP
☐ PROTECT/REPORT REQUIRED

☐ FAX REPORT
☐ E-MAIL REPORT

### PLM ANALYTICAL LABORATORY RESULTS

| SAMPLE ID NO. | LAB ID NO. | TYPE | FLOOR # | DESCRIPTION OF SAMPLING LOCATION & COMMENTS | GROUP | MW | SY | HA | NF | OT | SAMPLE COLOR | PC CONC | HY-PC CONC | CA-PC CONC | ANALYSIS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101293-1011.1 | 012154-01 | B | E.I | Purchase St Pipe | 1 | | | 80 | | 3 C | ✓ | | | grav. reduction |
| | 02 | | | Orange Bag Pipe | 1 | 2D | 20 | 80 | 70,68 | 3C | | | | |
| | 02,03,07 | | | | 2 | 20 | | 80 | 70,65 | 3C | | | | |
| | 04,35 | | | Transite Pipe | 2 | | | | 65 | | | | | |
| | 05,35 | | | Pipe | 2 | | | | | | | | | |

**ADDITIONAL COMMENTS:**

**"SAMPLE TYPE CODES"**

**SAMPLE TYPE CODES**
CH - CHRYSOTILE
AM - AMOSITE
CR - CROCIDOLITE
AC - ACTINOLITE
AN - ANTHOPHYLLITE
TR - TREMOLITE

**ASBESTOS TYPE CODES**

**ABBREVIATIONS FOR OTHER COMPONENTS**

| NO. OF SAMPLES SUBMITTED | RATE |
|---|---|
| 5 | 30.00 |

**CONFIRMATION NO.:**