UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br><u>Third-Party Defendant.</u><br>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

<u>**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT**</u>
<u>**MODERN CONTINENTAL CONSTRUCTION CO., INC.'S**</u>
<u>**NOTICE OF FILING WITH CLERK'S OFFICE**</u>

Notice is hereby given that due to their voluminous nature, the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- Exhibits 1-3 to Plaintiff Mystic Landing LLC and Third-Party Defendant Modern Continental Construction Co., Inc.'s Rule 56.1 Statement in Opposition to Defendant Pharmacia Corporation's Motion for Partial Summary Judgment.

        MYSTIC LANDING, LLC AND MODERN
        CONTINENTAL CONSTRUCTION CO.

        By its attorneys:

        */s/ Kevin M. Plante*
        Robert G. Flanders, Jr., Esq. (BBO #170820)
        Doreen M. Zankowski, Esq. (BBO #558381)
        Kevin M. Plante, Esq. (BBO #630088)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000

DATED: November 7, 2005

## CERTIFICATE OF SERVICE

      I, Kevin M. Plante, hereby certify that on this 7th day of November 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

Signed under the penalties of perjury this 7th day of November 2005.

                                              /s/ Kevin M. Plante
                                              Kevin M. Plante