UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT
MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR
LEAVE OF COURT TO SUPPLEMENT ITS RULE 56.1 STATEMENT IN**

### OPPOSITION TO DEFENDANT PHARMACIA CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITHIN 24 HOURS OF FILING

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave of this Court to supplement its Rule 56.1 Statement of Plaintiff Mystic Landing, LLC in Opposition To Defendant Pharmacia Corporation's Motion For Partial Summary Judgment ("56.1 Statement") within 24 hours after filing. The reasons therefore are described below.

Mystic and Modern filed the following pleadings by the deadline:

1. Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc.'s Motion in Opposition To Defendant Pharmacia Corporation's Motion For Partial Summary Judgment;

2. Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc.'s Memorandum of Law in Support of their Motion in Opposition To Defendant Pharmacia Corporation's Motion For Partial Summary Judgment;

3. Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc.'s Motion To Exceed Twenty Pages In Responding To Pharmacia Corporation's Motion For Partial Summary Judgment; and

4. Rule 56.1 Statement of Plaintiff Mystic Landing, LLC in Opposition To Defendant Pharmacia Corporation's Motion For Partial Summary Judgment.

However, Mystic and Modern respectfully request that this Court allow them to supplement the Rule 56.1 Statement.

As grounds for its motion, Mystic and Modern state that it is responding not only to Pharmacia's Motion and Memorandum in Support of Pharmacia Corporation's Motion for Partial Summary Judgment ("Memorandum"), but also Mystic and Modern must respond to two other documents prepared and served by the Defendant: 1) Pharmacia Corporation's Statement of Material Facts as to Which There Is No Dispute

("Statement"), and 2) the Affidavit of Elizabeth M. DeLisle in Support of Defendant Pharmacia Corporation's Motion for Partial Summary Judgment ("Affidavit").

The Defendant's Statement contains a total of sixty-five (65) proposed material facts to which Mystic and Modern must respond or they may be deemed admitted. The Defendant's Affidavit, cited to and relied on in the Defendant's Memorandum, is comprised of two (2) separate volumes of Exhibits containing a total of forty-eight (48) Exhibits.

Mystic and Modern believe an allowance, with leave of court, to supplement the pleading will assist Mystic and Modern in responding to the substantial allegations of the Defendant, will assist the court in its consideration and resolution of this matter, and that the interests of justice will be served by the allowance of this Motion.

WHEREFORE, Mystic and Modern respectfully request that this Motion be allowed.

Notice is hereby given that due to their voluminous nature, the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- Exhibits 1-3 to Plaintiff Mystic Landing LLC and Third-Party Defendant Modern Continental Construction Co., Inc.'s Rule 56.1 Statement in Opposition to Defendant Pharmacia Corporation's Motion for Partial Summary Judgment.

        MYSTIC LANDING, LLC AND MODERN
        CONTINENTAL CONSTRUCTION CO.

        By its attorneys:

        _/s/ Kevin M. Plante_
        Robert G. Flanders, Jr., Esq. (BBO #170820)
        Doreen M. Zankowski, Esq. (BBO #558381)
        Kevin M. Plante, Esq. (BBO #630088)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000

DATED: November 7, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 7th day of November 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

Signed under the penalties of perjury this 7th day of November 2005.

/s/ Kevin M. Plante
Kevin M. Plante

#553997                                     3