UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>            Plaintiff,<br>   v.<br><br>PHARMACIA CORPORATION<br> and MONSANTO COMPANY,<br>            Defendants.<br><br>PHARMACIA CORPORATION and<br> MONSANTO COMPANY,<br>            Third-Party Plaintiffs,<br>   v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>            Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>            Third-Party Plaintiff,<br>   v.<br><br>BOSTON EDISON COMPANY,<br>            Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>            Fourth-Party Plaintiff,<br>   v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br> and MARY O'DONNELL,<br>            Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

## **STIPULATION OF DISMISSAL OF MONSANTO COMPANY**

It is hereby stipulated, consented and agreed by and among the parties pursuant to

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that Plaintiff's claims against Monsanto

B3119965.1

Company in this action are dismissed with prejudice, with all rights of appeal waived and with each party to bear her or its own costs and attorneys' fees.

By their attorneys,

/s/ Doreen M. Zankowski (by permission
       /s/ John M. Stevens)
Robert G. Flanders (BBO No. 170820)
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts  02109-1775
(617)  345-9000
  Attorneys for Mystic Landing, LLC

/s/ John M. Stevens
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617)  832-1000
Attorneys for Monsanto Company

/s/ Doreen M. Zankowski (by permission
       /s/ John M. Stevens)
Robert G. Flanders (BBO No. 170820)
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts  02109-1775
(617)  345-9000
  Attorneys for Modern Continental
   Construction Co., Inc.

/s/ John M. Stevens
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617)  832-1000
  Attorneys for Pharmacia Corporation

/s/ Douglas B. Otto (by permission
       /s/ John M. Stevens)
Douglas B. Otto (BBO No. 555269)
Jill K. Hauff (BBO No. 653886)
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210
(617)  737-8873
  Attorneys for Boston Edison Company

/s/ Howard G. Guggenheim (by permission
       /s/ John M. Stevens)
Howard G. Guggenheim (BBO No. 214150)
P. O. Box 736
Scituate, Massachusetts 02066
(781)  264-3717
  Attorney for O'Donnell Sand &
  Gravel, Inc.

/s/ Howard G. Guggenheim (by permission
       /s/ John M. Stevens)
Howard G. Guggenheim (BBO No. 214150)
P. O. Box 736
Scituate, Massachusetts 02066
(781)  264-3717
  Attorney for Mary O'Donnell

Dated:   November 8, 2005