UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant. | |
| PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC'S MOTION FOR LEAVE TO FILE AN AMENDED STATEMENT IN RESPONSE TO DEFENDANT PHARMACIA CORPORATION'S STATEMENT OF MATERIAL FACTS AND PLAINTIFF MYSTIC LANDING, LLC'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

Plaintiff Mystic Landing, LLC s ("Mystic") hereby moves for leave to file an Amended Statement in Response to Defendant Pharmacia Corporation's Statement of Material Facts and Plaintiff Mystic Landing, LLC's Statement of Additional Material Facts (the "Amended Statement") in support of their Opposition to Defendant Pharmacia Corporation's Motion for Partial Summary Judgment. The proposed Amended Statement is filed herewith.

AS GROUNDS FOR THIS MOTION, Mystic states as follows:

1. That, in order for this Court to address and fully and fairly resolve the issues raised by Defendant Pharmacia Corporation ("Pharmacia") in its Motion for Partial Summary Judgment, and in order to correct erroneous statements of both law and fact made by Pharmacia in its Motion, a full explication of the material disputed facts by Mystic is required. Granting Mystic leave to file the Amended Statement will assist the Court in fully and thoroughly resolving the issues raised by Pharmacia's Motion for Partial Summary Judgment and Mystic's Opposition thereto.

2. That the interests of judicial economy and of the parties will best be served if this Motion is allowed and Mystic is permitted to file the Amended Statement filed herewith.

**WHEREFORE**, Plaintiff Mystic Landing, LLC respectfully request that this Court grant it leave to file the Amended Statement in Response to Defendant Pharmacia Corporation's Statement of Material Facts and Plaintiff Mystic Landing, LLC's Statement of Additional Material Facts.

                        **MYSTIC LANDING, LLC**

                        By its attorneys:

                        /s/ Doreen M. Zankowski
                        _____
                        Robert G. Flanders, Jr., Esq. (BBO #170820)
                        Doreen M. Zankowski, Esq. (BBO #558381)
                        Kevin M. Plante, Esq. (BBO #630088)
                        Hinckley, Allen & Snyder LLP
                        28 State Street
                        Boston, MA  02109-1775
DATED: November 8th, 2005    (617) 345-9000

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 8th day of November 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Kevin M. Plante
_____
Kevin M. Plante