UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

## AFFIDAVIT OF DOREEN M. ZANKOWSKI, ESQ.

I, Doreen M. Zankowski, Esq. being of age and duly sworn do hereby state as follows:

1. I am a partner in the law firm of Hinckley, Allen & Snyder LLP ("HAS"), and have been a member in good standing of the bar of the Commonwealth of Massachusetts since 1991.

2. I represent Plaintiff Mystic Landing, LLC, and Third-party Defendant Modern Continental Construction Co., Inc., in the above-captioned matter and make the following representations based upon my personal knowledge thereof.

3. This affidavit is filed in support of Plaintiff's Opposition to Defendant Pharmacia Corporation's Motion for Partial Summary Judgment.

4. Attached hereto as Exhibit 1 are true and accurate copies of excerpts of the transcript of the March 14, 2005 deposition of Peter Grela.

5. Attached hereto as Exhibit 2 are true and accurate copies of excerpts of the transcript of the September 13, 2005 deposition of Massimo A. Marino.

6. Attached hereto as Exhibit 3 are true and accurate copies of Pharmacia and Monsanto's Response to Mystic's First Set of Interrogatories

7. Attached hereto as Exhibit 4 are true and accurate copies of excerpts from the October 28, 1998 deposition of Peter Grela.

8.  Attached hereto as Exhibit 5 is a true and accurate copy of a letter from Adam Kahn, counsel for Defendants, to Doreen Zankowski, counsel for Mystic, dated November 2, 2007.

9.  Attached hereto as Exhibit 6 are true and accurate copies of analytical results provided by ProScience Analytical Services, Inc.

10. Attached hereto as Exhibit 7 is a true and accurate copy of the Rule 30(b)(6) Designations of Mystic Landing, LLC.

11. Attached hereto as Exhibit 8 is a true and accurate copy of Letter from Doreen M. Zankowski, counsel for Mystic/Modern, to Adam Kahn, counsel for Defendants, dated November 7, 2005.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 8th DAY OF NOVEMBER, 2005.**

/s/ Doreen M. Zankowski

_____

**EXHIBITS 1 THROUGH 8
ARE BEING HAND DELIVERED TO
THE COURT UNDER SEPARATE COVER
DUE TO THE FACT THEY ARE
VOLUMINOUS**