UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | RECEIVED IN CLERK'S OFFICE<br>DATE: 11-8-05<br><br><br><br><br><br>**CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION IN OPPOSITION TO DEFENDANT PHARMACIA CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby oppose, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant Pharmacia Corporation's ("Pharmacia") Motion for Partial Summary Judgment ("Motion"). In support of this Motion in Opposition to Pharmacia's Motion, Mystic and Modern rely on 1) their Memorandum of Law in Support of their Motion in Opposition to Pharmacia's Motion and Exhibits thereto, and 2) their Rule 56.1 Statement in Opposition to Pharmacia's Motion and Exhibits filed thereto, both filed herewith.

MYSTIC LANDING, LLC AND MODERN
CONTINENTAL CONSTRUCTION CO.

By its attorneys:

Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: November 7th, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this ____ day of November __, 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

_____
Kevin M. Plante

SIGNED UNDER THE PENALTIES OF PERJURY THIS 7th DAY OF NOVEMBER __, 2005.

_____