## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff, | ) ) ) | |
| v. | ) ) ) | FILED IN CLERK'S OFFICE<br>DATE: _11 8 05_ |
| PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants. | ) ) ) ) | |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs, | ) ) ) ) | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| v. | ) ) | |
| MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | ) ) ) ) | |
| PHARMACIA CORPORATION<br>    Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BOSTON EDISON COMPANY<br>    Third-Party Defendant. | ) ) ) | |
| v. | ) ) | |
| BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | ) ) ) ) | |

## PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION TO EXCEED TWENTY PAGES IN RESPONDING TO PHARMACIA CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave of this Court to exceed the twenty (20) page limit established in Local Rule 7.1(B)(4) as it applies to Mystic and Modern's Memorandum of Law in Support of its Motion in Opposition to Defendant Pharmacia Corporation's Motion for Partial Summary Judgment.

As grounds for its motion, Mystic and Modern state that it is responding not only to Pharmacia's Motion and Memorandum in Support of Pharmacia Corporation's Motion for Partial Summary Judgment ("Memorandum"), but also Mystic and Modern must respond to two other documents prepared and served by the Defendant: 1) Pharmacia Corporation's Statement of Material Facts as to Which There Is No Dispute ("Statement"), and 2) the Affidavit of Elizabeth M. DeLisle in Support of Defendant Pharmacia Corporation's Motion for Partial Summary Judgment ("Affidavit").

The Defendant's Statement contains a total of sixty-five (65) proposed material facts to which Mystic and Modern must respond or they may be deemed admitted. The Defendant's Affidavit, cited to and relied on in the Defendant's Memorandum, is comprised of two (2) separate volumes of Exhibits containing a total of fourty-eight (48) Exhibits.

Mystic and Modern believe an allowance, with leave of court, to extend its Memorandum of Law by approximately five (5) pages will assist Mystic and Modern in responding to the substantial allegations of the Defendant, will assist the court in its consideration and resolution of this matter, and that the interests of justice will be served by the allowance of this Motion.

WHEREFORE, Mystic and Modern respectfully request that this Motion be

allowed.

MYSTIC LANDING, LLC AND MODERN
CONTINENTAL CONSTRUCTION CO.

By its attorneys,

Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: November 7, 2005

**CERTIFICATE OF SERVICE**

I, Kevin M. Plante, hereby certify that on this ___ day of November __, 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

Kevin M. Plante

SIGNED UNDER THE PENALTIES OF PERJURY THIS 7th DAY OF NOVEMBER __, 2005.