UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 10 P 2: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT
MODERN CONTINENTAL CONSTRUCTION CO., INC.'S
MOTION TO SUBSTITUTE MEMORANDUM OF LAW**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby respectfully move for leave of this Court to file a substitute double-spaced Memorandum of Law in Support of its Motion for Summary Judgment on Liability ("Memorandum"), for the single spaced version previously filed.

As grounds for its motion, Mystic and Modern state that the original Memorandum was timely filed with this Court. The original Memorandum was inadvertently left single-spaced when filed with this Court. The substitute Memorandum is properly double-spaced. The substitute Memorandum does not change the language or substance of the text of the original Memorandum in any way.

Mystic and Modern believe an allowance of this motion with leave of this Court: 1) will not cause any party to suffer prejudice as a result of the substitution, 2) will assist this Court in its consideration and resolution of this matter, and 3) will serve the interests of justice.

WHEREFORE, Mystic and Modern respectfully request that this Motion be allowed.

MYSTIC LANDING, LLC AND MODERN
CONTINENTAL CONSTRUCTION CO.

By its attorneys:

Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP

28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: November 10, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 10th day of November 2005, I served a true and accurate copy of the foregoing document by hand to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P O. Box 736
Scituate, MA 02066

Kevin M. Plante

SIGNED UNDER THE PENALTIES OF PERJURY THIS 10th DAY OF NOVEMBER 2005.

553336

4