**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

November 10, 2005

***VIA FACSIMILE AND
HAND DELIVERY***

Honorable Nathaniel M. Gorton
c/o Clerk's Office
United States District Court
1 Courthouse Way, Suite 2500
Boston, MA  02210

    Re:    Mystic Landing v. Pharmacia et al.
           Civil Action No.: 04-10180 NMG

Dear Judge Gorton:

The purpose of this letter is to correct a statement made to the Court on April 4, 2005, during a status conference and hearing on the above-referenced matter. During the conference the undersigned counsel for plaintiffs advised the Court that it was our belief that no documents requested during discovery had been withheld from opposing counsel because they were not discoverable or confidential for some reason without informing opposing counsel of it. Recently, after certain privileged documents were mistakenly produced to opposing counsel, we realized that our previous statement to the Court during the April 14 conference was incorrect because some confidential documents were indeed withheld from production to opposing counsel on attorney-client and work-product privilege grounds without supplying them with a privilege log. As of the date of this letter, a privilege log identifying these documents has been provided to opposing counsel.

We write this letter to correct this error, apologize for the previous misstatement, and to assure the Court that there was no intent on our part to conceal this information or mislead the Court or opposing counsel concerning the existence of such privileged documents.

We have conferred with opposing counsel about the situation, apologized to them concerning the inaccurate response, and provided them with the privilege log describing the withheld documents.

#552029-B-v1    1500 Fleet Center, Providence, RI 02903-2393  TEL: 401.274.2000  FAX: 401.277.9600
43 North Main Street, Concord, NH 03301-4934  TEL: 603.225.4334  FAX: 603.224.8350

**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

Honorable Nathaniel M. Gorton
November 10, 2005
Page 2

Again, we apologize to the Court for our previous inaccurate response to the Court's inquiry and we hope that the provision of the privilege log to opposing counsel provides them with the information they are entitled to obtain concerning the documents in question.

Respectfully,

*Robert G. Flanders /MJYE/*

Robert G. Flanders, Jr.

*Doreen M. Zankowski /MJYE/*

Doreen M. Zankowski

cc: John Stevens, Esq.
     Adam Kahn, Esq.
     Douglas Otto, Esq.
     Howard G. Guggenheim, Esq.

#552029-B-v1