UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br>    v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br> and MONSANTO COMPANY,<br>    Defendants.<hr>PHARMACIA CORPORATION and<br> MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br>    v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>    Third-Party Defendant.<hr>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br>    v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<hr>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>    v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>    Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**AFFIDAVIT OF ELISABETH M. DELISLE IN SUPPORT OF PHARMACIA CORPORATION'S MOTION TO FORECLOSE PRESENTATION OF EVIDENCE ON <u>DAMAGES</u>**

    I, Elisabeth M. DeLisle, depose and state as follows:

B3125525.1

1.  I am admitted to the bars of the Supreme Judicial Court of Massachusetts, the United States District Court for the District Court of Massachusetts and the United States Court of Appeals for the First Circuit.

2.  I am an associate in the law firm of Foley Hoag LLP and am counsel for Pharmacia Corporation ("Pharmacia"). I make this affidavit in support of Pharmacia's Motion to Foreclose Presentation of Evidence on Damages.

3.  In my role as counsel for Pharmacia, I am familiar with the documents that have been produced by Mystic Landing, LLC ("Mystic") and Modern Continental Construction Co., Inc. ("Modern") in response to Pharmacia and Monsanto Company's requests for production.

4.  On several occasions since the April 4, 2005 status conference in this matter, counsel to Mystic and Modern have provided Pharmacia with additional documents responsive to Pharmacia and Monsanto Company's requests for production. In virtually every case, such additional documents have been produced only after their existence has been confirmed either by Mystic and Modern's representatives or by counsel to Pharmacia.

5.  I have reviewed all documents that have been provided to Pharmacia by counsel to Mystic and Modern and their counsel since the April 4, 2005 status conference in this matter. With the exception of the November 7, 2005 letter from Doreen Zankowski, Esq. to Adam Kahn, Esq., the documents that have been provided to Pharmacia by counsel to Mystic and Modern since the April 4, 2005 status conference have not included invoices for the services of Rizzo Associates or Richard J. Hughto, PH.D., P.E., LSP or any other documents purporting to evidence costs actually incurred.

- 3 -

      I declare under penalty of perjury that the foregoing is true and correct.

                                      <u>/s/ Elisabeth M. DeLisle</u>
                                      Elisabeth M. DeLisle

Dated: November 18, 2005