# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

## PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby Move For Leave of Court to file an Amended Complaint in this action pursuant to Federal Rule of Procedure ("FRCP") 15. In support of this Motion, Mystic and Modern state the following:

### FACTS

1. The Complaint in this action was originally filed in state court on 12/04/03. Subsequently, defendants removed the case to the Federal Court for the District of Massachusetts on 1/26/04.

2. Two defendants appearing in the caption throughout this case are no longer parties. Solutia was never served, and Monsanto was dismissed from the case by Stipulation of the parties on 11/8/05.

3. The parties entered a Stipulation of partial dismissal whereby certain common law claims in the Complaint were dismissed by the Plaintiff.

4. More specific computations of Mystic and Modern's damages are available due to the work of their expert consultants.

### ARGUMENT

FRCP 15 provides that "leave [to amend] shall be freely given when justice requires." The Complaint in this action needs to be clarified and conformed to the current posture of this case and to the current pending causes of action. Regarding the facts stated above, the substantive amendments to the Complaint include converting the Complaint into a Federal pleading. This required changing and conforming jurisdictional allegations. Likewise, venue allegations needed to be conformed and based on federal law, not state law. The facts alleged are substantively unchanged. The common law claims of

continuing nuisance, negligence, and trespass are deleted due to the Stipulation by Mystic and Modern to dismiss these claims. The caption is now conformed to reflect the parties actually in this suit. Updated damage computations are included now that they are available from Plaintiff's experts.

The Defendant Pharmacia is not prejudiced by the amendments described above; rather the Plaintiff seeks at this time to properly conform the Complaint to the changes and current posture of this case. We respectfully request that this Court exercise its discretion and allow the Plaintiff to Amend the Complaint.

        MYSTIC LANDING, LLC AND MODERN
        CONTINENTAL CONSTRUCTION CO.

        By its attorneys:

        /s/ Doreen M. Zankowski
        _____
        Robert G. Flanders, Esq. (BBO #170820)
        Doreen M. Zankowski, Esq. (BBO #558381)
        Kevin M. Plante, Esq. (BBO #630088)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000

DATED: December 2, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 2nd day of December 2005, I served a true and accurate copy of the foregoing document electronically to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Kevin M. Plante
_____
Kevin M. Plante

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF DECEMBER, 2005.

/s/ Kevin M. Plante
_____
Kevin M. Plante