UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S OPPOSITION TO DEFENDANT PHARMACIA CORPORATION'S MOTION TO FORECLOSE PRESENTATION OF EVIDENCE OF DAMAGES**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby oppose the Motion of Defendant Pharmacia Corporation to Foreclose Presentation of Evidence on Damages. In support of their Opposition to Pharmacia's Motion, Mystic and Modern rely on 1) their Memorandum of Law in Support of their Opposition to Pharmacia's Motion and Exhibits thereto.

MYSTIC LANDING, LLC AND MODERN CONTINENTAL CONSTRUCTION CO.

By its attorneys:

/s/ Doreen M. Zankowski

Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

DATED: December 2, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 2nd day of December 2005, I served a true and accurate copy of the foregoing document electronically to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066


/s/ Kevin M. Plante
_____
Kevin M. Plante



SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF DECEMBER, 2005.

/s/ Kevin M. Plante
_____
Kevin M. Plante