UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>    Fourth-Party Defendants. | |

**AFFIDAVIT OF JOHN PASTORE**

I, John H. Pastore, do hereby depose and say the following:

1. My name is John Pastore. I am the President of Modern Continental Construction Co., Inc. (Modern). I hold an engineering degree from Northeastern University.

2. I have personal knowledge of the day-to-day business operations of Modern.

3. I have personal knowledge of the day-to-day business operations of Modern's affiliates and subsidiaries, including Mystic Landing, LLC ("Mystic").

4. I have personal knowledge of the history of the Everett site ("Site or "Property") owned by Mystic.

5. Modern is the managing member of the Mystic limited liability corporation. The Property is the subject of litigation in *Mystic Landing, LLC v. Pharmacia Corporation et al.*

6. Mystic, through its attorneys' Hinckley, Allen & Snyder LLP, engaged Rizzo Associates ("Rizzo") to perform certain environmental analyses and studies concerning the Property.

7. More than $16,674.00 of Rizzo's invoices to-date have been paid directly by Mystic.

8. The majority of Rizzo's invoices, including the most recently paid invoices have been paid by Modern; however, it remains a Mystic obligation to repay Modern for the Rizzo work.

9. Any future Rizzo invoices will be paid by Modern, and Mystic will be obligated to reimburse Modern for the loan.

#561090
110580.114009

10. Modern often pays the obligations of its affiliates and subsidiaries and then internally charges the affiliate or subsidiary for the loaned amount, which is the case of the Rizzo invoices that have been paid by Modern and will continue to be paid by Modern on Mystic's behalf.

11. It is Modern's intent to obtain full reimbursement from Mystic once Mystic has the resources to pay the obligation.

#561090
110580.114009

SIGNED UNDER THE PENALTIES OF PERJURY this 1ST day of December 2005.

                                                                           _____
                                                                           John H. Pastore, President
                                                                           Modern Continental Construction Companies, Inc.