UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>and MONSANTO COMPANY,<br>Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant. | CIVIL ACTION NO.<br>04-10180 NMG |
| PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>Fourth-Party Defendants. | |

**AFFIDAVIT OF RICHARD J. HUGHTO, PH.D., P.E., LSP**

I, Richard J. Hughto, do hereby depose and say the following:

1. My name is Richard J. Hughto. I am an environmental consultant, specializing since the early 1970's in the study of contaminant impacts on, and remediation of surface water, groundwater, and soil. I hold B.E. and M.E. degrees in Civil and Environmental Engineering from Manhattan College and a Ph.D. degree in Water Resource Engineering from Cornell University. I am an expert consultant to Mystic Landing, LLC ("Mystic").

2. I work for Rizzo Associates, Inc. ("Rizzo") on this project and Rizzo has been invoicing Hinckley, Allen & Snyder LLP on behalf of Mystic for the work that I am performing, as well as the assistance I have been receiving from other Rizzo experts.

3. Since March 26, 2001 through the present, Rizzo has been paid by either Mystic or Modern Continental Construction Co., Inc. ("Modern") for the work Rizzo has performed.

4. Rizzo continues to perform site assessment, remedial design, and other response action services for Mystic.

5. To date, Rizzo has billed and/or incurred as work in progress $186,304.97 in environmental investigation and response costs.

6. The work that I have performed for Mystic, and continue to perform, is in relation to identifying the historical activities on the site, identifying the sources and locations of contamination at the Mystic property in Everett, MA, and evaluating potential remediation alternatives in order to best determine the need for and how to best remediate the contamination.

7. Everything from document review and research, to sampling, sample analysis, and report writing, is all response action costs, as it supports the development of the information required under the applicable State regulations to assess and remediate the site.

#561169v1
110580.114009

8.  To date, $45,855.44 of the costs incurred are arguably not response costs as they are associated with writing my expert report for this matter and observing the sampling activities of Pharmacia's environmental expert, Woodard & Curran.

9.  $58,310.85 has been invoiced to Mystic after the close of the discovery in this matter, which was July 2005.

10. Rizzo will continue to work on the Mystic site and incur additional response costs.

SIGNED UNDER THE PENALTIES OF PERJURY this 2nd day of December 2005.

_____
Richard J. Hughto, Ph.D., P.E., LSP

#561169v1
110580.114009