UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>          Plaintiff,<br>   v.<br><br>PHARMACIA CORPORATION<br>          Defendant.<br><br>PHARMACIA CORPORATION<br>          Third-Party Plaintiffs,<br>   v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>  CO., INC.,<br>          Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>          Third-Party Plaintiff,<br>   v.<br><br>BOSTON EDISON COMPANY,<br>          Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>          Fourth-Party Plaintiff,<br>   v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>  and MARY O'DONNELL,<br>          Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**MOTION IN LIMINE OF DEFENDANT PHARMACIA CORPORATION TO
FORECLOSE PRESENTATION OF EVIDENCE OF PROPERTY DAMAGE**

Defendant Pharmacia Corporation ("Pharmacia") hereby moves in limine to preclude

plaintiff Mystic Landing, LLC ("Mystic") from presenting evidence at trial relating to its claim

for property damage. The grounds for this motion are identical to the grounds for Pharmacia's pending motion for summary judgment on Mystic's claim for property damage and are set forth in more detail in the attached memorandum.

        Respectfully submitted,

/s/ John M. Stevens
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
tel: (617) 832-1000
fax: (617) 832-7000
jstevens@foleyhoag.com

Dated:   January 3, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Adam P. Kahn, hereby certify that on January 3, 2006 I conferred with Doreen Zankowski, counsel to Mystic Landing LLC and Modern Continental Construction Co., Inc., regarding this Motion pursuant to Local Rule 7.1(A)(2), and we have been unable to narrow the issues presented in this Motion.

/s/ Adam P. Kahn
Adam P. Kahn

Dated:   January 3, 2006