UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>          Plaintiff,<br>   v.<br><br>PHARMACIA CORPORATION<br>          Defendant.<br><br>PHARMACIA CORPORATION<br>          Third-Party Plaintiffs,<br>   v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>  CO., INC.,<br>          Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>          Third-Party Plaintiff,<br>   v.<br><br>BOSTON EDISON COMPANY,<br>          Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>          Fourth-Party Plaintiff,<br>   v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>  and MARY O'DONNELL,<br>          Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**MOTION *IN LIMINE* OF DEFENDANT PHARMACIA CORPORATION TO
FORECLOSE PLAINTIFF'S PRESENTATION OF EVIDENCE ON ANTICIPATED
<u>FUTURE RESPONSE COSTS</u>**

Defendant Pharmacia Corporation ("Pharmacia") hereby moves to preclude plaintiff Mystic Landing, LLC ("Mystic") from presenting evidence at trial regarding Mystic's anticipated future "response costs". As set forth in more detail in the attached memorandum, Mystic's estimates are not probative to any issue in this action. Although the Court can issue a declaration apportioning future response costs, the evidence Mystic would present regarding its predictions as to the amount of those response costs is (i) irrelevant, because costs can be awarded only after they have been incurred and adjudged to have been reasonable and appropriate within the meaning of M.G.L. c. 21E §4, (ii) inadmissible because the claimed future costs are, by Mystic's expert's own admission, entirely speculative, and (iii) with respect to certain claimed costs, are non-recoverable because they are, on their face, not "response costs" at all, but rather costs associated with the construction of hypothetical future development on the property.

Respectfully submitted,

/s/ John M. Stevens
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
tel: (617) 832-1000
fax: (617) 832-7000
jstevens@foleyhoag.com

Dated:   January 3, 2006

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Adam Kahn, hereby certify that on January 3, 2006, I conferred with Doreen Zankowski, counsel to Mystic Landing, LLC and Modern Continental Construction Co., Inc., regarding this Motion pursuant to Local Rule 7.1(A)(2), and we have at present been unable to narrow the issues presented in this Motion.  However, I further certify that Attorney Zankowski and I have committed to further discuss the issues raised in this Motion, and that if the issues can be narrowed, or if the need for this Motion can be obviated entirely, then we will promptly advise the Court.

                                            /s/ Adam P. Kahn
                                            Adam P. Kahn

Dated:   January 3, 2006