**EXHIBIT A (PART 2 OF 2)**

potential for migration of these heavy metals via the groundwater to the adjacent Mystic River, where they could represent an adverse ecological risk. Mitigation of the low pH conditions would limit the dissolution of the heavy metals and the potential for off-site migration and ecological risk. I have assumed that the low pH conditions can be neutralized by the application of a strong base to the groundwater through a subsurface injection system. The current estimate for remediation to mitigate the low pH conditions is $546,000. Attachment D contains the details of the cost estimate.

11. Waste disposal, stormwater drainage, and overland flow have contributed to contamination in the sediments of the Mystic River, particularly off of the southern boundary of the Site. In order to comply with the MCP, sediment sampling and a risk assessment have to be completed to define the degree and extent of the contamination and the need for remediation. It is not known at this time if remediation will be needed. Knowing that the types of contamination present at the Site could cause adverse environmental risk, I have estimated at this time that the remediation to comply with the applicable provisions of the MCP could cost $0 to $2,538,000. The details of this cost estimate are provided in Attachment E. Since the sediments have not been assessed in detail to date, I cannot opine on whether additional remediation of the sediments will be required to address any adverse risks.

12. The MCP requires a series of studies and submittals during the course of the assessment of the parcel. It is estimated at this time that it will cost $120,000 to $331,200 to complete those requirements. Those are in addition to those requirements listed above. It includes additional soil and groundwater testing, the sediment quality assessment, the required human health and environmental risk assessments, and a series of reports required to complete the MCP process. The specific requirements and the estimated costs are listed in Attachment F.

13. There are additional costs related to the Monsanto contamination that may be realized by a Site developer. These elements and estimates of their cost impacts are as follows:

- The potential necessity for using OSHA-certified construction crews for all site work; $100,000.
- The potential for encountering residual groundwater contamination in the northwestern portion of the Site, even after the completion of the groundwater remediation; $50,000-$100,000.
- Additional time that will be required to perform excavation, dewatering, and other Site construction work as a result of planning for and mitigating the potential impacts of Site contamination; $25,000-$100,000.
- Encountering conditions not discovered to date when constructing on a site that was a chemical manufacturing and research facility; $0-$500,000.

- Additional DEP requirements as they review the information submitted to them and become apprised of conditions discovered during remediation and Site development; $25,000-$300,000.

The previous five opinions have included cost estimates for the different elements of the remediation, as assumed for this Report. The total estimated costs for these elements are in Table 3.

**Table 3**

**Summary of Estimated Remediation Costs**

| Category | Low Range Cost | High Range Cost |
|---|---|---|
| Soil disposal during construction | $81,846 | $2,588,906 |
| UCL exceeding soil remediation | $1,317,200 | $1,317,200 |
| Groundwater remediation | $546,000 | $546,000 |
| Sediment remediation | 0 | $2,538,000 |
| Other MCP requirements | $120,000 | $331,200 |
| Additional considerations | $200,000 | $1,100,000 |
| **TOTAL** | **$2,265,046** | **$8,421,306** |

## 8.0 CONCLUSIONS

Monsanto and its predecessors operated a chemical manufacturing facility on the subject parcel in Everett, Massachusetts from the mid 1800s through the early 1970s. Many dozens of chemicals were manufactured for use as commercial and intermediate products. During the course of developing its manufacturing and waste management procedures and practices Monsanto made certain decisions related to the handling of the raw materials, the manufactured products, and the waste and by-product materials.

Monsanto's manufacturing processes and materials handling procedures led to contamination of the soil and groundwater from the inception of the operations. That contamination grew in mass and/or geographic extent until the remediation was conducted in areas where there has been remediation. While left unattended in the ground, the contamination migrated from the medium where it was first released (for

example, soil or surface water) to other media, including groundwater, surface water, and sediment, as well as within the medium in which it was released.

This Report is about the eastern parcel of the Everett facility. Monsanto acknowledged the presence of potentially toxic contamination on the eastern parcel and its potential limitation of future land use when it was preparing to sell the eastern parcel in 1973. Monsanto refused to assess and remediate the eastern parcel, despite State regulatory agency requirements to do so and their own uncertainty relative to the legality of that stance.

The eastern parcel has been found to be contaminated with the raw materials, manufactured products, and waste products handled by Monsanto on the property. The locations of the contaminants have been isolated below the tunnel muck stored on the property in the 1980s and 1990s.

In order to develop the Site and to realize the full potential of the highest and best use, remediation will be required. In addition to the remediation required to ensure that public health and environmental risks are within established regulatory limits, additional costs will be realized as a result of the handling of contaminated soil and groundwater during the course of the Site development.

Many of the contamination-related costs that will be incurred by the Site developer in the buildout for the highest and best use could have been avoided had Monsanto assessed and remediated the property pursuant to the governing regulations at the time of the applicability of the regulations. The contamination has made the sale and development more complicated and more expensive for the current owners.

Using the assumption of a retail development with slab on grade construction with the potential for a mixed use that includes a residential component, as conceived by land use planners for Mystic Landing, and evaluating the likely need for remediation from the contamination identified to date, I have estimated remediation costs that are required as a result of the Monsanto contamination. The costs are identified by component in the above opinions. The total cost estimate range is $2,265,046 to $8,421,306.

# Attachment A

## Sketches of Alternative Development Scenarios

Parcel 1,463,779 SF/33.6 acresSF
Water 469,746 SF/10.8 acres
Buffer 221,608 SF/5.1 acres
RR TRACK
S40°37'32"W 2161.91'
MARINA
36,000 SF
Office/outbuilding 2000 SF
RETAIL 40,000 SF 1 story
RETAIL 160,000 SF 2 stories 80,000 SF footprint
HORIZON WAY
N38°13'48"E 24.74'
MYSTIC RIVER
S24°10'41"E 741.38'
CITY LINE EVERETT
CITY LINE BOSTON
MIDDLESEX COUNTY
SUFFOLK COUNTY
N34°30'26"E 578.62'
ROUTE 99
CISIS
Landscape Architecture | Planning | Urban Design
Pende Wharf
270 Congress Street
Boston, MA 02210
AREA OF WETLAND AND UPLAND
EVERETT BOSTON
WETLAND 7.37 Acres 4.67 Acres
UPLAND 21.07 Acres 0.5 Acres
TOTAL 28.44 Acres 5.17 Acres
GRAND TOTAL 33.61 Acres
TOTAL= 1,463,780 ± SF
UPLAND= 939,589 ± SF

| AREA OF WETLAND AND UPLAND | EVERETT | BOSTON |
|---|---|---|
| WETLAND | 7.37 Acres | 4.67 Acres |
| UPLAND | 21.07 Acres | 0.5 Acres |
| TOTAL | 28.44 Acres | 5.17 Acres |
| GRAND TOTAL | 33.61 Acres | |

| AREA OF WETLAND AND UPLAND | EVERETT | BOSTON |
|---|---|---|
| WETLAND | 7.37 Acres | 4.67 Acres |
| UPLAND | 21.07 Acres | 0.5 Acres |
| TOTAL | 28.44 Acres | 5.17 Acres |
| GRAND TOTAL | 33.61 Acres | |

AREA OF WETLAND AND UPLAND

| | EVERETT | BOSTON |
|---|---|---|
| WETLAND | 7.37 Acres | 4.67 Acres |
| UPLAND | 21.07 Acres | 0.5 Acres |
| TOTAL | 28.44 Acres | 5.17 Acres |
| GRAND TOTAL | 33.61 Acres | |

# Attachment B

## Cost Estimate for Management of Contaminated Soil Encountered During Construction

## Estimated Cost of Disposal of Soils Excavated During Construction

| Development Scenario | Total Bldg Area (sq ft) | Total Bldg Perimeter (ft) | Volume Excavated (cy) | Utility Volume Excavated (cy) | Sample Cost | Disposal Cost | Engineer Oversight | Total Cost |
|---|---|---|---|---|---|---|---|---|
| 2 Retail Bldgs | 158,900 | 3,140 | 1,744 | 2,000 | $ 702 | $ 29,488 | $ 40,000 | $ 70,190 |
| 2-Story Retail | 165,900 | 2,697 | 1,498 | 2,000 | $ 656 | $ 27,549 | $ 40,000 | $ 68,205 |
| Backlot Retail | 238,900 | 3,173 | 1,763 | 2,000 | $ 706 | $ 29,632 | $ 40,000 | $ 70,337 |
| Max 1 Story | 238,900 | 3,134 | 1,741 | 2,000 | $ 701 | $ 29,461 | $ 40,000 | $ 70,163 |

| | | | |
|---|---|---|---|
| **Building Construction Basic Cost Range** | $ 68,205 | to | $ 70,337 |
| Contingency at 20% | $ 13,641 | to | $ 14,067 |
| **Building Construction Total Cost Range** | $ 81,846 | to | $ 84,404 |

**Parking**

| Alternative | Total Vol (cy) | Contaminated Vol (cy) | Composite Disposal Cost |
|---|---|---|---|
| 1 | 46,300 | 10,186 | $ 1,390,389 |
| 2 | 41,700 | 15,290 | $ 2,087,085 |

| | | | |
|---|---|---|---|
| **Basic Parking Range** | $ 1,390,389 | to | $ 2,087,085 |
| Contingnecy at 20% | $ 278,078 | to | $ 417,417 |
| **Total Parking Cost Range** | $ 1,668,467 | to | $ 2,504,502 |

**Total Cost Estimate Range for Soil Construction Drunig Disposal =** $ 81,846 to $ 2,588,906

## Assumptions

**Building Construction**

4 different drvelopment scenarios considered

Excavation of 3 ft wide trenches 5 ft deep along perimeters of buildings for foundations

Pile supported buildings with soil excavated for off-site disposal in building interiors

All excavated soil must be removed from the site

Some contaminated soil for off-site disposal will be encountered, as the tunnel muck layer is less than 5 ft thick in some areas

15% of excavated soil disposed off-site in unlined landfill at $35/ton (contaminated by Monsanto)

1.5 tons/cubic yard

No cost for excavation (part of construction)

No cost included for uncontaminated soil (part of construction)

Soil sample cost $1.25/cubic yard for collection, handling, analysis (15% of total excavation included)

3,000 feet of utility excavation with trenches 3 ft wide and 6 ft deep (2000 cy)

**Parking**

2 potential subgrade configurations
- 200 ft x 125 ft x 5 levels
- 300 ft x 125 ft x 3 levels

10 ft/level of parking

Soil weight 1.5 tons/cy

11 ft of soil between 4 and 15 feet deep contaminated

Soil disposal:
- 30% unlined landfill @ $30/ton
- 20% lined landfill @ $40/ton
- 20% RCRA Subtitle D @ $70/ton
- 30% RCRA Hazardous Waste @ $200/ton

Composite soil disposal cost = 91 $/ton

# Attachment C

## Cost Estimate for Remediation of Soil in Excess of UCL Concentrations

## UCL Soil Excavation and Disposal Costs

6 areas of UCL excavation.

Assume each excavation is 50'X50'X6' (550 cubic yards)
Total volume is 6x550 = 3300 cubic yards

3300 cubic yards = 4950 tons
Assume disposal as hazardous waste @ $200/ton

| | |
|---|---|
| 4950 tons x $200/ton | **$990,000** |
| Engineering Oversight | **$60,000** |
| Laboratory Analytical | **$18,000** |
| Costs for additional excavation and handling | **$30,000** |
| **Total Basic Estimate** | **$1,098,000** |
| Contingency at 20% | **$219,600** |
| **Total Estimate** | **$1,317,600** |

**Assumptions**

$10,000/UCL area for oversight and engineering documentation

1.5 tons/cubic yard

$3,000/UCL area for laboratory analytical

All wastes generated will not incur off-spec charges and sufficient disposal site capacity is available

# Attachment D

## Cost Estimate for the Remediation of Low pH Groundwater in the Northwest Portion of the Site

## Groundwater Remediation Program

| Item | Cost |
|---|---|
| Pilot Study and Remdial System Design[1] | $35,000 |
| Capital Costs | |
| Distribution System[2] | $100,000 |
| On-site Water Supply Well[3] | $15,000 |
| Sodium Hydroxide (NaOH)[4] | $5,000 |
| Treatment O&M Costs | |
| NaOH Mixing and Addition[5] | $150,000 |
| Environmental Monitoring[6] | $150,000 |
| Contingency at 20% | $91,000 |
| **Total Estimate** | **$546,000** |

### Assumptions

All scenarios assume that adequate power is existing at the Site.

Hydraulic controls are not necessary to contain the groundwater at the Site, and the installation of sheet piling is not necessary.

Need to treat 3,000,000 gallons of groundwater

Includes two weeks of field investigation and analysis of 100 groundwater samples for dissolved lead and arsenic

Distribution costs include: $48,000 for trenching activities and oversight
- $26,500 in piping and materials
- $20,000 for erosion control
- $5,000 for frac tank rental
- $5,500 for pumps and miscellaneous equipment

On-site water supply well assumes that a 6-inch diameter PVC supply well is installed to a depth of 30 feet.

One gallon of NaOH solution will be used to treat one gallon of contaminated groundwater, that 1 lb of NaOH will make 1,000 gallons of treatment solution, and that NaOH is $1.60/lb. Since we have 3,000,000 gallons of groundwater to treat, we need 3,000 lbs of NaOH

20,000 gallons can be treated per day (total treatment time 150 days), that 2 people will be on site all the time during treatment @$1,000 day

# Attachment E

## Cost Estimate for the Remediation of Mystic River Sediments for the Construction of the Specified Site Development

## Sediment Management and Disposal Costs

Assume excavation that is 100 feet wide, 850 feet long and 4 feet deep = 12,500 Cubic yards of sediment

| Item | | Cost |
|---|---|---|
| **Engineering and Permitting Costs:** | | |
| Costs associated with the permitting to allow excavation of impacted sediments from the Mystic River | $ | 150,000 |
| Engineering Oversight | $ | 30,000 |
| **Precharacterization costs: Assume soil will be stockpiled then tested.** | | |
| One suite of samples for every 500 cubic yards @ $800/sample | $ | 20,000 |
| **Disposal Costs: Assume that sediment is primarily comprised of marine clay with a dry weight of approximately 0.9 tons/cubic yard** | | |
| Excavation Costs at $5 per cy | $ | 65,000 |
| Assume following disposal distribution | | |
| 30 % Unlined Landfill Disposal at $30/ton | $ | 168,750 |
| 30 % Lined Landfill Disposal at $40/ton | $ | 225,000 |
| 20 % RCRA Subtitle D Disposal at $75/ton | $ | 281,250 |
| 20 % RCRA Hazardous Waste at $300/ton | $ | 1,125,000 |
| **Dewatering** | $ | 50,000 |
| **Total Basic Estimate** | $ | 2,115,000 |
| Contingency at 20% | $ | 423,000 |
| **Total Estimated Sediment Excavation and Disposal Costs** | $ | 2,538,000 |

**Assumptions**

Restoration costs not included

Sediments weigh 1.5 tons/cubic yard

# Attachment F

## Cost Estimate for Additional MCP Requirements

# Cost Estimate for Additional MCP Requirements

| Activity | Cost Estimate Range Low | | High | |
|---|---|---|---|---|
| Additional Soil and Groundwater Monitoring | $ | 20,000 | $ | 40,000 |
| Sediment Sampling | $ | 15,000 | $ | 25,000 |
| Update MCP Status to Compliance | $ | 3,000 | $ | 6,000 |
| Human Health and Environmental Risk Assessments | $ | 20,000 | $ | 40,000 |
| Phase II Report | $ | 10,000 | $ | 15,000 |
| RAM Plan, Status Reports, Completion Report | $ | 15,000 | $ | 25,000 |
| Response Action Outcome | $ | 15,000 | $ | 25,000 |
| Response to DEP Audit | $ | 2,000 | $ | 100,000 |
| **Total Basic Estimate** | **$** | **100,000** | **$** | **276,000** |
| Contingency at 20% | $ | 20,000 | $ | 55,200 |
| **Total Cost Estimate** | **$** | **120,000** | **$** | **331,200** |

## Assumptions

Remediation will be conducted as a Release Abatement Measure