UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br> v.<br><br>PHARMACIA CORPORATION<br>    Defendant.<br><br>PHARMACIA CORPORATION<br>    Third-Party Plaintiffs,<br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>    Third-Party Defendant.<br><br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br> v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br> v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br> and MARY O'DONNELL,<br>    Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**MOTION *IN LIMINE* OF DEFENDANT PHARMACIA CORPORATION TO
FORECLOSE PRESENTATION OF EVIDENCE ON PAST RESPONSE COSTS**

Defendant Pharmacia Corporation ("Pharmacia") hereby moves to preclude plaintiff Mystic Landing, LLC ("Mystic") from presenting evidence at trial of costs alleged to have been incurred responding to environmental contamination at the property in Everett, Massachusetts currently owned by Mystic (the "Property"). The basis for this motion is set forth in the attached memorandum.

                Respectfully submitted,

                /s/ John M. Stevens
                John M. Stevens (BBO # 480140)
                Adam P. Kahn (BBO # 561554)
                Elisabeth M. DeLisle (BBO #658067)
                Foley Hoag LLP
                155 Seaport Boulevard
                Boston, Massachusetts   02210
                tel: (617) 832-1000
                fax: (617) 832-7000
                jstevens@foleyhoag.com

Dated:   January 3, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Adam P. Kahn, hereby certify that on January 3, 2006 I conferred with Doreen M. Zankowski, counsel to Mystic Landing, LLC and Modern Continental Construction Co., Inc., regarding this Motion pursuant to Local Rule 7.1(A)(2), and we have been unable to narrow the issues presented in this Motion.

                /s/ Adam P. Kahn
                Adam P. Kahn

Dated: January 3, 2006