UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br>    v.<br><br>PHARMACIA CORPORATION ,<br>    Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff.<br>    v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br>    v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>    v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br> and MARY O'DONNELL,<br>    Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**PHARAMICA CORPORATION'S TRIAL WITNESS LIST**

    In accordance with the Court's April 5, 2005 Pretrial Order, Defendant, Pharmacia

Corporation ("Pharmacia") submits this list of possible witnesses to be called by Pharmacia at

trial. Also included is a list of deposition testimony that Pharmacia may introduce in its direct

case. Pharmacia reserves the right to call any witness listed on Mystic Landing's witness. Pharmacia further reserves the right to rely on any deposition testimony designated by Mystic Landing, and in addition reserves the right to counter-designate portions of those depositions that Plaintiff seeks to introduce in its direct case. Pharmacia reserves the right to designate portions of deposition transcript for any witness who is listed on the Plaintiff's list but who fails to be called and is otherwise unavailable to testify.

A.  PHARMACIA'S LIST OF POSSIBLE WITNESSES

| *Witness* | *Address* |
|---|---|
| Richard E. Bonz, CRE<br><br>Bonz and Company, Inc.<br>(Expert Testimony) | 153 Milk Street, 4th Floor<br>Boston, Massachusetts 02109 |
| Custodian of Records for Massachusetts Department of Environmental Protection | One Winter Street<br>Boston, Massachusetts 02108 |
| Custodian of Records for Massachusetts Highway Department | 10 Park Plaza<br>Boston, Massachusetts 02116 |
| R. Duff Collins<br><br>Woodard and Curran<br>(Expert Testimony) | 980 Washington Street<br>Suite 325N<br>Dedham, Massachusetts 02026 |
| Peter M. Grela<br><br>Now or formerly of Modern Continental Construction Co., Inc. | 66 Blackburnian Road Weston, Massachusetts 02493. |
| Marci Griffith Loeber<br><br>Cushman and Wakefield | 125 Summer Street, Suite 1500<br>Boston, Massachusetts 02110 |

| *Witness* | *Address* |
|---|---|
| Massimo A. Marino<br><br>Modern Continental Construction Co., Inc. | 4 Wren Circle<br>North Reading, Massachusetts 01864 |
| Richard J. Hughto, Ph.D., P.E., LSP | 42 Lehigh Rd,<br>Wellesley, Massachusetts 02482 |
| Jeffrey R. Klieve<br><br>Monsanto Company | 800 North Lindbergh Blvd.<br>St. Louis, Missouri 63167 |
| John Pastore<br><br>Modern Continental Construction Co., Inc. | 600 Memorial Drive<br>Cambridge, MA 02139 |
| Neven Rabadjija<br><br>NSTAR Electric/Boston Edison | 800 Boylston Street<br>Boston, Massachusetts 02199 |
| Gerald M. Rinaldi<br><br>Solutia Inc. | 575 Maryville Centre Drive<br>St. Louis, Missouri 63141 |
| Robert L. Shepard<br><br>Now or formerly of Modern Continental Construction Co., Inc. | 4 Sails Road<br>Hingham, Massachusetts 02043 |

B.  DEFENDANT'S LIST OF DEPOSITION WITNESSES.

1. Peter M. Grela - March 14, 2005

    Page 10, Line 17 - Page 11, Line 19
    Page 14, Line 22 - Page 15, Line 03
    Page 20, Line 17 - Page 23, Line 07
    Page 27, Line 14 - Page 28, Line 11
    Page 28, Line 24 - Page 29, Line 12
    Page 29, Line 22 - Page 30, Line 20
    Page 37, Line 12 - Page 37, Line 15

Page 41, Line 18 - Page 41, Line 20
Page 43, Line 02 - Page 43, Line 23
Page 44, Line 16 - Page 45, Line 21
Page 49, Line 13 - Page 49, Line 18
Page 54, Line 12 - Page 54, Line 24
Page 60, Line 23 - Page 62, Line 16
Page 63, Line 07 - Page 63, Line 18
Page 64, Line 02 - Page 64, Line 08
Page 65, Line 17 - Page 66, Line 08
Page 67, Line 05 - Page 68, Line 17
Page 69, Line 24 - Page 70, Line 24
Page 73, Line 14 - Page 74, Line 22
Page 80, Line 14 - Page 84, Line 05
Page 87, Line 12 - Page 88, Line 19
Page 97, Line 04 - Page 102, Line 17
Page 103, Line 03 - Page 103, Line 17
Page 105, Line 06 - Page 107, Line 10
Page 109, Line 01 - Page 110, Line 04
Page 110, Line 19 - Page 112, Line 08
Page 114, Line 13 - Page 114, Line 15
Page 114, Line 19 - Page 115, Line 22

2. Massimo A. Marino - September 13, 2005

Page 06, Line 22 - Page 07, Line 01
Page 10, Line 12 - Page 10, Line 24
Page 12, Line 17 - Page 13, Line 02
Page 14, Line 14 - Page 15, Line 04
Page 18, Line 19 - Page 23, Line 03
Page 24, Line 03 - Page 24, Line 11
Page 25, Line 20 - Page 26, Line 11
Page 28, Line 06 - Page 28, Line 15
Page 28, Line 21 - Page 29, Line 09
Page 31, Line 16 - Page 32, Line 04
Page 33, Line 15 - Page 34, Line 08
Page 35, Line 16 - Page 45, Line 24
Page 55, Line 02 - Page 56, Line 12
Page 57, Line 08 - Page 57, Line 17
Page 57, Line 24 - Page 59, Line 02
Page 61, Line 03 - Page 63, Line 06
Page 63, Line 12 - Page 63, Line 24
Page 64, Line 19 - Page 64, Line 24
Page 65, Line 11 - Page 67, Line 23
Page 69, Line 22 - Page 70, Line 02
Page 70, Line 11 - Page 72, Line 14
Page 78, Line 01 - Page 78, Line 13

    Page 79, Line 05 - Page 79, Line 15
    Page 80, Line 14 - Page 81, Line 01
    Page 81, Line 17 - Page 83, Line 04
    Page 84, Line 14 - Page 85, Line 04

3. Robert L. Shepard - April 26, 2005

    Page 26, Line 08 - Page 30, Line 09
    Page 31, Line 18 - Page 32, Line 12
    Page 36, Line 22 - Page 37, Line 06
    Page 39, Line 09 - Page 39, Line 15
    Page 40, Line 24 - Page 41, Line 13
    Page 43, Line 17 - Page 44, Line 13
    Page 49, Line 16 - Page 50, Line 04
    Page 53, Line 02 - Page 53, Line 08

    Respectfully submitted,

    /s/ Elisabeth M. DeLisle
    John M. Stevens (BBO # 480140)
    Adam P. Kahn (BBO # 561554)
    Elisabeth M. DeLisle (BBO #658067)
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, Massachusetts   02210
    tel: (617) 832-1000
    fax: (617) 832-7000
    edelisle@foleyhoag.com

Dated:   January 3, 2006