UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>     Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>     Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>     Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>     Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>     Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>     Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>     Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>     Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO FILE A REPLY IN RESPONSE TO PHARMACIA CORPORATION'S RENEWED MOTION IN OPPOSITION TO MYSTIC LANDING LLC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file a brief Reply in response to Pharmacia Corporation ("Pharmacia") opposition the Motion to Amend in the form of a "Renewed Motion… In Opposition… ." The proposed Reply is annexed hereto at Tab 1.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. This reply addresses Pharmacia's erroneous assertions and mischaracterizations of the proposed amended complaint.

2. Granting Mystic and Modern leave to file the Reply will assist the Court in deciding whether to allow Mystic and Modern's Motion to Amend.

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file the Reply annexed hereto at Tab 1.

> MYSTIC LANDING, LLC AND MODERN
> CONTINENTAL CONSTRUCTION CO.
>
> By its attorneys:
>
> /s/ Doreen M. Zankowski
> _____
> Robert G. Flanders, Esq. (BBO #170820)
> Doreen M. Zankowski, Esq. (BBO #558381)
> Kevin M. Plante, Esq. (BBO #630088)
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109-1775
> (617) 345-9000

DATED: January 3, 2006

#564965v1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 3rd day of January, 2006, I served a true and accurate copy of the foregoing document by first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____
Doreen M. Zankowski

#564965v1