UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br> Plaintiff,<br> v.<br><br>PHARMACIA CORPORATION ,<br> Defendant.<br><br>PHARMACIA CORPORATION,<br> Third-Party Plaintiff.<br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br> Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br> Third-Party Plaintiff,<br> v.<br><br>BOSTON EDISON COMPANY,<br> Third-Party Defendant.<br><br>BOSTON EDISON COMPANY,<br> Fourth-Party Plaintiff,<br> v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br> and MARY O'DONNELL,<br> Fourth-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**DEFENDANT PHARMACIA'S EXHIBIT LIST**

  In accordance with the Court's April 5, 2005 Pretrial Order (the "Pretrial Order"),

Pharmacia submits this list of exhibits that Pharmacia may offer at trial.  Pharmacia reserves

the right to introduce any exhibit listed on Plaintiff's exhibit list, or any document that becomes available after this list is filed.

| Exh. No. | Description (includes Bates range)[1] |
|---|---|
| 1. | Handwritten notes, undated, "Building Areas Including Perimeter Around All Buildings" (EVE 1095366 - EVE 1095368) |
| 2. | Monsanto Chemical Co., Everett and Boston, Summary of Areas (EVE 1095397) |
| 3. | Memorandum, 12/14/1961, Memorandum on Monsanto Refuse Disposal, from John Podger (MONS1 0002834 - MONS1 0002836) (EVERETT04093 - EVERETT 04095) |
| 4. | Plan, 12/15/1965, Drawing entitled, "Everett Plant Improvement Program Buildings" (EVE 1614769) |
| 5. | Memorandum, 01/31/1972, Emergency Spill Plan, from T. F. Nealon to P. B. Hodges |
| 6. | Plan, 01/02/1975, Monsanto Industrial Chemicals Company Everett Plant No. E-124 Procedure Hazardous Spill Prevention and Procedure Plan prepared by W.L. Merman (EVE 1644857- EVE 1644859) |
| 7. | Aerial Photograph, 10/09/1975 (EVE 1402250 - EVE 1402251) |
| 8. | Memorandum, 01/18/1989, Building Identification, from R.J. Cushing to Henry Gott (EVE 1614994 - EVE 1614996) |
| 9. | Report, 08/15/1979, Property Appraisal Report, Monsanto Company, Chemical Lane east and west sides, Everett and Boston, Massachusetts |
| 10. | Report, 01/1980, "Hydrogeological Survey - Monsanto Industrial Chemicals Company Everett, MA," prepared by Dames and Moore (Copies of Portions at EVE 1626615 - EVE 1626681) (Rinaldi Depo Exh. 5) |
| 11. | Survey Summary, 04/30/1980, Everett Plant East Side Assessment, with attached photographs (MONS2 0002564) |

---

[1] As a convenience to the parties, Pharmacia has attempted to provide a Bates range(s) for the referenced documents where applicable. Such Bates range is provided for ease of reference only, and Pharmacia specifically reserves its right to refer to duplicate copies of the referenced documents which do not have or have different Bates ranges.

| Exh. No. | Description (includes Bates range) |
|---|---|
| 12. | Letter, 07/21/1980, Sale of Monsanto Land, from R.E. Cummings to R.S. Nelson and F.J. Holzapfel, with attachments (MONS2 0002539 - MONS2 0002551) (EVE 1029938 - EVE 1029950) |
| 13. | Letter, 08/04/1980, Sale of Monsanto Land, from J.H. Waldbeser to R.E. Cummings, C.F. Callis, F.J. Holzapfel, J.N. McGuire, R.S. Nelson, B.W. Wilken (MONS2 0002553 - MONS2 0002554) (EVE 1030084 - EVE 1030085) |
| 14. | Letter Report, 12/23/1980, "Report Hydrogeologic Services Job No. 1111-141-10 Monsanto Industrial Chemicals Co.," prepared by Barry J. Vroeginday and Charles A. Rich of Dames & Moore for Irving A. Newcomer, Monsanto Environmental Specialist (MONS1 0001488 - MONS1 0001494) (MCO 6016190 - MCO 601696) |
| 15. | Memorandum, 02/23/1981, Everett Plant Sale of East Side Property, from R.E. Cummings to V.T. Matteucci, with copies to P. Humfeld and G. Jessee, with attachments (MCO 6016188 - MCO 6016189) |
| 16. | Memorandum, 02/27/1981, Everett Plant Sale of East Side Property, from G. Jessee to R. Nelson, V. Matteucci, and B. Wilken (MONS2 0002556) (EVE 1029998) |
| 17. | Memorandum, 03/18/1981, Everett Plant Sale of East Side Property, from Jeff Waldbeser to R. Cummings, L. Boesch, C. Callis, G. Jessee, V. Matteucci, J. McGuire, and R. Nelson (MONS2 0002552) (EVE 10299513/20) |
| 18. | Memorandum, 03/20/1981, Everett Hydrogeologic Survey - Dames & Moore Report dated 1/80, from J.H. Waldbeser to I. Newcomer, with copies to C. Callis, R. Cummings, V. Matteucci, J. McGuire, and R. Nelson, with attachment (EVE 1629953 - EVE 1629956) (0009971 - 0009974) |
| 19. | Letter, 12/22/1981, from W. J. St. Hillaire to I. Newcomer re site inspection |
| 20. | Letter, 01/22/1982, Proposed Property Sale to Boston Edison Company, from M. James Feeney to J.W. Cox of Boston Edison Company, with copies to R. Cooper, M. Feeney, V. Matteucci, P. Park, R. Stohr, and J. Waldbeser with attachments (MCO 6016172- MCO 6016176) (MONS1 0001757 - MONS1 0001759) (MCO 6016059 - MCO 6016151) |
| 21. | Report, 02/12/1982, "Hydrogeologic Survey for the Eastern Property of Monsanto Industrial Chemicals Co., Job No. 1111-145-10," prepared by Dames & Moore (MCO 6290714- MCO 6290746) |
| 22. | Letter, 03/08/1982, Purchase of Monsanto Property, from John Cox of Boston Edison to Frank O'Neil, with attachment (MONS2 0002722 - MONS2 0002724) (EVE 1632667 - EVE 1632669) |
| 23. | Agreement, 05/11/1982, License Agreement by and between Monsanto |

3

| Exh. No. | Description (includes Bates range) |
|---|---|
| | Company and Boston Edison Company (MONS2 0002731 - MONS2 0002738) (EVE 1632643 - EVE 1632650) |
| 24. | Letter, 05/12/1982, from Arthur Bartlett to Joseph Serafini (MONS3 0000295) |
| 25. | Report, 07/14/1982, "Site Contamination and Liability Audit of the Monsanto Property Conducted for Boston Edison Company" Report prepared by Perkins Jordan, Inc. (MONS3 0002129 - MONS3 0002219) (MONS1 0001380 - MONS1 0001472) (MCO 6016059 - MCO 6016151) |
| 26. | Memorandum, 09/02/1982, East Side Land Sale, from J. Doyle to F. Thompson, with copies to J. Doyle, J. Feeney, I. Newcomer, J. Waldbeser (MONS2 0002741) (EVE 1632549) |
| 27. | Letter, 09/22/1982, from M. J. Feeney to J.W. Cox re engineering report prepared for Boston Edison Company with copies to Perkins Jordan, Inc. (MCO 6016213 - MCO 6016215) |
| 28. | Cancelled signature page to Lease Agreement (HAS-EVE3 01204) |
| 29. | Deed, 06/20/1983, Quitclaim Deed conveying the Property from Monsanto Company to Boston Edison Company (HAS-EVE3 00565 - HAS-EVE3 00575) |
| 30. | Deed, 03/06/1995, Quitclaim Deed conveying the Property from Boston Edison Company to O'Donnell Sand and Gravel, Inc. (HAS-EVE3 00576 - HAS-EVE3 00585) |
| 31. | Agreement, 03/06/1995, Acknowledgment and Release between Boston Edison Company and O'Donnell Sand and Gravel, Inc. |
| 32. | Deed, 09/25/1995, Quitclaim Deed conveying the Property from O'Donnell Sand and Gravel, Inc. to Mary O'Donnell |
| 33. | Agreement, 05/01/1996, Lease of the property between Mary O'Donnell and Mary O'Donnell Construction Co. Inc. ("ODC") for an eight-year period ending April 30, 2004 at a rent of $12 per year. (HAS-EVE2 02372 - HAS-EVE2 02375) |
| 34. | Agreement, 05/01/1996, Option Agreement between Mary O'Donnell and Modern Continental Construction Company, Inc./Obayashi (HAS-EVE2 01243 - HAS-EVE2 01258) (HAS-EVE2 02446 - HAS-EVE2 2461) (HAS-EVE2 01243 – HAS-EVE2 01258) |
| 35. | Mortgage of Real Estate, 05/01/1996 from Mary O'Donnell Construction Co., Inc. to Modern Continental Construction Co., Inc./Obayashi for Vacant Land on Chemical Lane Everett and Boston, MA (Middlesex South, Book 26298, Pages 472-491) |
| 36. | Agreement, 10/15/1996, Agreement by and between Mary O'Donnell, Mary O'Donnell Construction Co., Inc., O'Donnell Sand & Gravel, Inc., and Gator, |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | Inc. (HAS-EVE2 02483 - HAS-EVE2 02486) |
| 37. | Deed, 05/14/1998, Deed by and between Boston Edison Company and Sithe Mystic LLC |
| 38. | Amendment, 03/17/1999, First Amendment to Option Agreement by and between Mary O'Donnell and Modern Continental Construction Co., Inc./Obayashi (HAS-EVE2 00638 - HAS-EVE2 00643) (HAS-EVE2 02427 - HAS-EVE2 02432) (HAS-EVE2 02462 - HAS-EVE2 02467) (HAS-EVE3 00037 - HAS-EVE3 00042) |
| 39. | Amendment, 03/17/1999, First Amendment of Mortgage by and between Mary O'Donnell and Modern Continental Construction Co., Inc./Obayashi (MONS1 0001929 - MONS1 0001931) |
| 40. | Agreement, 03/17/1999, Notice of Option Agreement by and between M. O'Donnell and Modern Continental Construction Co., Inc. - Middlesex Superior, Book 29962 Page 380 (MONS1 0001906 - MONS1 0001910) (MONS1 0001985) |
| 41. | Lease, 06/08/2001, Lease between Modern Continental and Mystic Landing LLC (HAS-EVE3 00222 – HAS-EVE3 00238) |
| 42. | Agreement, 06/19/2001, Assignment and Assumption of Rights and Obligations by and between Modern Continental Construction Co., Inc./Obayashi and Mystic Landing, LLC (HAS-EVE 000043 - HAS-EVE 000045) |
| 43. | Deed, 06/21/2001, Quitclaim Deed conveying the property from Mary O'Donnell to Mystic Landing, LLC  (MONS1 0001868 - MONS1 0001873) |
| 44. | Amendment, 02/27/2002, First Amendment to Lease by and between Mystic Landing, LLC and Modern Continental Construction Co., Inc./Obayashi (HAS-EVE3 00221 - HAS-EVE3 00238) (HAS-EVE3 01199) |
| 45. | Lease, 01/01/2004, Lease between Mystic Landing, LLC and Testa Corporation for 50 Salem Street, Lynnfield MA property |
| 46. | Letter, 10/17/1985, Monsanto Site Everett MA environmental assessment data from F.M. Lee to Richard Chalpin with attachments (MONS1 0001703 - MONS1 0001752) |
| 47. | Letter, 10/02/1995, Alford Street Test Pit Soil Sample Results from August 25, 1995 to Mary O'Donnell from Richard DeBenedictis |
| 48. | Release Form, 01/11/1996, Release Notification and Notification Retraction Form for Alford Street, Everett property prepared by the Bureau of Waste Site Cleanup for Mary O'Donnell (MONS1 0001540 - MONS1 0001541) |
| 49. | Letter, 02/22/1996, Notice of Responsibility to Mary O'Donnell from the Massachusetts Department of Environmental Protection (MONS1 |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | 0001510 - MONS1 001513) (MONS1 0001699 - MONS1 0001702) |
| 50. | Letter, 03/27/1996, Submission of Letter Report to the MA DEP from Consulting Engineers & Scientists, Inc. (MONS1 0001514 - MONS1 0001539) |
| 51. | Letter, 05/01/1996, to Peter Grela at Modern Continental from Andre J. Bissonnette of Green Environmental, Inc. (HAS-EVE 001854 - HAS-EVE 001855) |
| 52. | Letter, 11/26/1996, 310 CMR 40.0000 Notice of Due Date for Tier Classification Submittal to Mary O'Donnell from Richard Chalpin (MONS1 0001542 - MONS1 0001543) |
| 53. | Report, 01/15/1997, "Phase I Initial Site Investigation - Alford Street, Everett MA," prepared by Consulting Engineers & Scientists, Inc., for O'Donnell Sand & Gravel, Inc. (MONS1 0001290 - MONS1 0001374) |
| 54. | Report, 06/03/1998, Attachment B - Summary of Analytical Results of Soil and Groundwater Samples Obtained by Gannett Fleming, Inc. (HAS-EVE 000710 - HAS-EVE 000714) |
| 55. | Letter, 02/16/1999, Request for Extension to Submit Phase II Report on Alford Street Property, Everett/Boston, RTN No. 3-13341 from Mary O'Donnell to Bureau of Waste Site Management with attachment |
| 56. | Draft Report, 05/15/2001, Phase II Field Investigation DEP RTN 3-13341 Report Draft submitted to Hinckley Allen & Snyder LLP from Rizzo Associates, Inc. (HAS-EVE2 00801 - HAS-EVE2 00823) |
| 57. | Letter, 05/11/2001, Former Monsanto Site, to Mary Cody from Gerald J. Petros with copies to P. Grela, H. Snyder, J. Lewin, D. Zankowski, and A. Gottlieb |
| 58. | Letter, 05/29/2001, from Gerald Petros to Mary Cody re Former Monsanto Site, Alford Street and Broadway, Everett MA, (MONS1 0001509) |
| 59. | Letter, 06/01/2001, Property, Alford Street and Broadway, Everett MA ("Property"), from Brent Gihousen to Gerald Petros, with copy to Mary Cody (HAS-EVE2 00795 - HAS-EVE2 00796) |
| 60. | Certificate, 06/07/2001, Mystic Landing, LLC's Certificate of Organization |
| 61. | Letter, 06/08/2001, Former Monsanto Site, Alford Street, Everett, Massachusetts, DEP RTN 3013341 to Brent Gilhousen from Gerald Petros (MONS1 0001765 - MONS1 0001766) |
| 62. | Certificate, 06/14/2001, Mystic's Landing LLC's Amended and Restated Certificate of Organization |
| 63. | Agreement, 06/14/2001, Mystic Landing, LLC Operating Agreement (HAS-EVE3 00316 - HAS-EVE3 00348) |

6

| Exh. No. | Description (includes Bates range) |
|---|---|
| 64. | Annual Report, 08/08/2001, "Modern Continental Construction Co., Inc.'s Massachusetts Corporation Annual Report" |
| 65. | Annual Report, 08/08/2001, "Modern Continental Companies Inc.'s Massachusetts Corporation Annual Report" |
| 66. | Agreement, 04/05/1996, Subcontract Agreement between Modern Continental Construction Company, Inc./Obayashi and Mary O'Donnell Construction Co., Inc. (HAS-EVE2 02759 - HAS-EVE2 02779) (HAS-EVE2 00635 - HAS-EVE2 00637) |
| 67. | Agreement Amendment, 03/17/1999, Amendment to Subcontract Agreement between Modern Continental and Mary O'Donnell Construction/Obayashi (HAS-EVE2 00635 – HAS-EVE2 00637) (HAS-EVE2 02424 - HAS-EVE2 02426) |
| 68. | Report, 05/01/2001, "Route 99 and Chemical Lane Boston and Everett, MA," prepared for First Trade Union Bank by Derek Cavanugh and Eric Reenstierna, MAI of Eric Reenstierna Associates (HAS-EVE3 00387 - HAS-EVE3 00514) |
| 69. | Agreement; Letter of Intent, 06/08/2001, Fee Agreement and Development Letter of Intent between Mystic Landing and Gator Development (HAS-EVE3 00929 – HAS-EVE3 00936) |
| 70. | Agreement, 06/19/2001, Assignment and Assumption of Rights and Obligations by and between Modern Continental Construction Co., Inc./Obayashi and Mystic Landing, LLC (HAS-EVE 000043 - HAS-EVE 000045) |
| 71. | Statement, 06/21/2001, U.S. Department of Housing and Urban Development Settlement Statement, Mary O'Donnell and Mystic Landing (HAS-EVE3 00730 – HAS-EVE3 00735) |
| 72. | Payment, 06/21/2001, Check # 1355 for the amount of $148,861 made payable to Gator Development Company, Inc. from Hinckley Allen & Snyder LLP Client Funds Account (HAS-EVE3 00734) |
| 73. | Payments, 06/21/2001, Checks #1356 & #1357 for the amount of $74,430.50 made payable to Howard Guggenheim and Mary O'Donnell from Hinckley Allen & Snyder LLP Client Funds Account (HAS-EVE3 00735) |
| 74. | Letter, 06/25/2001, Sale of Everett/Boston Site, from Alan Gottlieb to Howard Guggenheim with attachment (HAS-EVE3 00383 - HAS-EVE3 00384) |
| 75. | Color Photograph, undated (Marino Exh. 13) |
| 76. | Color Photographs, undated, entitled "Solid Waste Stockpiles" (Marino Exh. 14) |
| 77. | Color Photographs, undated, entitled "Asbestos Containing Stockpiles" (Marino Exh.15) |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 78. | Color Photographs, undated, entitled "Stockpiles of Asbestos Containing Soil" (Marino Exh.16) |
| 79. | Color Photographs, undated (Marino Exh.17) |
| 80. | Color Photographs, undated, entitled "Soil Samples S-29 and S-30 Structural Steel Stockpile Area" (Marino Exh.18) |
| 81. | Color Photographs, undated, entitled "Soil Sample S-29 Petroleum Storage Area" (Marino Exh.19) |
| 82. | Color Photographs, undated, entitled "Soil Sample S-42 Reinforcing Steel Stockpile Area (Marino Exh. 20) |
| 83. | Photograph, undated (Grela Exh. 10) |
| 84. | Photograph, undated (Grela Exh. 11) |
| 85. | Photograph, undated (Grela Exh. 12) |
| 86. | Letter, 05/07/1997, Final Chapter 21E Amended Memorandum of Understanding, from Peter Zuk to David Struhs of DEP, with attachments |
| 87. | Letter, 05/28/1997, Central Artery/Tunnel Project I-93 Tunnel - High to State Street, MBTA Aquarium Station Modernization Contract Number 96410/S0CN02-C17A9 (HAS-EVE2 00564) |
| 88. | Plan, 06/15/1997, Aerial Drawing entitled "Environmental Borings Site Plan Everett Property Everett, MA" (HAS-EVE 000715) |
| 89. | Letter, 07/08/1997, <u>Rosen Construction Ventures, Inc., vs. O'Donnell Sand & Gravel, Inc., et al</u> Civil Action No. 96-6583E, from Joel Lewin to Albert L. Farrah, with copies to P. Grela, H. Guggenheim, and M. Marino (HAS-EVE2 00553) |
| 90. | Letter, 11/03/1997, Central Artery/Tunnel Project - Notice of Suspect Soil Conditions at Everett Laydown Yard, from Stephen A. DeiGrosso to Mary O'Donnell at O'Donnell Sand and Gravel (HAS-EVE2 001828) |
| 91. | Letter, 01/28/1998, Central Artery/Tunnel Project - Request for Additional Soil Analysis from Jay Cashman, Inc., from Massimo Marino to Mary O'Donnell at Mary O'Donnell Construction Co., Inc. (HAS-EVE2 001825) |
| 92. | Plan, 06/15/1998, Aerial Drawing entitled "Environmental Borings Site Plan Everett Property Everett, MA" with Massimo Marino notes (HAS-EVE 000715) |
| 93. | Letter, 12/30/2002, Central Artery (I-93)/Tunnel (I-90) Project Contract No. C17A6 Asbestos Containing Debris Incident, from Paul Stakutis to Steven Lipman, with attachment |
| 94. | Transmittal, 01/30/2003, Construction Document Transmittal, from John Wright to Steve Lipman concerning C25A4 - Incident #145 |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 95. | Letter, 02/11/2003, CA/T, C17A6 Incident 3145 Contaminated Soils at Modern Continental Everett Yard - Asbestos Abatement, Emergency Waiver #0301855, from Steven Lipman, P.E. to Michael Lewis and Massimo Marino, with copies to C. Barnett, R. Mansfield, K. Chin, A. Lari, P. Orr, M. Mongon, D. Christian, B. Conklin, R. Ganty, I. Davis, with attachments |
| 96. | Laboratory Results, 07/15/2004, PLM Analysis of soil samples using the California Air Resources Board Method 435 at Mystic/Everett, prepared by EMSL for Woodard & Curran |
| 97. | Aerial Photograph, 09/2004, Photograph entitled "Soil Sampling Locations 06/29/04 and 09/08/04," prepared by Woodard and Curran |
| 98. | Table, 10/01/2004, Table 1: Analytical Data for Soil Samples Collected in 2004 |
| 99. | Letter, 10/13/2004, Enclosed laboratory sampling results obtained by Woodard & Curran from Mystic Landing Site, from A. Kahn to D. Zankowski, with attachments |
| 100. | Report, 06/07/2005, "Spectrum Analytical, Inc. Laboratory Report for Project No. 1040.013, Everett Lot, Everett MA," signed by Hanibal C. Tayeh |
| 101. | Letter, 06/10/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Tim Fletcher of ECMS, inc. with attachments |
| 102. | Letter, 06/10/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 103. | Report, 06/10/2005, "Spectrum Analytical, Inc. Laboratory Report for Project No. 1040.013, Everett Lot, Everett MA," signed by Hanibal C. Tayeh |
| 104. | Report, 06/16/2005, "Spectrum Analytical, Inc. Laboratory Report for Project No. 1040.013, Everett Lot, Everett MA," signed by Hanibal C. Tayeh |
| 105. | Letter, 06/20/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 106. | Letter, 06/22/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 107. | Letter, 06/24/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 108. | Letter, 06/30/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | Stephen Weydt of ECMS, inc. with attachments |
| 109. | Letter, 06/30/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 110. | Aerial Photograph, 07/2005, Photograph entitled "Reportable Releases Associated with Site Operations," prepared by Woodard and Curran |
| 111. | Aerial Photograph, 07/2005, Photograph entitled "Site Plan," prepared by Woodard and Curran |
| 112. | Letter, 07/06/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Tim Fletcher of ECMS, inc. with attachments |
| 113. | Letter, 07/19/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 114. | Letter, 07/20/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 115. | Letter, 07/22/2005, Analytical Results using EPA/600/R-93/116 Method from Stefanie Bishop and Adrian Stanca of ProScience Analytical Services Inc., to Stephen Weydt of ECMS, inc. with attachments |
| 116. | Order, 08/08/2005, Administrative Consent Order with Penalty and Notice of Noncompliance, in the Matter of Modern Continental Construction, Co., Inc., File No. ACOP-NE-05-4008 |
| 117. | Aerial Photograph, 09/2005, Photograph entitled "Site Locus," prepared by Woodard and Curran |
| 118. | Disposal Documents, 09/15/2005, Everett Yard Contaminated Soil Disposal Documents June 16, 2005 - July 18, 2005, prepared by The Aulson Company for Modern Continental Construction Company |
| 119. | Letter, 09/16/2005, regarding Max Marino's deposition identifying "Aulson" documents from D. Zankowski of Hinckley Allen & Snyder to John Stevens with a copy to Robert Flanders |
| 120. | Letter, 11/07/2005, Supplemental Document Production by Modern Continental relating to the MA DEP ACO, from D. Zankowski to A. Kahn with copies to R. Flanders and K. Plante, with attachments |
| 121. | Letter, 11/30/2005, Modern Continental Construction Co., Inc. Everett Yard, FMF #409484 File No. ACOP-NE-05-4008-STP to John Pastore of Modern Continental, with copies to A. Messina, D. Zankowski, S. Ruch, S. Lipman, J. Carrigan, I. Davis, V. Walker, BWP Enforcement File |
| 122. | Boston Zoning Code - Article 42B Haborpark District Charlestown Waterfront |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | Inserted 06/14/1990 (HAS-EVE3 00772-00794) |
| 123. | City of Everett Zoning By Laws as Amended through 12/16/1996 (HAS-EVE3 00043-00107) |
| 124. | Report, 06/19/2001, "Phase II Field Investigation Report, Everett Staging Yard Alford Street Everett, MA - DEP RTN 3-13341," prepared by Rizzo Associates, Inc. for Hinkley, Allen, & Snyder, LLP |
| 125. | Report, 08/10/2001, "Limited Subsurface Investigation Report," prepared by Rizzo Associates, Inc. |
| 126. | Transmittal, 08/27/2001, attaching Environmental Notification Form for Mystic Landing, LLC Everett and Boston Property (HAS-EVE 001861- HAS-EVE 001878) |
| 127. | Email, 09/21/2001, Everett Sale Prospects, from Chuck Madden to Robert Shepard, with copies to P. Grela and M. Marino (HAS-EVE 000256 - HAS-EVE 000257) |
| 128. | Letter, 11/01/2001, Mystic Landing LLC - Former Monsanto Site, Alford Street, Everett to G. Petros from N. Rabadjija with copies to D.S. Horan and R.J. Morrison |
| 129. | Plan, 04/11/2002, Drawing entitled "Master Plan/Constraints Overlay" (HAS-EVE 000696) (HAS-EVE 000470) |
| 130. | Report, 04/12/2002, "Preliminary Assessment – Waterfront Development, Everett and Boston, MA" prepared for Modern Continental by Environmental Science Services (HAS-EVE 000646 - HAS-EVE 000672) (HAS-EVE 000447 – HAS-EVE 000469) |
| 131. | Plan, 04/24/2002, Site Plan, Mystic Landing Everett (HAS-EVE 001573) |
| 132. | Plan, 04/25/2002, Site Plan, Everett Property (HAS-EVE 001576) |
| 133. | Plan, 04/26/2002, Plan entitled "Modern Continental Everett MA, Alternate C" |
| 134. | Letter, 11/18/2005 from D. Zankowski to A. Kahn, attaching 10/6/2005 letter from Rizzo to MA DEP regarding Tier II Extension, Tier II Extension Report, Statement of Limitations and Conditions (attachment to the Opinion of MA LSP), Tier Classification Transmittal Form Tier II Compliance History Form, and Tier II Transferor Certification Form |
| 135. | Plan, 04/10/2003, Site Plan (HAS-EVE 000700) (HAS-EVE 000474) (HAS-EVE 000475) |
| 136. | Letter, 07/01/2003, "Mystic Landing" Mixed Use Development Proposal Everett-Boston, MA from Lelio Marino to Douglas Foy |
| 137. | Plan, 07/21/2003, Mystic Landing Site Plan (HAS-EVE2 02229) |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 138. | Plan, 07/21/2003, Mystic Landing Site Plan (HAS-EVE2 02230) |
| 139. | Letter, 5/5/2005, from New England Development to Mystic Landing re offer to purchase at price of $16,000,000 |
| 140. | Draft Letters, 5/12/2005, from M. Loeber to New England Development re Modern Continental's preparation to move on transaction with $18,000,000 term |
| 141. | Letter, 6/29/2005, from New England Development to Mystic Landing re offer to purchase at price of $16,000,000 |
| 142. | Letter, 6/29/2005, from The Maggiore Companies to M. Loeber re offer to purchase at price of $13,500,000 |
| 143. | Letter, 06/30/2005, from Carpionato Properties Inc. to M. Loeber re offer to purchase at price of $14,000,000 |
| 144. | Letter, 06/30/2005, from Carpionato Properties Inc. to M. Loeber re offer to purchase at price of $17,000,000 |
| 145. | Letter, 06/30/2005, from Boston Residential Group to B. Doherty re offer to purchase at price of $7,500,000 |
| 146. | Letter, 06/30/2005, from Landmark Development Group, LLC to M. Loeber re offer to purchase at price of $34,000,000 |
| 147. | Letter, 07/12/2005, from Landmark Development Group, LLC to M. Loeber re offer to purchase at price of $34,000,000 |
| 148. | Letter, 7/12/2005, from Carpionato Properties Inc. to M. Loeber re offer to purchase at price of $16,000,000 |
| 149. | Letter, 7/12/2005, from The Maggiore Companies to M. Loeber re offer to purchase at price of $13,500,000 |
| 150. | Brochure, 09/08/2005, Confidential Offering Brochure produced by Mystic Landing, LLC |
| 151. | Draft Cost Estimate, 05/15/2001, Preliminary Remedial Cost Estimate to D. Zankowski from Richard J. Hughto and William C. Phelps of Rizzo Associates, Inc. (HAS-EVE2 00824 - HAS-EVE2 00827) |
| 152. | Draft Cost Estimate, 05/22/2001, Preliminary Remedial Cost Estimate to D. Zankowski from Richard J. Hughto and William C. Phelps of Rizzo Associates, Inc. (HAS-EVE2 00797 - HAS-EVE2 00800) |
| 153. | Letter, 12/06/2001, Response to November 16, 2001 letter, from A. Kahn to D. Zankowski |
| 154. | Letter, 08/27/2001, Mass. General Laws ch. 21E, 4A Demand Letter – Former Alford St. Monsanto Site to Fred Hassan, A. Kahn, and Richard Collier from Gerald Petros with copies to L. Marino, C. Madden, M. Marino, P. Grela, R. |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | Shepard, H. Snyder, J. Lewin, D. Zankowski, and A. Gottlieb (HAS-EVE2 00766 – HAS-EVE2 00776) |
| 155. | Letter, 04/08/2002, Mystic Landing LLC – Alford and Broadway Site, to A. Kahn from D. Zankowski enclosing cost estimate |
| 156. | Letter, 08/27/2002, Mystic Landing LLC Letter of June 12, 2002, to A. P. Kahn from D. M. Zankowski, with attachments |
| 157. | Email, 10/07/2003, Rizzo Remedial Cost Estimate Monsanto Site from D. Zankowski to A. Kahn with attachment |
| 158. | Letter, 10/10/2003, from D. M. Zankowski to A. P. Kahn enclosing August 2003 Remedial Cost Estimate prepared by Richard J. Hughto and William C. Phelps of Rizzo Associates, Inc. |
| 159. | Spreadsheet, 03/06/1997, "Everett Remediation Project Cost Summary Sheet" (MONS2 0003390 - MONS2 0003407) |
| 160. | Spreadsheet, 06/16/1997, "Everett Remediation Project Cost Summary Sheet" (MONS2 0001029 - MONS2 0004047) |
| 161. | Report, 07/1997, "Response Action Outcome Statement Monsanto Everett Site Mystic View, Wells 5, and Tidal Flats Subareas DEP Site No. 3-0313," prepared by O'Reilly, Talbot & Okun Associates, Inc. for Monsanto Company (MONS1 0000001- MONS1 0000029) |
| 162. | Report, 07/1997, "Response Action Outcome Statement, Monsanto Everett Site, Fund Land Area DEP Site No. 3-4200," prepared by O'Reilly, Talbot & Okun Associates, Inc. for Monsanto Company (MONS1 0000030- MONS1 0000042) |
| 163. | Report, 07/1997, "Partial Response Action Outcome Statement, Monsanto Everett Site, Plasticizer Subarea DEP Site No. 3-0313," prepared by O'Reilly, Talbot & Okun Associates, Inc. for Monsanto Company (MONS1 0000043- MONS1 0000064) |
| 164. | Report, 07/1997, "Response Action Outcome Statement, Monsanto Site, Manufacturing and North Fill Subareas, DEP Site No. 3-0313," prepared by O'Reilly, Talbot & Okun Associates, Inc. (MONS1 0000065 - MONS1 000088) |
| 165. | Memorandum, 02/27/1998, Everett, Former Monsanto Facility DEP Site Nos. 3-0313, 3-4200, 3-4425, from Elizabeth Callahan to File through Patricia Donahue (HAS-EVE 000703 - HAS-EVE 000707) |
| 166. | Report, 07/12/2000, "Addendum to Phase III Remedial Action Plan, Cape Cod Remediation Area Monsanto Everett Remediation Project DEP Site No. 3-0313," prepared by O'Reilly, Talbot & Okun Associates for Solutia, Inc. (MONS1 0000932 - MONS1 0000953) |
| 167. | Report, 07/13/2000, "Addendum to Phase IV Remedy Implementation Plan, , |

| Exh. No. | Description (includes Bates range) |
|---|---|
|  | Cape Cod Remediation Area Monsanto Everett Remediation Project DEP Site No. 3-0313, prepared by O'Reilly, Talbot & Okun (MONS1 0000955 - MONS1 0000974) |
| 168. | Report, 09/24/2002, "Modified Class A-4 Partial Response Action Outcome Statement," prepared by O'Reilly, Talbot & Okun Associates, Inc. for Solutia, Inc. (MONS 0000983 - MONS 0001023) |
| 169. | License, 02/12/1887, Commonwealth of Massachusetts Harbor and Land Commissioner to Boston and Maine Railroad Company Commissioner License, Book 1784, pgs. 462-464 with attached Plan, 01/27/1887 (Plan 35) (HAS-EVE 000479 - HAS-EVE 000483) (HAS-EVE 000602 - HAS-EVE 000606) (HAS-EVE 001660 - HAS-EVE 001663) (MONS3 0000929 - MONS3 0000932) (MONS3 0001416 - MONS3 0001418) |
| 170. | License, 09/06/1907, Commonwealth of Massachusetts to Boston & Maine Railroad Company Commissioner License, Book 3324, pgs. 138-139 with attached Plan, 09/20/1907 (Plan 19) (HAS-EVE 000518 - HAS-EVE 000521) (HAS-EVE 000573 - HAS-EVE 000576) (HAS-EVE 001669 - HAS-EVE 001670) (MONS3 0000936 - MONS3 0000938) (MONS3 0001393 - MONS3 0001395) |
| 171. | License, 09/20/1907, Commonwealth of Massachusetts to Boston & Albany Railroad Company Commissioner License, Book 3326, pgs. 473 - 474 with attached Plan, 09/06/1907 (Plan 16) (HAS-EVE 000522 - HAS-EVE 000525) (HAS-EVE 000569 - HAS-EVE 000572) (HAS-EVE 001667 - HAS-EVE 001668) (MONS3 0000939 - MONS3 0000941) (MONS3 0001396 - MONS3 0001397) |
| 172. | License, 08/28/1908, Commonwealth of Massachusetts Harbor and Land Commissioner to Blinn and al Trs. Commissioner License, Book 3392, pgs. 81-82, with attached Plan, 08/28/1908 (Plan 16) (HAS-EVE 000511 - HAS-EVE 000513) (HAS-EVE 000581 - HAS-EVE 000583) (HAS-EVE 001656 - HAS-EVE 001657) (MONS3 0000949 - MONS3 0000951) |
| 173. | License, 03/30/1933, Boston & Maine Railroad to Monsanto Chemical Company, Inc. Commissioner License, Book 5712, pgs. 68, 75-76, with attached plan, 03/30/1933 (Plan 102) (MONS3 0001401 - MONS3 0001404) |
| 174. | License, 12/27/1935, Commonwealth of Massachusetts to Boston Elevated Railway Co., et al Commissioner License, Book 5995 pgs. 435-437, with attached Plan, 12/27/1935 (Plan 732) (HAS-EVE 000549 - HAS-EVE 000552) (MONS3 0001419 - MONS3 0001423) |
| 175. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0023155 |
| 176. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0000821 |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 177. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0014846 |
| 178. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0023149 |
| 179. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0004332 |
| 180. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018620 |
| 181. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0014553 |
| 182. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-002526 |
| 183. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0010482 |
| 184. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0013948 |
| 185. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0015766 |
| 186. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0015820 |
| 187. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0015895 |
| 188. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0016650 |
| 189. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017336 |
| 190. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017395 |
| 191. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017490 |
| 192. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017491 |
| 193. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017591 |
| 194. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017618 |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 195. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017873 |
| 196. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018008 |
| 197. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018442 |
| 198. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018585 |
| 199. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018716 |
| 200. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0019237 |
| 201. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0020236 |
| 202. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0022466 |
| 203. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0010459 |
| 204. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0021098 |
| 205. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0022235 |
| 206. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0023112 |
| 207. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0010431 |
| 208. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0013744 |
| 209. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0017387 |
| 210. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018553 |
| 211. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0019849 |
| 212. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0024815 |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 213. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0011789 |
| 214. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0012140 |
| 215. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0000923 |
| 216. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0022499 |
| 217. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0000040 |
| 218. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0011213 |
| 219. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0015085 |
| 220. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0018321 |
| 221. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0002530 |
| 222. | Release, undated, DEP Waste Site Reportable Releases for RTN 3-0002910 |
| 223. | Table, 09/12/2005, "Status of Comparison Properties in Mystic Landing Appraisal Report" from Rebuttal Report, 09/20/2005, "Rebuttal Report of R. Duff Collins, P.G., LSP" |
| 224. | Documents submitted to DEP by Mystic and/or Modern relating to Administrative Consent Order with Penalty and Notice of Noncompliance, in the Matter of Modern Continental Construction, Co., Inc., File No. ACOP-NE-05-4008, December 2005 |

**List of Exhibits Relevant to Claim for Attorney's Fees**

Pharmacia believes that Mystic Landing's claim for attorneys fees, if addressed at all, would be addressed in a separate phase of trial. Pharmacia submits this list of exhibits that Pharmacia may offer at that separate phase. Pharmacia reserves the right to introduce any

exhibit listed on Plaintiff's exhibit list, or any document that becomes available after this list is filed.

| Exh. No. | Description (includes Bates range) |
|---|---|
| 225. | Letter, 10/12/2001, Response to 08/27/2001 Demand Letter Pursuant to M.G.L. Chapter 21E, Section 4A Mystic Landing, LLC Site Everett and Boston MA, from A. Kahn to Gerald Petros (MONS1 0001250 - MONS1 001255) |
| 226. | Letter, 11/16/2001, Pharmacia/Solutia/Monsanto Letter of October 12, 2001 from D. Zankowski to A. Kahn |
| 227. | Letter, 11/20/2001, Reports attached to your letter of November 16, from A. Kahn to D. Zankowski |
| 228. | Letter, 01/11/2002, Pharmacia/Solutia/Monsanto Responses to Section A4 Demand from D. Zankowski to A. Kahn |
| 229. | Letter, 01/22/2002, Response to January 11, 2002 letter, from A. Kahn to D. Zankowski |
| 230. | Letter, 03/12/2002, Additional Information Discussed at Meeting of February 6, 2002, from A. Kahn to D. Zankowski |
| 231. | Letter, 03/18/2002, Additional Information Discussed at Meeting of February 6, 2002 Mystic Landing LLC, from D. Zankowski to A. Kahn |
| 232. | Letter, 05/06/2002, Mystic Landing LLC Confidential Settlement Offer, from A. Kahn to D. Zankowski |
| 233. | Letter, 12/16/2002, Transaction Documents with O'Donnell, from A. Kahn to D. Zankowski |
| 234. | Fax, 06/17/2004, Permission to visit site for inspection on 6/29/2004 with request of data from visit with attachment of court filed Plaintiff's Response to Request To Permit Entry Upon Land, from D. Zankowski of Hinckley Allen & Snyder to A. Kahn, Robert Shepard of Modern Continental Construction Co., Inc. and Gerald Petros |
| 235. | Fax, 06/23/2004, Response to Proposed View with naming individuals who will be entering site, from A. Kahn to D. Zankowski of Hinckley Allen & Snyder and Douglas Otto of Morrison, Mahoney & Miller |
| 236. | Fax, 07/01/2004, Requesting dates to access northern portion of site from A. Kahn to D. Zankowski of Hinckley Allen & Snyder and Douglas Otto of Morrison, Mahoney & Miller |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 237. | Fax, 07/15/2004, Scheduling Constraints preventing completing of view on 6/29 from A. Kahn to D. Zankowski and Douglas Otto of Morrison, Mahoney & Miller |
| 238. | Fax, 07/19/2004, Proposed site re-entry dates, from D. Zankowski of Hinckley Allen & Snyder to A. Kahn |
| 239. | Fax, 07/21/2004, Site visit, from A. Kahn to D. Zankowski |
| 240. | Letter, 05/31/2002, Mystic Landing LLC Response to Confidential Settlement Offer, from D. Zankowski to A. Kahn |
| 241. | Letter, 06/12/2002, Mystic Landing LLC Letter of May 31, 2002, from A. Kahn to D. Zankowski |
| 242. | Letter, 10/10/2003, Mystic Landing, LLC and Monsanto/Solutia/Pharmacia Alford Street, Everett MA Property, from D. Zankowski to A. Kahn with attachments re confidentiality agreements |
| 243. | Letter, 10/23/2003, Regarding Zankowski letter of 10/10/2003 from A. Kahn to D. Zankowski with attachment re confidentiality agreement |
| 244. | Letter, 10/24/2003, Alford Street, Everett Property, from D. Zankowski to A. Kahn |
| 245. | Letter, 12/11/2003, Confidentiality Agreement from A. Kahn to D. Zankowski with attachment |
| 246. | Letter, 12/22/2003, Mystic Landing, LLC and Monsanto/Solutia/Pharmacia Alford Street, Everett MA Property, from D. Zankowski to A. Kahn with copy to Gerald Petros |
| 247. | Faxed Letter, 04/12/2004, <u>Mystic Landing, LLC v. Pharmacia Corporation et. al</u> Civil Action No. 04-10180 RGS from D. Zankowski to A. Kahn with copies to Gerald Petros and Katherine Ruff |
| 248. | Presentation, 05/27/2005, Powerpoint Presentation, "Settlement Meeting" |
| 249. | Draft Stipulation of Dismissal, 06/2005, Draft Stipulation Dismissal received from Doreen Zankowski |
| 250. | Draft Memorandum, 06/01/2005, Draft Memorandum received from Doreen Zankowski, from Monsanto Company and Pharmacia Corporation to Prospective Purchasers of "Mystic Landing" who have read and signed a confidentiality/non-use stipulation, with copy to Modern Continental Construction Co., Cushman & Wakefield |
| 251. | Draft Agreement, 06/10/2005, Draft Agreement to Preserve Rights in Pending Litigation received from Doreen Zankowski |

        Respectfully submitted,

        /s/ Elisabeth M. DeLisle
        John M. Stevens (BBO # 480140)
        Adam P. Kahn (BBO # 561554)
        Elisabeth M. DeLisle (BBO #658067)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, Massachusetts   02210
        tel: (617) 832-1000
        fax: (617) 832-7000
        edelisle@foleyhoag.com

Dated:   January 3, 2006