**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>　　Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>　　Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>　　Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>　　Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>　　Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>　　Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>　　Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>　　Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN
CONTINENTAL CONSTRUCTION CO., INC.'S WITNESS LIST SUBMITTED
PURSUANT TO LOCAL RULE 16.5(D) AND THE COURT'S ORDER,
DATED APRIL 5, 2005**

565120v1

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby submit their list of witnesses and potential witnesses to be called at trial, pursuant to Local Rule 16.5(D) and the Court's Order dated April 5, 2005.

Mystic and/or Modern reserve the right to call any witnesses listed on Pharmacia's list of witnesses. Mystic and Modern reserve the right to designate portions of deposition transcript for any witness who is listed on Pharmacia's witness list but who fails to be called and is otherwise unavailable to testify.

### Plaintiff, Mystic and Third Party Defendant, Modern's Witnesses

- Richard Hughto, Expert, PhD, P.E., L.S.P., c/o Rizzo Associates, Inc., One Grant Street, Framingham, MA
- John Pastore, Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Robert Shepard, (former Modern employee), c/o Core Investments, Boston, MA
- Peter Grela, (former Modern employee), c/o Lookout Farm, Natick, MA
- Massimo Marino, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Roger Tougas, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Donald Bouchard, Expert, c/o Lincoln Property Company, 101 Arch Street, Boston, MA
- Carole Schlessinger, Expert, c/o Crosby, Schlesinger, & Smallridge, LLC, Russia Wharf, 270 Congress Street, Boston, MA 02210

### Plaintiff, Mystic and Third-Party Defendant, Modern's Potential Witnesses

- Steven Foster, Expert, c/o Lincoln Property Company, 101 Arch Street, Boston, MA
- Charles Madden, Sr., (former Modern employee), c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Paul Orr, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Donald Kovitz, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Joseph Rocha, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Paul Pedini, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA

- Charles Madden, Jr. (former O'Donnell Sand & Gravel employee)
- Mary O'Donnell, O'Donnell Sand & Gravel
- Gerald Rinaldi (former Monsanto employee)
- Richard A. Stohr, Esq. (former Monsanto employee)
- Fred L. Thompson (former Monsanto employee)
- Michael R. Foresman (former Monsanto employee)
- Jeffrey Gram, c/o Modern Continental Construction Co., Inc., 600 Memorial Drive, Cambridge, MA
- Martha Gaines, c/o Seaboard Surety Co., Inc., 111 Schilling Road, Hunt Valley, MD 21031
- Lawton Bloom, c/o Argus Management, One Grafton Common, Grafton, MA 01519

Mystic and/or Modern fully reserve their rights to call any witness not herein listed as a rebuttal witness or witnesses. Further, Modern and/or Mystic hereby list all of Pharmacia's witnesses as Modern's and Mystic's witnesses as if fully set forth and listed herein.

MYSTIC LANDING, LLC AND MODERN
CONTINENTAL CONSTRUCTION CO.

By its attorneys:

/s/ Doreen M. Zankowski
_____
Robert G. Flanders, Jr., Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: January 3, 2006

#565120v1                                3

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 3rd day of January, 2006, I served a true and accurate copy of the foregoing document by first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____
Doreen M. Zankowski