# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants. | )<br>)<br>)<br>) |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>) |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| BOSTON EDISON COMPANY,<br>    Third-Party Defendant. | )<br>)<br>) |
| v. | )<br>) |
| BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | )<br>)<br>) |

**CIVIL ACTION NO.**
**04-10180 NMG**

**DEFENDANT PHARMACIA'S OBJECTIONS TO PLAINTIFF MYSTIC LANDING,
LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL
CONSTRUCTION CO., INC.'S
LIST OF EXHIBITS TO BE INTRODUCED AT TRIAL**

Defendant Pharmacia Corporation respectfully submits the following list of objections to the List of Exhibits To Be Introduced at Trial filed by Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc.

| Exhibit No. | Description | Objection |
|---|---|---|
| 1. | Expert Report of Richard J. Hughto, Ph.D., P.E., LSP ("Hughto Expert Report"), dated September 12, 2005 | Hearsay |
| 2. | Affidavit of Richard J. Hughto, Ph.D., P.E., LSP, dated September 26, 2005 | Hearsay |
| 3. | Aerial Photograph of Site contained in Hughto Expert Report | |
| 4. | Aerial Photograph of Site (1952) contained in Hughto Expert Report | |
| 5. | Merrimac Chemical Company, Inc. Aerial Photograph (1931) contained in Hughto Expert Report | Hearsay Authentication (Not photograph) |
| 6. | Historical Monsanto Site Plan contained in Hughto Expert Report | Hearsay |
| 7. | Table 1: Primary Eastern Parcel Products Manufactured, Raw Materials, and Waste Products contained in Hughto Expert Report | Hearsay |
| 8. | Timeline of Site Ownership Chart contained in Hughto Expert Report | Hearsay, Und. Exp. Op.[1] |
| 9. | Monsanto Company 1978 Closed Disposal Areas Diagram contained in Hughto Expert Report | |
| 10. | Historic Monsanto Waste Disposal Locations Diagram contained in Hughto Expert Report | Hearsay |
| 11. | Monsanto Company Elevated Concentrations of Sulfate Diagram contained in Hughto Expert Report | Hearsay, Authentication (Title) |
| 12. | Monsanto Company Elevated Concentrations of Sulfur Diagram contained in Hughto Expert Report | Hearsay, Authentication (Title) |
| 13. | Monsanto Company Elevated Concentrations of EP Soluble Lead Diagram contained in Hughto Expert Report | Hearsay, Authentication (Title) |
| 14. | Monsanto Company Elevated Concentrations of Aluminum and Iron Diagram contained in Hughto Expert Report | Hearsay, Authentication (Title) |
| 15. | Historic Site Contamination Quantified Prior to 2000 Diagram contained in Hughto Expert Report | Hearsay |
| 16. | Aerial Photograph of Site contained in Hughto Expert Report | |
| 17. | Outline of MCP Process contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |

---

[1] Undisclosed Expert Opinion

| Exhibit No. | Description | Objection |
|---|---|---|
| 18. | Site Plan with Rizzo Associates Sampling Locations contained in Hughto Expert Report | |
| 19. | Monsanto Co. Memorandum contained in Hughto Expert Report | Incomplete |
| 20. | Letter from M. James Feeney (Monsanto Co.) to J.W. Cox (Boston Edison Co.) regarding Proposed Property Sale to Boston Edison Co., dated January 22, 1982, contained in Hughto Expert Report | |
| 21. | Site Plan-UCL Soil Exceedance Areas Diagram contained in Hughto Expert Report | Hearsay |
| 22. | Site Plan-UCL Soil and RCS-1 Exceedance Areas Diagram contained inHughto Expert Report | Hearsay, Und. Exp. Op. |
| 23. | Area of Low pH Groundwater Diagram contained in Hughto Expert Report | Hearsay |
| 24. | Site Plan with Locations of Section Lines Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 25. | Geologic Cross-Sections A-A, B-B Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 26. | Geologic Cross-Sections A-A, B-B with Contaminated Interval Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 27. | Woodard & Curran Aerial Photograph with Soil Sample Locations contained in Hughto Expert Report | |
| 28. | Woodard & Curran Aerial Photograph with Tunnel Muck Thickness contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 29. | Woodard & Curran Aerial Photograph with Tunnel Muck Thickness (with chart) contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 30. | Table 2: Summary of Primary Soil and Groundwater Contaminants and Their Sources contained in Hughto Expert Report | Hearsay |
| 31. | Location of Waste Disposal and Observed Contamination Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 32. | Site Plan with Rizzo Associates Sampling Locations Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 33. | Mystic River Sediment Sample Locations by: Menzie Cura & Assoc. contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 34. | Site Plan: Metals Impacted Groundwater Diagram contained in Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 35. | Draft AUL Language-Mystic Landing Site contained in Hughto Expert Report | Hearsay, Und. Exp. Op., Relevance |
| 36. | Table 3: Summary of Estimated Remediation Costs contained in Hughto Expert Report | Hearsay |

| Exhibit No. | Description | Objection |
|---|---|---|
| 37. | Summary of Estimated Remediation Costs Using Data Available Through December 2005 Table to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 38. | Estimated Cost for Soil Disposal During Construction Chart to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 39. | Summary of Contamination Conditions Requiring Remediation Table to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 40. | Table 1: Soil Analytical Data-Mystic River (SED Sample) to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 41. | Table 1: Soil Analytical Data (mg/kg) (CES Sample) to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 42. | Table 1: Groundwater Analytical Data to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 43. | Table 2: Lims 93815 Soil Analytical Data to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 44. | Table 3: Groundwater Analytical Data, dated December 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 45. | Con-Test Analytical Laboratory-Analytical Summary Report, dated December 15, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 46. | Con-Test Analytical Laboratory-Analytical Summary Report, dated December 15, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 47. | Con-Test Analytical Laboratory-Analytical Summary Report, dated December 19, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 48. | Con-Test Analytical Laboratory-Analytical Summary Report, dated December 22, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 49. | Con-Test Analytical Laboratory-Analytical Summary Report, dated December 27, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 50. | Alpha Analytical Laboratories Certificate of Analysis (Laboratory Job #L0515324)-Reported on December 22, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 51. | Alpha Analytical Laboratories Certificate of Analysis (Laboratory Job #L0515482)-Reported on December 23, 2005 to supplement Hughto Expert Report | Hearsay, Und. Exp. Op. |
| 52. | SUMMARY CHART, showing 1) these particular hazardous materials, 2) their CAS Numbers, 3) each environmental study, from 1980 to 2001, in which the contamination was found, and 4) whether the contaminants were discovered in groundwater, soil or both on the Site prepared by Richard J. Hughto | Hearsay |
| 53. | Rizzo Associates, Environmental Studies Phase II: Field Investigation Report, dated June 19, 2001 | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 54. | Rizzo Associates, Environmental Studies Limited Subsurface Investigation Report, dated August 10, 2001 | |
| 55. | Laboratory Report prepared by Spectrum Analytical, Inc., dated June 7, 2005 | |
| 56. | Laboratory Report prepared by Spectrum Analytical, Inc., dated June 10, 2005 | |
| 57. | Laboratory Report prepared by Spectrum Analytical, Inc., dated June 16, 2005 | |
| 58. | Analytical Results prepared by ProScience Analytical Services, Inc., dated June 22, 2005 | |
| 59. | Analytical Results prepared by ProScience Analytical Services, Inc., dated July 19, 2005 | |
| 60. | Letter from F.M. Lee (Boston Edison Co.) to Richard Chalpin (MA Dept. of Environ. Quality Engineering) regarding Monsanto Site, dated October 17, 1985 | Incomplete |
| 61. | Monsanto Co. Plan entitled "Closed Disposal Areas." (EVE 1615691) | |
| 62. | Letter from Gerald Petros, Esq. to Mr. Fred Hassan, Richard T. Collier, Esq. and Adam P. Kahn, Esq., dated August 27, 2001 | |
| 63. | Preliminary Assessment-Waterfront Development Everett and Boston, Massachusetts prepared by Environmental Science and Services, Inc., dated April 12, 2002 | |
| 64. | Monsanto Co. Memorandum from P.B. Hodges, B.W. Eley and A.F. Pier to F.J. Holzapfel regarding Environmental Assessment Sale of 34 Acres-Everett Plant, dated October 24, 1973 | |
| 65. | Monsanto Co. Memorandum from J.H. Waldbeser to R.G. Cooper regarding Sale of Everett Property to Boston Edison with Attachment of Draft Summary of Site History and Environmental Status, Sale of Everett Plant, East Side Property, dated November 19, 1981 | |
| 66. | From Irving A. Newcomer to R.E. Cummings regarding Everett Plant, East Side Assessment, dated June 3, 1980 | |
| 67. | Monsanto Company 2004 Annual Report | Irrelevant, Hearsay |
| 68. | Quitclaim Deed from Monsanto Co. to Boston Edison Co., dated June 20, 1983 | |
| 69. | Quitclaim Deed from Boston Edison Co. to O'Donnell Sand & Gravel, Inc., dated March 6, 1995 | |
| 70. | Quitclaim Deed from O'Donnell Sand & Gravel, Inc. to Mary O'Donnell, dated September 25, 1995 | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 71. | Quitclaim Deed from Mary O'Donnell to Mystic Landing, LLC, dated June 21, 2001 | |
| 72. | Option Agreement between Mary O'Donnell and Modem Continental Construction Co., Inc./Obayashi, a Joint Venture, dated May 1, 1996 | |
| 73. | First Amendment to the Option Agreement between Mary O'Donnell and Modem Continental Construction Co., Inc./Obayashi, a Joint Venture, dated March 17, 1999 | |
| 74. | Notice of Option Agreement between Mary O'Donnell and Modem Continental Construction Co., Inc./Obayashi, a Joint Venture, dated March 17, 1999 | |
| 75. | Subcontract Agreement between Modem Continental Construction Co., Inc./Obayashi, a Joint Venture and Mary O'Donnell Construction Co., Inc., dated April 5, 1996 | |
| 76. | Amendment to Subcontract Agreement between Modem Continental Construction Co., Inc./Obayashi, a Joint Venture and Mary O'Donnell Construction Co., Inc., dated March 17, 1999 | |
| 77. | Commercial Lease from Mary O'Donnell to Mary O'Donnell Construction Co., Inc., dated May 1, 1996 | |
| 78. | Assignment and Assumption of Rights and Obligations Agreement between Modem Continental Co., Inc./Obayashi, a Joint Venture and Mystic Landing, LLC, dated June 19, 2001 | |
| 79. | Assignment of Notice of Option Agreement between Mary O'Donnell and Modem Continental Co., Inc./Obayashi, a Joint Venture, dated June 21, 2001 | |
| 80. | Rizzo Associates Invoice No. 51647 for $4,072.11, dated March 26, 2001 | Undisclosed[2], Relevance |
| 81. | Rizzo Associates Invoice No. 52031 for $29,935.14, dated April 26, 2001 | Undisclosed, Relevance |
| 82. | Rizzo Associates Invoice No. 52330 for $16,106.44, dated May 21, 2001 | Undisclosed, Relevance |
| 83. | Rizzo Associates Invoice No. 52909 for $26,372.51, dated June 29, 2001 | Undisclosed, Relevance |
| 84. | Rizzo Associates Invoice No. 53376 for $8,793.48, dated August 15, 2001 | Undisclosed, Relevance |
| 85. | Rizzo Associates Invoice No. 53836 for $769.93, dated November 14, 2001 | Undisclosed, Relevance |

---

[2] Mystic and Modern's proposed exhibits 80-108 are the subject of a Motion To Foreclose and Motion In Limine. In addition, copies of proposed exhibits 107 and 108 have not been disclosed previously.

| Exhibit No. | Description | Objection |
|---|---|---|
| 86. | Rizzo Associates Invoice No. 54480 for $511.24, dated September 20, 2001 | Undisclosed, Relevance |
| 87. | Rizzo Associates Invoice No. 55233 for $691.85, dated January 15, 2002 | Undisclosed, Relevance |
| 88. | Rizzo Associates Invoice No. 55762 for $3,393.85, dated February 14, 2002 | Undisclosed, Relevance |
| 89. | Rizzo Associates Invoice No. 56170 for $1,773.23, dated March 21, 2002 | Undisclosed, Relevance |
| 90. | Rizzo Associates Invoice No. 56915 for $2,067.73, dated May 15, 2002 | Undisclosed, Relevance |
| 91. | Rizzo Associates Invoice No. 57454 for $4,684.61, dated June 21, 2002 | Undisclosed, Relevance |
| 92. | Rizzo Associates Invoice No. 580381 for $318.32, dated August 13, 2002 | Undisclosed, Relevance |
| 93. | Rizzo Associates Invoice No. 580920 for $309.00, dated September 23, 2002 | Undisclosed, Relevance |
| 94. | Rizzo Associates Invoice No. 581166 for $1,910.66, dated October 16, 2002 | Undisclosed, Relevance |
| 95. | Rizzo Associates Invoice No. 581594 for $206.00, dated November 13, 2002 | Undisclosed, Relevance |
| 96. | Rizzo Associates Invoice No. 581957 for $2,935.50, dated December 18, 2002 | Undisclosed, Relevance |
| 97. | Rizzo Associates Invoice No. 583972 for $1,828,25, dated June 21, 2003 | Undisclosed, Relevance |
| 98. | Rizzo Associates Invoice No. 584591 for $2,266.00, dated August 13, 2003 | Undisclosed, Relevance |
| 99. | Rizzo Associates Invoice No. 588929 for $2,382.69, dated September 28, 2004 | Undisclosed, Relevance |
| 100. | Rizzo Associates Invoice No. 589369 for $7,147.52, dated November 1, 2004 | Undisclosed, Relevance |
| 101. | Rizzo Associates Invoice No. 50001074 for $3,551.63, dated December 31, 2004 | Undisclosed, Relevance |
| 102. | Rizzo Associates Invoice No. 50002590 for $1,545.00, dated January 28, 2005 | Undisclosed, Relevance |
| 103. | Rizzo Associates Invoice No. 50003170 for $352.19, dated February 27, 2005 | Undisclosed, Relevance |
| 104. | Rizzo Associates Invoice No. 50005077 for $1,211.06, dated April 29, 2005 | Undisclosed, Relevance |
| 105. | Rizzo Associates Invoice No. 50008870 for $29,834.05, dated July 15, 2005 | Undisclosed, Relevance |

| Exhibit No. | Description | Objection |
|---|---|---|
| 106. | Rizzo Associates Invoice No. 50011802 for $2,411.59, dated September 9, 2005 | Undisclosed, Relevance |
| 107. | Rizzo Associates Invoice No. 50016260 for $26,065.21, dated November 15, 2005 | Undisclosed, Relevance |
| 108. | Rizzo Associates Invoice No. 50017106 for $2,868.18, dated November 27, 2005 | Undisclosed, Relevance |
| 109. | Expert Report of David P. Bouchard, MAI, Steven R. Foster, MAI, Lincoln Property Company ("Bouchard Expert Report"), dated September 12, 2005 | Hearsay, Incomplete |
| 110. | Photograph of View Southerly Along Alford Street (Route 99) contained in Bouchard Expert Report | |
| 111. | Photograph of View Northerly Along Broadway (Route 99) contained in Bouchard Expert Report | |
| 112. | Photograph of View of Horizon Way from Route 99 contained in Bouchard Expert Report | |
| 113. | Photograph of View Along Horizon Way Towards Route 99 contained inBouchard Expert Report | |
| 114. | Photograph of View Southerly Across the Site contained in Bouchard Expert Report | |
| 115. | Photograph of View Northerly Across the Site contained in Bouchard Expert Report | |
| 116. | Photograph of View Northerly Across the Site II contained in Bouchard Expert Report | |
| 117. | Photograph of View Southerly Across the Site II contained in Bouchard Expert Report | |
| 118. | Photograph of View Along the Back Boundary, Railroad Retail Development contained in Bouchard Expert Report | |
| 119. | Photograph of View Westerly Along the Mystic River contained in Bouchard Expert Report | |
| 120. | Photograph of View Southerly Across Mystic River contained in Bouchard Expert Report | |
| 121. | Photograph of View Southerly Towards the Power Plant contained in Bouchard Expert Report | |
| 122. | Photograph of View Along the Waterfront contained in Bouchard Expert Report | |
| 123. | Photograph of View Along the Waterfront II contained in Bouchard Expert Report | |
| 124. | Photograph of View of the Property from Across the Mystic River contained in Bouchard Expert Report | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 125. | Photograph of View Easterly Along the Mystic River contained in Bouchard Expert Report | |
| 126. | Site Constraints Plan, Drawing No. 2 prepared by Environmental Science Services, Inc., dated April 11, 2002 contained in Bouchard Expert Report | |
| 127. | Emerging Trend: Transforming Buildings from Office to Residential Chart contained in Bouchard Expert Report | Hearsay |
| 128. | Expert Report of Crosby/Schlessinger/Smallridge, LLC ("CSS Expert Report"), dated September 12, 2005 | Hearsay |
| 129. | New Development-Option 1 Diagram contained in CSS Expert Report | Hearsay |
| 130. | New Development-Option 2 Diagram contained in CSS Expert Report | Hearsay |
| 131. | New Development-Option 3 Diagram contained in CSS Expert Report | Hearsay |
| 132. | New Development-Option 4 Diagram contained in CSS Expert Report | Hearsay |
| 133. | New Development-Option 5 Diagram contained in CSS Expert Report | Hearsay |
| 134. | New Development-Option 6 Diagram contained in CSS Expert Report | Hearsay |
| 135. | New Development-Option 7 Diagram contained in CSS Expert Report | Hearsay |
| 136. | Deposition Transcript of Gerald Rinaldi ("Rinaldi Deposition"), dated September 8, 2005 | |
| 137. | Notice of Deposition to Pharmacia Corp. pursuant to Fed. R. Civ. P. 30(b)(6), dated April 20, 2005 (Rinaldi Deposition Exhibit 1) | |
| 138. | Monsanto Co. Memorandum from R.E. Cummings to R.S. Nelson and F.J. Holzapfel, dated July 21, 1980 (Rinaldi Deposition Exhibit 3) | |
| 139. | Internal Monsanto Co. Memorandum from J.H. Waldbeser to R.E. Cummings, dated August 4, 1980 (Rinaldi Deposition Exhibit 4) | |
| 140. | Dames & Moore, Hydrogeologic Survey, dated January 8, 1980 (Rinaldi Deposition Exhibit 5) | Incomplete |
| 141. | Letter from Barry J. Vroginday and Charles A. Rich (Dames & Moore) Monsanto Industrial Co. regarding Report, Hydrogeological Services, dated December 23, 1980 (Rinaldi Deposition Exhibit 6) | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 142. | Dames & Moore Report-Hydrogeologic Survey for the Eastern Property of Monsanto Industrial Chemicals Report, dated February 12, 1982 (Rinaldi Deposition Exhibit 7) | |
| 143. | Letter from M. James Feeney (Monsanto Co.) to J.W. Cox (Boston Edison Co.) regarding proposed Property Sale to Boston Edison Co., dated January 22, 1982 (Rinaldi Deposition Exhibit 8) | |
| 144. | Perkins Jordan Report "Site Contamination and Liability Audit on Monsanto Property," dated July 14, 1982 (Rinaldi Deposition Exhibit 9) | |
| 145. | Letter from Consulting Richard R. DeBenedictis and Bennett Edgar (Engineers & Scientists, Inc.) to Ms. Lilla Dick (MA Dept. of Environ. Protection), dated March 27, 1996 (Rinaldi Deposition Exhibit 10) | |
| 146. | Phase I:. Initial Site Investigation Report, Alford, MA prepared by Consulting Engineers & Scientists, Inc., dated January 15, 1997 (Rinaldi Deposition Exhibit 11) | |
| 147. | Letter from Adam P. Kahn, Esq. To Doreen M. Zankowski, Esq. enclosing Woodard & Curran laboratory sampling results, dated October 13, 2004 (Rinaldi Deposition Exhibit 12) | |
| 148. | Exploration Location Plan prepared by GZA GeoEnvironmental, Inc., dated April 8, 1994 (Rinaldi Deposition Exhibit 13) | |
| 149. | Initial Site Evaluation Table (Rinaldi Deposition Exhibit 14) | |
| 150. | Index of Documents prepared by Monsanto (Rinaldi Deposition Exhibit 15) | |
| 151. | Inventory of Hazardous Materials prepared by Monsanto (Rinaldi Deposition Exhibit 16) | |
| 152. | Industrial Hygiene Materials List prepared by Monsanto (Rinaldi Deposition Exhibit 17) | |
| 153. | Monsanto Co. Drawing of Site, dated November 26, 1965 (Rinaldi Deposition Exhibit 18) | |
| 154. | Monsanto Co. Memorandum from R.J. Cushing to Henry Gott regarding Building Identification, dated January 18, 1989 (Rinaldi Deposition Exhibit 19) | |
| 155. | Plant Layout Map, dated November 3, 1977 (Rinaldi Deposition Exhibit 20) | |
| 156. | Material and Waste Handling from Discussions with Employees prepared by GZA GeoEnvironmental, Inc., dated July 1992 (Rinaldi Deposition Exhibit 21) | |
| 157. | Press Release No. 1: "The Everett Plant" to Monsanto Magazine, dated December 13, 1971 (Rinaldi Deposition Exhibit 22) | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 158. | Electronic Communication from E.S. Brimer to M.W. Hoots regarding Everett Site Meeting, dated July 6, 1992 (Rinaldi Deposition Exhibit 23) | |
| 159. | Response Action Outcome Statement for Monsanto Everett Site, Mystic View, Wells 5 and Tidal Flats Subareas Prepared by O'Reilly, Talbot & Okun Associates, dated July 1997 (Rinaldi Deposition Exhibit 24) | |
| 160. | Response Action Outcome Statement for Monsanto Everett Site, Fund Land Area Prepared by O'Reilly, Talbot & Okun Associates, dated July 1997 (Rinaldi Deposition Exhibit 25) | |
| 161. | Response Action Outcome Statement for Monsanto Everett Site, Plasticizer Subarea Prepared by O'Reilly, Talbot & Okun Associates, dated July 1997 (Rinaldi Deposition Exhibit 26) | |
| 162. | Everett Plant History Chronology (Rinaldi Deposition Exhibit 27) | |
| 163. | GZA Phase II-Comprehensive Site Assessment Report, dated July 1994 (Rinaldi Deposition Exhibit 28) | |
| 164. | Monsanto Detailed Process Descriptions-Alcohol (1950) (Rinaldi Deposition Exhibit 29(a)) | |
| 165. | Monsanto Detailed Process Descriptions-Commercial Aluminum (1950) (Rinaldi Deposition Exhibit 29(b)) | |
| 166. | Monsanto Detailed Process Descriptions-Muriatic Acid, Bisulfate and Carbonizer (1950) (Rinaldi Deposition Exhibit 29(c)) | |
| 167. | Monsanto Detailed Process Descriptions-Nitric Acid (1950) (Rinaldi Deposition Exhibit 29(d)) | |
| 168. | Monsanto Detailed Process Descriptions-Sodium Metabisulfite (1950) (Rinaldi Deposition Exhibit 29(e)) | |
| 169. | Monsanto Detailed Process Descriptions-Sulfuric Acid Department (1950) (Rinaldi Deposition Exhibit 29(f)) | |
| 170. | Letter from Richard J. Chalpin (Massachusetts Dept. of Environ. Quality Engineering) to Francis M. Lee (Boston Edison Co.), dated June 26, 1985 (Rinaldi Deposition Exhibit 30) | |
| 171. | Handwritten Note with Attachment of February 22, 1996 Letter from Kingsley Nai (MA Dept. of Environ. Protection) to Mary O'Donnell, dated March 4, 1996 (Rinaldi Deposition Exhibit 31) | |
| 172. | Monsanto Co. Memorandum from R.J. Cushing to various Monsanto employees regarding Procedure E-124 Update, dated September 28, 1988 (Rinaldi Deposition Exhibit 32) | |
| 173. | Monsanto Co. Internal Document from W.L. Merman regarding Hazardous Spill Prevention and Clean-Up Plan, dated April 3, 1972 (reissued on July 10, 1974 and revised on January 2, 1975) (Rinaldi Deposition Exhibit 33) | |

| Exhibit No. | Description | Objection |
|---|---|---|
| 174. | Letter from John W Duggan and Richard J. Chalpin (MA Dept. of Environ. Quality) to Richard J. Cushing (Monsanto Co.) regarding Scheduling of Remedial Measures at Monsanto Everett Facility, dated May 4, 1989 (Rinaldi Deposition Exhibit 34) | |
| 175. | Monsanto Co. Memorandum from J.P. Dushney to R.T. Allen regarding Site Assessment-Non-Monsanto Owned Land, dated May 13, 1986 (Rinaldi Deposition Exhibit 35) | |
| 176. | Handwritten Note containing Attachment of Memorandum from David Chapman to Richard J. Chalpin (MA Dept. of Environ. Quality Engineering), dated July 29, 1995 (Rinaldi Deposition Exhibit 36) | |
| 177. | Deposition Transcript of Michael DeCamp, ("DeCamp Deposition"), dated September 9, 2005 | Relevance |
| 178. | Notice of Deposition to Monsanto Co. pursuant to Fed. R. Civ. P. 30(b)(6), dated April 20, 2005 (DeCamp Deposition Exhibit 1) | Relevance |
| 179. | Appendix A-"Information Regarding Our Formation"-contained in Monsanto Company's Proxy Statement (DeCamp Deposition Exhibit 2) | Relevance |
| 180. | Distribution Agreement between Monsanto Company and Solutia, Inc., dated September 1, 1997 (DeCamp Deposition Exhibit 3) | Relevance |
| 181. | Execution Copy-Amendment to Distribution Agreement between Monsanto Company and Solutia, Inc., dated July 1, 2002 (DeCamp Deposition Exhibit 4) | Relevance |
| 182. | Separation Agreement between Pharmacia Corporation and Monsanto Co., dated September 1, 2000 (DeCamp Deposition Exhibit 5) | Relevance |
| 183. | Execution Copy-First Amendment to Separation Agreement between Pharmacia Corporation and Monsanto Co., dated July 1, 2002 (DeCamp Deposition Exhibit 6) | Relevance |

- 13 -

By its attorneys,

/s/ John M. Stevens
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
jstevens@foleyhoag.com

Dated: January 9 , 2006