C.    Approach

To achieve the objectives of this audit, information provided by Monsanto was reviewed to determine possible types of soil contamination. These informa- tion sources included: a plot plan; a record of plant borings and foundations; a list of raw materials used; a list of finished products produced; and a list of chemicals used in the research facility. A site reconnaissance was made to determine any obvious chemical deposits on the surface of the land. Discus- sions with Mr. Irving Newcomer, Monsanto Environmental Specialist, were held on several occasions to determine procedures which were used for: (1) the storage conditions of raw materials and finished products and (2) the disposal of waste products.

Thirty test pits were dug to a depth of 6 - 10 feet using a backhoe to make visual observations of the soils and to sample selected soils and ground- water for possible analysis. Preliminary testing for salinity, specific conduc- tance, pH, and volatile organics by photoionization was done in the field for all samples to screen for any unusual concentrations of chemicals (Table 1). Of the 65 samples collected in the field, the following samples were selected for chemical analysis: 42 soil samples were analyzed for iron, nitrates, sulfur, oil and grease, aluminum, sulfates and the EPA Extraction Procedure (EP) metals; 9 soil samples and one groundwater sample for volatile organic analysis; and 3 soil samples for semi-volatile organic analysis. The sample selections were based on appearance, field tests, and odor.

Based on the test pit observations (Appendix 1), chemical assay results (Table 2), and a review of available information, an evaluation of the extent of the chemical contamination at the site and a determination of the potential liability for this contamination was made. Remedial action alternatives were

MCO 5307514

6

**TABLE 1** [1]
**FIELD ANALYSIS OF SOIL**

| Sample I.D. | | Specific Conductance (umhos/cm) @25°C | pH [2] | Salinity [3] | Photoionization reading of headspace(ppm) [4] | other |
|---|---|---|---|---|---|---|
| TP-1 | SS-1 | 4800 | 2.0/2.0 | 4.0 | --[5] | silty clay sandy |
| | SS-2 | 160 | 4.6/2.0 | 0 | -- | sandy |
| | SS-3 | 1625 | 4.20/4.0 | 1.0 | -- | peat/muck |
| TP-2 | SS-1 | 1710 | 4.0/-- | 1.0 | -- | clayey |
| | SS-2 | 585 | 4.2/4.5 | 0.5 | -- | |
| TP-3 | SS-1 | 2810 | 4.1/3.5 | 1.8 | -- | purple |
| | SS-2 | 1410 | 3.1/3.5 | 1.0 | -- | some odor |
| | SS-3 | 2655 | 4.6/3.5 | 1.1 | -- | |
| TP-4 | SS-1 | 50820 | 3.4/2.5 | 15.5 | 2.9 | |
| | SS-2 | 2205 | 4.5/4.0 | 1.2 | 3.0 | dark gray |
| TP-5 | SS-1 | 320 | 5.3/4.8 | 0.0 | 2.2 | light sandy color |
| TP-6 | SS-1 | 680 | 3.8/3.5 | 0.3 | 2.3 | brown |
| | SS-2 | 3600 | 4.2/4.2 | 2.0 | 2.5 | black-clayey |
| TP-7 | SS-1 | 7440 | 4.1/4.0 | 0.5 | 2.0 | pink |
| | SS-2 | 6960 | 3.6/3.5 | 0.5 | 2.2 | purple |
| | SS-3 | 6870 | 3.8/4.0 | 0.3 | 2.0 | |
| | SS-4 | 10210 | 4.0/3.5 | 0.5 | 4.4 | peat/muck |
| TP-8 | SS-1 | 240 | 5.4/4.0 | 0.2 | 2.1 | plasticizer solids |
| | SS-2 | 1260 | 4.2/4.0 | 0.8 | 2.0 | multi-colored |
| TP-10 | SS-1 | 1175 | 5.5/4.5 | 1.0 | 2.2 | |
| | SS-2 | 7410 | 12.2/12.0 | 4.7 | 2.4 | white colored silts |
| TP-11 | SS-1 | 2015 | 6.0/5.0 | 1.1 | 15.4(25.0)[6] | reddish-strong odor |
| | SS-2 | 1510 | 6.5/6.0 | 1.0 | 8.5(9.8) | |
| TP-12 | SS-1 | 2180 | 4.7/4.0 | 1.2 | 4.5 | |
| | SS-2 | 510 | 5.5/5.0 | 0.0 | 4.0 | peat-muck |
| TP-13 | SS-1 | 950 | --/4.0 | 0.7 | 2.2 | |
| | SS-2 | 2205 | --/4.0 | 1.5 | 2.2 | |
| | SS-3 | 1170 | --/4.0 | 0.7 | 2.3 | |
| | SS-4 | 1100 | --/3.7 | 0.8 | 2.5 | purple |
| | SS-5 | 1980 | --/3.7 | 1.0 | 2.0 | yellow-wet sludge clay |
| TP-14 | SS-1 | 175 | --/4.2 | 0.0 | 2.0 | yellow |
| | SS-2 | 1815 | --/3.5 | 1.0 | 1.8 | |
| TP-15 | SS-1 | 825 | --/3.5 | 0.5 | 1.7 | pink |
| | SS-2 | 400 | --/3.7 | 0.1 | 1.8 | |
| TP-16 | SS-1 | 4750 | --/3.0 | 2.5 | 1.7 | |
| | SS-2 | 3490 | --/3.5 | 3.5 | 1.8 | |
| TP-17 | SS-1 | 115 | --/5.0 | 0.0 | 1.6 | gray clay |
| TP-18 | SS-1 | 790 | --/3.0 | 0.5 | 1.5 | reddish granular |
| TP-19 | SS-1 | 860 | --/3.0 | 0.5 | 1.4 | gray clay |
| TP-20 | SS-1 | 4510 | --/2.3 | 2.8 | 1.7 | |
| | SS-2 | 5005 | --/2.3 | 3.1 | 1.4 | reddish-grounded silty |

MCD 5307515

0005932

TABLE 1
FIELD ANALYSIS OF SOIL [1]
(continued)

| Sample I.D. | | Specific Conductance (μmhos/cm) @25°C | pH [2] | Salinity [3] $\frac{O}{OO}$ | Photoionization [4] reading of headspace(ppm) | other |
|---|---|---|---|---|---|---|
| TP-21 | SS-1 | 2730 | 2.3/-- | -- | 2.0 | |
| | SS-2 | 2175 | 1.5/-- | -- | 1.4 | deep red |
| | SS-3 | 5120 | 3.5/-- | -- | 1.3 | |
| TP-23 | SS-1 | 2490 | 3.9/-- | -- | 1.3 | |
| TP-24 | SS-1 | 3570 | 3.6/-- | 1.6 | | |
| | SS-2 | 3220 | 2.9/-- | 1.7 | | |
| TP-25 | SS-1 | 540 | 2.96/-- | -- | 2.0 | |
| | SS-2 | 1380 | 2.0/-- | -- | 1.7 | |
| | SS-3 | 35 | 4.0/-- | -- | 1.8 | peat/muck |
| TP-26 | SS-1 | 1195 | 3.0/-- | -- | 31.0(42.0)[6] | oily-dark brown/ black |
| | SS-2 | 2470 | 3.1/-- | -- | 13.0(25.0)[6] | |
| TP-27 | SS-1 | 530 | 3.6/-- | -- | 4.0 | green |
| | SS-2 | 770 | 3.0/-- | -- | 2.9 | reddish |
| | SS-3 | 680 | 3.1/-- | -- | 2.6 | |
| TP-29 | SS-1 | 3740 | 3.4/-- | -- | 2.3 | |
| TP-30 | SS-1 | 2340 | 3.6/-- | -- | 1.5 | |
| Merrimack River [7] | | 52-280 | 5.9-8.0 | -- | -- | |

[1] Procedure for determining soil conductance, pH, and salinity:

1. Using approx. 50 ml of distilled/deionized water, add soil to total of 100 ml ± by volume and stir to dissolve solids as much as possible.
2. Allow to settle ~ 15-20 minutes.
3. Pour supernatant into glass filler, filter and analyze for specific conductance, pH and salinity.

[2] pH was analyzed using two methods where possible. pH of supernatant was first analyzed using a pH meter, followed by pH paper. (pH meter reading/pH paper reading)

[3] $\frac{O}{OO}$ parts thousand

[4] Organic constituents of the soil were analyzed using a photoionization meter. The soil containers with air-tight teflon seals were opened, the meter probe inserted under the cap and the highest value observed recorded.

[5] --no determination made.

[6] Rechecked samples after setting for one day.

[7] U.S. Geological Survey Water Data Report MA-R1-80-1 Water year 1980

MCO 5307516

0005933

MCD: S307512

0005934

## TABLE 2

### ANALYTICAL RESULTS

| Test Pit No. | TP-1 SS-1 | TP-3 SS-2 | TP-3 SS-3 | TP-4 SS-1 | TP-6 SS-2 | TP-7 SS-1 | TP-7 SS-2 | TP-7 SS-3 | TP-7 SS-4 | TP-8 SS-1 | TP-10 SS-1 | TP-10 SS-2 | TP-11 SS-1 | TP-11 SS-2 | TP-24 SS-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Solids (% of dry solids) | 0.67 | 0.87 | 3.20 | <0.08 | 0.92 | 0.22 | 0.54 | 0.27 | 0.48 | <0.08 | 0.38 | 0.31 | 0.36 | 1.20 | |
| Oil & Grease (% of dry solids) | 0.169 | 0.074 | 0.144 | <0.019 | 0.158 | 0.003 | 0.040 | 0.027 | 0.133 | 190 | 0.154 | 0.016 | 0.062 | 0.476 | |
| Nitrate (as non-dry solids mg/kg) | 322 | 34.5 | 13.8 | 22.9 | 62.2 | 56.9 | 22.1 | 7.28 | 39.7 | | 7.38 | 6.45 | 46.9 | 20.3 | |
| % Solids | 19 | 79 | 48 | 81 | 68 | 92 | 79 | 80 | 58 | RES | 78 | 62 | 91 | 47 | |
| **EP Extract Results** | | | | | | | | | | | | | | | |
| Sulfate (mg/l) ppm | 5.3 | 866 | 1345 | 11 | 92 | 10 | 34 | 12 | 47 | 40 | 48 | 377 | 91 | 610 | |
| Barium (mg/l) ppm | 0.43 | 0.33 | 0.35 | 0.38 | 0.41 | 0.38 | 0.48 | 0.33 | 0.45 | 0.38 | 0.71 | 0.32 | 0.41 | 0.31 | |
| Cadmium (mg/l) ppm | 0.0054 | 0.2800 | 0.0055 | 0.0022 | 0.0017 | 0.0046 | 0.0094 | 0.0031 | 0.0400 | 0.0019 | 0.0022 | 0.0130 | 0.0025 | 0.0108 | |
| Chromium (mg/l) ppm | <0.005 | <0.005 | 0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | |
| Lead (mg/l) ppm | 0.005 | 0.075 | <0.001 | 0.061 | 0.180 | 0.030 | 5.80 | 0.018 | 0.020 | <0.001 | <0.001 | <0.001 | <0.001 | <0.005 | |
| Mercury (mg/l) ppm | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | |
| Silver (mg/l) ppm | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | 0.035 | 0.005 | 0.005 | <0.001 | |
| Arsenic (mg/l) ppm | <0.005 | 0.019 | 0.38 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | 0.005 | |
| Selenium (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | 0.042 | 0.012 | 0.028 | 0.016 | 0.30 | 0.15 | 0.15 | <0.005 | |
| Iron (mg/l) ppm | 0.073 | 22.8 | 102 | 0.040 | 0.15 | 0.019 | 0.042 | 0.012 | 0.028 | 0.016 | 0.30 | 0.018 | 0.018 | 0.051 | |
| Aluminum (mg/l) ppm | 0.062 | 21.0 | 47.0 | 0.042 | 0.082 | 0.355 | 0.636 | 0.270 | 0.198 | 0.027 | 0.035 | 0.058 | <0.020 | 0.356 | |
| **Volatile Organics (mg/l) ppm** | | | | | | | | | | | | | | | |
| Dichloromethane | | | | 1.6 | | | | | | | 0.800 | | 1.700 | | |
| Toluene | | | | .093 | | | | | | | .140 | | .130 | | |
| Benzene | | | | ND | | | | | | | ND | | ND | | |
| Ethylbenzene | | | | ND | | | | | | | ND | | ND | | |
| **Semi-Volatile Organics (mg/l) ppm** | | | | | | | | | | | | | | | |
| Naphthalene | | | | | | | | | | | | | .028 | | |
| Acenaphthene | | | | | | | | | | | | | 2.200 | | |
| 4-Chlorophenylphenyl ether | | | | | | | | | | | | | .067 | | |
| Dibutylphthalate | | | | | | | | | | | | | .200 | | |
| bis-2-ethylhexylphthalate | | | | | | | | | | | | | 3.500 | | |

MCD 5307518

0005935

TABLE 2
(continued)
ANALYTICAL RESULTS

| Test Pit No. | TP-12 SS-1 | TP-13 SS-1 | TP-13 SS-2 | TP-13 SS-3 | TP-13 SS-5 | TP-14 SS-2 | TP-15 SS-1 | TP-15 SS-2 | TP-16 SS-1 | TP-16 SS-2 | TP-20 SS-1 | TP-20 SS-2 | TP-21 SS-1 | TP-23 SS-1 | TP-24 SS-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sulfur (% of dry solids) | 1.28 | 1.88 | 0.41 | 0.71 | 0.62 | 0.83 | 0.86 | 0.50 | 4.45 | 0.71 | 2.22 | 2.23 | 2.43 | 0.76 | |
| Oil & Grease (% of dry solids) | 0.011 | <0.001 | 0.730 | 0.004 | <0.001 | <0.001 | 0.002 | <0.001 | 0.001 | <0.001 | 0.265 | 0.004 | 1.70 | 0.075 | |
| Nitrate (as non-dry solids mg/kg) | 33.9 | 27.4 | 11.9 | 3.31 | 19.0 | 3.65 | 19.4 | 8.87 | 74.8 | 38.7 | 36.6 | 12.7 | 8.59 | 59.0 | |
| % Solids | 82 | 72 | 67 | 69 | 62 | 77 | 81 | 89 | 70 | 72 | 68 | 82 | 69 | 86 | |
| **EP Extract Results** | | | | | | | | | | | | | | | |
| Sulfate (mg/l) ppm | 1123 | 34 | 1355 | 51 | 274 | 163 | 51 | 13 | 1424 | 34 | 1652 | 309 | 954 | 103 | |
| Barium (mg/l) ppm | 0.30 | 0.34 | 0.35 | 0.52 | 0.41 | 0.30 | 0.33 | 0.39 | 0.22 | 0.25 | 0.17 | 0.48 | 0.23 | 0.39 | |
| Cadmium (mg/l) ppm | 0.0050 | 0.0059 | 0.0480 | 0.0036 | 0.0016 | 0.0080 | 0.0072 | 0.0019 | 0.0026 | 0.0033 | 0.0010 | 0.0018 | 0.0028 | 0.0020 | |
| Chromium (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | 0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | |
| Lead (mg/l) ppm | 1.32 | 0.024 | 2.08 | 6.50 | 0.009 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | 0.138 | 0.022 | 0.435 | <0.005 | |
| Mercury (mg/l) ppm | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | |
| Silver (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | |
| Arsenic (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.019 | <0.005 | |
| Selenium (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | |
| Iron (mg/l) ppm | 0.23 | 0.19 | 0.23 | 0.40 | 3.55 | 0.023 | 0.046 | 1.82 | 0.19 | 0.15 | 0.28 | 0.17 | 0.53 | 0.033 | |
| Aluminum (mg/l) ppm | 0.850 | 0.042 | 0.216 | 0.022 | 0.505 | 0.342 | 0.198 | 0.027 | 0.230 | 0.950 | 5.00 | 0.868 | 1.86 | 0.038 | |
| **Volatile Organics (mg/l) ppm** | | | | | | | | | | | | | | | |
| Dichloromethane | | | | | | | | | | | | | | | .800 |
| Toluene | | | | | | | | | | | | | | | .130 |
| Benzene | | | | | | | | | | | | | | | ND |
| Ethylbenzene | | | | | | | | | | | | | | | ND |
| 1,1-dichloroethane | | | | | | | | | | | | | | | |
| trans-1,2-dichloroethylene | | | | | | | | | | | | | | | |
| Chloroform | | | | | | | | | | | | | | | |
| Trichloroethylene | | | | | | | | | | | | | | | |

0005936

MGD: 5307519

TABLE 2
(continued)
ANALYTICAL RESULTS

| Test Pit No. | Drinking | | | | | | | | | Groundwater Samples | | | Water Standards ppm | RCRA ppm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TP-25 SS-1 | TP-25 SS-2 | TP-26 SS-1 | TP-26 SS-2 | TP-27 SS-1 | TP-27 SS-2 | TP-27 SS-3 | TP-29 SS-1 | TP-30 SS-1 | TP-26 GWS-1 | TP-11 GWS-1 | TP-10 GWS-1 | | |
| Sulfide (% of dry solids) | 1.60 | 2.13 | 1.70 | 1.70 | 0.41 | 0.38 | 1.72 | 1.60 | 0.58 | | | | -- | -- |
| Oil & Grease (% of dry solids) | 0.116 | <0.001 | 0.467 | 0.012 | <0.001 | 0.001 | 0.034 | 0.071 | 0.030 | | | | -- | -- |
| Nitrate (as non-dry solids mg/kg) ppm | 47.5 | 13.4 | 14.8 | 14.0 | 17.7 | 19.4 | 19.3 | 6.41 | 7.95 | | | | -- | -- |
| % Solids | 60 | 85 | 64 | 82 | 92 | 77 | 62 | 50 | 76 | | | | -- | -- |
| EP Extract Results | | | | | | | | | | | | | | |
| Sulfate (mg/l) ppm | .279 | 46 | 59 | 1239 | 18 | 18 | 17 | 331 | 114 | | | | 250 | -- |
| Barium (mg/l) ppm | 0.25 | 0.41 | 0.60 | 0.23 | 0.53 | 0.78 | 0.40 | 0.26 | 0.24 | | | | 1.00 | 100 |
| Cadmium (mg/l) ppm | 0.0120 | 0.0044 | 0.0140 | 0.0018 | 0.0016 | 0.0016 | <0.0005 | 0.0022 | 0.0018 | | | | 0.01 | 1.0 |
| Chromium (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | | | | 0.05 | 5.0 |
| Lead (mg/l) ppm | <0.005 | 0.039 | 1.60 | 0.78 | 1.40 | 9.70 | <0.005 | 0.010 | <0.005 | | | | 0.05 | 5.0 |
| Mercury (mg/l) ppm | <0.001 | <0.001 | <0.027 | <0.001 | <0.001 | <0.001 | <0.003 | <0.001 | <0.001 | | | | 0.002 | 0.2 |
| Silver (mg/l) ppm | <0.001 | <0.01 | 0.003 | <0.001 | <0.001 | <0.001 | 0.003 | <0.001 | <0.005 | | | | 0.05 | 5.0 |
| Arsenic (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 | <0.220 | <0.005 | | | | 0.05 | 5.0 |
| Selenium (mg/l) ppm | <0.005 | <0.005 | <0.005 | <0.005 | 0.032 | <0.005 | <0.007 | <0.005 | <0.005 | | | | 0.01 | 1.0 |
| Iron (mg/l) ppm | 0.67 | 0.134 | 0.21 | 0.083 | 0.032 | 0.068 | 0.068 | 28.2 | 0.105 | | | | 0.30 | -- |
| Aluminum (mg/l) ppm | 13.0 | 0.380 | 0.048 | 0.020 | 0.115 | 0.059 | 0.300 | 65.0 | 0.220 | | | | -- | -- |
| Volatile Organics (mg/l) ppm | | | | | | | | | | | | | | |
| Dichloromethane | | | 1.5 | | | | | | ND | ND | .011 | .026 | 13.0 | |
| Toluene | | | .055 | | | | | | .006 | .006 | .002 | .004 | -- | |
| Benzene | | | ND | | | | | | .002 | .002 | .003 | .002 | -- | |
| Ethylbenzene | | | ND | | | | | | | | | .002 | -- | |
| 1,1-dichloroethane | | | | | | | | | | ND | ND | .002 | 2.7 | |
| trans-1,2-dichloroethylene | | | | | | | | | | | | .017 | -- | |
| Chloroform | | | | | | | | | | .025 | .025 | ND | -- | |
| Trichloroethylene | | | | | | | | | | .017 | .017 | .025 | 2.0 | |

identified and recommendations made regarding purchase of the subject parcel of land.

## II.   SITE HISTORY

### A.   Corporate History

Below is a listing of the corporate activities that took place on this site for the past 135 years as supplied by Monsanto.  These events do not differentiate between the east and west sides of the plant, however it does provide information pertinent to the subject parcel located east of the railroad tracks.

| | |
|---|---|
| 1847 | Cochrane Chemical Company (Malden, MA). |
| 1868 | Cochrane Chemical Company purchased the New England Chemical Company on the Everett Plant site. |
| 1894 | Cochrane Chemical Company consolidated all operations on the Everett Plant site. |
| 1917 | Cochrane Chemical Company purchased by the Merrimac Chemical Company. |
| 1924 | Merrimac Chemical Company purchased the Anderson Chemical Company of New Jersey. |
| 1927 | Merrimac Transportation Company Founded. |
| 1929 | Merrimac Chemical Company purchased by the Monsanto Chemical Works, retaining the name Merrimac Chemical Company as part of the "Monsanto Group." |
| 1930 | Work began to consolidate Woburn operations at the Everett Plant site - completed late 1931. |
| 1933 | Monsanto and Central Aguirre Associates jointly formed the New England Alcohol Company on the Everett Plant site. |
| 1937 | Merrimac Chemical Company became the Merrimac Division of the Monsanto Chemical Company. |
| 1951 | Lacquer plant and operations sold to Raffi and Swanson.  (West Side) |
| 1954 | New England Alcohol Company liquidated. |
| 1954 | Merrimac Division became a part of the Inorganic Chemicals Division of the Monsanto Chemical Company. |

MCO 5307520

0005937

1971   The Organic and Inorganic Division operations at the Everett Plant became a part of MICC.

1975   All operations on the East Side of the plant site ceased and the remaining buildings were demolished.

B.   Chemical Process Review

This site was an active chemical producing facility from 1847 to 1975. During that period of time numerous chemicals were produced and stored on the site. The most recent process locations are shown on Figure 2. Based on information gathered during site visits and telephone conversations with Mr. Jeff Doyle, Mr. Fred Thompson, and Mr. Irving Newcomer, all of Monsanto, literature review, and our knowledge of chemical processes; a description of the chemicals used and manufactured on site has been developed. No information was available on chemicals used and manufactured between 1847 and 1868.

1.   Alum.  Aluminum Sulfate was produced on site from 1868 to 1970 by reacting bauxite ore (aluminum oxide) and sulfuric acid.

Raw Materials: Bauxite stored in large piles on the ground; Sulfuric Acid stored in large steel tanks.

Product:   Alum - crystallized, dried, ground and bagged; sometimes stored as solution in tanks for bulk shipment.

Waste:   Insoluble metal sulfates that were filtered out prior to crystallization and disposed of into the river.

2.   Alcohol.  Ethanol was produced on site from 1933 to 1955 by the fermentation of molasses or grain (wheat).

MOD · 5307521 ·

13

0005938



FIGURE 2
FORMER PROCESS BUILDING LOCATIONS
SITE CONTAMINATION AND LIABILITY AUDIT—MONSANTO PROPERTY
BOSTON EDISON COMPANY
—PERKINS JORDAN, INC.

Raw Materials: Molasses - brought in by ship from the Caribbean and
stored in tanks. Wheat was brought in by hopper cars and
stored in silos. Enzymes and yeasts are usually shipped
in drums and bags.

Products:     Ethanol stored in tanks and possibly denatured with
Benzene; Carbon Dioxide from the fermentation process was
converted into dry ice.

Wastes:       Aldehydes, fusel oils (which are high boiling point alco-
hols), spent liquor (protein, residual sugars and vitamins)
and spent grain, all byproducts of the process, were
sewered to the river.

3.   Sulfuric Acid.  Sulfuric Acid was made on site from 1868 to 1969 by the
burning of iron pyrite ore to form sulfur dioxide, converting it to sulfur
trioxide and then dissolving it in water to form sulfuric acid. It was also
made, during an undetermined period, by burning raw sulfur to form sulfur
dioxide.

Raw Materials: Iron pyrite ore and sulfur were delivered by bulk shipment
and stored on the ground. Before burning, the sulfur must
be melted; therefore some was stored in a heated pit at an
undetermined location on-site.

Product:      Sulfuric acid stored in large steel tanks.

Wastes:       Slag from burning pyrites generally contained some ferric
oxide with some ferric sulfate. When not used for ferric

MGO  5307523

15

salt conversions, the slag was usually dumped on the site
or disposed of off site.

4.  Sodium Bisulfite.  Sodium Bisulfite was produced on site from 1868 to 1972
by reacting sulfur dioxide ($SO_2$) with sodium carbonate.

|  |  |
|---|---|
| Raw Materials: | The $SO_2$ was generated in the pyrite burner or sulfur burner operations.  The sodium carbonate was delivered in bulk and stored in silos. |
| Product: | Sodium Bisulfite - crystallized, dried, ground and bagged. |
| Wastes: | None. |

5.  Nitric Acid.  Nitric Acid was produced on site from 1868 to 1960 by the
oxidation of ammonia by air in the presence of a platinum catalyst.

|  |  |
|---|---|
| Raw Materials | Ammonia was purchased and stored in bulk tankage; Platinum catalyst was regenerated and reused. |
| Product: | Acid was stored in stainless steel or lined tanks. |
| Wastes: |  |

6.  Ferric Salts.  Ferric salts such as ferric sulfate, ferric nitrate and
ferric chloride were produced on site during the time period of 1868 to 1950.
These salts were probably produced by reacting the ferric oxide from the pyrite
burning operation with the appropriate acid to form the desired salt.

|  |  |
|---|---|
| Raw Materials: | Ferric Oxide from pyrite furnace.  Sulfuric Acid piped from sulfuric operation or stored in carboys.  Nitric Acid piped from nitric operation or stored in carboys. |

16

MCO · 5307.524 ·

0005941

Hydrochloric Acid stored in carboys.

Products:        Ferric Sulfate, Ferric Nitrate, Ferric Chloride; all
                 handled in glass carboys.

Wastes:          Insolubles filtered from product and discharged to river.

No information was found which indicated the locations and magnitude of spills of raw materials, products or wastes. Such spills likely did occur, particularly in the vicinity of the respective processes.

## C.  Current Use

There is no chemical processing or related activity currently being performed on the subject parcel of land (Figure 3).

Several utilities were shown to be present on the site according to a land plan provided by Monsanto (Miller and Nylander, 1982). The following utilities were identified during our record search and site reconnaissance (Figure 3).

- o   Metropolitan Boston Transit Authority (MBTA) pipeline – several manholes and the discharge were located in the field. This pipeline conveys water from their building roof drains and parking lot drains to the river.

- o   Monsanto – salt water pumping facility with above and below ground pipes supplying cooling water to existing plant on west side of railroad. The above ground facilities were located in field.

- o   6-inch High Pressure gas line to Monsanto property suppling gas to plant boilers on the west side of railroad. The above ground facilities were located in field.

- o   6-inch Low Pressure gas line which is inactive.

MCD 5307525

0005942



FIGURE 3
EXISTING SITE PLAN
SITE CONTAMINATION AND LIABILITY AUDIT - MONSANTO PROPERTY
BOSTON EDISON COMPANY
— PERKINS JORDAN, INC.

o    Roadway - Chemical Lane

o    Underground 23 KV electric transmission line

o    Underground 115 KV electric transmission line

o    Overhead 115 KV transmission line - continuation of underground 115
     KV (located in the field)

o    3 transformers at separate locations (located in the field)

o    Overhead 5 KV electric, telephone and fire alarm lines (located in
     the field)

o    Water line with hydrants (located in the field)

o    Sewer manhole

o    Catchbasins - additional locations were identified in the field and
     are shown in Figure 2

There is some construction debris in the western corner of the site that
Mr. Irving Newcomer indicated was dumped by the MBTA with permission from
Monsanto. Mr. Newcomer indicated that the MBTA was no longer dumping on the
site.


III. SITE INVESTIGATIONS

A.   General Observations/Physiographic Setting

A preliminary site reconnaissance was made on April 29, 1982. The site,
located along the Mystic River between Alford Street and the Boston and Maine/
Boston and Albany railroad tracks, is a relatively flat, cleared surface
ranging from 9.0 to 12.7 feet above sea level. The area is enclosed by a chain
link fence. All of the structures utilized by Monsanto Industrial Chemicals
Co. with the exception of the Salt Water Pump Station and the Transformer
Stations have been demolished and most of the former facility locations cannot
be visually identified in the field. However, several concrete floor slabs and

MCD  5307527

19

0005944

tank bottoms were identified in the field.  Additional fill and demolition debris has been piled on the southwest portion of the site.  A bulkhead and deteriorating wharf were present along the water line.  The original ground surface, represented by an organic rich root mat layer was observed outcropping at the approximate high water level along the extreme southern portion of the site. Tidal flats are exposed along most of the shore line at low tide.  Past dredging activities have altered the natural tidal flat configuration along the wharf and bulkhead perimeter.  In the extreme northern portion of the site between the railroad lines and the Metropolitan Boston Transit Authority property, ponded water was observed at the surface.

## B.    Test Pit Program

A second reconnaissance was made on May 10, 1982, to observe the material exposed at the surface, identify and locate the existing utilities, and to select the exploration locations.

The exploration program objectives were to characterize the subsurface conditions, identify chemicals and waste materials that may have been spilled or disposed of on site, and obtain soil samples.  Based on a review of existing reports, aerial photographs and the reconnaissance observations, an exploration program consisting of thirty backhoe-dug test pits was developed.  Field measurements for pH, conductivity, salinity, and photoionization determinations were made on exposed materials.

The locations of the test pits were selected to provide broad coverage of the parcel and to obtain information in the proximity of the known former operations (Figure 4).  Locations of TP-1 through TP-27 were determined by field survey.  The locations of TP-28 through TP-30 were determined approxi-

MCD · 5307528

20

0005945



0005946

mately in the field.  Logs of the test pits, based on field observations, are presented in Appendix 1.  A brief description of the strata and depth of sampling points are shown on the test pit logs.  Selected samples were tested in the field for pH, conductivity, salinity and volatile organics (by photo-ionization).  Samples collected for transport and chemical characterization in the laboratory were placed in appropriate sample containers, preserved, and analyzed in accordance with established standard EPA procedures and guidelines.

The subsurface conditions at the site were highly variable.  Major changes in the character of the subsurface materials were encountered between the test pits.  In general, the materials found in the test pits may be classified into the following categories:

o   Clean sand and gravel fill.

o   Demolition debris - this category included concrete, stone blocks, reinforcing steel, brick, wood, glass and pipe material.

o   Operational fill - this category was established for materials assumed to be derived from the operation of the various chemical processes.  It includes mixtures of chemical by-products, process raw materials, chemical sludges, native soils, building materials and process equipment (crocks and absorption tower packing material).

o   Dredged materials of sand, silt and clay with shells and peat materials.

o   In-place native soils, primarily organic rich, root mat zones (peat) and stratified sands, silts and clays.

Groundwater was encountered in many of the explorations and in general, the groundwater gradient appears to be from north to south.  Anomalous ground-water levels were encountered in some of the test pits.  This condition appeared

MCO ᴄ 5307530

22

0005947

to be due to perched conditions within foundations, on sludge layers and on native clay strata.

C:   Chemical Assays

The following chemical analyses were performed on 42 of the 60 soil samples collected form the site:

1.   Since there were large amounts of sulfur stored on the site when sulfuric acid was being produced, total sulfur was analyzed to determine the extent of the sulfur contamination on the site.  It was evident that sulfur had been spread out over the site, probably during demolition of the buildings.

2.   Oil and Grease was analyzed to screen each sample for organic consti-tuents.  A high oil and grease reading would be indicative of the presence of organics and would be justification of additional analy-sis for semi-volatile organics to permit the compounds to be identi-fied.

3.   Nitrates were analyzed to determine if there were any large concen-trations resulting from the Nitric Acid operation.

4.   Sulfates were analyzed to detect any significant concentrations resulting from the Alum and the Sulfuric Acid operations.

5.   The U.S. Environmental Protection Agency's Extraction Procedure (EP) extract analysis was used to determine if soluble Barium, Cadmium, Chromium, Lead, Mercury, Silver, Arsenic, and Selenium concentrations present in the soils would cause the soils to be classified as a hazardous waste.  These metals are considered toxic and could have been present in some raw materials and/or some of the waste products.

MCO 5307531

23

0005948

6. Iron and aluminum were also analyzed using the EP extract for metals to draw inferences about the areal extent of alum sludges that had been dumped into the soils on the site.

7. Volatile organic analyses were made on five soil samples and three water samples to determine the extent of volatile organic materials present in the soil. The samples for volatile organic analysis were selected based on high photoionization readings, organic odor, high conductivity readings and an oily appearance.

8. A semi-volatile analysis was done on one soil sample that exhibited a strong organic odor and was in the vicinity of the pilot plant facility. This appeared to be the most likely area where organic chemicals might have been dumped.

9. Photoionization readings were taken on most test pits to screen the pit for high concentrations of volatile organic matter. This was done to alert those sampling the soil for possible dangerous conditions and to determine if volatile or semi-volatile analyses were warranted.

10. Specific conductivity and salinity of soil samples were measured.

11. pH was measured both with a meter and with pH indicating paper on all soil samples to determine the level of acidity in the soils.

IV. CONTAMINATION ASSESSMENT

A. General

The results of the soil and water analysis and site observations have been evaluated to assess the level and nature of contamination at the Monsanto property. The results of the analyses are presented in Tables 1 and 2.

MCO 5307532

24

0005949

which were compounds filtered from the alum process and deposited on the site as a waste product. Although most of the material in these deposits is insoluble in water, there are small amounts of iron and aluminum sulfates mixed with them which are detected in the EP extract as soluble iron and aluminum. Figure 6 shows areas of high aluminum and iron concentrations in the soil. These materials do not present an environmental or health problem. The distinguishing gray color and sludge-like appearance, however, may require spoil from these areas to be disposed at a licensed non-hazardous landfill.

Concentrations of soluble sulfate compounds were found in the areas of the sulfur storage, the sulfuric acid plant, the alum sludge deposits, and the research and pilot plant facility. These areas closely coincide with the areas of high sulfur concentration and are shown in Figure 7. The sulfate levels found are not expected to affect site development.

The analysis for metals (EP Extract) indicated only lead was above the hazardous waste criterion (5 ppm for lead). The source of this soluble lead may include absorption tower linings and piping in the Sulfuric Acid operation and minerals associated with the pyritic ore, such as Galena. Lead piping was found in several test pit excavations on the site. In addition, Galena, a lead sulfide, may have been present in the pyritic ore, the residue of which was deposited on the site. The soil samples indicating high lead concentrations were generally red in color and consisted of sand like grains, distinctly different from the surrounding soils. The areas of lead concentration in soil above .05 ppm are shown in Figure 8.

The concentration of nitrates in the soils appears to be relatively constant throughout the site. The nitrates could be a result of vapors and spills from the nitric acid plant collecting on site or a general collection of $NO_x$ from the atmosphere deposited in the soils by the rain. In either case the

MCD 5307534

26

0005951





MCO. 5307536

0005953



FIGURE 7

HIGH SULFATE CONCENTRATIONS IN SOILS
SITE CONTAMINATION AND LIABILITY AUDIT–MONSANTO PROPERTY
BOSTON EDISON COMPANY

PERKINS JORDAN, INC.

0005954



MCO : 5307538

0005955

concentrations are relatively low (ranging from 2.31 ppm to 190 ppm).
These levels are not expected to influence site development.

The first soil sample from TP-4 had high conductivity and salinity
readings but subsequent soils analysis indicated no unusual concentrations of
any of chemicals assayed for this study. Materials in this area may be dredg-
ings from the river which would contain higher concentrations of salt which
would explain the higher conductivity and salinity readings.

The pH of the soil samples generally ranged from 3-5 with a few excep-
tions.. The high acidity is a result of the types of processes that were
conducted during those many years. Storing sulfur and pyritic materials on the
surface and spilled or dumped acids and acid wastes, may have contributed to
these acid conditions.


2.  Organics.  Only one sample analyzed for oil and grease yielded a high
result.  This was the sample of solid white material that was uncovered in
TP-8.  On conferring with Monsanto, they indicated that the material was
probably the plasticizer, dicyclohexylphthalate (DCHP).  The DCHP was pumped to
the Alum Grinding area from the west side of the plant where it was made.
There is was solidified in pans, granulated and packaged.

Some DCHP was probably dumped on the ground at the end of a batch or
during a clean out of the line and was never recovered.  The DCHP has a low to
moderate toxicity rating and is practically insoluble in water.  DCHP is not
specifically cited under RCRA as a hazardous waste.  No liability can be
assigned to this chemical.

Dichloromethane and Toluene were detected in all samples tested.  There is
no obvious reason why these volatile chemicals are present in the soils other

MCD  5307539

31

0005956

than they may have been spilled or dumped on the site from production cleaning operations that required an organic solvent. Both chemicals are listed by the EPA as hazardous but the quantities detected in the samples are sufficiently low enough so they do not pose any imminent health hazard. The U.S. EPA has not established an acceptable level for dichloromethane in drinking water supplies. However, some information is known about its toxic and lethal properties. Approximately 333 kg of soil per kg of organism body weight would have to be ingested to approach the lethal low dose ($LDL_o$ = 500 ppm). Similarly, 333 parts of soil would have to be suspended and inhaled for each part of air to approach the toxic low concentration ($TCL_o$ = 500 ppm). It is not reasonable to expect an organism to ingest or inhale these quantities of soil. Consequently, the level of dichloromethane found is well below levels established by available information on acute effects. Site impacts and development should not be influenced by the presence of dichloromethane.

The Suggested No Adverse Reaction Level (SNARL) proposed by the U.S. EPA for Toluene in drinking water is 1 ppm. The levels found in the soil at the site (0.140 ppm) are well below this criterion. Since release of toluene from soil to water would also be expected to be below the proposed SNARL level, no effect on site impact or development would be anticipated.

At TP-11 a significant organic odor was detected. For that reason a Semi-volatile Organic Analysis was conducted on a soil sample from this area. This test pit location was between the research facility and the pilot plant where waste chemicals from these operations could have been dumped. Five chemicals listed as hazardous by the EPA were found in soil taken from TP-11. They were Hexachloroethane, Acenaphthene, 4-Chlorophenylphenylether, Dibutylphthalate, and bis-2-ethylhexylphthalate. The first three compounds may have been used in the development of chemicals for the dyeing and tanning of

MCD. 5307540

32

0005957

hides and the last two may have been used in the development of adhesives. Monsanto was actively involved in the production of chemicals for these appli- cations on the west side of this site. All of these chemicals are identified by the EPA as hazardous, however, the concentrations in the samples are low and pose no imminent health hazard.

The toxic and lethal doses for these compounds and others found at the site are listed in Table 3. The quantities of soil required to be inhaled or ingested is so high for these five chemicals that they do not represent an impact on the environment, health, or site use.

C.   Tidal Flats

Samples were taken from the tidal flats on May 27 at extreme low tide. The sample locations are shown in Figure 4 and the analyses of the samples taken from these locations are presented in Table 4. The results of the analyses indicate the chemicals found are present in very small concentrations and do not present an impact to the environment or site development.

Sample TF-3 located near the outfall from MBTA indicated a high oil and grease level but when analyzed for semi-volatile organics the only priority pollutant found was a small amount of bis,2-ethyl hexylphthalate (DOP). At the levels found for this phthalate, more than 1.2 kg of mud flat material would have to be ingested per kg of organism to reach the toxic dose level.

The remainder of the material identified by the oil and grease analysis was determined to be numerous alkanes and alkenes which probably are there because waste petroleum products were discharged from this drain. The volatile organic analysis indicated some toluene and chlorobenzene which could have been used as paint solvents and discharged with waste products through this outfall.

MCO - 5307541

33

0005958

MCO . 5307542

TABLE 3
NIOSH TOXICITY DATA[a]

| ORGANICS | TDL ppm[b] (oral human) | TDL ppm (oral human) | TCL ppm/time (inhalation human) | LD50 ppm (oral rats) | Soil or Water Exposure Required to Exceed Most Critical Human Criterion[c] |
|---|---|---|---|---|---|
| Chlorobenzene | – | – | – | 2910 | 175[d] |
| Dichloromethane | – | 500 | 500/8 hours | 167 | 294 |
| Toluene | – | 50 | 200 | 5000 | 385. |
| Benzene | 130 | 50 | 210 | 3800 | 16600 |
| Ethylbenzene | – | – | 100/8 hours | 3500 | 50 |
| 1,1-Dichloroethane | – | 500 | – | 725 | 250000 |
| Trans-1,2-dichloroethylene | – | – | 4800/10 months | – | 282000 |
| Chloroform | – | 140 | 5000/7 months | 800 | 5600 |
| Trichloroethylene | – | 50 | 6900/10 months | 4920 | 2000 |
| Hexachloroethane | – | 50 | – | 6000 | 1786 |
| Acenaphthene | – | – | – | – | 55 |
| 4-Chlorophenylphenylether | – | – | – | 2720 | 40600 |
| Dibutylphthalate | 140 | 5000 | – | – | 700 |
| Bis-2 ethylhexylphthalate | 143 | – | – | 31000 | 41 |

TDL * = Toxic Dose Low                LDL* = Lethal Dose Low
TCL *o* = Toxic Concentration Low     LD50*= Lethal Dose 50
* o  =  See Definitions in Appendix 4

[a] Registry of Toxic Effects of Chemical Substances – NIOSH

[b] ppm = parts of a compound in million parts of an organism.

[c] kg of soil per kg of organism.

[d] criterion for rats, not humans.

0005959

TABLE 4
TIDAL FLAT SAMPLES
ANALYTICAL RESULTS

| IDAL FLAT SAMPLE NO. | TF-1 | TF-2 | TF-3 | TF-4 | TF-5 |
|---|---|---|---|---|---|
| ulfur % of dry solids | 0.89 | 0.56 | 1.49 | 3.13. | 2.58 |
| il & Grease % of dry solids | 0.428 | 0.017 | 5.29 | 1.22 | 7.83 |
| itrates as N ppm dry solids | 5.53. | 6.25 | 6.79 · | 2.56 | 9.45 |
| Solids | 41 | 68 | 48 | 77 | 35 |
| ulfates ppm | 85 | 70 | 161 | 23 | 110 |
| arium ppm | 0.30 | 0.73 | 0.46 | 0.39 | 0.45 |
| admium ppm | 0.0009 | 0.0011 | 0.0016 | 0.0100 | 0.0012 |
| hromium ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 |
| ead ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 |
| ercury ppm | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| ilver ppm | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 |
| rsenic ppm | <0.005 | <0.005 | <0.005 | 0.012 | <0.005 |
| elenium ppm | <0.005 | <0.005 | <0.005 | <0.005 | <0.005 |
| ron ppm | 0.15 | 1.16 | 0.52 | 1.81 | 0.18 |
| luminum ppm | 0.029 | 0.500 | 0.108 | 1.92 | 0.064 • |

olatile Organics ppm

| | | | | | |
|---|---|---|---|---|---|
| Toluene | | ND | | .066 | |
| Chlorobenzene | | ND | | 16.600 | |

emivolatile Organics ppm

| | | | | | |
|---|---|---|---|---|---|
| Bis-2 ethylhexylphthalate | | | | 15.000 | 81.000 |

MCD  5307543

0005960

The small quantity of toluene, 066 ppm, is well below the proposed SNARL of 1.0 ppm. The 16.0 ppm of chlorobenzene would require ingesting 175 kg of mud flats per kg of organism weight to approach the $LD_{50}$ for rats. It is unlikely that such an exposure could occur. Consequently, the volatile organics are not seen to present an obstacle to site development.

Sample TF-5 also indicated a high oil and grease level. However, when analyzed for semi-volatile organics, the only priority pollutant found was a small amount of bis,2-ethyl hexylphthalate (DOP). Again, the quantity of mud flat material to be ingested to approach the $TDL_o$ is very high. The remainder of the material found in the oil and grease analysis was also determined to be numerous alkanes and alkenes which are present in petroleum products. While taking this sample a black streak of soil was noted emanating from the bulkhead. This black soil was similiar in appearance to sample TF-5.

TF-4 was different in color than the other tidal flat samples and it was granular in texture. There may have been some sulfur dumped there or perhaps even some bauxite. A limited variety of materials were detected in the tidal flats. The chemicals identified and the concentrations at which they were found are not expected to impact the environment or site development.


D.  Groundwater

Three groundwater samples obtained from test pits were analyzed for Volatile Organics because they exhibited a significant odor or had an oily film on the surface. All three samples contained small amounts of benzene; ethylbenzene; 1,1-dichloroethane; 1,2-transdichloroethylene; chloroform; and trichloroethylene, classified as hazardous by EPA. In addition to the drinking water criteria listed in Table 2, the toxic and lethal doses for these compounds are also shown in Table 3.

MCO  5307544

0005961

Benzene, toluene, chloroform, and trichloroethylene are all present in the water samples analyzed at concentrations lower than those proposed by the U.S. EPA for drinking water. Ethylbenzene was found near the detection limit and is well below the inhalation toxic concentration, $TCL_o \approx 100$ ppm for 8 hours. Also found near its detection limit was 1,1-dichloroethane; it also would be present at insufficient levels to cause any impacts. Chloroform and trichloroethylene, both present at .025 ppm, are well below toxic and lethal levels as is 1,2-transdichloroethylene. Consequently, no impact on site development is expected.

## E.  Air

Ambient air quality was screened for the presence of volatile organics using a photoionization meter (HNU Model PI-101). No significant concentrations were detected in ambient air above detection limits for the instrument (1 part per million). Above areas of disturbed soil, some minor readings less than 10 ppm were recorded. This level is not expected to present a problem during site development as typical background qualities for office buildings is in the 1-10 ppm range.

## F.  Additional Analyses

As a result of the high EP soluble lead found at several test pit locations, it was decided to analyze several samples for total lead.

MCD. 5307545.

37.

0005962

TABLE 5

Selected Samples Analyzed for Lead

| Sample | Total Lead |
|--------|------------|
| TP-7  SS-2 | 213 ppm dry soil |
| TP-26 .SS-1 | 4600 ppm dry soil |
| TP-26 Groundwater | 56 ppm water |

The results presented in Table 5 indicate that there is considerably more lead in the soil than was indicated by the EP extract test for metals. This might be explained by the presence of strong inorganic acids in the soil and groundwater as opposed to the less acidic conditions produced by the acid specified by the EP test. The groundwater sample also contained more soluble lead than the corresponding soil sample (EP extract). Since these levels of lead are high both in the soil and groundwater, it appears that lead is being leached from the soil by the acidic groundwater. This may continue as long as the soil contains significant quantities of lead and the soil regime is acidic. If left undisturbed, the site represents a source of soluble lead that would impair the use of the groundwater for drinking water purposes. Such use, however, is doubtful since other constituents and the general acidic pH render the groundwater undesirable as a potable water supply. In addition, extensive development of the groundwater would not be practical because of the anticipated small yield and the potential for saltwater intrusion.

G. Summary

Based on the data developed as part of this investigation, we have reached the following conclusions relative to the level and nature of contamination at the Monsanto property.

MCD · 5307546

38

0005963

1. It is evident from observations and sample analysis that various amounts of chemicals were spilled or dumped on the site as a consequence of the chemical manufacturing operations over the years. Most of the chemicals are present in such low concentrations or the mechanism for their transport occurs so slowly that they will not pose any significant environmental or health hazard to site workers or adjacent population even if these soils are disturbed during site development.

2. The large deposit of sulfur on the site will oxidize at a slow rate contributing to the general acidic condition of soils present at the site.

3. Aluminum and iron salts which are non toxic compounds, can be expected to be leached at slow rates from the bauxite deposit and alum deposits. Resulting concentrations of these materials in soils and groundwater are not expected to impact environmental quality or site development.

4. Soluble sulfates and nitrates, distributed across the site at various levels, will move through the soil and discharge to the Mystic River. These materials are present in sufficiently small quantities that they pose no adverse environmental impact or restriction on site development.

5. The deposit of DCHP plasticizer will not cause any environmental problem because it is virtually insoluble in water. Site development should consider removing the DCHP if it is disturbed, because of its low to moderate toxicity. The volume of DCHP contaminated soils is estimated at 50 cubic yards.

6. The volatile and semi-volatile organic compounds detected in the soils are present in concentrations lower than those established by U.S. EPA drinking water levels and are an order of magnitude below toxic and lethal criteria. The organics present are not expected to present a problem to site development.

MCD 5307547

39

0005964

7.  The acidity of the soil is low, and will probably remain low, because of the low pH of the rain water in the area and the presence of sulfur compounds in the soil. The continued reaction of acidic soils with the metal salts in the wastes and soils will serve as a mechanism for the slow dissolution of metals at levels which are not expected to result in environmental effect or restricted site use.

8.  The presence of EP soluble lead presents a potential for classification of soils as a hazardous waste and presents a potential for environmental impact. Based on our investigation, the portion of soils classified as hazardous under the EPA EP toxicity characteristic for lead is estimated to be 6000 cubic yards.

9.  The analysis of the mud flat samples indicate the lead is not concentrating in the tidal flats of the Mystic River. Additional groundwater samples are needed to determine if the single groundwater sample is indicative of a general site condition or only a local condition. During future development of the site, observation wells should be installed to monitor the long term trends in contaminant transport and the potential for adverse environmental impact.

V.  LIABILITY

This study constituted a site screening for evidence of residual chemicals from prior chemical manufacturing and research development on the property. As anticipated from the types of operations and materials storage practices, the sample data indicated a variety of chemicals within the soils and groundwater. Most of these substances identified were not hazardous or were present in such small concentrations that they posed no imminent health or environmental hazard. The only major exception to this situation was the lead encountered in

MCO  5307548

0005965

certain test pits and the occassional discovery of deposits of solid chemicals, DCHP notably.

If Boston Edison purchases the Monsanto property in Everett, Massachusetts, they will incur certain responsibilities as defined by EPA regulations issued under the CERCLA. Because there are deposits of soluble lead on site, that are in excess of hazardous waste criteria as determined by the EP Toxicity Test, Boston Edison must report these deposits to the EPA. Identification of the site may eventually lead to a requirement to implement remedial action at the site, particularly if the soils are disturbed as part of any site development.

Notification of EPA about the presence of hazardous waste at the Monsanto property will lead to a need for EPA to resolve the disposition of the wastes. There is limited guidance and established precedent to determine if the wastes, particularly the soluble lead and DCHP contaminated soils, must be removed from the site. One goal of the CERCLA is to manage wastes on-site to the extent practicable. Another goal is to seek cost effective management of the waste.

Although management of the wastes on site is possible, it does not represent the maximum potential financial liability which Boston Edison could incur if the site were purchased. Therefore, we have not addressed on-site waste management options in this report. If Boston Edison decides to purchase the site, discussions should be initiated with Federal and State Regulatory agencies to discuss the possibility of on-site waste management.

Waste treatment options such as Chem-Fix and Stablex were evaluated and considered unacceptable as long term solutions because of the acidic site conditions. Therefore, in establishing the potential financial liability which could be incurred by Boston Edison if they purchased the property we have used off-site disposal. These costs have been divided into two categories: hazardous and non-hazardous. Based on our site investigation we have estimated that

MCD. 5307549

41

0005966

there is as much as 6500 cubic yards of hazardous material on site. The cost associated with the excavation, removal, and disposal of this material at a hazardous waste landfill is estimated to be $900,000.00.

The quantity of non-hazardous soil which must be disposed of is dependent on the site development activity. Based on discussions with Boston Edison we have estimated that approximately 100,000 cubic yards (10 acres at 6 feet deep) would have to be excavated to allow the site to be used for coal storage. The estimated cost of the off-site disposal of this material in an approved land-fill is approximately $6,750,000.00.

The estimated costs for the disposal of the non-hazardous soils from the Monsanto property was based on an estimated cost of $65/yd$^3$ provided by SCA Services Co. This estimate was provided by them following a review of representative analytical data. Based on our recent experience with SCA this cost seems to be at least 100 percent high. We believe that these costs are unreasonably high and that SCA may be misinterpreting some of the data. The reasons for the high estimates can not be determined without specific discussions with SCA. For that reason, we have carried these costs to represent a worst case cost for waste management at the site.

Therefore, the total, potential worst case financial liability associated with waste management at the Monsanto site is $7,650,000.00 ($6,750,000.00 + $900,000.00).

VI.   RECOMMENDATIONS

Based on the contamination and liability assessment of the Monsanto Property we make the following recommendations.

1.  The maximum potential liability associated with waste management at the Monsanto site is so high that Perkins Jordan, Inc. cannot recommend that

MCO. 5307550

42

0005967

the site be purchased without extensive discussions with Regulatory agencies and waste disposal contractors to better define the waste management options. These discussions would substantially reduce the estimated costs associated with waste management by opening up other alternatives.

2. If Boston Edison is to consider the purchase of this property further, they should engage in discussons with appropriate agencies to ascertain their position regarding the need to excavate and remove contaminated soils.

3. If Boston Edison acquires the property, they should:

   a. report the site to EPA under the requirements of CERCLA.

   b. establish a groundwater monitoring program to establish long term trends, mobility of heavy metals, distribution of acid groundwater conditions, and refinement of potentially hazardous zones of the site.

   c. evaluate the specific compatibility of site development plans with the contamination levels.

4. Once preliminary plans for the development of the property have been prepared, a program should be initiated to:

   a. more accurately quantify the limits of contamination in the area of development.

   b. develop a detailed plan for managing the contaminated materials which is consistent with the nature of both the contamination and development.

MCO · 5307551 ·

43

0005968



0005969

# EXHIBIT M

# CONSULTING ENGINEERS & SCIENTISTS

## PHASE I

### INITIAL SITE INVESTIGATION REPORT
3-1334l

### ALFORD STREET
### EVERETT, MASSACHUSETTS

PREPARED FOR:

O'DONNELL SAND & GRAVEL, INC.
P.0. BOX 243, MARION DRIVE
KINGSTON, MA 02364

PREPARED BY:

CONSULTING ENGINEERS & SCIENTISTS, INC.
10 RIVERSIDE DRIVE
LAKEVILLE, MASSACHUSETTS 02347

CES PROJECT #95217

JANUARY 15, 1997

MONS1 0001554

Consulting Engineers & Scientists, Inc.
10 Riverside Drive
Lakeville, Massachusetts 02347-1676
508-946-3400      Fax 508-946-3404

PHASE I INITIAL SITE INVESTIGATION REPORT
TABLE OF CONTENTS

PAGE

TRANSMITTAL FORM

1.0 INTRODUCTION ............................................. 1

2.0 DISPOSAL SITE HISTORY ................................... 2
    2.1 Owner/Operator and Operations History ..................... 2
    2.2 Oil and Hazardous Materials (OHMs) Use and Storage History ........... 2
    2.3 Release & Waste Management History ....................... 3
    2.4 Environmental Permits and Compliance History .................... 3
        2.4.1 Municipal Agency File Review ......................... 3
        2.4.2 Review of the State Environmental Agency Files ............. 4

3.0 HYDROGEOLOGICAL CHARACTERISTICS ......................... 6

4.0 NATURE AND EXTENT OF CONTAMINATION ...................... 8

5.0 MIGRATION PATHWAYS AND EXPOSURE POTENTIAL ............... 10

6.0 SUMMARY AND CONCLUSIONS ............................... 11

7.0 LIMITATIONS AND CERTIFICATIONS .......................... 12

LIST OF FIGURES

FIGURE 1        LOCUS MAP

FIGURE 2        DISPOSAL SITE PLAN

FIGURE 3        MERRIMAC CHEMICAL COMPANY BASE MAP - 1933

FIGURE 4        Compiled Plan of Land in Everett & Boston, MA by Miller & Nylander Co. 1/14/1983

LIST OF APPENDICES

APPENDIX A       Correspondence

APPENDIX B       CES Test Pit Summary Report with Appendices

MONS1 0001555

APPENDIX C    Soil Boring/Monitoring Well Installation Logs

APPENDIX D    Alpha Analytical Reports

APPENDIX E    Numerical Ranking Scoresheet

MONS1 0001556

## PHASE 1 INITIAL SITE INVESTIGATION REPORT

### 1.0 INTRODUCTION

This Phase I Initial Site Investigation Report presents the results of the Preliminary Response Actions undertaken at the property currently owned by O'Donnell Sand & Gravel, Inc. (O'Donnell) located off Alford Street in both Everett and Boston, Massachusetts (the Property), pursuant to 310 CMR 40.0400. The property is approximately 35 acres located off Route 99 adjacent to the Mystic River (Figure 1 - Locus Map). The Massachusetts Department of Environmental Protection (DEP) assigned Release Tracking Number 3-13341 as shown by the Notice of Responsibility (NOR) letter dated February 22, 1996 (see Appendix 'A). O'Donnell is listed as a Potentially Responsible Party (PRP) for the property. O'Donnell is located on Marion Drive, P.O. Box 243, Kingston, MA 02364. Ms. Mary O'Donnell is the contact on this project and can be reached at (617) 585-6531.

There were two areas of concern identified in the initial test pit investigation at the Property. The first was in the northern area of the Property where lead and arsenic contaminated soil was identified above the reportable concentrations. The second area was to the south adjacent to the Mystic River where low pH groundwater was identified. The letter report summarizing the test pit investigation was submitted to the DEP as requested in the NOR (see Appendix B). The Plot Plan of the entire property is shown in Figure 2. The Property is currently being used to stockpile Deer Island glacial till and as a construction yard for Modern Continental, Inc. Previous use of the Property is shown on Figure 3, which is a Base Map from a plan entitled Merrimac Chemical Company, Inc. (Chemical Works) Everett, MA, dated 11/23/33. The Compiled Plan of Land in Everett & Boston, MA by Miller & Nylander Co. in 1983, showing the Property Line both in Everett and Boston, is shown as Figure 4. The structures on the Figure 4 plan are no longer present.

MONS1 0001557

A general description of the land use around the disposal site is divided between warehouse/ marine industrial and commercial, as shown on Figure 1. The Mystic River is directly to the southwest of the site and to the west of the Property are the MBTA railroad tracks, then the Monsanto Chemical Company site. To the east of the Property is a small empty lot, then Route 99 and, on the east side of Route 99, is the Boston Edison Mystic Station Power Plant. To the North of the property is the MBTA bus repair facility. The estimated number of on-site workers at the property is 20. The estimated residential population within the 1/2-mile radius of the disposal site is greater than 1,000, to the east in the Everett neighborhood east of Route 99. The property is approximately 34.96 acres with several small trailers and storage sheds and the glacial till stock pile which is approximately half a million cubic yards. There are no institutions within 500 feet of the disposal site.

The work was undertaken and performed in accordance with generally accepted environmental assessment practices. No other warranty is expressed or implied.

## 2.0 DISPOSAL SITE HISTORY

### 2.1 Owner/Operator and Operations History

The present owner is O'Donnell Sand & Gravel, Inc. and Rosen Construction Ventures, Inc. The Property was previously owned by Boston Edison who reportedly purchased the Property from Monsanto Chemical Company. Historically, the Property was owned by the Merrimac Chemical Company.

### 2.2 Oil and Hazardous Materials (OHMs) Use and Storage History

Figure 3 shows a sketch of the Merrimac Chemical Company site, dated 1933, which includes buildings on both sides of the railroad tracks. The Figure has written descriptions of the chemical stockpiles and uses of the different buildings at the site. On the present day Monsanto site there are descriptions of ammonia, nitric acid, sulfuric acid, phenol still, hydrochloric & bisulfate and

MONS1 0001558

merchlor. At the Alford Street Property there are descriptions of sulfuric acid, sodium bisulfate, alum mud pond, ferric sulfate, sulphur pile 35 ft. high and pyrites cinder 30 ft. high.

## 2.3 Release & Waste Management History

There was no release history available in the DEP, City of Everett Fire Department or Board of Health files. The waste management history for the site was not determined since the Property was abandoned for at least ten years prior to the recent use as a stockpile area and construction yard.

## 2.4 Environmental Permits and Compliance History

The review of local, state and federal agency records allows for an overview of the environmental history of a property. The records are usually up-to-date and provide information relative to reported spills and leaks which have occurred on a property. Although it is not a fail-safe method of assuring that there is no source of contamination on site or that there isn't a threat looming off the Property, when combined with the information and data provided from other sources, including the environmental property inspection, it presents a relatively reasonable picture of the Property and its recorded environmental condition.

### 2.4.1 Municipal Agency File Review

To obtain information concerning the possible release of hazardous material or oil at or near the study site, CES contacted the Everett Fire Department and Board of Health to review files on the Property.

On January 8, 1997, CES contacted the Everett Fire Department Fire Prevention Bureau concerning the subject site (see Appendix A). According to the Fire Prevention Officer on duty there are no records available for the Property and he is not aware of any underground storage tanks (UST) or spills related to OHMs at the Property.

MONS1 0001559

- The Everett Health Department did not have any records of OHM violations other than the NOR that is attached in Appendix A.

- The Property is served by the municipal water and sewer system (see Figure 4 for utilities) and, based on the review of the Water Supply Protection Atlas for the surrounding area, there are no existing public water supplies within one mile of the site.

- Figure 4 shows the utilities servicing the property which include gas, electric and telephone. Many of the utilities on the plan are no longer in use.

### 2.4.2 Review of the State Environmental Agency Files

The purpose of the file review is to discover any reported violations of Chapter 21E of the Massachusetts General Laws (MGL), in particular, spills or releases of hazardous materials or oils into the environment. A review of the Massachusetts Department of Environmental Protection (DEP) Spill Response Files, town general files and specific property DEP files was conducted on December 23, 1996 at the DEP's Northeast Regional Office in Woburn, MA. The information provided appears on the DEP's October 21, 1996 Sites List and the November 4, 1996 Standard Release Report List. A review of the state records provided the following information:

- The Property is not listed as a "Location To Be Investigated" (LTBI).

- The Property is not listed as a "Confirmed Disposal Site" (CDS).

- There is a spill or leak incident on record for this Property.

- There are abutting or proximate properties listed on the State's "List of Transition and Tier Classified Sites" (Table 2).

MONS1 0001560

**TABLE 2**
List of Transition & Tier Classified Sites
Everett, Massachusetts

| Site Name | Address | Hazard | Status | RTN # |
|-----------|---------|--------|--------|-------|
| Sunoco Station | 38 Broadway | Petrol | Phase 1 | 3-2733 |
| MBTA | 80 Broadway | Petrol | LTBI Ph 1 | 3-312 |
| Ciro's Foreign Auto | 107 Broadway | Petrol | LTBI PA | 3-2858 |
| FMR Gas Station | 176 Broadway | Petrol | LTBI | 3-1909 |
| Property | 178 Broadway | Both | LTBI PA | 3-4075 |
| Monsanto Chemical | Mystic View Road | Both | Tier 2 Ph 2 | 3-313 |
| Monsanto Fund Land | Mystic View Road | Both | Tier 2 Ph 2 | 3-4200 |
| Monsanto Mfg. & N. Fill Area | Mystic View Road | Both | Tier 2 Ph 2 | 3-4425 |
| Boston Edison | Mystic Station | Haz | PA | 3-1109 |
| Subject Property | Alford Street | Haz | PA | 3-13341 |

- There were numerous incident reports in the DEP spill files for sites greater than 2,000 feet from the Property which do not appear to affect the site and were not included in this report.

The closest Tier Classified site is the Monsanto Chemical Mystic View Road which is located across the railroad tracks to the west of the Property. The Monsanto site has three different DEP Release Tracking Numbers, as shown in Table 2. The Monsanto site is an 82-acre former chemical manufacturing facility in use since 1847. Monsanto ceased operations at the facility in 1992 and has recently conducted demolition activities of the aboveground structures. The main chemicals of concern at the Monsanto site include phthate, adipate plasticizers, PCBs, phenols, calcium sulfate, elemental sulfur and metals (lead and arsenic).

MONS1 0001561

CES also reviewed the MASS GIS/BWSC Priority Resources Map #125 Boston North Quadrangle. No existing public water supplies or other priority resources are located within one mile of the subject site.

## 3.0 HYDROGEOLOGICAL CHARACTERISTICS

The topography of the Property and surrounding area is relatively flat. The southwestern boundary of the property abuts the Mystic River.

CES supervised the installation of eight test pits on August 25, 1995, as described in the Test Pit Soil Sample Results letter in Appendix B. During the advancement of test pits at the disposal site, the surficial geology was found to consist of grey till fill with very dense fine sand, silt and fine gravel at the surface to a depth of approximately six to eight feet. Moist to wet organic peat and marine clay was observed from a depth of four feet to twelve feet. The groundwater at the disposal site is located approximately five feet below ground surface (bgs). From the triangulation of groundwater elevations of the monitoring wells, CES identified the groundwater flow to be traveling in a southerly direction towards the Mystic River, as shown of Figure 2. The direction of groundwater flow is likely to be affected by the tidal changes known to influence the Mystic River.

On December 17 and 18, 1996, CES supervised the installation of seven soil boring/monitoring wells (CES-1 through 7) at the disposal site. Monitoring wells MW-1 through 7 were sampled on December 27, 1996. The soil boring logs with monitoring well installation details and the groundwater sampling logs are shown in Appendix C. Split spoon samples were collected continuously to a depth of 14 feet bgs at each well location. Each split spoon was screened with a PID in the field. Two grab samples were collected from each boring for metals and TPH/GC analysis. Locations CES-3, 4 and 5 also had soil sample analysis for reactive sulfides.

MONS1 0001562

The monitoring wells were constructed of two-inch ID Schedule 40 PVC pipe with flush threads and end caps. The screen sections of each well were constructed of .010-inch slotted, two-inch ID Schedule 40 PVC pipe with flush threads. The well screen in each well was installed to intercept the elevation of the upper level groundwater. Following placement of the riser pipe and screen section of each well, the annular space was filled with washed silica sand to a level approximately three feet from grade. One foot of bentonite was used as a seal above the sand. Both above-ground protective casings and flush-mounted protective casings were then placed at grade and sealed with concrete to complete installation. Table 3.1 outlines the monitoring well construction details.

Table 3.1
Monitoring Well Details

| Well Number | Well Depth (ft) | Depth to Groundwater (ft) 12/27/96 | Top of Casing Elevation (ft)* | Groundwater Elevation (ft)* |
|---|---|---|---|---|
| CES-1 | 11 | 4.35 | 102.92 | 98.57 |
| CES-2 | 13 | 8 | 101.96 | 93.96 |
| CES-3 | 13 | 6.6 | 103.55 | 96.95 |
| CES-4 | 13 | 7.75 | 104.00 | 96.25 |
| CES-5 | 13 | 5.43 | 103.07 | 97.64 |
| CES-6 | 14 | 4.37 | 101.15 | 96.78 |
| CES-7 | 11 | 4.1 | 102.05 | 97.95 |

*Assumed Elevation datum of 100 feet.

MONS1 0001563

## 4.0 NATURE AND EXTENT OF CONTAMINATION

Analytical Laboratory reports of the soil and groundwater analyses from the CES investigations are shown in Appendix D.

Soil and groundwater samples collected from the site were screened by CES during their respective studies for total volatile organic compounds (VOCs) using a photoionization detector (PID). The results were all at background levels. It should be noted that it was raining and 40°F during the field work.

There were 14 soil samples collected for laboratory analysis by CES on December 17 and 18, 1996. The samples were analyzed at Alpha Analytical Laboratories for RCRA 8 metals, Total Petroleum Hydrocarbons (TPH) by GC/FID and reactive sulfides. Table 4-1 shows a summary table of the key contaminants detected. The soil sample results from CES-1, 2, 3 and 4 had levels of arsenic (30 mg/Kg) and lead (600 mg/Kg) above the applicable reportable concentrations (RC-S2). The levels of arsenic ranged from 33 to 1,400 mg/Kg. The levels of lead ranged from 630 - 11,000 mg/Kg. The levels of TPH, reactive sulfide and the other six metals were below the applicable reportable concentrations and frequently not detected.

The CES analytical sampling of groundwater in the monitoring wells detected reportable concentrations of arsenic, lead and pH. There were seven groundwater samples collected from the seven newly installed monitoring wells for laboratory analysis. The samples were analyzed at Alpha Analytical Laboratories for RCRA 8 metals, Total Petroleum Hydrocarbons (TPH) by GC/FID and pH. Table 4-2 shows a summary table of the key contaminants detected. The groundwater sample results from CES-2, 3, 4 and 5 had levels of arsenic, lead and pH above the applicable Reportable Concentrations for Groundwater 2 (RC-GW2); which are 0.4 mg/l, 0.3 mg/l and 2.5-12.5, respectively. The levels of arsenic ranged from 1.03 - 7.85 mg/l. The levels of lead ranged from 0.05 - 1.2 mg/l. The levels of TPH and the six other metals were below the applicable reportable concentrations and were frequently not detected.

MONS1 0001564

### Table 4-1
### Summary of Soil Sample Results
### Alford Street, Everett, MA
### December 17 - 18, 1996

| Location/ Depth (ft) | Arsenic (mg/Kg) | Lead (mg/Kg) | TPH (mg/Kg) | Reactive Sulfide (mg/Kg) |
|---|---|---|---|---|
| RC-S2 | 30 | 600 | 2,500 | 500* |
| CES-1 (5-7) | 200 | 630 | NS | NS |
| CES-1 (7-9) | 180 | 280 | ND | NS |
| CES-2(7-9) | 380 | 110 | ND | NS |
| CES-2(9-11) | 1,400 | 880 | NS | NS |
| CES-3(5-9) | 290 | 11,000 | 2,000 | ND |
| CES-3(9-11) | 9.4 | 130 | 360 | ND |
| CES-4(5-7) | 33 | 900 | ND | ND |
| CES-4(7-9) | 140 | 21 | ND | ND |
| CES-5(5-9) | 18 | 41 | ND | ND |
| CES-5(11-13) | 6.7 | 31 | 280 | 28 |
| CES-6(7-9) | 14 | 81 | 210 | NS |
| CES-6(9-13) | 5.8 | 15 | 890 | NS |
| CES-7(5-7) | 9.9 | 200 | ND | NS |
| CES-7(7-9) | 5.8 | 76 | ND | NS |

NS = Not Sampled
ND = Not Detected
* = EPA Guidance Value, there is no MCP Reportable Concentration for reactive
    sulfide

MONS1 0001565

Table 4-2
Summary of Groundwater Sample Results
Alford Street, Everett, MA
December 27, 1996

| Location | Arsenic (mg/l) | Lead (mg/l) | TPH (mg/l) | PH |
|----------|----------------|-------------|------------|-----------|
| RC-GW2 | 0.4 | 0.03 | 50 | 2.5 - 12.5 |
| CES-1 | 0.38 | ND | ND | 6.6 |
| CES-2 | 7.85 | 0.05 | ND | 5.2 |
| CES-3 | 1.03 | 1.2 | ND | 2.8 |
| CES-4 | 3.37 | 0.31 | ND | 2.4 |
| CES-5 | 0.049 | 0.33 | ND | 4.6 |
| CES-6 | ND | ND | ND | 6.9 |
| CES-7 | 0.017 | 0.06 | ND | 6.0 |

ND = Not Detected

## 5.0 MIGRATION PATHWAYS AND EXPOSURE POTENTIAL

The entire Property has been covered with a one to three-foot thick layer of the low permeability glacial till from Deer Island and is often used as a landfill capping material. This material acts as a barrier cap and greatly reduces the migration pathway for surface exposure to the contaminated soil and groundwater. Based on the presence of arsenic and lead in the soil; and arsenic, lead and pH in the groundwater below the site at a depth of 4 to 14 feet below ground surface, exposure potential for this disposal site is low.

MONS1 0001566

Below the contaminated fill, ranging in depth from 4 to 9 feet, is the marine clay which acts as an impermeable barrier for the groundwater and soil contamination. There is no air migration pathway due to the impermeable layer of glacial till above the contaminated soil.

There is currently no known or potential human exposure to hazardous materials present at the disposal site by inhalation, dermal contact or ingestion. There may be a need to evaluate the future potential for impact of hazardous materials which have been identified at the disposal site to the Mystic River as an environmental receptor. This impact is anticipated to be nominal due to the use, size and condition of the receptor water and the low mobility of the chemicals found on the site. The primary area of interest would be the relatively low pH (i.e., just below 2.5) of the groundwater on a small portion of the site. The effect of such groundwater on the large volume of water in the Mystic River may be indiscernible.

### 6.0 SUMMARY AND CONCLUSIONS

The contaminants of concern at the property are arsenic, lead and low pH on the Property. The laboratory results of the eight test pits and seven soil boring/monitoring well installations revealed reportable concentrations of the above contaminants. The majority of the Property is currently being used to stockpile glacial till from Deer Island and the remainder of the Property has been capped with a one to three-foot thick layer the glacial till and is being used as a construction lay-down yard for the Central Artery Project.

Based on the Phase I investigation results, it is our professional opinion that there is no need to conduct an Immediate Response Action (IRA) at the site, as described in 310 CMR 40.000.

A Tier Classification is being submitted at the same time as this Phase I under separate cover. The results of the Numerical Ranking Scoring was 266 and it is proposed to be a Tier II classified site.

MONS1 0001567

## 7.0  LIMITATIONS AND CERTIFICATIONS

The information presented herein is the result of a limited study of readily available records that are normally reviewed during this type of process and the observations made during an on-site inspection of the subject Property and are not represented as being the result of a comprehensive investigation of the Property.

The professional opinions expressed are formed from evaluation of the information available at the time of the study and are made from the perspective of an environmental engineer with more than twenty-eight years of experience with environmental regulatory issues.

FOR CONSULTING ENGINEERS & SCIENTISTS, INC.

_____          1/15/97
Bennett D. Edgar, Senior Geologist        Date

_____          JANUARY 15, 1997
Richard R. DeBenedictis, P.E., LSP        Date

MONS1 0001568

# FIGURES

plus oversized
maps ③.
January 14, 1983
Compiled Plan ④
Land in Everett &
Boston
by: Consulting Engineers &
Scientists
Ben Edgar
10 Riverside Dr
02347

Figure 3
showing alford St.
Site & Monsanto
site

MONS1 0001569



SCALE 1:24 000

MARY O'DONNELL CONSTRUCTION CO, INC.
ALFORD STREET      EVERETT, MA

Consulting Engineers & Scientists, Inc.
10 Riverside Drive   Lakeville, MA  02347
508-946-3400          FAX 508-946-3404

| LOCUS MAP | FIGURE 1 |
| --- | --- |

MONS1 0001570

# APPENDIX A

## Correspondence

MONS1 0001571



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
METROPOLITAN BOSTON - NORTHEAST REGIONAL OFFICE

FEB 27 1996

WILLIAM F. WELD
Governor

ARGEO PAUL CELLUCCI
Lt. Governor

TRUDY COXE
Secretary

DAVID B. STRUHS
Commissioner

URGENT LEGAL MATTER:   PROMPT ACTION NECESSARY
CERTIFIED MAIL:   RETURN RECEIPT REQUESTED

FEB 2 2 1996

Ms. Mary O'Donnell
P.O. Box 243
Kingston, MA 02364

RE: Everett
Alford Street
RTN #3-13341

NOTICE OF RESPONSIBILITY;
M.G.L.  c.  21E &  310  CMR
40.0000

Dear Ms. O'Donnell:

Information contained in a Release Notification Form (RNF)
submitted to the Department of Environmental Protection (the
Department or DEP) on January 18, 1996 and submitted by Ms. Mary
O'Donnell indicates that there is or has been a release of oil
and/or hazardous material at the above-referenced property which
exceeds a "120 day" reporting threshold (310 CMR 40.0315) and
which requires one or more response actions.

Based on this information, the Department has reason to
believe that the subject property or portion(s) thereof is a
disposal site as defined in the Massachusetts Oil and Hazardous
Material Release Prevention and Response Act, M.G.L. c. 21E, and
the Massachusetts Contingency Plan, 310 CMR 40.0000 (the MCP).
The assessment and cleanup of disposal sites is governed by
M.G.L. c. 21E and the MCP.

The purpose of this notice is to inform you of your legal
responsibilities under state law for assessing and/or remediating
the subject release. For purposes of this notice, the terms and
phrases used herein shall have the meaning ascribed to them by
the MCP unless the text clearly indicates otherwise.

10 Commerce Way  •  Woburn, Massachusetts 01801  •  FAX (617) 932-7615  •  Telephone (617) 932-7600  •  TDD # (617) 932-7679

Printed on Recycled Paper

MONS1 0001572

Ms. Mary O'Donnell
Page 2

### STATUTORY LIABILITIES

The Department has reason to believe that you (as used in this letter, "you" refers to Ms. Mary O'Donnell) are a Potentially Responsible Party (a PRP) with liability under M.G.L. c. 21E, § 5, for response action costs. Section 5 makes the following parties liable to the Commonwealth of Massachusetts: current owners or operators of a site from or at which there is or has been a release/threat of release of oil or hazardous material; any person who owned or operated a site at the time hazardous material was stored or disposed of; any person who arranged for the transport, disposal, storage or treatment of hazardous material to or at a site; any person who transported hazardous material to a transport, disposal, storage or treatment site from which there is or has been a release/threat of release of such material; and any person who otherwise caused or is legally responsible for a release/threat of release of oil or hazardous material at a site.

This liability is "strict", meaning it is not based on fault, but solely on your status as an owner, operator, generator, transporter or disposer. It is also joint and several, meaning that you may be liable for all response action costs incurred at the site, regardless of the existence of any other liable parties.

The MCP requires responsible parties to take necessary response actions at properties where there is or has been a release or threat of release of oil and/or hazardous material. If you do not take the necessary response actions, or fail to perform them in an appropriate and timely manner, the Department is authorized by M.G.L. c. 21E to have the work performed by its contractors. By taking such actions, you can avoid liability for response action costs incurred by the Department and its contractors in performing these actions, and any sanctions which may be imposed for failure to perform response actions under the MCP.

You may be liable for up to three (3) times all response action costs incurred by the Department. Response action costs include, without limitation, the cost of direct hours spent by Department employees arranging for response actions or overseeing work performed by persons other than the Department or their contractors, expenses incurred by the Department in support of those direct hours, and payments to the Department's contractors. (For more detail on cost liability, see 310 CMR 40.1200.)

Ms. Mary O'Donnell
Page 3

The Department may also assess interest on costs incurred at the rate of twelve percent (12%), compounded annually.  To secure payment of this debt, the Commonwealth may place liens on all of your property in the Commonwealth.  To recover the debt, the Commonwealth may foreclose on these liens or the Attorney General may bring legal action against you.

In addition to your liability for up to three (3) times all response action costs incurred by the Department; you may also be liable to the Commonwealth for damages to natural resources caused by the release.  Civil and criminal liability may also be imposed under M.G.L. c. 21E, § 11, and civil administrative penalties may be imposed under M.G.L. c. 21A, § 16 for each violation of M.G.L. c. 21E, the MCP, or any order, permit or approval issued thereunder.

### NECESSARY RESPONSE ACTIONS

The subject site shall not be deemed to have had all the necessary and required response actions taken unless and until all substantial hazards presented by the site have been eliminated and a level of No Significant Risk exists or has been achieved in compliance with M.G.L. c. 21E and the MCP.  In addition, the MCP requires persons undertaking response actions at disposal sites to perform Immediate Response Actions (IRAs) in response to "sudden releases", Imminent Hazards and Substantial Release Migration. Such persons must continue to evaluate the need for IRAs and notify the Department immediately if such a need exists.

The Department has determined that the following response actions are necessary at the subject site:

An immediate assessment is necessary at the subject site to respond to the low pH level in the groundwater. If you determine that a release of oil or hazardous material exceeding Reportable Quantity or Reportable Concentration occurred at this Site, you must notify the Department pursuant to 310 CMR 40.0000.

Initial site investigation activities in accordance with 310 CMR 40.0405 are necessary.  In addition, unless an RAO is submitted earlier, a completed Tier Classification Submittal

Ms. Mary O'Donnell
Page 4

pursuant to 310 CMR 40.0510, and, if appropriate, a
completed Tier I Permit Application pursuant to 310 CMR
40.0700, must be submitted to DEP within one year of the
initial date notice of a release is provided to the
Department pursuant to 310 CMR 40.0300 or from the date the
Department issues a Notice of Responsibility (NOR),
whichever occurs earlier.

It is important to note that you must dispose of any
Remediation Waste generated at the subject location in accordance
with 310 CMR 40.0030 including, without limitation, contaminated
soil and/or debris. Any Bill of Lading accompanying such waste
must bear the seal and signature of an LSP or, if the response
action is performed under the direct supervision of the
Department, the signature of an authorized representative of the
Department.

You should respond to the Department in writing no later
than 5:00 pm on March 29, 1996 regarding your investigatory
response actions relative to the low pH level in the groundwater.

The Department encourages parties with liabilities under
M.G.L. c. 21E to take prompt action in response to releases and
threats of release of oil and/or hazardous material. By taking
prompt action, you may significantly lower your assessment and
cleanup costs and avoid the imposition of, or reduce the amount
of, certain permit and annual compliance fees for response
actions payable under 310 CMR 4.00.

If you have any questions relative to this notice, you
should contact Lilla Dick at the letterhead address or (617) 932-
7600. All future communications regarding this release must
reference the Release Tracking Number (RTN #3-13341) contained in
the subject block of this letter.

Very truly yours,

Kingsley Ndi
Chief, Notification Branch

KN/LD
cc: Everett Board of Health
    Everett Fire Department

    DEP data base/file

MONS1 0001575

Version May 8, 1995

## RESTRICTIVE COVENANT

THIS RESTRICTIVE COVENANT, dated as of May ___, 1995, by O'DONNELL SAND & GRAVEL, INC., a Massachusetts corporation, and having an address at P.O. Box 245, Marion Drive, Kingston, MA 02364, for itself and its successors and assigns ("Grantor") and for the benefit of the City of Everett, Massachusetts (the "City"), a political subdivision of the Commonwealth of Massachusetts.

WHEREAS, Grantor is the owner of certain property, more particularly described in Exhibit A hereto (the "Property") located in the cities of Everett and Boston, Massachusetts; and

WHEREAS, Grantor desires to subject so much of the Property as now lies within the limits of the City of Everett (the "Everett Portion") to certain restrictions, in accordance with the provisions of General Laws, Chapter 184, Section 27 et seq., as to the future uses for which the Everett Portion may be used;

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor hereby agrees and declares that: (i) any temporary storage, stockpiling or processing of any natural fill material, sand or gravel brought onto the Everett Portion shall be used exclusively for the planned improvement and development (which may include environmental remediation) of that certain property (the "Development Site") described on Exhibit B annexed hereto, lying to the north of the Property and now owned by Monsanto Company and/or Monsanto Fund; and (ii) from and after the fifth anniversary of the date hereof, or the date on which development of the Development Site as a retail shopping center is completed, whichever occurs first, neither the Everett Portion nor any part thereof shall thereafter be used for the temporary storage, stockpiling or processing of natural fill material, sand or gravel for use elsewhere, or for cement or concrete manufacturing, storage or processing purposes, or for similar purposes. For purposes of clarification, it is the intent of this Restriction that any such temporary storage on the Everett Portion shall be only in connection with the development of the Development Site, and shall cease when such development is complete, but in no event beyond the fifth anniversary hereof. This restriction shall not apply to the permanent placement on the Everett Portion of any such fill, gravel, rock or other natural material in connection with the preparation of such stockpile or the proper remediation of any environmental contamination in, on or under the Property.

It is the Grantor's intention that the term of this Restrictive Covenant shall be perpetual, but in no event less than thirty (30) years, as provided in General Laws, Chapter 184, Section 27 et seq., and will be further extended as provided therein. The Restrictive Covenant may be waived or released, in whole or in part, by written instrument executed by the City and duly recorded and/or registered with the Middlesex County (South) Registry of Deeds and the Middlesex County (South) Registry District of the Land Court.

The failure of the City to enforce the foregoing Restriction shall not be deemed a waiver of its right to do so thereafter. If any provision of this Restrictive Covenant, or its applicability to any person or circumstance, shall be held invalid, the remainder hereof, or the application to other persons or circumstances, shall not be affected.

05/09/1995 12:15  FROM LAW OFFICES OF GNK         TO        16176601554 P.05

For Grantor's title, see Quitclaim Deed from Boston Edison Company dated March 6, 1995, and

(i)     recorded with the Middlesex County (South) Registry of Deeds in Book 25212, Page 463; and

(ii)    filed with the Middlesex County (South) Registry District of the Land Court as Document No. 969448, noted on Certificate of Title No. _____, Registration Book ____, Page ____.

IN WITNESS WHEREOF, the Grantor has caused this Covenant to be duly executed and delivered, as an instrument under seal, as of the day and year first above written.

O'DONNELL SAND & GRAVEL, INC.

By:_____
Name:
Title: (Vice) President

By:_____
Name:
Title: (Assistant) Treasurer

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    May __, 1995

Then personally appeared the above-named _____
____ of O'Donnell Sand & Gravel, Inc., and acknowledged the foregoing to be his free act and deed and that of O'Donnell Sand & Gravel, Inc., before me.

_____
Notary Public
My Commission Expires:

TLS45870.1-1

- 2 -

MONS1 0001577

Version - May 9, 1995

## QUITCLAIM DEED

O'DONNELL SAND & GRAVEL, INC., a Massachusetts corporation, and having an address at P.O. Box 243, Marion Drive, Kingston, MA 02364 ("Grantor"), in consideration of Ten Dollars ($10.00), receipt of which is hereby acknowledged, hereby grants, WITH QUITCLAIM COVENANTS, to ROSEN CONSTRUCTION VENTURES, INC., a Florida corporation having an address c/o Rosen Associates, Inc., 401 Edgewater Park, Wakefield, MA ("Grantee"), a fifty-one percent (51%) undivided interest in the land (together with any improvements thereon) lying partly in Everett, Middlesex County, and partly in Boston, Suffolk County, Massachusetts, bounded and described as set forth in Schedule 1 annexed hereto and made a part hereof, and subject to and with the benefit of matters of record.

The Grantor warrants that the subject property does not constitute all or substantially all of the assets of Grantor. This Deed is being executed in triplicate, as the land conveyed consists in part of registered land lying within Suffolk County, in part of registered land lying in Middlesex County (South), and in part of unregistered land lying in Middlesex County (South). For Grantor's title, see Quitclaim Deed from Boston Edison Company, dated March 6, 1995, and:

(i)     filed with the Suffolk County Registry District of the Land Court as Document No. 523933, noted on Certificate of Title No. 109387, Registration Book 548, Page 187;

(ii)    recorded with the Middlesex County (South) Registry of Deeds in Book 25212, Page 463; and

(iii)   filed with the Middlesex County (South) Registry District of the Land Court as Document No. 969448, noted on Certificate of Title No. _____, Registration Book _____, Page _____.

- 1 -

MONS1 0001578



# APPENDIX B

## CES Test Pit Summary Report with Appendices

MONS1 0001579

# CONSULTING ENGINEERS & SCIENTISTS

October 2, 1995.
Job No. 95217-002

Ms. Mary O'Donnell
P. O. Box 243
Kingston, MA 02364

Reference:    Alford Street, Everett, MA
              Test Pit Soil Sample Results from August 25, 1995

Dear Ms. O'Donnell:

On August 25, 1995, Consulting Engineers & Scientists, Inc. (CES) supervised a Test Pit survey performed by an O'Donnell track excavator in the Pier area of the Alford Street site in Everett, MA. Please see Figure 1 Locus Map and the attached preliminary plan. The purpose of the test pitting was to identify the depth to groundwater and collect soil samples for laboratory analysis. The site is currently being used to stockpile clean glacial till and was reported to have previously been used as a storage/stockpiling facility for sulfur.

The attached site plan shows the locations of the eight test pits at the site. The test pits were performed at intermittent distances around the perimeter of the site where the glacial till stockpiles were not present. The attached photographs (Figures 2 and 3) show the unusual colors in the soils of test pits 4 and 5. Table 1 is a test pit log describing the materials encountered and the results of the photo-ionization detector (PID), Multi-gas Personal Monitor for hydrogen sulfide gas ($H_2S$) readings, and pH readings with a digital pH meter.

Soil samples were collected from each Test Pit, at depths of 5 to 8 feet below surface, for laboratory analysis at Inchcape Testing Services. The laboratory analytical reports are attached. All eight Test Pit samples (TP-1 through TP-8) were analyzed for sulfate and reactive sulfides. Samples from test pits TP-2, TP-3, and TP-8 were also analyzed for volatile organic hydrocarbons (VOCs) and total petroleum hydrocarbons (TPH). RCRA 8 metals were analyzed at location TP-4 and composite samples from TP-5/TP-6 and TP-7/TP-8 were also analyzed for RCRA 8 metals.

The results of the soil sampling showed very low levels of reactive sulfides ranging from < 6 to 20 mg/Kg. There is no DEP reportable concentrations listed in the MCP, although the EPA guidance level for reactive sulfide is 500 mg/Kg. The levels of sulfate ranged from 580 - 27,000 mg/Kg. There are no DEP or EPA reportable concentration for sulfate. The results of the VOCs and TPH analysis were all at background levels or below the detection limit.

Consulting Engineers & Scientists, Inc.
10 Riverside Drive
Lakeville. Massachusetts 02347-1676
508-946-3400      Fax 508-946-3404

MONS1 0001580

Ms. Mary O'Donnell                 Page 2                 October 2, 1995

The results of the soil sample analysis for the RCRA 8 metals revealed reportable concentrations of Total Arsenic (140 - 180 mg/Kg) at locations TP-4 and TP-5/TP-6 and Total Lead (650 - 7,800 mg/Kg) at all three sampled locations. 310 CMR 40.1600 shows reportable concentrations in category RC-S2 to be 30 mg/Kg for Arsenic and 600 mg/Kg for Lead. The remainder of the analysis for the RCRA 8 metals were below the reportable concentrations. The field pH meter reading of the groundwater in TP-4 revealed a pH of 1.5. According to 310 CMR 40.0347, a material is a hazardous material if an aqueous sample exhibits corrosive properties and has a pH less than 2.0 or greater than 12.5.

As required by the Massachusetts Contingency Plan (MCP) regulations, 310 CMR 40.0300, CES recommends notification to the DEP of the releases to the environment of hazardous material greater than the applicable Reportable Concentrations or as defined by the MCP within 120 days of obtaining knowledge of the release.

Please note that there are certain actions that should be taken to further define the extent of the problem and to remediate the contamination. There is also a possibility that once better defined; a Risk Analysis, conducted in accordance with the MCP, may result in a minimal or "No Clean-Up" option being exercised, or the sealing of the site and an Activity and Use Limitation (AUL) being recorded with the property deed. The AUL would notify all future property owners of the problem and restrict use to those activities which could not create pathways for contaminants to reach sensitive receptors.

Once you have reviewed this information, we should discuss the various future actions available.

If you have any questions, please feel free to call me at 508-946-3400.

Very truly yours,

CONSULTING ENGINEERS & SCIENTISTS, INC.

Richard R. DeBenedictis, P.E., LSP
President

RRD/bde/rld

MONS1 0001581

Ms. Mary O'Donnell                   Page 3                   October 2, 1995

TABLE 1

ALFORD STREET TEST PIT LOG AND SURVEY RESULTS

| Location | PID* (ppm) | pH | H$_2$S (%) | Material Description |
|---|---|---|---|---|
| August 25, 1995 | | | | |
| TP-1 | 0 0 | 5.9 | 0 0 | 0-1.5' Gray Glacial TILL<br>1.5-9.5' Sandy FILL w/ gravel & cobbles<br>9' Groundwater |
| TP-2 | 4 110 | 6.2 | 0 | 0-3' Glacial Till and Fill w/wood & brick<br>3-8.5' Black Tarry soil w/elasticity<br>8.5' Groundwater |
| TP-3 | 0 0 8 0 | NA | 0 0.1 | 0-2' Glacial Till and Loamy Fill<br>2-3' Reddish Purple sandy soil<br>3-5' Yellow sandy soil(sulfur)<br>5' Petroleum odor<br>5-11' Dark Grey Clay<br>No Groundwater Found |
| TP-4 | 0 0 | 1.5 | 0 0 0 | 0-2' Fill w/ brick, rebar, concrete<br>2-8' Layers of Reddish Purple and Yellow Substance (Photo 1)<br>10' Groundwater |
| TP-5 | 0 0 | NA | 0 0 | 0-3' Fill w/ wood, brick and concrete<br>3-5' Reddish Purple sandy soil<br>5-8' Grey Sandy Clay<br>8-10' Grey Clay<br>No Groundwater |
| TP-6 | 0 0 | 4.2 | 0 0 0 | 0-3' Fill w/ Brick, cobbles, trace yellow<br>3-5' Yellowish Sand<br>5-7' Dark Grey Silt<br>7-9' Dark Grey Clay<br>9' Groundwater |

MONS1 0001582

Ms. Mary O'Donnell                    Page 4                    October 2, 1995

| Location | PID* (ppm) | pH | H₂S (%) | Material Description |
|----------|-----------|-----|---------|---------------------|
| TP-7 | 0 0 | NA | 0 | 0-3' Fill w/ wood brick and concrete<br>3-5' Fill dark black silty sand<br>5-10' Dark Grey Clay w/ trace peat<br>No Groundwater |
| TP-8 | 0 0 | NA | 0 | 0-3' Fill w/ brick, wood, and cobbles<br>3-8' Dark Grey silt and clay<br>8' Groundwater |

\* PID readings were conducted using the DEP Jar Headspace Method.
ppm    =    parts per million, calibrated with Isobutylene
NA     =    Not Analyzed

MONS1 0001583