*Draft - Privileged and Confidential – Attorney/Client Work Product*

# Phase II Field Investigation Report
**Everett Staging Yard**
**Alford Street**
**Everett, Massachusetts**
**DEP RTN 3-13341**

**Submitted to:**
**Hinkley, Allen & Snyder LLP**

**Prepared by:**
**Rizzo Associates, Inc.**

May 15, 2001

HAS-EVE2 00801

May 15, 2001

*Privileged and Confidential – Attorney/Client Work Product*

Doreen M. Zankowski, Esq.
Hinkley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

Re:    **DRAFT Phase II Field Investigation Report**
       **Everett Staging Yard**
       **Alford Street**
       **Everett, Massachusetts**
       **DEP RTN 3-13341**

Dear Ms. Zankowski:

Rizzo Associates, Inc. is pleased to present this report summarizing the results of our Phase II
Field Investigation conducted at the above-referenced property in Everett, Massachusetts (the
Site). Our investigation included a review of the history of the Site, the installation and sampling
of soil borings, test pits, and monitoring wells, and the laboratory analysis of selected soil and
groundwater samples. Since a Risk Characterization has not been prepared, this report is not
intended to meet the full requirements of a Phase II – Comprehensive Site Assessment as
established in the Massachusetts Contingency Plan (MCP) 310 CMR 40.0000. This report is
subject to the limitations presented in Appendix A.

We appreciate the opportunity to provide these services to you. Please call if you have any
questions.

Very truly yours,

William C. Phelps
Project Geologist

Richard J. Hughto, Ph.D., P.E., L.S.P.
Senior Vice President

DOCUMENT4

HAS-EVE2 00802

*Draft – Privileged and Confidential – Attorney/Client Work Product*

## Table of Contents

1.0    Introduction ........................................................................................ 1

2.0    Site History ........................................................................................ 1

3.0    Release and Regulatory History ...................................................... 3

4.0    Recent Subsurface Investigation ..................................................... 4

4.1    Soil Boring Advancement ....................................................... 4

4.2    Test Pit Excavation ................................................................. 5

4.3    Monitoring Well Installation ................................................... 5

4.4    Soil Sample Collection ............................................................ 5

4.5    Groundwater Sample Collection ............................................. 6

4.6    Soil and Groundwater Sample Analysis ................................. 6

4.7    Soil and Groundwater Analysis Results ................................. 7

4.7.1    Soil Analysis Results .................................................. 7

4.7.2    Groundwater Analysis Results ................................... 9

5.0    Site Hydrogeologic Characteristics ................................................. 10

5.1    Site Topographic Features ...................................................... 10

5.2    Surface Water Hydrology ....................................................... 10

5.3    Site Geology ............................................................................ 11

5.4    Site Hydrogeology ................................................................... 11

6.0    Fate and Transport of Oil and Hazardous Materials ......................... 11

6.1    Mobility ................................................................................... 12

6.2    Persistence ............................................................................... 12

7.0    Nature and Extent of Contamination ............................................... 13

7.1    Soil Contamination ................................................................. 13

7.2    Groundwater Contamination ................................................... 13

7.3    Potential Sources of Contamination ....................................... 14

8.0    Exposure Assessment ....................................................................... 16

8.1    Migration Pathways ................................................................ 16

8.2    Exposure Potential .................................................................. 16

9.0    Conclusions ....................................................................................... 17

RIZZO
ASSOCIATES
A TETRA TECH COMPANY

*Draft – Privileged and Confidential – Attorney/Client Work Product*

## List of Tables

Table 1        Positive Analytical Results for Soil Samples

Table 2        Positive Analytical Results for Groundwater
              Samples

## List of Figures

Figure 1       Site Location Map

Figure 2       Site Plan

## List of Appendices

Appendix A    Limitations

Appendix B    Historical Documentation

Appendix C    Standard Protocols

Appendix D    Laboratory Certificates of Analysis

Appendix E    DEP Memorandum

RIZZO
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00804

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Everett Staging Yard
Alford Street, Everett, Massachusetts
DEP RTN 3-13341
Page 1

## 1.0   Introduction

This Phase II Field Investigation Report was prepared to summarize field activities conducted to further evaluate the potential sources, nature, and extent of contamination previously identified at Modern Continental's Everett Staging Yard, located at the intersection of Alford Street and Chemical Lane in Everett, Massachusetts (the Site). The approximate location of the Site is shown on Figure 1.

The Site comprises approximately 35 acres of land located adjacent to the Mystic River in Everett, Massachusetts. Currently, the Site is used by the Modern Continental Construction Company (Modern) as a materials and equipment storage yard (Everett Staging Yard) for the Central Artery Project. The Site is currently improved by an office trailer complex, storage and maintenance garage, and miscellaneous storage sheds and containers, all generally located on the southeastern portion of the Site. The majority of the yard area is undeveloped and is used for storage of large precast concrete and iron beams and pilings used in the construction of the Central Artery project. The southeastern portion of the Site is covered by bituminous pavement, while the remainder of the property is generally unpaved. Figure 2 presents a general Site plan with sampling locations.

Abutters to the Site include the Everett Shops, a bus and train maintenance facility operated by the Massachusetts Bay Transportation Authority (MBTA) to the north, railroad tracks and the new Gateway Center Mall (formerly the Monsanto Chemical Company) to the west, the Mystic River to the south, and additional construction storage areas to the east.

## 2.0   Site History

The history of the Site was developed using information contained in previous investigation reports and a review of standard historical sources. Historical maps, including Sanborn Fire Insurance maps and Registry of Deeds maps, Registry of Deeds documents, and aerial photographs were used to establish the history of the Site property. Copies of selected aerial photographs and Sanborn maps are included in Appendix B.

Sanborn maps from the late 1800s indicate that the northeastern portion of the Site was occupied by the Cochrane Chemical Company (Cochrane). Several large buildings, including a boiler house, carpentry shop, and "lead storage house" were present at the Site at that time. Similar detail is shown on the 1903 Sanborn map of the area. These maps label the Site as the "East Side Buildings" of the Cochrane operation, which extended west

HAS-EVE2 00805

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 2**

across the railroad right of way. At this time, much of the remainder of the Site property appears to be marshlands associated with the Mystic River.

Registry of Deeds (ROD) information from the early 1900s indicates that several permits were issued to fill the present day central and southern portions of the Site property. ROD information indicates that a permit was issued to construct a wharf and bulkhead on the southeastern portion of the Site. These records indicate that approximately 130,000 cubic yards of river volume were permitted to be displaced. A similar permit was issued to Cochrane in 1907 to fill the western portion of the present day Site property, displacing approximately 38,000 cubic yards of river area.

By 1910, Cochrane had expanded its operations to include 4 large buildings located on the western portion of the Site, immediately adjacent to the railroad tracks. The 1917 Sandborn map designates the Site property as the "East Side Buildings" of the Merrimac Chemical Company (Merrimac). Structures indicated at the Site included sulfuric acid storage tanks and production areas. Crude oil storage tanks are indicated on the northeastern portion of the Site.

ROD records indicate that additional portions of the Site were filled from 1910 through 1935 by Merrimac and the Boston Elevated Railway Company (now the MBTA), such that the present-day limits of the Site were generally established.

By 1943, the Site had been acquired by the Monsanto Chemical Company (Monsanto), and the 1950 Sanborn Maps indicate that large-scale chemical production was taking place over the entire Site property. According to the map, large quantities of sulfur were stored on the southwestern portion of the property, which was used in the large scale production of sulfuric acid. Numerous sulfuric acid storage tanks are indicated in the southwestern portion of the Site, adjacent to the railroad tracks. The central portion of the Site appears to have been used for alcohol production by the New England Alcohol Company, and several large storage tanks for molasses are indicated on the map. The northern portions of the Site appear to have housed various administration buildings and laboratories for Monsanto.

Although a 1969 aerial photo suggests that some of the buildings and structures at the Site had been demolished, the 1972 Sanborn map of the area suggests that the Site property was still in partial operation at that time. Aerial photos taken in 1978 and 1980 suggest that the majority of the buildings had been demolished by that time, and the property was generally vacant. An aerial photo taken in 1985 indicates that portions of the Site may have been used for temporary storage, possibly as a contractor yard.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00806

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 3**

During the 1990s, the property was acquired by O'Donnell Sand and Gravel, Inc. for use as a storage area for waste rock and tunnel muck from the construction of the Deer Island Outfall project and as an equipment storage yard. In mid-1999 the majority of the tunnel muck was used to cap the former Monsanto property across the tracks from the Site as part of the construction of the Gateway Center Mall, although a 1 to 7 foot thick layer of the low permeability muck remains at the Site. Modern has used the Site since the late 1990s as their staging yard for the Central Artery project work.

## 3.0    Release and Regulatory History

Prior to use as a stockpile location for the excavated tunnel muck and rock, Consulting Engineers and Scientists, Inc. (CES) performed a limited subsurface investigation at the Site in 1995. Eight test pits were excavated at the Site to depths of 5 to 8 feet below the ground surface. Soil samples collected from the test pits were submitted for laboratory analysis for a variety of parameter including sulfate, volatile organic compounds (VOCs), total petroleum hydrocarbons (TPH), and heavy metals. Areas of low pH soil were also identified. Approximate test pit locations are shown on the attached Figure 2.

The results of the analysis of the soil samples collected from the test pits indicated the presence of elevated concentrations of certain metals and petroleum hydrocarbons. As a result, O'Donnell Sand and Gravel submitted a Release Notification Form (RNF) to the Department of Environmental Protection (DEP) on January 18, 1996. In response to the RNF, the DEP issued a Notice of Responsibility to O'Donnell requiring additional investigation of the areas of low pH soil.

On behalf of O'Donnell, CES performed additional subsurface investigation at the Site in December 1996, and included the installation and sampling of 7 soil borings/monitoring wells. Soil boring/monitoring well locations are shown on Figure 2. The placement of these borings/wells was limited to the periphery of the Site by the large volume of tunnel muck stockpiled during CES's investigation. Concentrations of arsenic and lead were identified in the soil samples at concentrations ranging from 33 to 1,400 milligrams per kilogram (mg/kg) and 630 to 11,000 mg/kg, respectively. Detected levels of TPH were below Reportable Concentrations for soil category RCS-2. Concentrations of dissolved lead and arsenic in four of the wells exceeded the RCGW-2 reportable concentrations. In general, the highest levels of contamination were identified on the southwestern portion of the Site.

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 4**

Using the data generated during their subsurface investigation, CES prepared a Phase I – Initial Site Investigation report for the Site in January 1997. As a result of their investigation, the Site was scored using the Numerical Ranking System (NRS) scoring system, resulting in a Tier II Classification of the Site.

## 4.0    Recent Subsurface Investigation

In order to further evaluate the nature, extent, and potential sources of the contamination identified by CES, Rizzo Associates performed additional subsurface investigation at the Site in April and May 2001. Our investigation included the installation of 31 shallow soil borings, 10 of which were completed as groundwater monitoring wells, the excavation of 15 test pits, and the collection and laboratory analysis of soil and groundwater samples. Table 1 presents a summary of the observations made during the installation of the soil borings and excavation of the test pits, and includes the observed depth of the various fill materials, the depth to native materials, field screening results, and general observations.

### 4.1    Soil Boring Advancement

To further evaluate conditions at the Site, specifically areas not accessible to CES, Rizzo Associates engaged GeoTek Engineering of Framingham, Massachusetts to advance 31 shallow soil borings at the Site. Twenty of the soil borings were advanced using a truck-mounted drill rig employing 4.25-inch inside diameter hollow stem augers. The remaining 11 soil borings were advanced using direct push (Geoprobe) sampling equipment.

The initial round of soil boring advancement using the hollow-stem augers was performed during March 26 through April 2, 2001. Ten borings, designated BOR-1 through BOR-10 were advanced at the locations shown on Figure 2. An additional 10 borings, designated RIZ-1 through RIZ-10 were also advanced during that time, with the intent to complete them as groundwater monitoring wells. Soil samples were collected at 5-foot intervals using a stainless steel split spoon and were logged in the field. In general, soil borings were advanced until native materials (marine clay, peat, and sand) were encountered in each boring, typically at depths ranging from 12 to 15 feet below the ground surface.

Based on the results of the initial round of soil boring advancement, an additional 11 borings were advanced at the Site on May 3, 2001 using the Geoprobe. Soil samples were collected continuously during the boring advancement and were logged in the field. Borings were advanced either to refusal or until native materials were encountered.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 5**

## 4.2    Test Pit Excavation

Further evaluation of subsurface conditions was made through the excavation of 15 test pits at the Site. Test pit excavation was performed by GeoTek on May 2, 2001. Test pits were excavated using a rubber tired backhoe to depths ranging from 4 to 10 feet below the ground surface. Shallow refusals on concrete slabs, were encountered during the excavation of several of the test pits.

In general, similar soil conditions to those observed during the soil boring advancement were observed in the test pits. Tunnel muck varying in thickness from one to seven feet was encountered in all of the test pits. Similar fill to that observed in the borings was encountered during the test pit excavation. Soil samples were screened with the PID during excavation. PID responses ranged from 21 to 64 ppm. At the completion of the sample collection, each test pit was backfilled and compacted using the backhoe.

## 4.3    Monitoring Well Installation

Ten of the shallow hollow-stem auger borings (RIZ-1 through RIZ-10) installed at the Site were completed as monitoring wells using standard well construction techniques and materials. Each well was constructed using a 10 foot section of 2 inch diameter, 0.010-inch machine-slotted PVC screen and solid PVC riser. The annular space around the well screen was backfilled will graded filter sand to a point two feet above the top of the screen. A one to two foot thick bentonite seal was placed on top of the sand pack, and the remaining annulus was backfilled using native materials. Each well was completed using either a locking stand pipe or flush-mounted roadbox.

## 4.4    Soil Sample Collection

Soil samples collected during the advancement of the borings and the excavation of the test pits were logged for lithology and general physical characteristics in the field, and were screened for the presence of total VOCs using a PID. PID responses ranged from 0.7 to 170 ppm, with the highest readings encountered during the advancement of RIZ-4 in soil samples collected at depths below 5 feet. A strong chemical odor was observed in the soil samples collected from this boring. Low to moderate petroleum odors were noted during the excavation of several of the test pits.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00809

In general, subsurface materials at the Site were comprised of
approximately 1 to 7 feet of highly compacted tunnel muck (clay, silt, and
rock fragments) underlain by 8 to 12 feet of miscellaneous fill. The fill is
then underlain by peat and marine deposits (clay, peat, sand, and silt). The
fill at the Site was observed to contain varying percentages of sand, silt,
clay, gravel, ash, cinders and wood and metal debris. In some areas of the
Site, the fill ranged in color from dark black to red and light green.

In general, one soil sample from each boring advanced using the hollow-
stem augers and from each test pit was submitted for laboratory
analysis. Selected soil samples from the Geoprobe borings were also
submitted for laboratory analysis. In the absence of physical evidence of
contamination (staining, odor, elevated PID response, etc.), the soil sample
collected immediately above the water table (or refusal, if encountered)
was submitted for analysis. In some of the test pits and Geoprobe borings,
surficial soil samples (0-3 foot deep) were collected to evaluate the
vertical extent of contamination at the Site.

## 4.5    Groundwater Sample Collection

Groundwater samples were collected from the existing wells, previously
installed by CES in 1996, by Rizzo Associates personnel on March 21,
2001. Although seven monitoring wells were installed by CES (designated
CES-1 through CES-7), only 6 of the wells could be located by Rizzo
Associates personnel. Prior to the collection of the samples, and following
the standard protocols presented in Appendix C, the depth to groundwater
in each well was gauged using an electronic water level meter. The wells
were then purged using an electric submersible pump until the three to five
well volumes had been evacuated, or until the well was drawn dry. To
minimize the potential for sediment entrainment, the groundwater samples
were collected using a low flow peristaltic pump and dedicated
polyethylene tubing. VOC samples were collected using a dedicated
polyethylene bailer.

Groundwater samples were collected from the newly installed wells,
designated RIZ-1 through RIZ-10, on April 12, 2001 following the
techniques outlined above. A duplicate groundwater sample was collected
from CES-2 on May 8, 2001.

## 4.6    Soil and Groundwater Sample Analysis

Soil samples collected during the advancement of the soil borings,
installation of the monitoring wells, and excavation of the test pits were
submitted for extractable petroleum hydrocarbons (EPH), including target

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00810

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 7**

polycyclic aromatic hydrocarbons (PAHs) and volatile petroleum hydrocarbons (VPH) by DEP Method 1.0, and for the RCRA 8 metals. Selected soil samples were also analyzed for VOCs by EPA Method 8260/5035.

Groundwater samples collected at the Site were analyzed for EPH, VPH, and the dissolved RCRA 8 metals. Selected groundwater samples were analyzed for VOCs by EPA Method 8260.

## 4.7    Soil and Groundwater Analysis Results

Soil and groundwater samples collected at the Site were submitted to Alpha Analytical Laboratories of Westborough, Massachusetts for analysis on a standard turnaround time. Samples were chilled on ice, and transported to the laboratory under chain of custody documentation. Laboratory certificates of analysis are included in Appendix D.

### 4.7.1    Soil Analysis Results

Soil analytical results for the samples collected during our investigation are summarized in Table 2. In general, lead and arsenic were detected at the highest concentrations and with the greatest frequency across the Site. Elevated concentrations of mercury, naphthalene, and selected PAHs were identified in selected samples. The following highlights the compounds detected in the soil samples, their general occurrence, and range of detected concentrations. The overall nature and extent of soil contamination is further discussed in Section 7.0.

**Arsenic** Total arsenic was detected in all of the 44 soil samples submitted for metals analysis, at concentrations ranging from 3.2 mg/kg in the sample collected from TP-4 to 560 mg/kg in the 5-7 foot sample collected from RIZ-6. The MCP Method 1 S-1/GW-2 cleanup standard for arsenic is 30 mg/kg, while the Upper Concentration Limit (UCL) for arsenic is 300 mg/kg. The average detected arsenic concentration for the samples collected by Rizzo Associates was 67 mg/kg. In general, the elevated arsenic concentrations were identified in the fill materials encountered below the tunnel muck. Detected arsenic concentrations in the 13 surficial soil samples ranged from 3.2 to 33 mg/kg.

**Lead** Total lead was detected in 42 of the 44 soil samples submitted for analysis, at concentrations ranging from 4.2 mg/kg in Boring 20 to 20,000 mg/kg in Boring 4. The MCP Method 1 S-1/GW-2 cleanup standard for lead is 300 mg/kg. The lead result from Boring 4, and that identified in a sample collected from RIZ-7 (6,300 mg/kg), exceed the UCL for lead of

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00811

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 8**

6,000 mg/kg. The average detected lead concentration for the samples collected by Rizzo Associates was 1,260 mg/kg. As with the arsenic, the highest lead concentrations were identified in the soil samples collected in the fill materials below the tunnel muck. Detected surficial lead concentrations ranged from 5.9 to 440 mg/kg.

**Other Metals** Other metals detected in the soil sample collected during the Rizzo Associates investigation included mercury at concentrations ranging from 0.29 to 61 mg/kg (the MCP S-1/GW-2 standard is 10 mg/kg), and selenium at concentrations ranging from 4.8 to 840 mg/kg (the MCP S-1/GW-2 standard is 400 mg/kg). These metals were detected with far less frequency than the lead and arsenic, with mercury identified in 25 of the 44 samples submitted and selenium only identified in 9 of the 44 samples submitted. The remaining RCRA 8 metals were detected in other soil samples collected at the Site, however, at concentrations below the MCP standards applicable to the Site. Mercury was detected in two of the surficial soil samples at a maximum concentration of 0.50 mg/kg, while selenium was only detected in one of the soil samples collected for analysis at a concentration of 8.9 mg/kg.

**EPH/ VPH** EPH target carbon compounds were detected in 38 of the 45 soil samples submitted for laboratory analysis by Rizzo Associates. Although the maximum detected total EPH concentration was 43,240 mg/kg, identified in the soil sample collected from the 10 to 12 foot depth interval in RIZ-4, the average total EPH concentration across the Site was 1,896 mg/kg. VPH target carbon compounds were identified in only 2 of the 45 soil samples submitted for analysis. The maximum detected VPH concentration was 4,115 mg/kg, also identified in the 10 to 12 foot sample collected from RIZ-4. Total EPH concentrations in the surficial soil samples ranged from 32 to 414 mg/kg. VPH target carbon compounds were not detected in the surficial soil samples collected at the Site.

**Polycyclic Aromatic Hydrocarbons** PAH compounds were identified in a maximum of 19 of the 45 samples submitted for analysis, with flouranthene being the most frequently detected. Seven of the PAHs sought were identified at concentrations above their applicable MCP Method 1 S1/GW-2 standards. 2-methylnaphthalene was identified at the highest concentration of all the PAHs (71mg/kg) in the sample collected from 10 to 12 foot depth interval in RIZ-4. The PAHs fluoranthene and phenanthrene were detected in one of the surficial soil samples collected at the Site (Boring 18) at concentrations below the MCP S-1/GW-2 standards. No other PAHs were identified in the surficial soils at the Site.

**Volatile Organic Compounds** Naphthalene was the most frequently detected VOC at the Site, occurring in 13 of the 38 samples submitted for

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00812

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Everett Staging Yard
Alford Street, Everett, Massachusetts
DEP RTN 3-13341
Page 9

analysis. None of the VOCs identified in the samples exceeded their respective MCP S-1/GW-2 standards. VOCs were not identified in the surficial soil samples collected at the Site.

### 4.7.2 Groundwater Analysis Results

Groundwater analysis results for samples collected during our investigation are summarized in Table 3. Elevated concentrations of dissolved lead, arsenic, and cadmium were identified in the wells located on the southwestern portion of the Site. The following highlights the compounds detected in the groundwater samples, their general occurrence, and range of detected concentrations. The overall nature and extent of the groundwater contamination is further discussed in Section 7.0.

**Arsenic** Dissolved arsenic was detected in 11 of the 16 groundwater samples collected at the Site by Rizzo Associates. Detected arsenic concentrations ranged from 12 to 50,500 ug/L. The highest concentration was detected in the groundwater sample collected from CES-2. A duplicate sample was collected from this well on May 8, 2001 and was submitted to the laboratory to be filtered and analyzed. Dissolved arsenic was detected in the sample at 28,000 ug/L. The average dissolved arsenic concentration identified in the groundwater samples collected by Rizzo Associates is 548 ug/L; the MCP Method 1 GW-3 standard is 400 ug/L

**Lead** Dissolved lead was identified in 6 of the 16 groundwater samples submitted for analysis, and was detected at concentrations ranging from 13 to 1,420 ug/L The highest dissolved lead concentration was identified in the groundwater sample collected from RIZ-1. The average dissolved lead concentration identified in the samples collected by Rizzo Associates is 424 ug/L; the MCP Method 1 GW-3 standard for dissolved lead is 30 ug/L

**Other Metals** Dissolved cadmium was identified in 4 of the 16 groundwater samples submitted by Rizzo Associates, with detected concentrations ranging from 11 to 114 ug/L. All of the samples contained dissolved cadmium concentrations at levels above the Method 1 GW-3 standard of 10 ug/L.

**EPH/VPH** EPH was identified in 5 of the 16 groundwater samples submitted for analysis. The maximum total EPH concentration was 630 ug/L, identified in the groundwater sample collected from RIZ-10. None of the identified EPH carbon compounds exceeded their respective Method 1 GW-2 or GW-3 standards. VPH was detected in the groundwater sample collected from RIZ-4 at concentrations of 20,950 ug/L and 80 ug/L in the sample collected from RIZ-5. No other detectable

HAS-EVE2 00813

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 10**

levels of VPH were identified in the remainder of the groundwater samples submitted for analysis.

**Volatile Organic Compounds** Low concentrations of petroleum-related VOCs, including benzene, naphthalene, ethylbenzene, toluene, and xylene, in addition to 1,1,1 trichloroethane and carbon disulfide, were identified in a few of the groundwater samples. None of the identified concentrations of these contaminants exceeded their respective Method 1 standards.

**pH** Areas of low pH groundwater were identified during our investigation. Identified pH values ranged from 1.9 to 7.0 standard units (su) in RIZ-6. The two lowest readings, 1.6 su and 2.4 su, were identified in wells RIZ-1 and CES-2, respectively. The wells with the lowest pH readings are generally located on the southern and southwestern portions of the Site property. Any liquid that exhibits a pH of less than 2.0 su is considered corrosive, and is labeled as a hazardous material by the MCP. The next highest pH readings were 3.7 su in CES-5, 3.9 su in RIZ-6, and 4.4 su in RIZ-5. The pH values for the remaining wells were generally above 5.0 su.

## 5.0    Site Hydrogeologic Characteristics

The hydrogeologic characteristics of the Site are based on observations and measurements made during the subsurface investigations conducted at the Site. Additional information was obtained from a review of available data from the United States Geological Survey (USGS).

### 5.1    Site Topographic Features

The topography of the Site is generally level, with a slight slope toward the southwest. Based on a review of the USGS topographic map of the Boston North quadrangle, the Site is located at an elevation of approximately 3 meters (10 feet) above the National Geodetic Vertical Datum (NGVD). Topography of the Site area is generally flat.

### 5.2    Surface Water Hydrology

The Mystic River abuts the Site to the south and southwest. No other surface water features were identified at or within 500 feet of the Site.

HAS-EVE2 00814

## 5.3    Site Geology

Characterization of the surficial geology at the Site is based on observations made during the advancement of soil borings and the excavation of test pits at the Site.

Surficial geology at the Site consists of 1 to 7 feet of densely compacted tunnel muck underlain by 5 to 10 feet of miscellaneous fill materials. The fill is underlain by peat and marine sands and clay. Fill at the Site has been observed to contain varying percentages of sand, silt, gravel, ash, cinders, concrete, and metal and wood debris. Fill at the Site varies in color from brown/ black to red and green. This variation in color is likely the result of the former use and possible disposal of sulfur in the production of sulfuric acid at the Site.

Bedrock was not encountered in the borings by Rizzo Associates or CES, and no bedrock outcrops are known to exist at or in the immediate vicinity of the Site property. Based on a review of the Bedrock Geology Map of Massachusetts, the Site is underlain by the Cambridge Argillite. Depth to bedrock is unknown.

## 5.4    Site Hydrogeology

Since the elevations of many of the CES well points had been altered due to damage to several of the standpipes (and PVC risers), groundwater elevations could not be calculated using these wells. However, based on the information contained in the CES report, groundwater at the Site appears to be flowing in a southerly direction. Based on the data presented in the CES report, the groundwater gradient varies from 0.005 feet per foot on the southeast portion of the Site to 0.0148 feet per foot on the southwestern portion of the Site. Depth to groundwater, as measured in the on-site wells, ranged from 3.04 feet below the ground surface (bgs) in RIZ-8 to 8.52 feet bgs in RIZ-9. Observations made during the development and sampling of the wells installed by Rizzo Associates indicates that the unconsolidated subsurface materials at the Site have a low to moderate permeability.

# 6.0    Fate and Transport of Oil and Hazardous Materials

Lead and arsenic are the two contaminants that have been detected with the greatest frequency and at the highest concentrations in the soil and groundwater across the Site. Other detected constituents included EPH, VPH, mercury, selenium, PAHs, and some petroleum-related VOCs in the

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 12**

soil, and cadmium and VPH in the groundwater. Areas of low pH groundwater were identified in selected monitoring wells installed on the southern and southwestern portions of the Site.

## 6.1    Mobility

**Soil** The metals, PAHs, and EPH compounds identified in the soil at the Site typically have low mobility, and tend to adsorb to the soil particles in the subsurface. The VPH contamination identified in RIZ-4 is moderately mobile due to its volatile nature. Since the Site appears to be effectively capped with the tunnel muck, precipitation infiltration and washing through the contaminated fill at the Site is expected to be minimal.

**Groundwater** The dissolved metals and petroleum compounds at the Site are expected to have low to moderate mobility. The heterogeneous and poorly permeable nature of the fill materials at the Site likely limits the horizontal and vertical migration of contamination. The highest concentrations of the metals in the groundwater coincide with the areas of lowest pH. Metals are known to be more soluble at lower pHs. The contaminants are significantly lower in the areas of higher pH and to the extent there is any migration with groundwater in the area of highest contamination, that should cease at the point where the pH increases.

## 6.2    Persistence

**Soil** The metals PAHs, and EPH identified in the soil are anticipated to be moderately persistent at the Site due to their affinity to adhere to soil particles. The chemical structures of the metals make them less susceptible than the EPH or PAHs to natural attenuation through biodegradation.

**Groundwater** The metals identified in the groundwater at the Site are expected to have a moderate persistence, but the metals should drop out of solution at higher pH. The VPH contamination identified in the groundwater sample from RIZ-4 is expected to have a low to moderate persistence, due to the volatile nature of the VPH compounds. Some biodegradation of the VPH compounds identified in the groundwater is also expected to occur. The persistence of the low pH groundwater at the Site is expected to be moderate, since little of buffering action appears to be occurring at the Site.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00816

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Everett Staging Yard
Alford Street, Everett, Massachusetts
DEP RTN 3-13341
Page 13

# 7.0    Nature and Extent of Contamination

The nature and extent of contamination is based on the results of the
laboratory analysis of soil and groundwater samples collected at the Site
by Rizzo Associates and CES, and is described below.

## 7.1    Soil Contamination

Soil contamination, primarily lead and arsenic, has been identified in soil
samples collected from the fill layer that underlies the tunnel muck.
Analysis of a limited number of samples of the surficial fill layer (the
tunnel muck) did generally not identify elevated concentrations of the
contaminants. Spatially, elevated concentrations of lead and arsenic were
identified at sampling points located across the Site, and this
contamination appears to extend to or beyond the property boundaries.
During work conducted on abutting properties, Rizzo Associates has
identified similar levels and types of soil and groundwater contamination.
The highest lead concentration identified at the Site to date is 20,000
mg/kg in the soil sample collected from the 5 to 7 foot depth interval in
Boring 4. Some of the highest mercury and selenium soil concentrations
were also observed at this location. The highest arsenic concentration
(1,400 mg/kg) was identified in a soil sample collected by CES from the 9
to 11 foot depth interval during the advancement of CES-2. These
samples were collected from borings and test pits performed on the
southern portion of the Site property, adjacent to the Mystic River.

EPH and VPH concentrations identified in samples collected from the 5 to
7 and 10 to 12 foot depth intervals in RIZ-4 exceeded the MCP S2/GW-2
cleanup standards. These soils exhibited a strong chemical odor and
elevated PID responses. However, subsequent borings, advanced in the
immediate vicinity of RIZ-4 did not encounter similar odors or PID
responses, and laboratory analysis of soil samples from these borings did
not identify similar levels of contamination. As a result, the soil
contamination identified in this area appears to be limited.

Elevated concentrations of certain PAHs were identified in several of the
soil samples collected at the Site by Rizzo Associates. The majority of the
samples with elevated PAH concentrations were identified on the northern
portions of the Site.

## 7.2    Groundwater Contamination

The two primary groundwater contaminants at the Site are dissolved lead
and arsenic. Dissolved lead was detected at concentrations ranging from

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

0.06 milligrams per liter (mg/L) in CES-7 to 1.4 mg/L in the sample collected from CES-3 by Rizzo Associates. The MCP Method 1 GW-3 standard (there is no GW-2 standard) for lead is 0.03 mg/L. Dissolved arsenic was detected at concentrations ranging from 0.012 mg/L in CES-6 to 50 mg/L in CES-2. The Method 1 GW-3 standard for arsenic is 0.40 mg/L. Dissolved cadmium was also detected at concentrations ranging from 0.011 to 0.300 mg/L, the GW-3 standard for cadmium is 0.010 mg/L.

The area of the highest dissolved metals concentrations appears to be on the southern and far southwestern portions of the Site.

Elevated VPH concentrations were detected in the groundwater sample collected from RIZ-4. No other elevated EPH or VPH concentrations have been detected in the groundwater samples collected at the Site, and as a result, petroleum contamination of the groundwater appears to be limited to the immediate vicinity of RIZ-4.

In addition to the metals and petroleum-related contaminants, low readings for pH in selected wells have been observed. Values for pH reported by CES ranged from 2.4 to 6.6 standard units (su), while values obtained by Rizzo Associates ranged from 1.6 to 7.0 su. The lowest pH readings were observed in RIZ-1 (1.6), CES-2 (2.4). Other low pH readings included 2.8 su in CES-3 and 3.7 su in CES-5. The areas of low pH generally coincide with areas of elevated metals concentrations and occur on the southern and southwestern portions of the Site.

## 7.3    Potential Sources of Contamination

**Soil Contamination** The source of the metals contamination in the soil is related to the previous use of the Site and northwesterly abutting property as a chemical manufacturing facility. Registry of Deeds documents indicate that portions of the Mystic River and associated marshlands were filled to create the Site property. The materials used to fill these areas may have been sourced on other portions of the Site and abutting properties, and may have included production and manufacturing wastes. The timing of the major filling operations, as documented by the Registry of Deeds information, appears to coincide with the operation and ownership of the Site by the Cochran and Merrimac Chemical Companies, although some limited filling likely took place during Monsanto's operation of the Site. The red and green colors observed in the fill at the Site may have been related to the storage of sulfur and the production of sulfuric acid by Merrimac and Monsanto. According to an internal DEP Memorandum regarding the abutting Monsanto property (now the Gateway Center Mall), dated February 5, 1997, DEP staff was told that a material used to dry sulfur for the former sulfuric acid production (most of which appears to

**RIZZO**
A S S O C I A T E S
A TETRA TECH COMPANY

HAS-EVE2 00818

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Everett Staging Yard
Alford Street, Everett, Massachusetts
DEP RTN 3-13341
Page 15

have been performed at the subject property) contained arsenic and was reportedly used as fill at the Monsanto site. A copy of this memorandum is included as Appendix E. This same document also indicates that areas of arsenic contaminated soil and groundwater at levels above the upper concentration limits (UCLs) were identified at the former Monsanto site.

The petroleum-related contamination identified in the soil samples collected from RIZ-4 appears to be a result of a localized release. A review of the Sanborn maps for the Site document the storage of 80,000 gallons of crude oil storage in aboveground tanks in the general location of RIZ-4. These tanks appear to have fed a boiler house associated with the former Merrimac and Monsanto operations. The soil sample collected from the 5 to 7 foot depth interval in RIZ-4 was oil saturated, stained darkly black and exhibited a strong petroleum odor. The source of the elevated areas of PAHs identified at the Site is likely the placement of fill materials containing ash and cinders or residual contamination resulting from the former storage of crude oil at the Site.

**Groundwater Contamination** The source of the groundwater contamination is related to the historic use of the property as a chemical manufacturing facility and the placement of contaminated fill materials at the Site. Specifically, the areas of highest observed impact at the Site were used to produce sulfuric acid since the early 1900s. The Sandborn maps document the storage of in excess of 4 million gallons of acid in aboveground tanks on the central and southwestern portions of the Site at least as late as 1972. A 5,000-gallon acid storage tank is indicated on the 1972 Sanborn map in the immediate vicinity of monitoring well CES-2, which also appears to be located immediately downgradient from portion of the Site used to produce sulfuric acid. This use likely resulted in the areas of low pH groundwater and elevated concentrations of dissolved metals. Elevated metals concentrations correlate with low pH values for groundwater, with the low pH groundwater causing leaching of the metals in the fill and resulting in the high dissolved metals concentrations identified in RIZ-1 and CES-2 and across the Site.

Furthermore, the placement of fill containing tank and still waste bottoms generated during Monsanto's former phthalic anhydride production reportedly resulted low pH groundwater and elevated dissolved metals concentrations at former Monsanto production area that abuts the Site to the west. Since the Site and the abutting property were once all owned and operated by Monsanto, similar wastes may have been used as fill at the subject property, resulting in the low pH groundwater and dissolved arsenic and lead concentrations observed at the Site.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00819

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 17**

Groundwater at the Site is not used as a source for drinking water, and no private wells are known to exist within 500 feet of the subject property. Groundwater has been measured in the on-site wells at depths ranging from 4 to 8 feet below the ground surface. Groundwater may discharge to the Mystic River during periods of low tide; however, this volume is expected to be considered insignificant as compared to the overall volume of the river. As a result, the potential for exposure to contaminated groundwater is limited, and only likely to occur during excavation activities. Contaminants identified in the groundwater samples are generally non-volatile; therefore, the potential for inhalation of vapors resulting from the groundwater contamination is expected to be negligible.

### 8.3    Future Uses and Remedial Requirements

Current uses of the Site as a construction yard limit the potential exposure pathways to the contaminants of concern identified in the soil and groundwater. However, potential changes in future use may create exposure pathways that require remedial actions and mitigation of risks.

**Soil**  The contaminated soils identified at the Site occur at depth. Any activities that cause exposure of the contaminated soil, including excavation and trenching, could require remedial responses to limit potential risks. Soil removed from the Site would need to be properly characterized and would likely require disposal at a permitted facility.

**Groundwater**  Currently, the concentrations of dissolved metals at the Site present a potential risk to the environment. Either containment or treatment of the groundwater at the Site would be required to fulfill the requirements of the MCP, regardless of the proposed future use of the Site property.

### 9.0    Conclusions

Rizzo Associates has prepared this Phase II Field Investigation report to summarize the known nature, extent, and potential sources of contamination identified at the Site. To further evaluate the contamination, Rizzo Associates performed a limited subsurface investigation, including the advancement of soil borings, the installation of monitoring wells, the excavation of test pits, and the laboratory analysis of soil and groundwater samples.

The two primary contaminants of concern are lead and arsenic, which have been identified at varying concentrations in the soil and groundwater at the Site. Although the contaminants were identified in all areas of

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00821

investigation, the highest concentrations were generally identified on the southern and southwestern portions of the property. In addition to the lead and arsenic, additional soil and groundwater contaminants include mercury, selenium, cadmium, EPH, VPH and PAHs.

The source of the contamination is related to the historic use of the Site and surrounding area for chemical production and the placement of fill to form the present-day topography. Historic records document the production and storage of large quantities of acid at the Site by Merrimac and Monsanto. While some of the areas of soil contamination appear to be randomly located across the Site, and are likely the result of filling operations by the former chemical manufacturers, the groundwater contamination correlates well with the location of the former sulfuric acid production and storage areas on the southern and southwestern portions of the Site property. Furthermore, since similar types and concentrations of contaminants to those identified at the Site have been identified on the westerly abutting property (formerly Monsanto), and the both properties were once part of the overall Monsanto facility, it is reasonable to conclude that these areas of contamination share a similar source.

To meet the requirements of the MCP, required remedial actions at the Site will likely include treatment of the groundwater to reduce dissolved metals concentrations and adjust the pH on the southern and southwestern portions of the property. Depending on the potential future use scenarios, excavation and treatment and/or off-site disposal of contaminated soil may be required to meet the requirements of the MCP for the future uses of the Site.

The Phase I – Initial Site Investigation prepared by CES assumed that the Site soils were classified as being soil category RCS-2, as established in the MCP. However, the southeastern portion of the Site appears to be located within 500 feet of a playground and residential property. Under the MCP, this condition would result in the classification of the soil at the Site as RCS-1. As a result, several of the compounds identified in the soil by Rizzo Associates (and CES) may represent a new 120-day Reportable Condition, as defined by the MCP. The original Notification that was submitted to the DEP should be reviewed to ensure that all of the compounds exceeding the RCS-1 Reportable Concentrations have been previously reported to the DEP. If a new Reportable Condition is identified, the MCP requires that proper notification be made to the DEP and the Tier Classification prepared for the Site be updated to reflect the new information. Based on our review of the Site and the identified concentrations of contaminants, we do not believe that this new information would not result in the Site being reclassified as a Tier I Disposal Site.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

HAS-EVE2 00822

*Draft – Privileged and Confidential – Attorney/Client Work Product*
**Everett Staging Yard**
**Alford Street, Everett, Massachusetts**
**DEP RTN 3-13341**
**Page 19**

Since the Phase I – Initial Site Investigation report was submitted to the DEP in January 1997, a Phase II – Comprehensive Site Assessment and Phase III – Remedial Action Plan or a Response Action Outcome were due to the DEP in January 1999. The Phase IV – Remedy Implementation Plan (RIP) was due to the DEP in January 2000, and an RAO or Temporary Solution was due in January 2001.

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY