

May 15, 2001

***Draft – Privileged and Confidential – Attorney/Client Work Product***

Doreen M. Zankowski, Esq.
Hinkley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

**Re:    Preliminary Remedial Cost Estimate**
**Everett Staging Yard**
**Everett, Massachusetts**

Dear Ms. Zankowski:

Rizzo Associates, Inc. is pleased to present this preliminary remedial cost estimate for the above referenced property in Everett, Massachusetts. This estimate includes costs for further delineation of the soil and groundwater contamination conditions in the area of the Site to be remediated, a pilot study to evaluate potential groundwater remedial options, the implementation of a groundwater remediation program, and the preparation of associated documents and submittals required by the Massachusetts Contingency Plan (MCP) 310 CMR 40.0000. Ultimately, the remedial scenario will allow closure of the Site through the MCP with the anticipated filing of a Class A-3 Response Action Outcome (RAO) Statement with the Massachusetts Department of Environmental Protection (DEP). This remedial scenario includes the use of an Activity and Use Limitation (AUL) to limit future uses of the property that may result in unacceptable risks.

**Background**

Previous environmental assessments by Rizzo Associates, Inc. and Consulting Engineers and Scientists, Inc. (CES) have identified elevated concentrations of metals, primarily arsenic and lead, in the soil and groundwater at the Site. In addition, areas of low pH groundwater have been observed in the groundwater monitoring wells with elevated metals concentrations. Other contaminants identified at the Site property include other heavy metals and petroleum-related compounds.

The source of the elevated metals concentrations, low pH groundwater, and petroleum contamination is related to the previous use of the Site property as a chemical manufacturing

HAS-EVE2 00824

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Ms. Doreen M. Zankowski
May 15, 2001
Page 2

facility and the placement of contaminated fill materials at the Site by the chemical
manufacturers. The specific source of the contamination appears to be the former sulfuric acid
production and storage at the Site by the Merrimac and Monsanto chemical companies.

## Remedial Requirements

Based on the requirements to obtain a Permanent Solution under the MCP, one must conclude
that conditions at the Site are consistent with a determination of No Significant Risk (NSR) to
public safety, human health, and the environment before a Response Action Outcome (RAO) can
be filed. Although a full Risk Characterization needs to be performed to fully evaluate the
potential risks at the Site, a preliminary review of the data indicates that, with the placement of
an AUL on the property and the maintenance of fencing and other controls, the soil
contamination identified at the Site is likely consistent with a condition of NSR. However, the
dissolved arsenic and lead concentrations identified in monitoring wells on the southwestern and
southern portions of the Site, specifically wells CES-2, CES-3, CES-5, and RIZ-1,would likely
pose a risk to the environment if not remediated, and a condition of NSR cannot be concluded for
groundwater.

## Remedial Scenario

Based on the nature and extent of the contamination identified at the Site to date, the following
remedial scenario is proposed to ultimately result in a Permanent Solution at the Site. The three
major components of the remedial approach would include further delineation of the extent of
the dissolved lead and arsenic concentrations in the area to be remediated, a pilot study to
identify the type and scale of the groundwater remedial approach best suited to the Site
conditions, the implementation of the groundwater remediation program, and the ultimate
preparation of a Class A-3 RAO for the Site. The groundwater remedial scenario would involve
the use of a sodium hydroxide or other solution to neutralize the areas of low pH. The rise in pH
in these areas will result in the precipitation of dissolved metals from the groundwater preventing
migration.

**Development of Remedial Design Criteria** A field investigation program would be
implemented to further delineate the areas of groundwater requiring remediation. Since the
elevated metals are associated with the low pH groundwater areas at the Site, the proposed
remedial approach would be suited to solve both problems. Using a Geoprobe or other similar
equipment, the extent of the metals contaminated and low pH groundwater would be evaluated.
Temporary well points would be used to collect metals samples, with pH being measured in the
field. This data would then be used to constrain the area of the Site requiring groundwater
remediation.

HAS-EVE2 00825

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Ms. Doreen M. Zankowski
May 15, 2001
Page 3

A pilot study, using soil and groundwater obtained from the Site, would then be performed to evaluate the effectiveness of the sodium hydroxide in the buffering of the groundwater and it's ability to raise the pH and decrease dissolved metals concentrations. During this process, the appropriate ratio of treatment solution to each gallon of groundwater to be treated will be evaluated.

**Remedial Field Program** Once the pilot study has been completed, the groundwater remediation system will be designed and installed at the Site. Based on our current knowledge of conditions, we anticipate that remediation would involve the installation of several leaching galleries on the southwestern portion of the Site, essentially in the area bounded by RIZ-10, CES-2, CES-4 and CES-5. Sodium hydroxide would be mixed in a 20,000-gallon fractionation tank at the Site using water pumped from a supply well installed in the contaminated area. Once mixed, the NaOH solution would be gravity fed to the treatment area piping. This type of approach would allow for greater contact area and influence than the use of individual injection points.

Based on the currently estimated extent of the groundwater contamination, an assumed saturated thickness of 10 feet, and an assumed porosity of 25 %, we estimate that approximately 3 million gallons of groundwater would require treatment. Assuming that 20,000 gallons can be treated per day (the volume of the fractionation tank), it would take approximately 150 days (six months) to perform the initial treatment of the contaminated groundwater at the Site. Periodic monitoring of pH and dissolved metals would then be performed to evaluate the effectiveness of the remedial approach, and to identify ongoing source areas and target them for additional remediation

**Regulatory Filings** To implement the work described above, several submittals to various federal, state, and municipal agencies would be required. With the completion of the Phase II field activities, a Method 3 Risk Characterization could be prepared to fully characterize the potential risks at the Site. The implementation of the groundwater remediation program would either require the preparation of a Phase IV – Remedy Implementation Plan or a Release Abatement Measure (RAM) Plan. Additional approvals from the Everett Conservation Commission and Board of Health may be required to complete the work. Costs to prepare these submittals and obtain the required permits have been included in this estimate.

Once the remedial activities have been completed at the Site, a Class A-3 RAO could be prepared and submitted to the DEP. The RAO would include an AUL to limit future potential uses of the Site property. Costs to prepare the RAO and file the AUL have also been included in this estimate.

HAS-EVE2 00826

*Draft – Privileged and Confidential – Attorney/Client Work Product*
Ms. Doreen M. Zankowski
May 15, 2001
Page 4

**Estimated Cost and Schedule**

The total estimated remedial cost is $810,000. A breakdown of the individual costs is presented on the attached sheet, along with the general conditions and assumptions. The estimated time to the complete this remedial program is approximately 12 to 18 months, which includes 3 to 6 months to perform the pilot study and obtain the necessary approvals, 6 to 8 months to implement the field remedial program, and 3 to 6 months to prepare the RAO and AUL.

Additional remedial costs are likely to be incurred in the event development of the Site includes the construction of a Site building and/or utility installation. Excavation associated with construction or utility work would likely result in excess soil that would require characterization and off site disposal. Additional costs could be associated with treatment of the groundwater in the event dewatering activities are required as part of the construction activities. Costs for these items have not been included in this estimate.

Please call if you have any questions.

Very truly yours,

Richard J. Hughto, Ph.D., P.E., L.S.P.                    William C. Phelps
Senior Vice President                                      Project Geologist

G:\PROJECT\7919R\REMEDLTR1.DOC

HAS-EVE2 00827