UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO FILE AMENDED FINDINGS OF FACT AND RULINGS OF LAW**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file an Amended Request for Findings of Fact and Rulings of Law late, on or before the close of business on Thursday, January 12, 2005.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. As requested by the Court, the parties are to provide page specific citations to all cases and authority upon which they rely in the Request for Findings of Fact and Rulings of Law.

2. Mystic and Modern have cited numerous authority and unpublished memoranda of decisions, all of which must be reviewed, scanned and prepared for electronic filing.

3. Mystic and Modern have diligently been assembling all necessary materials, but have also been in the process of preparing responses to the various outstanding Motions filed by Pharmacia Corp., which such drafting, assembling, scanning and filing has occupied a significant portion of counsels' time and resources. Counsel for Mystic and Modern have unable to secure sufficient time and resources to timely revise and insert all page specific citations.

4. Granting Mystic and Modern leave to file an Amended Request for Findings of Fact and Rulings of Law will not prejudice Defendant, as the document will be amended only to comply with the Court's request for page-specific citations and is in the interests of equity as legal counsel responds to the numerous outstanding matters in this case and comply with the electronic scanning and filing requirements of this Court.

#564965v1

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file an Amended Request for Findings of Fact and Rulings of Law on or before Thursday, January 12, 2005.

                                             MYSTIC LANDING, LLC AND MODERN
                                             CONTINENTAL CONSTRUCTION CO.

                                             By its attorneys:

                                             /s/ Doreen M. Zankowski
                                             _____
                                             Robert G. Flanders, Esq. (BBO #170820)
                                             Doreen M. Zankowski, Esq. (BBO #558381)
                                             Kevin M. Plante, Esq. (BBO #630088)
                                             Hinckley, Allen & Snyder LLP
                                             28 State Street
                                             Boston, MA 02109-1775
                                             (617) 345-9000

DATED: January 9, 2006

#564965v1

## **CERTIFICATE OF SERVICE**

I, Doreen M. Zankowski, hereby certify that on this 9th day of January 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____