UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN
CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO FILE
OPPOSITION TO PHARMACIA CORPORATION'S TRIAL EXHIBITS LATE**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file Opposition to Pharmacia Corporation's Trial Exhibits late, on or before the close of business on Thursday, January 12, 2005.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. The Defendant provided a voluminous Exhibit List;

2. Mystic and Modern must review each and every Exhibit provided by the Defendant to assess whether a proper basis for opposition exists;

3. Mystic and Modern have diligently been assembling numerous motions and other papers in response to the Defendant's Motions in Limine, and assembling all related exhibits thereto, and such drafting, assembling, scanning and filing has occupied a significant portion of counsels' time and resources. Counsel for Mystic and Modern have been unable to review all of the Defendant's Exhibits and analyze each one;

4. Granting Mystic and Modern leave to file their Opposition to Pharmacia Corporation's Exhibits late will not prejudice the Defendant, and is in the interests of equity as legal counsel responds to the numerous outstanding matters in this case and comply with the electronic scanning and filing requirements of this Court.

#566346

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file Opposition to Pharmacia Corporation's Trial Exhibits Late, on or before Thursday, January 12, 2005.

                        MYSTIC LANDING, LLC AND MODERN
                        CONTINENTAL CONSTRUCTION CO.

                        By its attorneys:

                        /s/ Doreen M. Zankowski
                        _____
                        Robert G. Flanders, Esq. (BBO #170820)
                        Doreen M. Zankowski, Esq. (BBO #558381)
                        Kevin M. Plante, Esq. (BBO #630088)
                        Hinckley, Allen & Snyder LLP
                        28 State Street
                        Boston, MA  02109-1775
                        (617) 345-9000

DATED:  January 9, 2006

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 9th day of January 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____

#566346

-4-