# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO FILE AMENDED OPPOSITION TO DEFENDANT PHARMACIA CORPORATION'S MOTION IN LIMINE TO FORECLOSE PLAINTIFF'S PRESENTATION OF <u>EVIDENCE ON ANTICIPATED FUTURE RESPONSE COSTS</u>**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file an Amended Opposition to Defendant Pharmacia Corporation's Motion *in limine* to Foreclose Plaintiff's Presentation of Evidence on Anticipated Future Response Costs.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. Mystic and Modern erroneously scanned and filed a draft, unsigned copy of their Opposition.

2. It was only after filing that Mystic and Modern realized that the copy scanned was not the finalized and signed copy.

3. Only *de minimus* edits were made to the final copy, filed herewith.

4. Granting Mystic and Modern leave to file an Amended Opposition will not prejudice Defendant, as the edits made were *de minimus*, and it is in the interests of equity as legal counsel responds to the numerous outstanding matters in this case and complies with the electronic scanning and filing requirements of this Court.

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file the Amended Opposition to Defendant Pharmacia Corporation's Motion *in limine* to Foreclose Plaintiff's Presentation of Evidence on Anticipated Future Response Costs, filed herewith.

**MYSTIC LANDING, LLC AND
MODERN CONTINENTAL CONSTRUCTION CO.**

By its attorneys:

/s/ Doreen M. Zankowski
_____
Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)

                                          Hinckley, Allen & Snyder LLP
                                          28 State Street
                                          Boston, MA  02109-1775
                                          (617) 345-9000

DATED: January 9, 2006

#566347

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 9th day of January 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066


                                        /s/ Doreen M. Zankowski
                                        _____

#566347