UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>Defendant.<br><br>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant.<br><hr>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kevin M. Plante as counsel for Plaintiff

Mystic Landing, LLC and Third-Party Defendant, Modern Continental Construction Co.,

569489                                    1

Inc. in the above-encaptioned action. The appearances of attorneys Doreen M. Zankowski and Robert G. Flanders, Jr. of this firm are not, however, withdrawn, and they remain as counsel for the Mystic Landing, LLC and Modern Continental Construction Co., Inc.

Respectfully submitted,

**MYSTIC LANDING, LLC**

By its attorneys:

/s/ Doreen M. Zankowski, Esq.
Robert G. Flanders, Jr., Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000
(617) 345-9020 (facsimile)

DATED:    February 2, 2006

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 2nd day of February 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski

Doreen M. Zankowski