UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>Defendant.<br><br>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant.<br><br>PHARMACIA CORPORATION<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL<br>Fourth-Party Defendants. | CIVIL ACTION NO.<br>04-10180 NMG |

**NOTICE OF APPEARANCE**

569487                                        1

Please enter the appearance of Jeremy Blackowicz, from the law firm of Hinckley Allen Snyder, LLP, 28 State Street, Boston, MA 02109 as an attorney of record for Mystic Landing, LLC.

          Respectfully submitted,

          **MYSTIC LANDING, LLC**

          By its attorneys:

          /s/ Jeremy Blackowicz
          Robert G. Flanders, Jr., Esq. (BBO #170820)
          Doreen M. Zankowski, Esq. (BBO #558381)
          Jeremy Blackowicz (BBO #650945)
          Hinckley, Allen & Snyder LLP
          28 State Street
          Boston, MA 02109-1775
          (617) 345-9000
          (617) 345-9020 (facsimile)

DATED:   February 2, 2006

## CERTIFICATE OF SERVICE

I, Jeremy Blackowicz, hereby certify that on this 2nd day of February 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Jeremy Blackowicz
Jeremy Blackowicz