UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION<br>and MONSANTO COMPANY,<br>    Defendants.<br><br>PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT MODERN
CONTINENTAL CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF ADDRESSING MATTERS RAISED AT THE PRE-TRIAL
CONFERENCE AND MOTION HEARING ON JANUARY 13, 2006**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file a brief supplementing its Pre-Trial Memorandum and addressing various matters raised at the January 13, 2006 Pre-Trial Conference and motion session.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. At the Pre-Trial Conference, various outstanding motions were argued and addressed by the Court. Numerous issues of law were raised for which Mystic and Modern submit that additional briefing, law and argument will assist the Court in disposing of this case.

2. More specifically, as addressed in the proposed brief, attached hereto as Exhibit A, Mystic and Modern address the question of strict liability and remediation costs for the contaminants below the impermeable clay cap on the site which was discussed at the January 13, 2006 hearing.

3. Counsel for Mystic and Modern hereby certify that they have conferred with Pharmacia's counsel pursuant to Local Rule 7.1(A)(2). After discussion, the parties were unable to agree as to a narrowing of the issues or assent to the filing of the attached document.

4. Granting Mystic and Modern leave to file the document attached hereto will not prejudice Defendant, as the document merely recites facts already within the record before the Court and provides discussion of certain legal principles as argued at the Pre-Trial Conference.

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file the supplemental Pre-Trial Memorandum attached hereto.

                MYSTIC LANDING, LLC AND MODERN
                CONTINENTAL CONSTRUCTION CO.

By its attorneys:

/s/ Doreen M. Zankowski
_____
Robert G. Flanders (BBO #170820)
Doreen M. Zankowski (BBO #558381)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: February 6, 2006

### CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 6th day of February 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____

#569788