UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>    Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**REPLY OF PLAINTIFF MYSTIC LANDING, LLC TO DEFENDANT'S
COUNTERCLAIM AND ANSWER OF THIRD-PARTY DEFENDANT MODERN
CONTINENTAL CONSTRUCTION CO., INC. TO DEFENDANT'S THIRD-
PARTY COMPLAINT**

## MYSTIC'S REPLY TO COUNTERCLAIMS

Plaintiff Mystic Landing, LLC ("Mystic") hereby replies to the Counterclaim of Defendant Pharmacia Corporation ("Pharmacia"), served in response to Plaintiff's Amended Complaint, as follows:

### FIRST COUNTERCLAIM

1. Mystic admits the allegations contained in paragraph 39 of Defendant's Counterclaims.

2. Mystic admits the allegations contained in paragraph 40 of Defendant's Counterclaims.

3. Mystic admits that it is the owner of the parcel of real property located at Alford Street and Broadway in Everett, Massachusetts, as alleged in paragraph 41 of Defendant's Counterclaims. Mystic denies all remaining allegations contained in paragraph 41 of Defendant's Counterclaims.

4. Mystic admits the allegations contained in paragraph 42 of Defendant's Counterclaims.

5. Mystic denies the allegations contained in paragraph 43 of Defendant's Counterclaims.

6. Mystic denies the allegations contained in paragraph 43(a) and (b) of Defendant's Counterclaims.

7. Mystic admits the allegations contained in paragraph 44 of Defendant's Counterclaims.

8. Mystic denies the allegations contained in paragraph 45 of Defendant's Counterclaims.

## MODERN'S ANSWER TO THE THIRD-PARTY COMPLAINT

Third-Party Defendant Modern Continental Construction Co., Inc. answers the Third-Party Complaint as follows:

### COUNT I

9. Modern admits the allegations contained in paragraph 46 of Defendant's Third-Party Complaint.

10. Modern admits the allegations contained in paragraph 47 of Defendant's Third-Party Complaint.

11. Modern admits the allegations contained in paragraph 48 of Defendant's Third-Party Complaint.

12. Modern denies the allegations contained in paragraph 49 of Defendant's Third-Party Complaint.

13. Modern denies the allegations contained in paragraph 50 of Defendant's Third-Party Complaint.

## PLAINTIFF MYSTIC LANDING, LLC'S AND THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCTION CO., INC.'S AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint are barred by the doctrines of unclean hands, laches, and estoppel.

### THIRD AFFIRMATIVE DEFENSE

Defendant's Counterclaims and Third-Party Complaint are barred in whole or in part by Defendant's refusal and/or failure to comply with the terms of the applicable statutes, M.G.L. c. 21E and 42 U.S.C. §§ 9601, et seq.

### FOURTH AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint are barred because Defendant failed to satisfy the conditions precedent to filing a suit under M.G.L. c. 21E and 42 U.S.C. §§ 9601, et seq.

### FIFTH AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint are barred in whole in or part by the relevant statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint are barred in whole in or part by various equitable factors, including, without limitation, Defendant's negligence, its strict liability, its culpability for the site's contamination, and its comparative fault.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant's Counterclaim and Third-Party Complaint are barred by the express terms of M.G.L. c. 21E, § 5(b).

WHEREFORE, Plaintiff Mystic Landing, LLC and Third-Party Defendant Modern Continental Construction Co., Inc. respectfully request that this Court (1) dismiss the Counterclaims and Third-Party Complaint, respectively, (2) award Mystic and

Modern their costs in defending against the same, and (3) award such further and different relief as justice may require.

>Respectfully submitted,
>
>**MYSTIC LANDING, LLC and MODERN CONTINENTAL CONSTRUCTION CO., INC.**
>
>By their attorneys,
>
>_____/s/ Doreen M. Zankowski_____
>Robert G. Flanders (BBO #170820)
>Doreen M. Zankowski (BBO #558381)
>Jeremy Blackowicz (BBO #650945)
>Hinckley, Allen & Snyder LLP
>28 State Street
>Boston, Massachusetts 02109-1775
>(617) 345-9000

DATED: February 28, 2006

#572299v1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 28th day of February 2006, the *REPLY OF PLAINTIFF MYSTIC LANDING, LLC TO DEFENDANT'S COUNTERCLAIM AND ANSWER OF THIRD-PARTY DEFENDANT MODERN CONTINENTAL CONSTRUCITON CO., INC. TO DEFENDANT'S THIRD-PARTY COMPLAINT* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim, Esq.
P.O. Box 736
Scituate, Massachusetts 02066

/s/ Doreen M. Zankowski

#572299v1