UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>  Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>  Defendant.<br><br>PHARMACIA CORPORATION,<br>  Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>  Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>  Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>  Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>  Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>  Fourth-Party Defendants. | **CIVIL ACTION NO.**<br>**04-10180 NMG** |

**ASSENTED-TO MOTION FOR LEAVE TO FILE MYSTIC LANDING, LLC AND
THIRD-PARTY MODERN CONTINENTAL CONSTRUCTION CO., INC.'S
RESPONSES TO PHARMACIA CORPORATION'S REVISED OBJECTIONS TO
TRIAL EXHIBITS LATE**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") hereby move for leave to file their Responses to Pharmacia Corporation's Revised Objections to Mystic and Modern's Trial Exhibits, attached hereto, late.

AS GROUNDS FOR THIS MOTION, Mystic and Modern state as follows:

1. Pursuant to the January 25, 2006 Order of this Court, the parties were to have submitted revised lists of objections to trial exhibits on or about March 13, 2006, and each party was to respond to same on or before March 20, 2006.

2. As a result of counsels' schedule, and technical/computer problems, responses to the objections were unable to be timely finalized.

3. Counsel for Pharmacia has assented to Mystic and Modern's filing of their responses before noon on Tuesday, March 21, 2006.

4. Granting Mystic and Modern leave to file the Responses to Pharmacia Corporation's Revised Objections to Trial Exhibits, attached hereto, will not prejudice the Defendant or further delay resolution of this matter.

**WHEREFORE**, Mystic and Modern respectfully request that this Court grant them leave to file their Responses to Pharmacia Corporation's Revised Objections to Mystic and Modern's Trial Exhibits late in the form attached hereto.

Respectfully submitted,

MYSTIC LANDING, LLC AND MODERN
CONTINENTAL CONSTRUCTION CO., INC.

By its attorneys:

/s/ Doreen M. Zankowski

---

Robert G. Flanders (BBO #170820)
Doreen M. Zankowski (BBO #558381)
Jeremy Blackowicz (BBO #645950)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

ASSENTED TO:

PHARMACIA CORPORATION


/s/ Adam P. Kahn

---

Adam P. Kahn, Esq. (BBO # 5616554)
John M. Stevens (BBO# 480140)
Elizabeth DeLisle (BBO # 658067)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

DATED: March 21, 2006

## CERTIFICATE OF SERVICE

    I, Doreen M. Zankowski, hereby certify that on this 21st day of March, 2006, I served a true and accurate copy of the foregoing document by first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, Massachusetts 02066

                              /s/ Doreen M. Zankowski
                              _____
                              Doreen M. Zankowski