UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>    Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>    Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**PLAINTIFF MYSTIC LANDING, LLC AND THIRD-PARTY DEFENDANT
MODERN CONTINENTAL CONSTRUCTION CO., INC.'S
SUPPLEMENTAL LIST OF EXHIBITS TO BE INTRODUCED AT TRIAL**

Plaintiff Mystic Landing, LLC ("Mystic") and Third-Party Defendant Modern Continental Construction Co., Inc. ("Modern") respectfully submit the following supplemental list of exhibits it intends to also rely upon at the trial of this matter. Mystic and Modern reserve the right to supplement this list prior to trial and/or rely upon exhibits introduced or listed by Pharmacia Corporation.

| Exhibit No. | Description |
| --- | --- |
| 187. | Letter, 05/31/2002, Mystic Landing LLC Response to Confidential Settlement Offer, from D. Zankowski to A. Kahn |
| 188. | Letter, 06/12/2002, Mystic Landing LLC Letter of May 31, 2002, from A. Kahn to D. Zankowski |
| 189. | Letter, 10/10/2003, Mystic Landing, LLC and Monsanto/Solutia/Pharmacia Alford Street, Everett MA Property, from D. Zankowski to A. Kahn with attachments re confidentiality agreements |
| 190. | Letter, 10/23/2003, Regarding Zankowski letter of 10/10/2003 from A. Kahn to D. Zankowski with attachment re confidentiality agreement |
| 191. | Letter, 10/24/2003, Alford Street, Everett Property, from D. Zankowski to A. Kahn |
| 192. | Letter, 12/11/2003, Confidentiality Agreement from A. Kahn to D. Zankowski with attachment |
| 193. | Letter, 12/22/2003, Mystic Landing, LLC and Monsanto/Solutia/Pharmacia Alford Street, Everett MA Property, from D. Zankowski to A. Kahn with copy to Gerald Petros |
| 194. | Faxed Letter, 04/12/2004, <u>Mystic Landing. LLC v. Pharmacia Corporation et. al</u> Civil Action No. 04-10180 RGS from D. Zankowski to A. Kahn with copies to Gerald Petros and Katherine Ruff |
| 195. | Presentation, 05/27/2005, Powerpoint Presentation, "Settlement Meeting" |
| 196. | Draft Stipulation of Dismissal, 06/2005, Draft Stipulation Dismissal received from Doreen Zankowski |
| 197. | Draft Memorandum, 06/01/2005, Draft Memorandum received from Doreen Zankowski, from Monsanto Company and Pharmacia Corporation to Prospective Purchasers of "Mystic Landing" who have read and signed a confidentiality/non-use stipulation, with copy to Modern Continental Construction Co., Cushman & Wakefield |
| 198. | Draft Agreement, 06/10/2005, Draft Agreement to Preserve Rights in Pending Litigation received from Doreen Zankowski |
| 199. | Letter dated May 11, 2001 from Gerald Petros to Mary Cody at Solutia, Inc. |
| 200. | Letter dated June 1, 2001 from Brent Gilhousen at Solutia, Inc. to Gerald Petros. |
| 201. | Letter dated June 27, 2001 from Adam Kahn to Gerald Petros. |
| 202. | Letter dated November 29, 2001 from Doreen Zankowski to Adam Kahn |

#577159

| | |
|---|---|
| 203. | Letter dated December 6, 2001 from Adam Kahn to Doreen Zankowski |
| 204. | Letter dated May 31, 2002 from Doreen Zankowski to Adam Kahn |
| 205. | E-mail dated October 7, 2003 from Doreen Zankowski to Adam Kahn with attachment |
| 206. | Rizzo Associates Invoice for $26,065.21, dated October 28, 2005 |
| 207. | Rizzo Associates Invoice for $2,868.18, dated October 28, 2005 |
| 208. | Rizzo Associates Invoice no. 50020064 for $19,094.32, dated January 6, 2006 |
| 209. | Rizzo Associates Invoice no. 50020068 for $8,921.21, dated January 6, 2006 |
| 210. | Rizzo Associates Invoice no. 50022569 for $20,874.44, dated February 6, 2006 |
| 211. | Con-test Soil Sampling Results and tables of data from January 2006 |
| 212. | Alpha Woods Hole Labs Analytical Report dated January 31, 2006 for the Everett Property |
| 213. | Alpha Woods Hole Labs Analytical Report dated February 9, 2006 for the Everett Property |
| 214. | Con-test Analytical Laboratory Report dated February 6, 2006 |
| 215. | Letter dated December 2, 2005 from William C. Phelps at Rizzo Associates to City of Everett Board of Health with attached plan. |
| 216. | Details Section Environmental Assessment dated October 22, 1973, bates MCO8084421-5. |
| 217. | Site Plan UCL Exceedance Areas Through 2/06 |
| 218. | Site Plan UCL Exceedance Areas and RCS-1 Exceedance Areas Through 2/06 |
| 219. | Mystic River Sediment Sample Locations and Contaminants Through 2/06 |
| 220. | Elements of Permanent Solution Remediation |
| 221. | Aerial Photograph with Approximate Site Boundary |
| 222. | Aerial Photograph 1952 with Approximate Site Boundary |
| 223. | Merrimac Chemical Company 1931 with Approximate Site Boundary |
| 224. | Excerpt from Third Monsanto Memo |
| 225. | Excerpt from Fourth Monsanto Memo |
| 226. | Excerpt from Fifth Monsanto Memo |
| 227. | Excerpt from Irving A. Newcomer Memo |
| 228. | Site Plan with Rizzo Associates Sampling Locations |
| 229. | Site Plan Metals Impacted Groundwater |
| 230. | Site Plan UCL Exceedance Areas Through 4/3/06 |
| 231. | April 2006 Revisions to Upper Concentration Limits |
| 232. | Condensed *Curriculum Vitae* of Richard J. Hughto |
| 233. | Hughto April 6, 2006 analysis of Rizzo Associates Invoices |

#577159

Respectfully submitted,

MYSTIC LANDING, LLC AND MODERN CONTINENTAL CONSTRUCTION CO., INC.

By its attorneys:

/s/ Doreen M. Zankowski
_____
Robert G. Flanders, Esq. (BBO #170820)
Doreen M. Zankowski, Esq. (BBO #558381)
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: April 7, 2006

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 7th day of April, 2006, I served a true and accurate copy of the foregoing document by first class mail to:

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski
_____
Doreen M. Zankowski

#577159