**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br>    v.<br><br>PHARMACIA CORPORATION ,<br>    Defendant. |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff.<br>    v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>  CO., INC.,<br>    Third-Party Defendant. |
| PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br>    v.<br><br>BOSTON EDISON COMPANY,<br>    Third-Party Defendant. |
| BOSTON EDISON COMPANY,<br>    Fourth-Party Plaintiff,<br>    v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>  and MARY O'DONNELL,<br>    Fourth-Party Defendant. |

CIVIL ACTION No. 04-10180 NMG

**DEFENDANT PHARMACIA'S SUPPLEMENTAL EXHIBIT LIST**

| Exh. No. | Description (includes Bates range) |
|---|---|
| 252. | Report, 9/12/2005, Expert Opinion of R. Duff Collins, P.G., LSP in Mystic Landing, LLC v. Pharmacia Corporation and Monsanto Company |
| 253. | Report, 9/20/2005, Rebuttal Report of R. Duff Collins, P.G., LSP in Mystic Landing, LLC v. Pharmacia Corporation and Monsanto Company |
| 254. | Report, 2005, "U.S. Geological Survey, Reston, Virginia prepared by U.S. Department of the Interior (Gale A. Norton, Secretary) and U.S. Geological Survey (P. Patrick Leahy, Acting Director) |
| 255. | Report, 11/2005, "Mystic Action Plan" prepared by MyRWA and Tufts University for the Massachusetts Executive Office of Environmental Affairs and Massachusetts Department of Environmental Protection |
| 256. | Sampling Plan showing Site and Reference Area |
| 257. | Sampling Plan - Site Samples |
| 258. | Sampling Plan - Reference Samples |
| 259. | Field Notes on Sediment Sampling - January 2005 |
| 263. | Site Plan, from D. Collins 9/12/2005 Report |
| 264. | Photographs 13 and 14, from D. Collins 9/12/2005 Report |
| 265. | Photographs 16 and 17, from D. Collins 9/12/2005 Report |
| 266. | Photograph 18, from D. Collins 9/12/2005 Report |
| 267. | Photograph 9, from D. Collins 9/12/2005 Report |
| 268. | Photograph 10, from D. Collins 9/12/2005 Report |
| 269. | MCP Deadline Timeline, from D. Collins 9/12/2005 Report |
| 270. | Surficial Soil Findings Figure |
| 271. | Asphalt Pile, Asbestos Stockpile Area, and Soil and Debris Pile Figure |
| 272. | Excerpt from Administrative Consent Order |
| 273. | Figure regarding Response Actions to Achieve a Permanent Solution |
| 274. | Figure regarding Point Sources of Contaminants into Mystic and Malden River |
| 275. | Table, Mystic River - Location Conditions USGS Samples - Sediment Results |
| 276. | Table, Sediment Data collected by Menzie Cura in December 2005 (Mystic Landing, Everett MA) |
| 277. | Table, Sediment Data collected by Menzie Cura in January 2006 (Mystic Landing, Everett MA) |

| Exh. No. | Description (includes Bates range) |
|---|---|
| 278. | Table, Sediment Comparison - Alford Street, Everett, MA |
| 279. | Figure regarding USGS Sediment Sampling Locations |
| **List of Supplemental Exhibits Relevant to Claim for Attorney's Fees** | |
| 260. | Letter from D. M. Zankowski to A. Kahn, 11/29/2001 regarding Pharmacia/Solutia/Monsanto Letter of October 12, 2001 |
| 261. | Letter from A. Kahn to D. Zankowski, 09/12/2002 regarding Mystic Landing: Your letter of August 27, 2002 |
| 262. | Letter from A. Kahn to D. Zankowski, 03/02/2004 regarding Mystic Landing LLC v. Pharmacia Corporation, Solutia Inc. and Monsanto Company (C.A. No. 04-10180 RGS):  Request for Voluntary Dismissal of Monsanto Company |

Respectfully submitted,

/s/ Elisabeth DeLisle
John M. Stevens (BBO # 480140)
Adam P. Kahn (BBO # 561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
tel: (617) 832-1000
fax: (617) 832-7000
edelisle@foleyhoag.com

Dated:   April 7, 2006

3