UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br><br>PHARMACIA CORPORATION,<br><br>　　　　　　Defendant. | |
| PHARMACIA CORPORATION ,<br>　　　　　　Third-Party Plaintiff,<br>　　v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>　CO., INC.,<br>　　　　　　Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION,<br>　　　　　　Third-Party Plaintiff,<br>　　v.<br><br>BOSTON EDISON COMPANY,<br>　　　　　　Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>　　　　　　Fourth-Party Plaintiff,<br>　　v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>　and MARY O'DONNELL,<br>　　　　　　Fourth-Party Defendant. | |

CERTIFICATE OF SERVICE

　　　I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those

B3192506.1

indicated as non-registered participants on April 20, 2006:

1. Post Trial Brief Of Defendant Pharmacia Corporation;

2. Defendant Pharmacia Corporation's Proposed Findings Of Fact;

3. Defendant Pharmacia Corporation's Requested Conclusions Of Law;

4. Amended Defendant Pharmacia Corporation's Requested Conclusions Of Law; and

5. this Certificate of Service.

/s/ John M. Stevens
John M. Stevens (BBO # 480140)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
Tel:  (617)  832-1000
Fax:  (617)  832-7000
jstevens@foleyhoag.com

Dated:    April 20, 2006