UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mystic Landing, LLC,
              Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-10180-NMG

Pharmacia Corporation, et al.,
              Defendant(s)

## JUDGMENT IN A CIVIL CASE

Gorton , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

a. Mystic, Modern and Pharmacia are each liable parties under Chapter 21E, § 5 and are therefore responsible to the others for an equitable share of response costs;

b. Pharmacia is responsible to Mystic for 90% of the response costs incurred by Mystic as of April 7, 2006 (which costs were introduced as evidence at trial); and

c. future response costs are allocated among the parties as follows:

| Future Costs | Share of Mystic/Modern | Share of Pharmacia |
|---|---|---|
| 1st $1 million | 50% | 50% |
| 2nd $1 million | 40% | 60% |
| 3rd $1 million | 30% | 70% |
| 4th $1 million | 20% | 80% |
| future costs exceeding $4 million | 10% | 90% |

SARAH THORNTON, CLERK

Dated: 6/5/06                        /S/ Craig J. Nicewicz
                                     ( By ) Deputy Clerk