UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MYSTIC LANDING, LLC,
        Plaintiff,
v.

PHARMACIA CORPORATION,

        Defendant.

PHARMACIA CORPORATION,
        Third-Party Plaintiff,
v.

MODERN CONTINENTAL CONSTRUCTION CO., INC.,
        Third-Party Defendant.

CIVIL ACTION No. 04-10180 NMG

## AFFIDAVIT OF ADAM P. KAHN

I, Adam P. Kahn, do depose and state:

1. I am a partner in the law firm of Foley Hoag LLP ("Foley Hoag") and am one of the attorneys who represents Pharmacia Corporation ("Pharmacia") in the above-captioned action, through its attorneys-in-fact Solutia, Inc. ("Solutia") and Monsanto Company ("Monsanto").

2. I participated in settlement negotiations on behalf of Pharmacia with Mystic Landing LLC ("Mystic") at various times, including during the month of April 2006. Trial for this matter began on April 10, 2006 and concluded on April 18, 2006.

B3224161.1

3. At a meeting with lawyers for Mystic at the law offices of Hinckley Allen & Snyder on April 4, 2006, Robert Flanders, an attorney for Mystic, indicated that Mystic would consider a settlement proposal from Pharmacia under which Pharmacia would pay something less than 100% of future response costs. Mr. Flanders also stated that Mystic would consider a proposal from Pharmacia under which Pharmacia would pay some, but not all, of Mystic's development costs. To my knowledge, this was the first time any representative of Mystic expressed any willingness to consider any offer of less than 100% of response costs, or less than 100% of the incremental development costs.

4. On April 5, the following day, I conveyed, on behalf of Pharmacia, the following offer to Doreen Zankowski, attorney for Mystic: Pharmacia offered to pay 66.7% of known and unknown response costs at the Site (other than contamination above the so-called tunnel muck area, which would be borne by Mystic), except that Pharmacia would pay 25% of sediment costs. Pharmacia stated that its offer was contingent on Mystic's agreeing to a reasonable and customary Activity and Use Limitation and subject to other contingencies, which were accepted by Mystic in the subsequent conversations identified below. Pharmacia declined to make any offer to pay for incremental development costs, since they were not "response costs" and were, thus, not recoverable under Chapter 21E and because the Court had previously dismissed Mystic's claim for "property damage."

6. On Thursday, April 6, Ms. Zankowski, on behalf of Mystic, rejected that offer. Contrary to the suggestion advanced by Mr. Flanders, she stated that Mystic demanded 100% of response costs at the Site (including sediments, but excluding contamination above the so-called tunnel muck area), plus 66.7% of "development related" incremental soil handling and other "development" costs. Later during this conversation, Ms. Zankowski did propose reducing

Pharmacia's share of costs for groundwater from 100% to 95%, but leaving responsibility for soil and sediment costs at 100%.

7. Because this offer still required Pharmacia to pay essentially 100% of future response costs, plus potentially significant non-recoverable development costs, Pharmacia did not accept it. Trial commenced on Monday, April 10, 2006.

8. At approximately 3:15 on Friday, April 14, following two days of trial, Ms. Zankowski called me to convey a revised settlement proposal. Mystic offered to bear 15% of the costs "beneath the tunnel muck layer", and 15% of the groundwater and sediment costs. I asked Ms. Zankowski about the allocation of incremental costs associated with site development; she indicated that she believed that Mystic would bear all of the costs, but that she needed to check with her client.

9. Ms. Zankowski called me the evening of Friday, April 14 to revise her offer of earlier that day. She indicated that Mystic would bear 20% of soil, groundwater, and sediment costs (a slight variation from her prior offer), but corrected her earlier position on development costs and stated that Pharmacia would still be responsible for 66.7% of future incremental development costs.

10. There were no further settlement discussions on Monday, April 17 (Patriots Day) or otherwise prior to the resumption of trial on Tuesday, April 18.

11. Since the presentation of the initial demands to Pharmacia in the spring of 2001, Pharmacia's attorneys-in-fact, Solutia and Monsanto have incurred substantial expenses in negotiating and litigating this matter to a conclusion. These costs include legal fees, testing fees,

expert witness fees, and related disbursements. The approximate amount of those costs are $1,553,257.29, as reflected in the table attached to this affidavit as Exhibit 1. Complete documentation of costs and expenses will be provided at the appropriate point in the proceedings.

Signed this 30th day of June 2006 under the pains and penalties of perjury.

_____
Adam P. Kahn

EXHIBIT 1

Costs and Expenses

Invoices: 2001 - Present

| Invoice Date | Firm: Ref. # | Inv. No. | Recipient | Fees | Disb. | Total |
|---|---|---|---|---|---|---|
| 6/29/01 | Foley: 05148-11 | 227664 | Solutia | $ 3,024.00 | $ 126.82 | $ 3,150.82 |
| 7/21/01 | Foley: 05148-11 | 228200 | Solutia | $ 4,934.00 | $ 200.23 | $ 5,134.23 |
| 8/15/01 | Foley: 05148-11 | 230323 | Solutia | $ 243.00 | $ 66.01 | $ 309.01 |
| 9/21/01 | Foley: 05148-11 | 232806 | Solutia | $ 1,802.00 | $ 29.25 | $ 1,831.25 |
| 10/16/01 | Foley: 05148-11 | 234910 | Solutia | $ 5,176.00 | $ 39.72 | $ 5,215.72 |
| 11/12/01 | Foley: 05148-11 | 237320 | Solutia | $ 6,922.00 | $ 201.40 | $ 7,123.40 |
| 12/10/01 | Foley: 05148-11 | 238991 | Solutia | $ 1,943.00 | $ 154.32 | $ 2,097.32 |
| 1/10/02 | Foley: 05148-11 | 241063 | Solutia | $ 1,876.00 | $ 32.93 | $ 1,908.93 |
| 2/8/02 | Foley: 05148-11 | 242694 | Solutia | $ 5,770.50 | $ 36.21 | $ 5,806.71 |
| 3/11/02 | Foley: 05148-11 | 246028 | Solutia | $ 10,503.00 | $ 100.53 | $ 10,603.53 |
| 4/12/02 | Foley: 05148-11 | 246975 | Solutia | $ 13,902.00 | $ 655.88 | $ 14,557.88 |
| 5/15/02 | Foley: 05148-11 | 249927 | Solutia | $ 4,073.00 | $ 430.58 | $ 4,503.58 |
| 6/20/02 | Foley: 05148-11 | 251552 | Solutia | $ 1,370.00 | $ 26.59 | $ 1,396.59 |
| 7/10/02 | Foley: 05148-11 | 252775 | Solutia | $ 718.00 | $ 9.66 | $ 727.66 |
| 9/9/02 | Foley: 05148-11 | 257240 | Solutia | $ 787.50 | $ 2.10 | $ 789.60 |
| 10/15/02 | Foley: 05148-11 | 259398 | Solutia | $ 1,462.50 | $ 17.79 | $ 1,480.29 |
| 11/12/02 | Foley: 05148-11 | 261898 | Solutia | $ 525.00 | $ 3.85 | $ 528.85 |
| 12/15/02 | Foley: 05148-11 | 264837 | Solutia | $ 3,825.00 | $ - | $ 3,825.00 |
| 1/13/03 | Foley: 05148-11 | 266232 | Solutia | $ 1,312.50 | $ 18.17 | $ 1,330.67 |
| 5/19/03 | Foley: 05148-11 | 275732 | Solutia | $ 120.00 | $ - | $ 120.00 |
| 7/17/03 | Foley: 05148-11 | 280645 | Solutia | $ 280.00 | $ 1.26 | $ 281.26 |
| 9/19/03 | Foley: 05148-11 | 285103 | Solutia | $ 1,040.00 | $ - | $ 1,040.00 |
| 10/27/03 | Foley: 05148-11 | 288067 | Solutia | $ 80.00 | $ 8.39 | $ 88.39 |
| 11/7/03 | Foley: 05148-11 | 289020 | Solutia | $ 4,160.00 | $ 52.80 | $ 4,212.80 |
| 12/5/03 | Foley: 05148-11 | 291022 | Solutia | $ 720.00 | $ 5.25 | $ 725.25 |
| 1/22/04 | Foley: 05148-11 | 293687 | Solutia | $ 2,727.00 | $ 6.75 | $ 2,733.75 |
| 2/17/04 | Foley: 25261-2 | 295903 | Monsanto | $ 18,805.00 | $ 187.56 | $ 18,992.56 |
| 3/15/04 | Foley: 25261-2 | 297795 | Monsanto | $ 9,744.50 | $ 116.16 | $ 9,860.66 |

B3223421.1

| Invoice Date | Firm: Ref. # | Inv. No. | Recipient | Fees | | Disb. | | Total |
|---|---|---|---|---|---|---|---|---|
| 4/15/04 | Foley: 25261-2 | 300147 | Monsanto | $ | 3,691.00 | $ | 353.70 | $ 4,044.70 |
| 5/18/04 | Foley: 25261-2 | 302493 | Monsanto | $ | 21,155.50 | $ | 79.83 | $ 21,235.33 |
| 6/29/04 | Foley: 25261-2 | 306766 | Monsanto | $ | 17,900.00 | $ | 773.53 | $ 18,673.53 |
| 7/16/04 | Foley: 25261-2 | 308706 | Monsanto | $ | 21,214.00 | $ | 279.25 | $ 21,493.25 |
| 8/24/04 | Foley: 25261-2 | 311682 | Monsanto | $ | 43,063.00 | $ | 4,094.36 | $ 47,157.36 |
| 9/21/04 | Foley: 25261-2 | 313395 | Monsanto | $ | 19,534.00 | $ | 150.56 | $ 19,684.56 |
| 10/20/04 | Foley: 25261-2 | 315733 | Monsanto | $ | 44,749.50 | $ | 5,461.34 | $ 50,210.84 |
| 11/8/04 | Foley: 25261-2 | 317235 | Monsanto | $ | 15,482.50 | $ | 971.46 | $ 16,453.96 |
| 12/20/04 | Foley: 25261-2 | 320537 | Monsanto | $ | 10,062.00 | $ | 2,785.02 | $ 12,847.02 |
| 1/28/05 | Foley: 25261-2 | 323338 | Monsanto | $ | 11,500.00 | $ | 2.25 | $ 11,502.25 |
| 2/11/05 | Foley: 25261-2 | 324497 | Monsanto | $ | 1,389.00 | $ | 118.60 | $ 1,507.60 |
| 3/4/05 | Foley: 25261-2 | 325994 | Monsanto | $ | 2,101.00 | $ | 12.50 | $ 2,113.50 |
| 4/22/05 | Foley: 25261-2 | 330262 | Monsanto | $ | 45,148.00 | $ | 1,592.66 | $ 46,740.66 |
| 5/20/05 | Foley: 25261-2 | 332827 | Monsanto | $ | 56,548.50 | $ | 3,244.38 | $ 59,792.88 |
| 6/20/05 | Foley: 25261-2 | 334658 | Monsanto | $ | 70,150.00 | $ | 3,509.39 | $ 73,659.39 |
| 7/8/05 | Foley: 25261-2 | 336006 | Monsanto | $ | 13,068.00 | $ | 322.09 | $ 13,390.09 |
| 8/5/05 | Foley: 25261-2 | 338228 | Monsanto | $ | 34,778.00 | $ | 38.13 | $ 34,816.13 |
| 9/27/05 | Foley: 25261-2 | 345255 | Monsanto | $ | 52,527.00 | $ | 1,807.37 | $ 54,334.37 |
| 10/21/05 | Foley: 25261-2 | 348098 | Monsanto | $ | 71,392.00 | $ | 566.28 | $ 71,958.28 |
| 11/16/05 | Foley: 25261-2 | 350846 | Monsanto | $ | 83,148.00 | $ | 2,712.44 | $ 85,860.44 |
| 12/12/05 | Foley: 25261-2 | 352658 | Monsanto | $ | 81,680.50 | $ | 307.53 | $ 81,988.03 |
| 1/18/06 | Foley: 25261-2 | 355065 | Monsanto | $ | 79,344.00 | $ | 1,847.75 | $ 81,191.75 |
| 2/27/06 | Foley: 25261-2 | 357754 | Monsanto | $ | 73,438.00 | $ | 3,087.66 | $ 76,525.66 |
| 3/27/06 | Foley: 25261-2 | 359195 | Monsanto | $ | 20,373.50 | $ | 153.77 | $ 20,527.27 |
| 4/24/06 | Foley: 25261-2 | 361006 | Monsanto | $ | 71,009.00 | $ | 438.17 | $ 71,447.17 |
| 5/19/06 | Foley: 25261-2 | 362812 | Monsanto | $ | 217,665.50 | $ | 5,959.32 | $ 223,624.82 |
| 8/6/04 | W&C: 206449.01 | 36457 | Monsanto | | | | | $ 16,401.13 |
| 8/24/04 | W&C: 206449.01 | 36818 | Monsanto | | | | | $ 23,999.85 |
| 9/29/04 | W&C: 206449.01 | 37766 | Monsanto | | | | | $ 22,253.80 |
| 12/9/04 | W&C: 206449.01 | 39409 | Monsanto | | | | | $ 16,823.78 |
| 6/1/05 | W&C: 206449.01 | 43267 | Monsanto | | | | | $ 1,663.45 |
| 6/20/05 | W&C: 206449.01 | 43908 | Monsanto | | | | | $ 7,361.93 |
| 8/5/05 | W&C: 206449.01 | 45381 | Monsanto | | | | | $ 2,992.35 |
| 9/12/05 | W&C: 206449.01 | 45955 | Monsanto | | | | | $ 22,238.58 |

B3223421.1

| Invoice Date | Firm: Ref. # | Inv. No. | Recipient | Fees | Disb. | Total |
|---|---|---|---|---|---|---|
| 10/5/05 | W&C: 206449.01 | 46316 | Monsanto | | | $ 18,432.35 |
| 12/15/05 | W&C: 206449.01 | 47556 | Monsanto | | | $ 2,906.88 |
| 1/27/06 | W&C: 206449.01 | 48201 | Monsanto | | | $ 11,319.61 |
| 3/17/06 | W&C: 206449.01 | 49038 | Monsanto | | | $ 13,775.19 |
| 5/1/06 | W&C: 206449.01 | 49697 | Monsanto | | | $ 26,730.11 |
| 6/6/06 | W&C: 206449.01 | 50268 | Monsanto | | | $ 7,647.32 |
| 7/13/04 | Subcontractor: EMSL | 512526 | Monsanto | | | $ 9.35 |
| 9/13/04 | Subcontractor: EMSL | 4083361 | Monsanto | | | $ 1,550.00 |
| 7/19/04 | Subcontractor: Alpha | 94252 | Monsanto | | | $ 2,437.50 |
| 7/20/04 | Subcontractor: Alpha | 94323 | Monsanto | | | $ 8,279.25 |
| 9/17/04 | Subcontractor: Alpha | 96717 | Monsanto | | | $ 4,359.00 |
| 12/1/05 | Bonz | 4348 | Monsanto | $ 16,662.50 | $ 17.00 | $ 16,679.50 |
| | | | Foley/Solutia Invoice Total: | $ 79,296.00 | $ 2,226.49 | $ 81,522.49 |
| | | | Foley/Monsanto Invoice Total: | $ 1,210,661.00 | $ 40,973.06 | $ 1,251,634.06 |
| | | | Woodard & Curran Invoice Total: | | | $ 194,546.33 |
| | | Woodard & Curran Subcontractor (EMSL) | Invoice Total: | | | $ 1,559.35 |
| | | Woodard & Curran Subcontractor (Alpha) | Invoice Total: | | | $ 15,075.75 |
| | | Bonz and Company, Inc. (Expert) | Invoice Total: | | | $ 16,679.50 |
| | | | Sub-Total: | $ 1,289,957.00 | $ 43,199.55 | $ 1,561,017.48 |
| | | | Less Foley/Solutia Invoices in Bankruptcy Court: | $ 7,687.00 | $ 73.19 | $ 7,760.19 |
| | | | TOTAL: | $ 1,282,270.00 | $ 43,126.36 | $ 1,553,257.29 |

B3223421.1