UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br><br>    Plaintiff,<br> v.<br><br>PHARMACIA CORPORATION,<br><br>    Defendant.<br><br>PHARMACIA CORPORATION ,<br><br>    Third-Party Plaintiff,<br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>    Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**JOINT MOTION TO ENLARGE TIME TO RESPOND**

Plaintiff Mystic Landing, LLC ("Mystic") and Defendant Pharmacia Corporation ("Pharmacia"), jointly move for a brief enlargement of time, up to and including July 21, 2006, for Mystic to file a response to Pharmacia's Opposition to Mystic's Motion for an Extension of Time Within Which to File its Application for Attorneys' Fees and Costs and Pharmacia's Motion for Attorney's Fees and Costs (Docket No. 183) and for Pharmacia to file a response to Plaintiff Mystic Landing, LLC's ("Mystic") Application for Attorneys' Fees and Costs (Docket No. 184) and Memorandum of Law in support of same (Docket No. 185).  Responses are currently due on or about July 14, 2006.

B3225548.1

In support of this motion, Mystic and Pharmacia state that Pharmacia requested this brief extension due to prior conflicting obligations of its counsel and Mystic has requested a concomitant extension so that its filing and Pharmacia's filing are due simultaneously.

For the foregoing reasons, Mystic and Pharmacia respectfully request that the Court enlarge the time for filing their responses to the above-described documents up to, and including, July 21, 2006.

By their attorneys,

/s/ Doreen M. Zankowski (by permission
      /s/ Elisabeth M. DeLisle)
Robert G. Flanders (BBO No. 170820)
Doreen M. Zankowski (BBO No. 558381)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts   02109-1775
(617)  345-9000
  Attorneys for Mystic Landing, LLC and
   Modern Continental Construction Co., Inc.


/s/ Elisabeth M. DeLisle
John M. Stevens (BBO No. 480140)
Adam P. Kahn (BBO No. 561554)
Elisabeth M. DeLisle (BBO No. 658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
(617)  832-1000
Attorneys for Pharmacia Corporation

Dated:  July 10, 2006