UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>    Plaintiff,<br> v.<br><br>PHARMACIA CORPORATION,<br><br>    Defendant.<br><br>PHARMACIA CORPORATION,<br>    Third-Party Plaintiff,<br> v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br> CO., INC.,<br>    Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

**CERTIFICATE OF SERVICE**

  I hereby certify that true and accurate copies of the following, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2006:

  1.  Joint Motion To Enlarge Time To Respond; and,

  2.  this Certificate of Service.

                      /s/ Elisabeth M. DeLisle
                      Elisabeth M. DeLisle (BBO #658067)
                      Foley Hoag LLP
                      155 Seaport Boulevard
                      Boston, Massachusetts   02210
                      Tel:  (617) 832-1000
                      Fax:  (617) 832-7000
                      edelisle@foleyhoag.com

Dated:   July 10, 2006

B3226801.1