# EXHIBIT A

## Bonnett, Vi

**From:** Chuck Madden [cmadden@gatordevelopment.com]
**Sent:** Saturday, May 05, 2001 3:53 AM
**To:** Grela, Peter; Marino, Max
**Cc:** jmadden@gatordevelopment.com
**Subject:** Mystic Landings

Update and Action Items. (All items per discussion with P. Grela 5/4, late afternoon)

ACTION IS UNDERWAY DUE TO MODERN'S NEAR TERM COMMENCEMENT OF A LARGE MIXED-USE PROJECT
NO SPECIFICS ARE TO BE DISCLOSED TO ANY 3RD PARTY

1. MODERN Hincley Allen still has not contacted Monsanto or DDRC. Peter told Joel Lewin he was angry with their lack of progress. Notification will go out Monday, requesting meetings with both entities.
2. MODERN Peter to submit executable document to Gator regarding deal structure prior to next Red Sox meeting.
3. GATOR Meeting established with MBTA legal (friend) to review and discuss. Formal meeting to be stablished within two weeks.
4. GATOR Contact MDC Balfour to discuss Rt 16 access

DDRC OBJECTIVES

Get them to release RT 99 access easement or to define, jointly with Modern, FINAL location of road.
Formally abandon all remaining encumbrances
Inquire about acquisition of the Gateway site.


MONSANTO OBJECTIVES

Receive payment in excess of cost for site remediation in return for full civil indemnification.
Release deed restrictions benefiting Monsanto

MBTA OBJECTIVES

Swap triangle for RT 99 frontage. (Triangle would go with 275 year lease)
Swap at grade "crossing" rights for air rights over Sullivan and Wellington lots


Tom Hynes called 5:00 pm Friday and stated that an outline would be ready for us on Monday. As soon as I receive it will be forwarded to you both.



THE MODERN AND GATOR ACTION ITEMS ARE EXTREMELY URGENT. NOTIFICATION, WERE APPLICABLE, MUST OCCUR MONDAY OR TUESDAY.

Any thoughts on when and how to re-energize Ragucci. He MUST be kept in the loop or may feel slighted.

5/7/01

Charles F. Madden, Jr.
Gator Development Company, Inc.
781.662.4349 x201
781.665.5949 fax
941.650.4414 cell

5/7/01