EXHIBIT C

May 22, 2001

508 903 2346    HUGHTO

*Draft – Privileged and Confidential – Attorney/Client Work Product*

Doreen M. Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

Re:   **Preliminary Remedial Cost Estimate**
       **Everett Staging Yard**
       **Everett, Massachusetts**

Dear Mr. Petros:

Rizzo Associates, Inc. is pleased to present this preliminary remedial cost estimate for the above referenced property in Everett, Massachusetts. This estimate includes pre-characterization of the soils at the Site for disposal, excavation and off-site disposal of contaminated soils, dewatering activities, engineering support and management, and the preparation of associated documents and submittals required by the Massachusetts Contingency Plan (MCP) 310 CMR 40.0000. Ultimately, this remedial scenario will allow closure of the Site through the MCP with the anticipated filing of a Class A-2 Response Action Outcome (RAO) Statement with the Massachusetts Department of Environmental Protection (DEP). This remedial scenario would not require the imposition of an Activity and Use Limitation (AUL) to maintain a condition of No Significant Risk at the Site.

**Background**

Previous environmental assessments by Rizzo Associates, Inc. and Consulting Engineers and Scientists, Inc. (CES) have identified elevated concentrations of metals, primarily arsenic and lead, in the soil and groundwater at the Site. In addition, areas of low pH groundwater have been observed in the groundwater monitoring wells with elevated metals concentrations. Other contaminants identified at the Site property include other heavy metals and petroleum-related compounds.

The source of the elevated metals concentrations, low pH groundwater, and petroleum contamination is related to the previous use of the Site property as a chemical manufacturing facility and the placement of contaminated fill materials at the Site by the chemical

DEFENDANT'S
EXHIBIT
152

HAS-EVE2 00797

*Draft – Privileged and Confidential – Attorney/Client Work Product*
D.M. Zankowski, Esq.
May 22, 2001
Page 2

manufacturers. The specific source of the contamination appears to be the former sulfuric acid production and storage at the Site by the Merrimac and Monsanto chemical companies.

**Remedial Requirements**

Based on the requirements to obtain a Permanent Solution under the MCP, one must conclude that conditions at the Site are consistent with a determination of No Significant Risk (NSR) to public safety, human health, and the environment before a Response Action Outcome (RAO) can be filed. In order to obtain a NSR determination for the Site without the use of an AUL, concentrations of soil contaminants would need to be reduced to levels below the MCP Method 1 S1/GW-2 and S-1/GW-3 standards. Although groundwater contamination is present at the Site, we have assumed that the excavation of the contaminated soils in conjunction with dewatering activities would effectively remediate the groundwater contamination.

**Remedial Scenario**

Based on the nature and extent of the contamination identified at the Site to date, the following remedial scenario is proposed to ultimately result in a Permanent Solution at the Site. The major components of the remedial approach would include pre-characterization of the soils for disposal, removal of the tunnel muck layer, excavation and off-site disposal of impacted soils and associated dewatering, Site restoration, and preparation of associated MCP plans, reports and submittals. The attached spreadsheet breaks down the assumptions, calculations, volumes, and associated costs for this remedial estimate.

**Pre Characterization Investigation** A field investigation program would be implemented to collect pre-characterization soil samples. These samples would be collected from the contaminated fill layer and submitted for laboratory analysis for standard disposal parameters. Soil samples would be collected using a Geoprobe or other similar equipment. Based on an area of approximately 900,000 square feet, and an average fill thickness of 6.5 feet, we have estimated that 216,000 cubic yards of the fill material are present at the Site. Using this information, the appropriate soil disposal options would be identified and the associated approvals and shipping documents would be prepared.

For the purposes of this estimate, we have used the existing data to estimate the types and volumes of soil types at the Site. Five potential soil disposal options were identified for the soil at the Site; unlined landfill disposal, asphalt batching or recycling, disposal at a RCRA Subtitle D facility, and disposal as hazardous waste. *We have assumed that the soil with contaminant levels below the MCP RCS-1 Reportable Concentrations will remain on-site, this volume has*

HAS-EVE2 00798

*Draft – Privileged and Confidential – Attorney/Client Work Product*
D.M. Zankowski, Esq.
May 22, 2001
Page 3

*been subtracted from the total volume of the contaminated fill at the Site.* Once corrected for the soil remaining on-site, we have estimated that 125,000 cubic yards will require disposal.

**Remedial Field Program** Once the pre-characterization investigation is completed, and the soil disposal options have been evaluated and implemented, contaminated soils will be excavated from the Site. Prior to the excavation of the impacted soils, the tunnel muck layer at the Site will be removed and stockpiled on a portion of the property. We have estimated the average thickness of the tunnel muck to be 3.5 feet. Since approximately 40% of the Site area will not require excavation (since these soils are below RCS-1) we have estimated that approximately 70,000 cubic yards of tunnel muck will be displaced.

Once the tunnel muck has been removed, excavation of the contaminated fill at the Site can be performed. We have assumed that 1,700 cubic yards of soil can be excavated and removed from the Site per day. As a result, the excavation of 125,000 cubic yards of material is expected to take approximately 75 days, or 3.5 months.

During excavation, dewatering activities are likely to be required since the expected depth of excavation below the ground surface (bgs) is approximately 10 feet, while depth to groundwater varies from 3 to 8 feet bgs. Groundwater at the Site is contaminated with dissolved metals and petroleum compounds in addition to exhibiting a low pH. These factors serve to complicate the treatment of extracted groundwater at the Site, which would likely include pH adjustment, metals removal and disposal of the resulting metals sludge. Groundwater remedial costs and assumptions are included in the attached spreadsheet.

Once the excavation is completed, confirmatory samples are proposed to be collected from the bottom and sidewalls of the excavation. Pending the results of the samples, the excavation would be backfilled using the tunnel muck and clean fill brought to the Site.

**Regulatory Filings** To implement the work described above, several submittals to various federal, state, and municipal agencies would be required. With the completion of the Phase II field activities, a Method 3 Risk Characterization could be prepared to fully characterize the potential risks at the Site. The implementation of the excavation and dewatering activities would either require the preparation of a Release Abatement Measure (RAM) Plan. Additional approvals from the Everett Conservation Commission and Board of Health may be required to complete the work. Costs to prepare these submittals and obtain the required permits have been included in this estimate.

Once the remedial activities have been completed at the Site, a Class A-2 RAO could be prepared and submitted to the DEP. The RAO would not require the use of an AUL to limit

HAS-EVE2 00799

*Draft – Privileged and Confidential – Attorney/Client Work Product*
D.M. Zankowski, Esq.
May 22, 2001
Page 4

future potential uses of the Site property. Costs to prepare and file the RAO have also been included in this estimate.

**Estimated Cost and Schedule**

The total estimated remedial cost is $17,500,000. This estimate does not include costs to excavate the tunnel muck layer, which is estimated at approximately $150,000. A breakdown of the individual costs is presented on the attached sheet, along with the general conditions and assumptions. The estimated time to the complete this remedial program is approximately 9 to 11 months, which includes 2 months to obtain the required approvals and perform the pre-characterization investigation, 2 months to develop bid specifications and mobilize site operations and prepare soil transportation documents, and 3 to 4 months to implement the field remedial program, and 2 to 3 months to prepare the RAO.

This is a preliminary estimate that has been made without complete soil disposal parameter information and general assumptions and estimates about the dewatering requirements and costs. The estimated costs for obtaining a Class A-2 RAO for the Site could vary considerable from that described herein.

Please call if you have any questions.

Very truly yours,

Richard J. Hughto, Ph.D., P.E., L.S.P.         William C. Phelps
Senior Vice President                           Project Geologist

\\EARTHDATA\PROJECT\7398\REMEDIALCOST.DOC

HAS-EVE2 00800