EXHIBIT D

Summary of Estimated Remediation Costs Using Data Available Through December 2005

| Category | Low Range Cost | High Range Cost |
|---|---|---|
| Soil disposal during construction | $81,846 | $2,588,906 |
| UCL exceeding soil remediation | $1,000,000 | $1,550,000 |
| Groundwater remediation | $546,000 | $546,000 |
| Sediment remediation | $500,000 | $2,538,000 |
| Other MCP requirements | $120,000 | $331,200 |
| Additional considerations | $200,000 | $1,100,000 |
| TOTAL | $2,447,846 | $8,654,106 |

Plaintiff's Exhibit 37

RIZZO
ASSOCIATES
A TETRA TECH COMPANY

Table 3
Summary of Estimated Remediation Costs Per 2005 Data

Figure 45