EXHIBIT E

## HINCKLEY, ALLEN & SNYDER LLP
*Attorneys at Law*

28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1775
617 345-9000
FAX: 617 345-9020

*Doreen M. Zankowski, Esq.*
*dzankowski@haslaw.com*

March 18, 2002

VIA FACSIMILE (617) 832-7000 And First Class Mail

Adam P. Kahn, Esq.
Foley Hoag
One Post Office Square
Boston, MA 02109

Re: Additional Information Discussed at Meeting of February 6, 2002
Mystic Landing, LLC -- Everett/Boston Former Monsanto Property

Dear Adam:

In response to your March 12, 2002 letter, please be advised that you will be receiving most of the information your requested within the next few weeks. I do not, however, believe that we agreed to provide you with information about the transaction between O'Donnell and Mystic Landing regarding the lease and purchase of the site. Attorney Gottlieb and Peter Grela explained the situation to you at the meeting, however, I do not believe that Mystic is willing to share the transaction documents with you as they do not have any bearing on Mystic's demand to Solutia/Pharmacia/Monsanto.

I will check with my client about their willingness to share the transactional information and let you know if their position changes.

In the meantime, please let me know if you have any questions.

Very truly yours,

Doreen M. Zankowski

DMZ:lmm
385822