EXHIBIT F

BK 33123 PG 071

## QUITCLAIM DEED

MARY O'DONNELL, of Kingston, Plymouth County, Massachusetts, ("Grantor"), for consideration paid and in full consideration of $300,000.00, receipt of which is hereby acknowledged, hereby grants to MYSTIC LANDING, LLC, a Massachusetts limited liability company, with an address of 600 Memorial Drive, Cambridge, Massachusetts 02139 ("Grantee"), WITH QUITCLAIM COVENANTS, the land (together with any improvements thereon) lying partly in Everett, Middlesex County, Massachusetts and partly in Boston, Suffolk County, Massachusetts, bounded and described as set forth in Exhibit A annexed hereto and made a part hereof, and subject to and with the benefit of matters of record, insofar as in force and applicable, not intending to re-impose any of said matters which were previously released, waived or terminated or which previously expired.

This Deed is being executed in triplicate, as the land conveyed consists in part of registered land lying within Suffolk County, in part of registered land lying in Middlesex County (South), and in part of unregistered land lying in Middlesex County (South). For Grantor's title, see deeds to Grantor described on Exhibit A annexed hereto.

ORIGINAL COUNTERPARTS OF THIS DEED HAVE BEEN EXECUTED IN TRIPLICATE AND ARE BEING FILED AND RECORDED SIMULTANEOUSLY WITH THE SUFFOLK COUNTY REGISTRY DISTRICT OF THE LAND COURT, MIDDLESEX SOUTH DISTRICT REGISTRY OF THE LAND COURT AND MIDDLESEX SOUTH DISTRICT REGISTRY OF DEEDS AND THE REQUIRED DOCUMENTARY STAMPS HAVE BEEN AFFIXED TO THE COUNTERPART DEED WHICH IS BEING FILED WITH THE MIDDLESEX SOUTH DISTRICT REGISTRY OF THE LAND COURT.

IN WITNESS WHEREOF, said MARY O'DONNELL has caused this instrument to be executed, acknowledged and delivered in triplicate as of this 21st day of June, 2001.

_/s/ Mary O'Donnell_
Mary O'Donnell

Property address:
Horizon Way, Everett, MA

Plaintiff's Exhibit 71

#239275 v1

HAS-EVE3 00515

BK 33123 PG 072

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF SUFFOLK

June 21, 2001

  Then personally appeared the above-named MARY O'DONNELL, known to me, and acknowledged the foregoing Deed to be her free act and deed, before me,

*Alan P Gottlieb*
ALAN P. GOTTLIEB
Notary Public
My Commission Expires: May 22, 2003

HAS-EVE3 00516

#239275 v1

BK33123PG073

### EXHIBIT A

A certain parcel of registered and unregistered land situated on the westerly, southwesterly and northerly side of Horizon Way (formerly known as Chemical Lane) partly in the City of Boston, in the County of Suffolk, and partly in the City of Everett, in the County of Middlesex, Commonwealth of Massachusetts, shown on a plan entitled "Compiled Plan of Land in Everett & Boston, MA (Middlesex & Suffolk County)" dated January 14, 1983 by Miller & Nylander Co., a division of Boston Survey Consultants, Inc., and recorded with Middlesex South District Deeds in Book 15083, Page 253, as Plan No. 696 of 1983 (B, C & D of 4), and bounded and described according to the plan as follows:

Beginning at a point in easterly sideline formerly of the Boston and Albany Railroad (now of Consolidated Rail Corporation) at the most southerly corner of land now or formerly of Massachusetts Bay Transportation Authority; thence

| | |
|---|---|
| SOUTH 09° 12' 52" East | 96.60 feet to a point; thence |
| SOUTH 40° 07' 44" East | 717.15 feet to a stone bound, the first two courses by land of Massachusetts Bay Transportation Authority; thence |
| SOUTH 02° 17' 44" East | 24.75 feet to a point; thence |
| NORTH 87° 42' 16" East | 255.05 feet to a point, the last two courses by a portion of Chemical Lane; thence |
| SOUTH 06° 07' 06" East | partly by a portion of Chemical Lane and partly by land of Massachusetts Bay Transportation Authority, 1300.00 feet to a point; thence |
| SOUTH 83° 52' 54" West | 264.50 feet to a point; thence |
| SOUTH 06° 07' 06" East | about 625 feet to the Mystic River, the last two courses by land of Massachusetts Bay Transportation Authority; thence |
| NORTHWESTERLY | by the Mystic River about 820 feet to a point in the easterly sideline of the Boston and Albany Railroad land; thence |
| NORTH 00° 00' 00" East | by land formerly of the Boston and Albany Railroad about 2,317 feet to the point of beginning. |

Containing 34.96 acres, more or less, according to the plan.

HAS-EVE3 00517

#239275 v1

There is included within the parcel described above the following parcel of unregistered land:

That certain parcel of land situated southerly of, but not abutting, Chemical Lane, in Everett, Middlesex County, Massachusetts, containing 86,134.1 square feet, bounded and described, according to the plan hereinafter referred to, as follows:

| | |
|---|---|
| NORTHWESTERLY | three hundred twenty-six and 90/100 (326.90) feet; |
| NORTHEASTERLY | two hundred eighteen and 19/100 (218.19) feet; |
| SOUTHEASTERLY | forty-three and 21/100 (43.21) feet; |
| NORTHEASTERLY | again one hundred ten and 50/100 (110.50) feet; |
| SOUTHEASTERLY | again ninety-five (95.00) feet; |
| SOUTHWESTERLY | ninety and 50/100 (90.50) feet; |
| SOUTHEASTERLY | again one hundred thirty-seven and 50/100 (137.50) feet; |
| SOUTHWESTERLY | again two hundred thirteen (213.00) feet; |
| SOUTHEASTERLY | again forty (40.00) feet; and |
| SOUTHWESTERLY | again one hundred and 16/100 (100.16) feet. |

All of said courses and distances being by other land previously registered to Boston Edison Company under Certificate of Title No. 168210, filed in the South Registry District of Middlesex County, Registration Book 971, Page 60.

The above-described parcel of land is shown on a plan entitled "Plan of Monsanto Company's Unregistered Land, Everett, Mass." signed by John W. Mich, Registered Land Surveyor, dated December 21, 1982, and recorded with Middlesex South District Deeds in Book 15083, Page 253, as Plan No. 696 of 1983 (A of 4).

There are included within this perimeter the following parcels of REGISTERED LAND, designated by parcel letter, shown on plans and covered by the certificates of title listed below:

| Parcel | Plan Number | Registry District | Certificate | Book-Page |
|---|---|---|---|---|
| C | 18691A* | Suffolk | No. 95812 | 475-12 |
| B** | 18691A | Middlesex South | No. 168210 | 971-60 |
| (Lot) C | 9152B | Middlesex South | No. 168210 | 971-60 |

#239275 v1

HAS-EVE3 00518

\* Plan filed with Certificate of Title No. 53765, Book 264, Page 165.

\*\* Parcel B on Plan No. 18691A in Plan Book 485, Page 177 (excepting and excluding from said Parcel B a Parcel shown as "New England Alcohol Company").

For Grantor's title, see the following deeds:

(i) filed with the Suffolk County Registry District of the Land Court as Document No. 530694, Certificate of Title No. 110030, Registration Book 546, Page 31 and Document No. 580979, Certificate of Title No. 114245, Registration Book 567, Page 45;

(ii) recorded with Middlesex County (South) Registry of Deeds in Book 25691, Page 183 and Book 29962, Page 357; and

(iii) filed with the Middlesex County (South) Registry District of the Land Court as Document No. 983771, noted on Certificate of Title No. 203288, Registration Book 1146, Page 138 and Document No. 1101621, noted on Certificate of Title No. 214450, Registration Book 1202, Page 100.

#239275 v1

HAS-EVE3 00519



RECEIVED & ENTERED
MIDDLESEX COUNTY
REGISTRY OF DEEDS
SOUTHERN DISTRICT
ATTEST:

REGISTER

Mailto:
ALAN P. GOTTLIEB, ESQ.
HINCKLEY, ALLEN & SNYDER LLP

28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1775

HAS-EVE3 00520