# EXHIBIT G



# FOLEY HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
Boston Office
617.832.1206
akahn@foleyhoag.com

December 16, 2002

**VIA FACSIMILE and U.S. MAIL**
*(617) 345-9020*

Doreen Zankowski, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775

Re:   *Mystic Landing:  Transaction Documents with O'Donnell*

Dear Doreen:

At our meeting of November 25, 2002, you indicated that Modern Continental/Mystic Landing would consider providing the transaction documents between Mystic Landing/Modern Continental (or affiliates) and Mary O'Donnell/O'Donnell Sand and Gravel (and affiliates). Solutia has agreed that any such documents may be provided under a confidentiality agreement. I called you last week to ascertain the status of those documents and did not receive any reply. Solutia again requests those documents, or at least a response to our request.

Because of the importance of these documents, in the event they are not received by Wednesday, December 18, Solutia sees no value in proceeding with the agreed scheduled call on December 20. Solutia would be willing to reschedule that call promptly after receipt of the requested materials.

Please advise me how your client wishes to proceed.

Very truly yours,

Adam P. Kahn

APK:pag



16/359736.1

BOSTON  /  155 Seaport Boulevard  /  Boston, Massachusetts 02210  /  TEL: 617.832.1000  /  FAX: 617.832.7000
WASHINGTON, DC  /  1747 Pennsylvania Ave., NW  /  Suite 1200  /  Washington, DC 20006  /  TEL: 202.223.1200  /  FAX: 202.785.6687

Foley Hoag LLP.                                                                                                        www.foleyhoag.com