EXHIBIT I

# Hinckley, Allen & Snyder LLP
*Attorneys At Law*

28 STATE STREET ☐ BOSTON, MASSACHUSETTS 02109-1775
617 345-9000 ☐ FAX 617 345-9020 ☐ www.haslaw.com

## FACSIMILE TRANSMITTAL SHEET

**FROM:** Doreen M. Zankowski, Esq.

**DATE:** April 12, 2004

**NUMBER OF PAGES TRANSMITTED (INCLUDING COVER SHEET)** | 2 |

If you did not receive the indicated number of pages or if any pages are illegible, please call us immediately at: **(617) 345-9000 Ext. 4000**

**CLIENT:** 110580      **MATTER:** 114009

### CONFIDENTIALITY NOTICE

This facsimile transmission and the accompanying documents contain legally privileged confidential information. The information is intended only for the use of the recipient named below. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or exploitation of, or the taking of any action in reliance on, the contents of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone to arrange for the return of the original documents to us at our expense.

**TO:** Adam P. Kahn, Esq.

**FIRM:** Foley Hoag

**RE:** Mystic Landing, LLC and Monsanto/Solutia/Pharmacia

**PHONE NUMBER:**

**FAX NUMBER:** 617-832-7000

☐ URGENT      ☐ PER OUR DISCUSSION      ☐ AS REQUESTED      ☐ PLEASE CALL TO DISCUSS      ☐ PLEASE SEE BELOW

NOTES/COMMENTS:



DEFENDANT'S EXHIBIT

28 STATE STREET ☐ BOSTON, MASSACHUSETTS 02109-1775 ☐ 617 345-9000 ☐ FAX 617 345-9020
1500 FLEET CENTER ☐ PROVIDENCE, RHODE ISLAND 02903-2393 ☐ 401-274-2000 ☐ FAX 401-277-9600
43 NORTH MAIN STREET, 2ND FLOOR ☐ CONCORD, NEW HAMPSHIRE 03301 ☐ 603 225-4334 ☐ FAX 603 224-8350

# HinckleyAllenSnyder LLP

ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

*Doreen M. Zankowski, Esq.*
*dzankowski@haslaw.com*

April 12, 2004

**Via Facsimile (617-832-7000)**

Adam Kahn, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

RE:  **Mystic Landing, LLC v. Pharmacia Corporation et al.**
**Civil Action No. 04-10180 RGS**

Dear Adam:

Pursuant to Local Rule 16.1(c) and the Court's Notice of Scheduling Conference, we present the following proposal for settlement of this matter on behalf of our client Mystic Landing, LLC ("Mystic"):

1. Defendants Pharmacia Corporation, Solutia, Inc., and Monsanto Company (collectively, the "Defendants") shall pay Mystic $6,100,000 in full and final settlement of its claims against the Defendants; and

2. Subject to the parties rights under Mass. Gen. Laws c. 21E, Mystic, Defendants, and Third-Party Defendant Modern Continental Construction Co., Inc. shall simultaneously execute and exchange mutual general releases as to all past, present, and future claims and potential claims relating to the property located at Alford Street and Broadway, Everett, Massachusetts (the "Property").

This settlement proposal shall remain open until either Defendants reject it, or May 31, 2004, whichever occurs first. Please contact me if you have any questions or comments regarding the foregoing.

Very truly yours,

Doreen M. Zankowski

Doreen M. Zankowski

cc:  Gerald J. Petros, Esq.
Katherine L. Ruff, Esq.

#481135 v1

1500 Fleet Center, Providence, RI 02903-2393 TEL: 401.274.2000 FAX: 401.277.9600
43 North Main Street, Concord, NH 03301-4934 TEL: 603.225.4334 FAX: 603.224.8350