EXHIBIT K

*Privileged and Confidential/FH Draft 6/1/05*

[~~Monsanto~~ Pharmacia's Letterhead]

To: Prospective Purchasers of "Mystic Landing" who have read and signed a confidentiality/non-use stipulation

cc: Modern Continental Construction Co., Cushman & Wakefield

From: Monsanto Company and Pharmacia Corporation

Cushman and Wakefield has prepared a Confidential Offering Brochure relating to the property known as Mystic Landing, located in Everett and Boston, Massachusetts ("the Property"). The Property is owned by an affiliate of Modern Continental Construction Co., Inc. ("Modern"). ~~Decades ago,~~ Pharmacia Corporation (formerly known as Monsanto Company) ("~~Monsanto~~Pharmacia") used the Property for chemical manufacturing purposes. ~~In an attempt t~~To address certain ~~historic~~ environmental issues at the Property in a cooperative and cost effective manner, ~~Monsanto~~ Pharmacia ~~is willing to discuss with prospective purchasers of the Property certain actions that Monsanto will be willing to take, and to commit to taking those actions, in exchange for reciprocal commitments from the ultimate purchaser~~remediate the Property and ~~commit to~~ achiev~~ing~~ a ~~p~~Permanent ~~S~~solution and Site closure pursuant to all applicable laws, rules and regulations, including without limitation MGL 21E and the Massachusetts Contingency Plan. Existing and all foreseeable future uses will be considered in the development of the Permanent Solution.

~~The~~ Pharmacia's ~~actions~~remediation commitment ~~are as follows~~includes but is not limited to the following:

1. Neutralizing or eliminating ~~certain acidic~~ groundwater contamination ~~in the southern end of~~on or adjacent to the ~~p~~Property (if such adjacent contamination is a result of leaching from the property);

2. Stabilizing, otherwise treating, and~~,~~/or excavating~~~~ and removing from the Property ~~two defined~~ areas of elevated metals concentration and other contaminants in soil~~, also in the southern end of the Property~~;

3. Completing all assessment and remediation of the sediments of the Mystic River necessary to achieve a Permanent Solution;

~~———and~~

4. ~~———3.———C~~Completing all required and necessary remediation to achieve a ~~P~~permanent ~~S~~solution, as defined in the Massachusetts Contingency Plan; and

═══



5.    ~~4.~~  Documenting ~~Monsanto's~~ Pharmacia's aforementioned activities consistent with the requirements of the Massachusetts Contingency Plan[1].

~~Monsanto~~ Pharmacia would conduct those actions after the Property is sold, and likely in conjunction with the purchaser's redevelopment of the Property.

In addition to the above-listed commitments as part of achieving a Permanent Solution, Pharmacia will be responsible for the following costs that may be incurred during the course of property development:

1. The additional costs of management of contaminated soils that are encountered during the course of Property development. This is to include regulatory requirements and the additional costs of disposal that are the result of the soil being contaminated;

2. The additional costs of management of groundwater that is handled during the course of Property development. This is to include regulatory requirements and the additional costs of treatment and/or disposal;

3. The additional costs of management of contaminated soil and sediment along and adjacent to the Property shoreline to the extent that such soil and sediment is to be handled during the course of Property development;

4. To the extent that any use restriction proposed for or placed on the Property results in measures that add expense to the Property development (e.g., vapor barriers, soil or synthetic covers, or other measures); and

5. Any costs that are incurred to maintain a Permanent Solution in the event that conditions are discovered during the course of Property development that alter any Permanent Solution previously established for the Property.

In exchange for these commitments, ~~Monsanto~~ Pharmacia expects the purchaser to (i) ~~commit~~ cooperate with ~~Monsanto~~ Pharmacia ~~to minimize the costs of Monsanto's undertakings~~, (ii) if necessary and acceptable to the Purchaser agree to impose a deed restriction on the Property ~~typical of the restrictions on hundreds of other properties in Massachusetts, and which~~ and such deed restriction would still allow the uses described in the Offering Brochure and other similar uses (Comment: Modern needs to review), (iii) agree not to sue Monsanto for the environmental condition of the Property, and (iv) formalize these and other mutually acceptable commitments of the parties in an enforceable agreement.

~~This memorandum is not an offer by Monsanto to conduct any particular action, or an admission of Monsanto's fault or liability for conditions existing on the Property.~~ Any obligations accepted or assumed by ~~Monsanto~~ Pharmacia or a prospective purchaser shall be

---

[1] Pharmacia and its consultants will work cooperatively with the prospective purchaser and Modern and share copies of all information and documents regarding the Property. Pharmacia will allow the Purchaser and Modern the opportunity to review and comment on any and all remediation plans and clean-up activities.

reflected only in an agreement executed by ~~Monsanto~~ <u>Pharmacia</u> and the prospective purchaser setting forth in detail the respective rights and obligations of the parties.

~~Monsanto~~ <u>Pharmacia</u> will be pleased to meet with prospective purchasers of the Property to discuss the specifics of its proposal in more detail. Interested parties should contact Modern ~~or Cushman & Wakefield,~~ who will arrange the meeting.

<u>Add indemnification language protecting Modern, Mystic and related entities.</u>