EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>        Plaintiff,<br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br>        Defendants. | CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>        Third-Party Plaintiffs,<br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>        Third-Party Defendant. | |
| PHARMACIA CORPORATION,<br>        Third-Party Plaintiff,<br>v.<br><br>BOSTON EDISON COMPANY,<br>        Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>        Fourth-Party Plaintiff,<br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>        Fourth-Party Defendant. | |

## NOTICE OF DEPOSITION

To:    Doreen Zankowski, Esquire
          Hinckley, Allen & Snyder LLP
          28 State Street
          Boston, Massachusetts 02109-1775

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), defendants Pharmacia Corporation and Monsanto Company will take the deposition upon oral examination of plaintiff Mystic Landing, LLC ("Mystic") through its designated officer(s), director(s) or managing agent(s), or other person(s) designated to testify on its behalf as to all information available to Mystic regarding the following:

(1) the purchase of the property at Alfred Street and Broadway in Everett, Massachusetts identified as the "Site" in the Complaint (the "Site") by Mystic from Mary O'Donnell ("O'Donnell"), including the amount, the source and the payment of the consideration for the purchase;

(2) activities carried out on the Site by anyone prior or subsequent to Mystic's purchase of the Site, including activities by Mystic, Modern Continental Construction Co., Inc. ("Modern"), any joint venture to which Modern is or was a party and any subcontractor of Modern or such joint venture;

(3) proposals, plans and preparations of Mystic or Modern for development of the Site;

(4) information known to Mystic prior to the purchase as to the presence of oil or hazardous materials at the Site;

(5) actions, proposals, plans and preparations for investigation, containment or removal of oil or hazardous materials at the Site, including costs and expenses incurred or projected to be incurred with respect to those activities and any communication between Mystic and the Department of Environmental Protection; and

(6) documents in the custody or control of Mystic relating to the previous five topics and Mystic's response to the first request for production of documents served upon Mystic by Pharmacia and Monsanto herein.

The deposition will commence on March 14, 2005 at 10:00 a.m. at the offices of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210, before a person qualified to administer oaths.

Counsel for all parties are invited to attend the deposition and cross-examine.

By their attorneys,

John M. Stevens (BBO #480140)
Adam P. Kahn (BBO #561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: March 4, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>        Plaintiff,<br>v.<br><br>PHARMACIA CORPORATION, SOLUTIA INC.<br>and MONSANTO COMPANY,<br>        Defendants. | CIVIL ACTION No. 04-10180 NMG |
| PHARMACIA CORPORATION and<br>MONSANTO COMPANY,<br>        Third-Party Plaintiffs,<br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>        Third-Party Defendant. | |
| PHARMACIA CORPORATION,<br>        Third-Party Plaintiff,<br>v.<br><br>BOSTON EDISON COMPANY,<br>        Third-Party Defendant. | |
| BOSTON EDISON COMPANY,<br>        Fourth-Party Plaintiff,<br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>and MARY O'DONNELL,<br>        Fourth-Party Defendant. | |

## NOTICE OF DEPOSITION

To:    Doreen Zankowski, Esquire .
         Hinckley, Allen & Snyder LLP
         28 State Street
         Boston, Massachusetts   02109-1775

FHBOSTON/1106836.1

- 2 -

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), defendants Pharmacia Corporation and Monsanto Company will take the deposition upon oral examination of third-party defendant Modern Continental Construction Co., Inc. ("Modern") through its designated officer(s), director(s) or managing agent(s), or other person(s) designated to testify on its behalf as to all information available to Modern regarding the following:

(1) the acquisition or transfer by Modern of an option for the purchase of property at Alford Street and Broadway, Everett, Massachusetts referred to as the "Site" in the Complaint (the "Site"), including the amount, the source and the payment or receipt of the consideration for the option;

(2) the purchase by Mystic Landing, LLP ("Mystic") of the Site from Mary O'Donnell ("O'Donnell"), including the amount, the source and the payment of the consideration for the purchase;

(3) payments by Modern to O'Donnell or O'Donnell Sand & Gravel, Inc. ("OSG") or Mary O'Donnell Construction Co., Inc. ("O'Donnell Construction") for purposes other than as consideration for the purchase;

(4) the action captioned <u>Rosen Construction Ventures, Inc. v. O'Donnell Sand & Gravel, Inc.</u>;

(5) activities on the Site while owned by O'Donnell, OSG, O'Donnell Construction or Mystic, including use of the Site by Modern, any joint venture to which Modern is or was a party or any subcontractor of Modern or any such joint venture;

(6) proposals, plans or preparations of Mystic or Modern for development of the Site;

(7) information known to Modern prior to the purchase of the Site by Mystic as to the presence of oil or hazardous materials at the Site;

(8) actions, proposals and preparations for investigation, containment or removal of oil or hazardous materials at the Site, including costs and expenses incurred or projected with respect to those activities and any communication between Modern or Mystic and the Department of Environmental Protection;

(9) interrelationships between Modern and Mystic;

(10) any business or corporate transaction or relationship between Modern and Jay Cashman, Inc.; and

(11) documents in the custody or control of Modern relating to the previous ten topics and Modern's response to the first request for production of documents served upon it by Pharmacia and Monsanto herein.

The deposition will commence on March 29, 2005 at 10:00 a.m. at the offices of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210, before a person qualified to administer oaths.

Counsel for all parties are invited to attend the deposition and cross-examine.

By their attorneys,

_____
John M. Stevens (BBO #480140)
Adam P. Kahn (BBO #561554)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: March 4, 2005