# EXHIBIT O



**Massachusetts Turnpike Authority**
Central Artery/Tunnel Project

DEC 0 8 2003

December 4, 2003

John Pastore
Modern Continental Company
600 Memorial Drive
Cambridge, MA  02139

Subject:   Central Artery (I-93)/Tunnel (I-90) Project
            Contaminated Soils at Modern Continental Everett Yard

Dear Mr. Pastore:

As you are aware, Modern Continental has informed the Central Artery/Tunnel (CA/T) Project that materials stored at its Everett, MA yard came from the CA/T Project. These materials were transported to the Everett yard and stored there without the knowledge or approval of the CA/T Project. Some of the materials stored at the site, including soil, sediment, asphalt and concrete, have been found to have asbestos-containing materials (ACM) intermixed.

Modern Continental first made the existence of these materials known to the CA/T Project on or about October 12, 2002. A site visit on October 14, 2002, confirmed the presence of stockpiles of excavated soils, as well as piles of asphalt, concrete, and other materials. Visual inspection of the soil stockpiles revealed the presence of suspect ACM. Modern Continental personnel at the site indicated that the soils originated from the CA/T Project, specifically excavation by Contract C17A6 on Purchase Street, in Boston, on Saturday, October 12, 2002.

On the basis of this information, the CA/T Project reported the presence of the suspect ACM to the Massachusetts Department of Environmental Protection (DEP) on October 14, 2002. Following this notification, a site meeting was held on October 15, 2002. At the initial site visit, Modern Continental representatives stated that not all material stored at the site belonged to the CA/T Project, however in the subsequent meeting with DEP, representatives of Modern Continental revised this position, and stated that all of the material stored at Everett comes from the CA/T Project.

Given the sensitive nature of this situation, with pending enforcement action by DEP, it is imperative that Modern Continental state its position in writing, and provide details as to when the materials in question were delivered to the Everett yard, and by what contract(s). Explanations to date do not appear consistent with the Contract C17A6 construction sequence. Additionally, there are regulated sediments stockpiled on site, the presence of which has not been explained.

John Pastore
Page 2 of 2

You hereby are requested to respond immediately with a detailed explanation of the history and chronology of the accumulation and storage of all the materials presently stockpiled at the Everett site. This explanation should include discussion of any submittals made by Modern Continental under Division II Sections 112, 112.100, 120.002, and 120.010, as applicable, which reference the use of Modern Continental's Everett site in connection with the Work. Additionally, you are requested to provide a corrective action plan to resolve all issues pertaining to alleged CA/T material stored on your Everett site.

Should the presence at the Everett site of any materials originating or claimed to originate from the CA/T Project lead to any notice or claim of action against the CA/T Project, be advised that the provisions of Subsections 7.25 and 7.26 of Division I of the Contract shall apply.

If you have any questions, please contact Chris Barnett at (617) 951-6231.

Sincerely,

MASSACHUSETTS TURNPIKE AUTHORITY

Michael R. Lewis
Director

MPL/RDM/fba

2003-2120N
EN-9.3.87