**LOCATION OF REFERENCED EXHIBITS**

| Exhibit No. | Location |
|---|---|
| 37 | DeLisle Aff., Exh. D |
| 62 | Zankowski Aff., Exh. F |
| 71 | DeLisle Aff., Exh. F |
| D-57 | Zankowski Aff., Exh. A |
| D-59 | Zankowski Aff., Exh. C |
| D-151 | DeLisle Aff., Exh. B |
| D-152 | DeLisle Aff., Exh. C |
| D-153 | Zankowski Aff., Exh. J |
| D-158 | Zankowski Aff., Exh. S |
| D-225 | Zankowski Aff., Exh. G |
| D-226 | Zankowski Aff., Exh. H |
| D-228 | Zankowski Aff., Exh. K |
| D-229 | Zankowski Aff., Exh. L |
| D-231 | DeLisle Aff., Exh. E |
| D-232 | Zankowski Aff., Exh. N |
| D-233 | DeLisle Aff., Exh. G |
| D-240 | Zankowski Aff., Exh. O |
| D-241 | Zankowski Aff., Exh. P |
| D-242 | DeLisle Aff., Exh. H |
| D-245 | Zankowski Aff., Exh. V |
| D-247 | DeLisle Aff., Exh. I |
| D-248 | DeLisle Aff., Exh. J |
| D-250 | DeLisle Aff., Exh. K |