UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>　　　　　Plaintiff,<br>　v.<br><br>PHARMACIA CORPORATION,<br><br>　　　　　Defendant.<br><br>―――――――――――――――――<br>PHARMACIA CORPORATION ,<br>　　　　　Third-Party Plaintiff,<br>　v.<br><br>MODERN CONTINENTAL CONSTRUCTION<br>　CO., INC.,<br>　　　　　Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

CERTIFICATE OF SERVICE

　　　I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2006:

　　　　1.　　Defendant Pharmacia Corporation's Opposition to Mystic Landing's Application for Attorneys' Fees and Costs, with attached Affidavit of Gerald M. Rinaldi;

- 2 -

2.  Affidavit of Elisabeth M. DeLisle in Support of Defendant Pharmacia Corporation's Opposition to Mystic Landing's Application for Attorneys' Fees and Costs; and

3.  this Certificate of Service.

/s/ Elisabeth M. DeLisle
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
Tel:  (617)  832-1000
Fax:  (617)  832-7000
edelisle@foleyhoag.com

Dated:   July 21, 2006