UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION,<br>Defendant.<br><br>PHARMACIA CORPORATION,<br>Third-Party Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br>Third-Party Defendant.<br><br>PHARMACIA CORPORATION,<br>Third-Party Plaintiff,<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>Third-Party Defendant.<br><br>v.<br><br>BOSTON EDISON COMPANY,<br>Fourth-Party Plaintiff,<br><br>v.<br><br>O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | **CIVIL ACTION NO.<br>04-10180 NMG** |

**PLAINTIFF, MYSTIC LANDING, LLC'S ASSENTED TO MOTION FOR LEAVE TO
FILE A MEMORANDUM IN OPPOSITION IN EXCESS OF TWENTY PAGES**

NOW COMES Plaintiff Mystic Landing, LLC ("Mystic"), and respectfully moves for leave to file a Memorandum of Law in Opposition to Defendant's Motion for Attorneys' Fees and Costs, which exceeds the twenty page limit set by Local Rule 7.1(b)(4). As grounds for this motion, Mystic states as follows:

1. The Plaintiff's Motion totals only 23 pages, including the lengthy caption, signature block and certificate of service.

2. The Defendant's Motion raises numerous factual issues which require rebuttal via counter-assertion of fact. A memorandum in excess of twenty pages is necessary to fairly present the facts and Mystic's responsive arguments to the Court.

3. Mystic's Memorandum will materially assist the Court in its disposition of Defendant's Motion for Attorneys' Fees and Costs.

4. Counsel for Defendant Pharmacia Corporation assents to this Motion.

WHEREFORE, for the foregoing reasons, Mystic respectfully requests this Honorable Court grant Mystic leave to file a Memorandum of Law in Opposition to Defendant's Motion for Attorneys' Fees and Costs in excess of twenty pages.

#596460

<pre>
</pre>

                    Respectfully submitted,

**MYSTIC LANDING, LLC and MODERN CONTINENTAL CONSTRUCTION CO., INC.**

By its attorneys:

/s/ Doreen M. Zankowski
Robert G. Flanders, Jr. (BBO #170820)
Doreen M. Zankowski (BBO #558381)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

DATED:  July 21, 2006

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, hereby certify that on this 21st day of July 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

/s/ Doreen M. Zankowski

#596460       3