UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PHARMACIA CORPORATION,<br>Defendant. | )<br>)<br>) |
| PHARMACIA CORPORATION,<br>Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MODERN CONTINENTAL CONSTRUCTION<br>CO., INC.,<br>Third-Party Defendant. | )<br>)<br>)<br>) |
| PHARMACIA CORPORATION,<br>Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| BOSTON EDISON COMPANY,<br>Third-Party Defendant. | )<br>)<br>) |
| v. | )<br>) |
| BOSTON EDISON COMPANY,<br>Fourth-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| O'DONNELL SAND & GRAVEL, INC.<br>And MARY O'DONNELL,<br>    Fourth-Party Defendants. | )<br>)<br>)<br>) |

CIVIL ACTION NO.
04-10180 NMG

**AFFIDAVIT OF DOREEN M. ZANKOWSKI IN SUPPORT OF
PLAINTIFF, MYSTIC LANDING, LLC'S MOTION FOR CLARIFICATION, OR
ALTERNATIVELY, TO CORRECT AN OVERSIGHT OR OMISSION
RELATING TO THE CALCULATION OF PREJUDGMENT INTEREST**

I, Doreen M. Zankowski, depose and state as follows:

1. I am admitted to the bars of the Supreme Judicial Court of Massachusetts, the United States District Court of Massachusetts, and the United State Court of Appeals for the First Circuit.

2. I am a partner in the law firm of Hinckley, Allen & Snyder LLP and am counsel for Mystic Landing, LLC ("Mystic").

3. I make this affidavit in support of Mystic's Motion for Clarification or Alternatively, to Correct an Oversight or Omission Relating to the Calculation of Prejudgment Interest.

4. Attached hereto as Exhibit A is a true and accurate copy of an E-mail dated August 1, 2006 from Adam Kahn, counsel for Pharmacia to Doreen M. Zankowski, counsel for Mystic.

5. Attached hereto as Exhibit B is a true and accurate copy of letter dated August 11, 2006, from counsel for Pharmacia sent to counsel for Mystic along with a copy of a check in the amount of $203,164.11.

6. Attached hereto as Exhibit C is a true and accurate copy of Mystic's Complaint for Declaratory Judgment and Compensatory Relief.

7. Attached hereto as Exhibit D is a true and accurate copy of Mystic's Amended Complaint for Declaratory Judgment and Compensatory Relief.

#600221

8.	Attached hereto as <u>Exhibit E</u> is a true and accurate copy of Plaintiff's Trial Exhibit 233.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 18th day of September, 2006.

*/s/ Doreen M. Zankowski*

**CERTIFICATE OF SERVICE**

I, Doreen M. Zankowski, hereby certify that on this 18th day of September 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

John M. Stevens, Esq.
Adam P. Kahn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210

Mark S. Granger, Esq.
Douglas B. Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Howard G. Guggenheim
P.O. Box 736
Scituate, MA 02066

*/s/ Doreen M. Zankowski*

#600221