UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYSTIC LANDING, LLC,<br>         Plaintiff,<br>    v.<br><br>PHARMACIA CORPORATION,<br><br>         Defendant.<br><br>―――――――――――<br>PHARMACIA CORPORATION,<br>         Third-Party Plaintiff,<br>    v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br>         Third-Party Defendant. | CIVIL ACTION No. 04-10180 NMG |

CERTIFICATE OF SERVICE

    I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2006:

1. Memorandum in Opposition to Motion for Award of Prejudgment Interest;

2. this Certificate of Service.

                                                                                                 /s/ John M. Stevens
                                                                                                 John M. Stevens (BBO # 480140)
                                                                                                 Foley Hoag LLP
                                                                                                 155 Seaport Boulevard
                                                                                                 Boston, Massachusetts 02210
                                                                                                 Tel: (617) 832-1000
                                                                                                 Fax: (617) 832-7000
                                                                                                 jstevens@foleyhoag.com

Dated: September 29, 2006

B3261557.1